IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF MINNESOTA; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; LAURA KELLY, in her official capacity as Governor of the State of Kansas; OFFICE OF THE GOVERNOR ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN,<br><br>                                      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as U.S. Secretary of Agriculture; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the U.S. Office of Management and Budget; and UNITED STATES OF AMERICA,<br><br>                                      Defendants. | Case No. 1:25-cv-13165 |

**DECLARATION OF MICHELLE PASCUCCI**

I, Michelle Pascucci, an attorney admitted to practice before this Court, do hereby state the following under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.  I am State Trial Counsel in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

1

2. I submit this declaration in support of Plaintiff States' Motion for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. I have attached to this declaration true and correct copies of the documents and factual declarations described as follows:

5. Attached hereto as Exhibit 1 is a true and accurate copy of the October 1, 2025 Letter of Ronald Ward, Acting Associate Administrator of SNAP.

6. Attached hereto as Exhibit 2 is a true and accurate copy of the October 10, 2025 Letter of Sasha Gersten-Paal, Acting Associate Administrator of SNAP.

7. Attached hereto as Exhibit 3 is a true and accurate copy of the October 24, 2025 Letter of Patrick Penn, Deputy Under Secretary of FNS.

8. Attached hereto as Exhibit 4 is a true and accurate copy of the USDA Memorandum of October 24, 2025.

9. Attached hereto as Exhibit 5 is a true and accurate copy of the 2018 FNS Contingency Plan for Shutdown Due to a Lapse in Appropriations.

10. Attached hereto as Exhibit 6 is a true and accurate copy of the October 24, 2025 Letter from State Attorneys General.

11. Attached hereto as Exhibit 7 is a true and accurate copy of a 2021 document entitled "Preparations for Shutdown as a Result of a Lapse in Appropriations."

12. Attached hereto as Exhibit 8 is a true and accurate copy of the declaration of Angela Rodgers.

13. Attached hereto as Exhibit 9 is a true and accurate copy of the declaration of Alexis Fernández Garcia.

14. Attached hereto as Exhibit 10 is a true and accurate copy of the declaration of Debra Standridge.

15. Attached hereto as Exhibit 11 is a true and accurate copy of the declaration of Ryan Gillette.

16. Attached hereto as Exhibit 12 is a true and accurate copy of the declaration of Lisa Roy.

17. Attached hereto as Exhibit 13 is a true and accurate copy of the declaration of Abby McClelland.

18. Attached hereto as Exhibit 14 is a true and accurate copy of the declaration of Kerry Kelley.

19. Attached hereto as Exhibit 15 is a true and accurate copy of the declaration of Julie Edstrom.

20. Attached hereto as Exhibit 16 is a true and accurate copy of the declaration of Peter Hadler.

21. Attached hereto as Exhibit 17 is a true and accurate copy of the declaration of Brian Campbell.

22. Attached hereto as Exhibit 18 is a true and accurate copy of the declaration of Thomas S. Hall.

23. Attached hereto as Exhibit 19 is a true and accurate copy of the declaration of Scott Morishige.

24. Attached hereto as Exhibit 20 is a true and accurate copy of the declaration of Kasey Reagan.

25. Attached hereto as Exhibit 21 is a true and accurate copy of the declaration of Dr. Carla Whiteside-Hicks.

26. Attached hereto as Exhibit 22 is a true and accurate copy of the declaration of Lesa Dennis.

27. Attached hereto as Exhibit 23 is a true and accurate copy of the declaration of William Bell.

28. Attached hereto as Exhibit 24 is a true and accurate copy of the declaration of Michael Cole.

29. Attached hereto as Exhibit 25 is a true and accurate copy of the declaration of Noe Ortega.

30. Attached hereto as Exhibit 26 is a true and accurate copy of the declaration of Ian Yaffe.

31. Attached hereto as Exhibit 27 is a true and accurate copy of the declaration of Rafael López.

32. Attached hereto as Exhibit 28 is a true and accurate copy of the declaration of Elizabeth Hertel.

33. Attached hereto as Exhibit 29 is a true and accurate copy of the declaration of Dr. Shaneen Moore.

34. Attached hereto as Exhibit 30 is a true and accurate copy of the declaration of Brian P. Hogan.

35. Attached hereto as Exhibit 31 is a true and accurate copy of the declaration of Sarah Adelman.

36. Attached hereto as Exhibit 32 is a true and accurate copy of the declaration of Kari Armijo.

37. Attached hereto as Exhibit 33 is a true and accurate copy of the declaration of K. Brunetti Ireland.

38.	Attached hereto as Exhibit 34 is a true and accurate copy of the declaration of Wendy DeMarco.

39.	Attached hereto as Exhibit 35 is a true and accurate copy of the declaration of Jessica Amaya Hoffman.

40.	Attached hereto as Exhibit 36 is a true and accurate copy of the declaration of Hoa Pham.

41.	Attached hereto as Exhibit 37 is a true and accurate copy of the declaration of Drew Echelson.

42.	Attached hereto as Exhibit 38 is a true and accurate copy of the declaration of Kimberly Merolla-Brito.

43.	Attached hereto as Exhibit 39 is a true and accurate copy of the declaration of Nicole Tousignant.

44.	Attached hereto as Exhibit 40 a true and accurate copy of is the declaration of Carla Reyes.

Dated:	October 28, 2025
	Boston, Massachusetts

	/s/ Michelle Pascucci
	Michelle Pascucci

**CERTIFICATE OF SERVICE**

      I, Michelle Pascucci, certify that on October 28, 2025, I provided a copy of the foregoing document to the following attorneys at the U.S. Department of Justice by electronic mail:

Jason Altabet
Trial Attorney
Civil Division
U.S. Department of Justice
Jason.K.Altabet2@usdoj.gov

Abraham George
Chief, Civil Division
U.S. Attorney's Office for the District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

      /s/ Michelle Pascucci
      Michelle Pascucci (BBO #690889)