**Index of Exhibits to the Declaration of Michelle Pascucci**

| Exhibit Number | Description |
|---|---|
| 1 | Letter from Ronald Ward, Acting Assoc. Admin., Supplemental Nutrition Assistance Program, Food & Nutrition Serv., USDA (Oct. 1, 2025) (the "Oct. 1 Letter") |
| 2 | Letter from Sasha Gersten-Paal, Acting Assoc. Admin., Supplemental Nutrition Assistance Program, Food & Nutrition Serv., USDA (Oct. 10, 2025) (the "Oct. 10 Letter") |
| 3 | Letter from Patrick Penn, Deputy Under Sec'y, Supplemental Nutrition Assistance Program, Food & Nutrition Serv., USDA (Oct. 24, 2025) (the "Oct. 24 Letter") |
| 4 | Memorandum from USDA (Oct. 24, 2025) (the "Oct. 24 Memorandum") |
| 5 | Office of Mgmt., Tech., & Finance, FNS Contingency Plan For Shutdown Due to a Lapse in Appropriations (2018) (the "2018 FNS Contingency Plan") |
| 6 | Letter from State Attorneys General (Oct. 24, 2025) |
| 7 | Food, Nutrition & Consumer Servs., Preparations for Shutdown as a Result of a Lapse in Appropriations (2021) ("2021 Contingency Plan") |
| 8 | Declaration of Angela Rodgers |
| 9 | Declaration of Alexis Fernández Garcia |
| 10 | Declaration of Debra Standridge |
| 11 | Declaration of Ryan Gillette |
| 12 | Declaration of Lisa Roy |
| 13 | Declaration of Abby McClelland |
| 14 | Declaration of Kerry Kelley |
| 15 | Declaration of Julie Edstrom |
| 16 | Declaration of Peter Hadler |
| 17 | Declaration of Brian Campbell |
| 18 | Declaration of Thomas S. Hall |
| 19 | Declaration of Scott Morishige |
| 20 | Declaration of Kasey Reagan |
| 21 | Declaration of Dr. Carla Whiteside-Hicks |
| 22 | Declaration of Lesa Dennis |
| 23 | Declaration of William Bell |
| 24 | Declaration of Michael Cole |
| 25 | Declaration of Noe Ortega |
| 26 | Declaration of Ian Yaffe |
| 27 | Declaration of Rafael López |
| 28 | Declaration of Elizabeth Hertel |
| 29 | Declaration of Dr. Shaneen Moore |
| 30 | Declaration of Brian P. Hogan |
| 31 | Declaration of Sarah Adelman |
| 32 | Declaration of Kari Armijo |

| | |
|---|---|
| **33** | Declaration of K. Brunetti Ireland |
| **34** | Declaration of Wendy DeMarco |
| **35** | Declaration of Jessica Amaya Hoffman |
| **36** | Declaration of Hoa Pham |
| **37** | Declaration of Drew Echelson |
| **38** | Declaration of Kimberly Merolla-Brito |
| **39** | Declaration of Nicole Tousignant |
| **40** | Declaration of Carla Reyes |

**Index of Exhibits to the Declaration of Jack Smalligan**

| Exhibit Letter | Description |
|---|---|
| A | Resume, Jack A. Smalligan, Senior Policy Fellow, Urban Institute |
| B | USDA FNS, SF 132 Apportionment Schedule (Oct. 2, 2025) |
| C | USDA FNS, SF 132 Apportionment Schedule (Sept. 28, 2025) |
| D | Letter from Jessica Shahin, Assoc. Admin., SNAP (Oct. 1, 2013) |
| E | SNAP, Lapse in Funding, Questions from States (Oct. 3, 2013) |
| F | SNAP, Lapse in Funding, Questions from States – Part 2 (Oct. 3, 2013) |
| G | SNAP, Lapse in Funding, Questions from States – Part 4 (Oct. 9, 2013) |
| H | Q&A for SNAP Recipients in the Event of a Government Shutdown |
| I | Early Issuance of February 2019 SNAP Benefits – Questions & Answers #1 (2019) ("2019 Q&A #1") |
| J | Early Issuance of February 2019 SNAP Benefits – Questions & Answers #2 (2019) ("2019 Q&A #2") |
| K | Q&A Document, Volume 3 (2019) |
| L | USDA, Lapse of Funding Plan (2025) ("Lapse of Funding Plan") |
| M | USDA FNS, SF 132 Apportionment Schedule (Oct. 8, 2025) |
| N | USDA FNS, SF 132 Apportionment Schedule (Oct. 8, 2025) |
| O | USDA FNS, SF 132 Apportionment Schedule (Sept. 30, 2025) |
| P | USDA FNS, SF 132 Apportionment Schedule (Oct. 8, 2025) |
| Q | USDA FNS, SF 132 Apportionment Schedule (Oct. 8, 2025) |