# EXHIBIT 1

USDA Food and Nutrition Service
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** October 1, 2025

**SUBJECT:** Update on Food and Nutrition Services Operations: Supplemental Nutrition Assistance Program (SNAP)

**TO:** Regional Directors
SNAP Division
All Regions

SNAP State Agency Directors
All State Agencies

Due to a lapse in appropriations for the Department of Agriculture's Food and Nutrition Service (FNS) as of October 1, FNS has initiated the process of orderly shutdown of nonessential operations. You can view the Department of Agriculture's (USDA) plans for a lapse in appropriations at Agency Contingency Plans | The White House.

We understand the uncertainty that the current circumstances present for Americans that USDA serves every day, as well as our many partners around the country. Effective today, many FNS staff will be furloughed pending reinstatement of funding by Congress. These staff will not be available by phone or email, and cannot carry out work for the Agency, until funding is restored.

However, SNAP eligible households will receive monthly benefits for October. In addition, funding is available for State administrative expenses (SAE) for October. States should continue to administer the program in accordance with Federal statute and regulations.

For other functions, States may continue to spend fiscal year 2025 SNAP Nutrition Education (SNAP Ed) funds following an approved state plan, but FNS encourages States to delay further SNAP Ed and Employment and Training obligations until appropriations legislation is enacted.

FNS remains committed to keeping you informed with the most accurate and timely updates available within the limits of current circumstances. Please direct any questions regarding the lapse in funding to your Regional Office.

Sincerely,

RONALD WARD
Digitally signed by RONALD WARD
Date: 2025.10.01 07:36:54 -04'00'

Ronald Ward
Acting Associate Administrator
Supplemental Nutrition Assistance Program

cc: Regional Administrators

Food and Nutrition Service, Braddock Metro Center, 1320 Braddock Place, Alexandria, VA 22314

USDA is an equal opportunity provider, employer, and lender.