# EXHIBIT 2

**USDA** Food and Nutrition Service
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** October 10, 2025

**SUBJECT:** Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025

**TO:** Regional SNAP Directors
All Regions

SNAP State Agency Directors
All State Agencies

As stated in our lapse of appropriation correspondence dated October 1, 2025, SNAP has funding available for benefits and operations through the month of October. However, if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation.

FNS appreciates and understands that States have questions regarding operation of the program, and has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented. With that in mind, we understand that several States would normally begin sending November benefit issuance files to their electronic benefit transfer (EBT) vendors soon. Considering the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility, we are forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice. This includes on-going SNAP benefits and daily files.

We appreciate the partnership with States that administer this critical nutrition assistance program and will continue to keep you apprised with information as we exercise due diligence in our prudent oversight of the program.

Please direct any questions regarding the lapse in funding to your Regional Office.

Sincerely,

SASHA GERSTEN-PAAL
Digitally signed by SASHA GERSTEN-PAAL
Date: 2025.10.10 16:46:32 -04'00'

For Ronald Ward
Acting Associate Administrator
Supplemental Nutrition Assistance Program
Food and Nutrition Service
U.S. Department of Agriculture