# EXHIBIT 3

USDA Food and Nutrition Service
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** October 24, 2025

**SUBJECT:** Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025

**TO:** Regional SNAP Directors
All Regions

SNAP State Agency Directors
All State Agencies

This memorandum provides guidance regarding November 2025 SNAP benefits and administrative expenses as a follow-up to our prior guidance issued on October 10, 2025. In accordance with 7 CFR 271.7(b), FNS is suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise. This suspension is effective November 1, 2025.

Please take immediate action to implement this suspension. Per 7 CFR 271.7(d)(4), State agencies must notify households of the suspension in accordance with the mass change notice provisions at 7 CFR 273.12(e)(1). Upon the availability of federal funding, FNS will notify State agencies of when the suspension is lifted to allow for immediate action to resume issuing November and subsequent monthly benefits to eligible households.

Additionally, per 7 CFR 271.7(e), the suspension of benefits shall not affect the determination of the eligibility of applicant households. FNS encourages State agencies to limit administrative expenses only to the activities necessary to support the eligibility and issuance processes, integrity/oversight, and system maintenance.

The suspension shall have no effect on the certification period assigned to a household. Those participating households whose certification periods expire during the month in which benefits are suspended shall be recertified according to 7 CFR 273.14. Households found eligible to participate during a month in which benefits are suspended shall have certification periods assigned in accordance with 7 CFR 273.10.  Further, State agencies shall be allowed to deny fair hearing requests to those households who are merely disputing the fact that a suspension was ordered. Fair hearing requests are permitted provided the conditions in 7 CFR 271.7(f) are met.

State agencies that adopted the optional statutory provision to allow for combined allotments for applicants that applied after the 15th day of the month, which provides for eligible households to receive their October and November allotment combined, must issue benefits only for the prorated October portion of the household's allotment. Households shall receive retroactive benefits once the suspension is lifted upon the availability of federal funding.

Households may continue to redeem benefits issued to their electronic benefit transfer (EBT) card prior to November 1, 2025, at any SNAP authorized retailer. The suspension applies only to November 2025 benefit issuance to households and does not impact any prior benefits, and as such, the authorization or redemption of benefits at eligible retailers is not impacted.

We appreciate the partnership with States that administer this critical nutrition assistance program and will continue to keep you apprised with updates. Please direct any questions regarding this suspension to your Regional Office.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture