# EXHIBIT 8

## DECLARATION OF ANGELA RODGERS

I, Angela Rodgers, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Arizona. I am over the age of 18 and understand the obligations of an oath.

### A. Professional and Agency Background

2. I am a Deputy Director of Programs for the Arizona Department of Economic Security (ADES). I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the ADES staff and/or ADES subcontractors, or from documents that have been provided to and reviewed by me, and make this Declaration based on knowledge in accordance therewith.

3. As a Deputy Director, I oversee three divisions within ADES: Benefits and Medical Eligibility, Employment and Rehabilitation Services, and Child and Community Services.

4. Before becoming a Deputy Director at ADES, I served as the ADES Director for two years and a decade as President and Chief Executive Officer of the Arizona Food Bank Network. Collectively, I have over 25 years of experience in human services operations, policy analysis, resource management and cross sector collaboration. I hold a master's degree in social work and a bachelor's degree in criminology and sociology.

5. ADES is Arizona's comprehensive social services agency. Its mission is strengthening individuals, families and communities for a better quality of life. ADES carries out its mission through work with individuals, families, community and advocacy organizations, and

state and federal partners to facilitate the safety and economic security of persons who qualify for ADES benefits and services in the State of Arizona.

6. Among the programs administered by ADES is the Supplemental Nutrition Assistance Program (SNAP), which provides eligible households with monthly electronic benefits they can use to purchase nutritious food at authorized retail, online and convenience stores. By helping families fight food insecurity and meet one of their basic needs they can focus on overcoming barriers to self-sufficiency.

**B. SNAP in Arizona**

7. SNAP is a key part of Arizona's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In Federal Fiscal Year 2024, an average of 950,978 people received SNAP benefits in Arizona each month, including 401,455 children and 135,677 elderly individuals. More than $2,029,794,041 in SNAP benefits were issued over the course of State Fiscal Year 2024.

8. Between September 2024 to September 2025, the average SNAP benefit issuance per person per month was $181.83, and the average household issuance was $359.02. *September 2025 Statistical Bulletin*, AZ DES, https://des.az.gov/sites/default/files/dl/dbme-statistical_bulletin-09-2025.pdf?time=1761360049302.

9. On average in Arizona, 54% of SNAP households have children; 37% of SNAP households have older adults; 46% of SNAP households include a person with a disability; and approximately 30,000 veterans in Arizona participate in SNAP. *Protect SNAP to Reduce Hunger and Strengthen Local Economies in Arizona*, Food Research & Action Center (2025), https://frac.org/wp-content/uploads/SNAP_FactSheets_022525_AZ3.pdf.

10. ADES administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising the day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. Currently, USDA funds the entirety of SNAP benefits in Arizona, though Arizona and the federal government split administrative costs. 7 U.S.C. § 2025(a).

11. In Federal Fiscal Year 2024, Arizona expended approximately $154.3 million in administrative costs to run its SNAP program, approximately $76.4 million reimbursed by the federal government. Arizona state general funds currently cover approximately $69.6 million in SNAP expenditures and in-kind match contributions cover the remaining $8.3 million.

12. By the end of October 2025, ADES anticipates expending approximately $2 million in state general funds for Federal Fiscal Year 2026 to pay for ongoing SNAP administration and to maintain the typical benefit issuance schedule. ADES does so with the expectation that the SNAP program will continue to provide benefits to low-income individuals in Arizona without interruption.

**C. DES's EBT Vendor and Relevant Processes**

13. ADES has a contract with a financial services vendor, Fidelity Information Services (FIS) or "Vendor", to provide EBT processing services for SNAP and other state and federally-funded ADES programs. These services include processing benefit authorizations provided by ADES and managing the accounts through which those benefits are made available to recipients.

3

14. The Vendor's invoices for its services rendered under its contract with ADES are paid by the SNAP administrative grant. Each month, FIS, on behalf of Arizona and USDA, loads the value of each eligible household's monthly SNAP benefit allotment onto the household's account. The eligible household members access their account by using their EBT card to purchase food in a similar manner as a debit card.

15. As part of the SNAP administration process, ADES is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that household, alongside other information. ADES sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. ADES also sends daily benefit files for SNAP recipients newly approved that month; a subset of which are households that have been approved for expedited SNAP benefits.

16. ADES uses an in-house case management system called Arizona Technical Eligibility Computer System (AZTECS) to issue benefit files, among AZTECS's many other functions.

17. Once the Vendor receives the benefit files from ADES, the Vendor subsequently loads the approved monthly SNAP benefit allotment on SNAP recipients' household EBT cards. Recipients can then use their EBT cards to purchase food at authorized SNAP retailers.

18. USDA's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

19. When SNAP recipients use their EBT card at an approved retailer for authorized purchases, the availability and sufficiency of funds is automatically, electronically confirmed. If the purchase is approved, the customer's EBT account is immediately debited.

20. ADES requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. For example, for SNAP benefits to be accessible to eligible households in November 2025, ADES must start transmission of relevant benefits files to the Vendor on the evening of October 30, 2025. Individuals with the last name starting with A or B are available on the 1st of the month. Availability continues for the next twelve additional days for recipients with the next two letters of the alphabet each day, until all the SNAP benefits for November 2025 have been disbursed.

21. In addition to the monthly benefit issuance process outlined above, ADES also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain authorized benefits issued for expedited service and also for combined monthly allotments. For example, when ADES approves a household for SNAP benefits after the 15th of a month, ADES is required to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments in the second half of the calendar month, ADES thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent month.

