# EXHIBIT 9

## DECLARATION OF ALEXIS FERNÁNDEZ GARCIA

I, Alexis Fernández Garcia, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. The California Department of Social Services (CDSS) is responsible for the administration of public social services, except health care services and medical assistance, throughout California.

3. The federal Supplemental Nutrition Assistance Program (SNAP), known as CalFresh in California, is one of the programs overseen by CDSS and involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

4. I am currently employed by CDSS as Deputy Director of the Family Engagement and Empowerment Division (FEED) and have held this position since August 2023.

5. Prior to my most recent employment with CDSS, I was the Senior Director of Safety Net at Code for America Labs, Inc. I was previously employed by CDSS from June 2016 to August 2021; first as Chief of the CalFresh Policy Section from June 2016 to September 2017, then as the Chief of the CalFresh Policy Bureau from October 2017 to July 2019, then as Acting Chief of the CalFresh & Nutrition Branch from July 2019 to January 2020, and then as the Chief of the CalFresh and Nutrition Branch from February 2020 to August 2021. Before joining state

1

service, I was the Policy Director at First 5 Association of California and Director of Legislation at California Food Policy Advocates.

6. I have a Master's degree in Social Welfare, with a specialization in Management and Planning, from University of California, Berkeley.

7. As Deputy Director of FEED, I am responsible for the oversight and/or administration of several federal and state social service programs that provide critical financial, food, and employment and training support to individuals and families with low incomes. FEED oversees the development of program policy and procedures and provides operational oversight. Among the social services programs administered or overseen by FEED is the CalFresh Program.

**Background on CalFresh and Related Programs**

8. CalFresh is California's version of the federal SNAP. Cal. Welf. & Inst. Code § 18900.2(a). CalFresh is the second largest social services program in California after Medi-Cal, California's Medicaid program, and provides an essential hunger safety net. In addition to curbing hunger, CalFresh benefits stretch food budgets, allowing individuals and families to afford nutritious food, including more fruits, vegetables, and other healthy foods, thereby curbing malnutrition.

9. CalFresh is overseen by CDSS and administered by the state's 58 counties. Since the beginning of Federal Fiscal Year 2025, CDSS has issued approximately $1.07 billion in CalFresh benefits per month. These benefits help millions of California households per month meet their basic nutritional needs.

10. In July 2025, California had approximately 3.3 million participating CalFresh households, and approximately 5.5 million individual recipients within those households. Approximately 1.9 million CalFresh recipients each month are under age 18.

11. In addition to curbing hunger and malnutrition, CalFresh is an effective anti-poverty program. CalFresh benefits are critical to Californians in need, particularly for low-income communities, communities of color who face significant disparities, those working low-wage jobs, and older adults on fixed incomes. Nutrition benefits allow Californians to use their limited financial resources to cover other necessary expenses including housing, healthcare, and childcare.

12. CDSS also administers related programs such as CalFresh Outreach (known federally as SNAP Outreach), an optional federal-state program that California has chosen to operate to promote awareness of and participation in SNAP amongst eligible Californians. CalFresh Outreach seeks to ensure that all eligible individuals are aware of and receive SNAP benefits. CalFresh Outreach oversees a network of statewide contractors conducting targeted outreach and application assistance.

13. On October 24, 2025, California, joined by several other states, submitted a response letter requesting clarification and outlining our objections to the USDA's demand to withhold transmission of November SNAP benefit issuance files.

**Human Costs of Suspending SNAP Benefits**

14. As of the signing of this declaration, Congress has still not passed short term or full-year appropriation legislation, including for SNAP, and the federal government remains in "shutdown". Congress has also not otherwise taken action to fund SNAP while the shutdown continues.

15. Rather, On October 10, 2025, the USDA-FNS Acting Associate Administrator Ronald Ward sent CDSS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions directing state agencies to "hold their November issuance files and delay transmission to State EBT vendors until further notice."

16. Then, on October 24, 2025 the U.S. Department of Agriculture (USDA) issued guidance communicating its decision to officially suspend all November 2025 SNAP benefits. A second document issued that same day, informed states of the USDA's interpretation that SNAP contingency funds are not legally available to cover regular November 2025 benefits, without providing any legal citation(s) to support this assertion.

17. Failure to issue November SNAP benefits to ongoing recipients and new applicants determined eligible beginning October 16, 2025 and through the ongoing federal government shutdown will lead to immediate food insecurity for approximately 5.5 million people in California and unprecedented reliance on already overwhelmed food banks and other community based organizations that will simply not be able to meet the significant surge in need, nor make up for the loss of nearly $1.07 billion in benefits issued monthly. SNAP is the largest anti-hunger program in California. As a result, the sudden lack of benefits for otherwise eligible individuals and families will have devastating consequences on the public health of California, as well as a severe financial impact on recipients and local economies. Further, there will be downstream effects on the public and private safety net programs that currently fill needs that SNAP does not cover.