22. If ADES fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households may be delayed.

23. Furthermore, USDA has informed Arizona that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

5

24. FIS confirmed with Arizona that due to the delay in transmitting and processing the November SNAP benefit files, FIS is developing a coordinated plan for when funding becomes available. It is likely that this would include a delay in issuance of benefits as FIS is the larger of only two vendors providing this service to states nationwide, and processing the monthly files for the largest states normally starts mid-month of the month prior to issuance. Therefore, when funding is made available, SNAP households will still likely experience a further delay in actually receiving their benefits.

D. **USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

25. Once the current government shutdown began, USDA sent ADES a letter on October 1, 2025, regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations." Accordingly, ADES continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits.

26. On October 10, 2025, the USDA-FNS Acting Regional Administrator forwarded a letter from Acting Associate Administrator Ronald Ward to ADES which was addressed to all SNAP State Agency Directors as well as FNS Regional SNAP Directors. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit

6

issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

27. On October 24, 2025, USDA further communicated to ADES that "individuals will not receive their SNAP benefits come November 1st."

### E. Impacts on the State from the Unavailability of SNAP Benefits

28. Due to the Vendor's data submission schedule for Arizona, eligible households served by ADES face the threat of benefit interruption as early as November 1, 2025. Each day that ADES is prohibited from submitting benefit files could result in continued benefit interruption, preventing some of the most vulnerable residents in Arizona from purchasing necessary food.

29. Failure to issue SNAP benefits to eligible recipients in Arizona could lead to immediate food insecurity for approximately 855,000 Arizonans. There are limited resources for recipients to turn to to replace their SNAP benefits. Food banks are experiencing an increase in demand. To illustrate, in June 2025 alone, more than 700,000 people went to an Arizona food bank for food. *Largest Cuts in SNAP and Medicaid History Will be Devastating for Arizonans and Arizona's nonprofits*, Arizona Food Bank Network (July 2, 2025), https://azfoodbanks.org/largest-cuts-in-snap-and-medicaid-history-will-be-devastating-for-arizonans-and-arizonas-nonprofits/. And other federal resources like The Emergency Food Assistance Program (TEFAP) and the Commodity Food Supplemental Program (CFSP) are

operating with existing inventory. Further, demand for food assistance normally increases in November and December for food banks.

30. SNAP is the nation's (and Arizona's) largest and most impactful anti-hunger program. As a result, the sudden lack of SNAP benefits for otherwise eligible individuals and families will have downstream effects, significantly increasing the burden on other social service programs that currently fill needs SNAP does not cover, referenced immediately below.

31. For example, uncertainty about SNAP benefit continuation, stemming from USDA guidance, severely constrains beneficiaries' household budgets. This likely requires families to make difficult choices with their already subsistence-level funds. Any disruption compels them to choose between essential items such as food and medicine or rent and utilities.

32. Beyond impacts at the household level, more generally, SNAP is also an economic driver for Arizona local businesses. Approximately 4,600 merchants in Arizona accept SNAP benefits for food purchases. If hundreds of thousands of Arizona residents are forced to cut back on food spending at once, this will immediately and consequentially affect the economic well-being of vendors, farmers, and stores across Arizona. This economic shock is particularly severe in rural communities in Arizona, where the local grocer accepting SNAP might be the only accessible food source for miles.

33. The loss of SNAP benefits funding would have a significant fiscal impact on Arizona, and ADES does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

F. **Administrative and Operational Burdens on AZDES**

34. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between Arizona and its residents, built over many years and through the dedication of significant resources.

35. To properly effectuate its social service programs, ADES has devoted years of work to overcome stigma, misinformation, and other barriers to access. ADES is a representative of the broader SNAP framework to Arizona residents: if households experience delays in receiving crucial benefits, they may feel that ADES has failed or improperly withheld their benefits. ADES has fostered trust with Arizona residents and stakeholders by assuring them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a violation of residents' trust.

36. Furthermore, loss of trust among Arizona residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and social service costs.

37. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burden AZDES's already limited administrative resources.

38. After the USDA's October 10, 2025 letter that ordered ADES to hold these benefit files "until further notice," ADES must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden ADES, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mounts over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on ADES, because ADES has to dedicate additional state resources to planning for multiple contingencies.

39. In addition, as a result of the October 10 letter, ADES has already spent staff time and resources that it otherwise would not have in order to disaggregate aggregate benefit allotments to separate October and November benefit files.

40. All of this burdens ADES's already limited administrative resources. This decision creates a severe operational bottleneck, forcing ADES to continue accepting and processing applications, but aid will be delayed. Furthermore, this situation places strain on the eligibility staff themselves as they continue to engage with families, guiding them through complex eligibility procedures, while knowing that no help will be disbursed immediately.

41. ADES also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. ADES is still required to continue processing applications and recertifications and maintain normal eligibility verification procedures until an appropriation is made available. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more ADES resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

42. ADES is also planning for increased foot traffic and call volume and disruptions at local SNAP offices as hungry individuals and families learn they cannot access their benefits, necessitating increased security personnel for public and staff member safety. Client-facing local office and call center staff will need to explain to recipients that they will not receive the SNAP

benefits they anticipated receiving. Many of these local office staff will face significant burdens on their time which could be spent determining eligibility for other clients.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Phoenix, Arizona.

_Angela Rodgers_
Angela Rodgers
Deputy Director of Programs
Arizona Department of Economic Security

11