18. A disruption in SNAP benefits will unnecessarily cause hunger and food insecurity in SNAP beneficiaries by threatening their reliable access to food; forcing them to ration any remaining benefits, turn to lower cost, but less nutritious alternatives, and in many cases skip meals entirely. A disruption in SNAP benefits will force individuals and families to scramble for alternatives, including possibly going into debt or failing to meet other financial commitments, like the cost of rent, utilities and medications, to continue meeting their basic needs.

19. SNAP is also an economic driver for California local businesses. Nearly 25,000 merchants in California accept SNAP benefits for food purchases and on average, households redeem about 80% of their benefits within the first two weeks that they are received. If millions of Californians are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of retailers across California. The negative impact extends to the agriculture industry including farmers, growers and producers.

**Fiscal Impacts on California from the Unavailability of SNAP Benefits**

20. In addition to direct harm to families, the loss of SNAP benefit funding would have a significant fiscal impact on California. For example, the loss of these benefits will result in greater need and requests for state-funded assistance programs, such as the CalFood Program which allocates state general funds to food banks for the purchase of food grown or processed in California. California's 2025-26 budget for the CalFood Program was $80 million.

21. The loss of SNAP benefit funding will cause strain on California's emergency food safety net, forcing California to dedicate state resources to supporting community organizations, such as food banks, that will see sharply increased demand. Already, Governor Newsom announced plans to fast-track the existing allocation of $80 million in state funds to support food banks.[1] This funding was intended to assist food banks in California for the rest of state fiscal year 2025-2026.

22. Food insecurity can also have a significant effect on health and, in turn, statewide healthcare costs. Generally, food insecurity has been found to be associated with higher

---

[1] Governor Gavin Newsom, California to deploy National Guard to support food banks, fast-track funding as Trump's shutdown strips families of food benefits [Press Release], (Oct. 22, 2025), https://www.gov.ca.gov/2025/10/22/california-to-deploy-national-guard-to-support-food-banks-fast-track-funding-as-trumps-shutdown-strips-families-of-food-benefits/.

5

healthcare use and costs, including emergency room visits, hospitalizations, and related costs, even accounting for other socioeconomic factors.[2]

23. Upon information and belief, California does not readily have the fiscal resources available to replace federally funded SNAP benefits with equivalent state-funded benefits, nor could it do so without creating other downstream fiscal impacts. In addition, USDA has informed States that they cannot be reimbursed for the costs of benefits paid to SNAP recipients for November 2025.

**Administrative and Operational Burdens on CDSS**

24. The suspension of November 2025 SNAP benefits will significantly erode trust between California and its residents built over many years and through the dedication of significant resources.

25. To properly effectuate its safety net programs, CDSS has devoted years of work to overcome stigma, misinformation, and other barriers to access. If households experience a disruption in benefits at this scale, they are likely to feel that the government has failed in fulfilling their responsibilities. CDSS, along with the 58 counties, have fostered trust with California residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to receipt of benefits. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust. USDA-FNS has acted in disregard of those reliance interests of California.

26. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burden CDSS' already limited administrative resources. Because USDA indicated in the October 10, 2025 letter that CDSS is to hold November 2025 issuance files "until further

---

[2] Seth A. Berkowitz, et al., *Food Insecurity, Healthcare Utilization, and High Cost: A Longitudinal Cohort Study*, American Journal of Managing Care (Sept. 2018), available at https://pmc.ncbi.nlm.nih.gov/articles/PMC6426124/

6

notice[,]" CDSS has already taken significant steps to prepare for a disruption in SNAP benefits for an indefinite period of time. A disruption of any length will burden CDSS and the extent of this burden increases in relation to the duration of the disruption, as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on CDSS, because CDSS has to dedicate additional resources to planning for multiple contingencies.

27. The disruption to SNAP benefit issuances for November 2025 has already resulted in additional administrative burden for CDSS as a result of the need for extensive consultation with the state's eligibility system and EBT vendor, system enhancements, additional policy guidance to counties, and communications to recipients.

28. CDSS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other methods, as texts and emails to clients, population level outreach, such as social media and updates to the CDSS website, and meetings with constituents and other stakeholders. A significant number of staff across multiple Divisions has redirected their attention to this effort, in lieu of other important initiatives such as assisting with compliance for new work requirements under H.R.1.

29. CDSS also anticipates increased call volume, foot traffic and disruptions at California's county SNAP offices as hungry individuals and families learn they cannot access their benefits. Local staff will need to explain to recipients that they will not receive the SNAP funds they anticipate to feed their children and put food on the table. These local office staff will face significant burdens on their time and will likely need to divert their attention from other critical work, including processing new applications and other reports timely, risking compliance with federal SNAP performance metrics.

**Impacts on California's Provision of Other Public Benefits**

30.     Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on California's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

31.     As a result, CDSS will be required to dedicate numerous communications and operational resources, and administrative staff to these efforts. This in turn will cause CDSS to deprioritize numerous other pressing and important projects, including ongoing management of other CDSS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed October 27, 2025, at Sacramento, California.

_____
Alexis Fernández Garcia