# EXHIBIT 10

## DECLARATION OF DEBRA STANDRIDGE

I, Debra Standridge, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Wisconsin. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Deputy Secretary of the Wisconsin Department of Health Services (DHS).

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. Wisconsin DHS exercises multiple roles in the protection and promotion of the health and safety of the people of Wisconsin, in an effort to foster economic prosperity and improve residents' quality of life.

5. The Supplemental Nutrition Assistance Program (SNAP) is one of the programs administered by Wisconsin DHS and involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Wisconsin**

6. SNAP is a key part of Wisconsin's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 688,942 people received SNAP benefits in Wisconsin each month, including 270,000 children and 110,000 individuals over the age of 60. On average, SNAP benefits in Wisconsin are $136 per person per month and $161 per household per month. During the federal fiscal year

between October 1, 2024, and September 30, 2025, Wisconsin DHS issued approximately $114,000,000 per month in SNAP benefits in Wisconsin.

7. Wisconsin DHS administers the SNAP program in Wisconsin pursuant to Wis. Stat. § 49.79 and Wis. Stat. § 49.797. Pursuant to federal law, Wisconsin DHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Wisconsin, though Wisconsin and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. For 2025-2026, Wisconsin would expect over $100 million in federal funding for program administration and budgeted an equal amount from state and local funds.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

9. Wisconsin DHS has a contract with a financial services vendor, Fidelity Information Services (FIS, or "Vendor"), to provide EBT processing services for SNAP. These services include processing benefit authorizations provided by Wisconsin DHS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

10. The Vendor's invoices for services rendered under its contract with Wisconsin DHS are paid by Wisconsin DHS.

11. Each month, FIS, on behalf of Wisconsin DHS and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12. As part of the SNAP administration process, Wisconsin DHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to FIS. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. Wisconsin DHS sends multiple benefit files to FIS, including monthly files for active SNAP recipients. Further, Wisconsin DHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13. Wisconsin DHS uses an in-house case management system called CARES to generate benefit files, among many other functions.

14. Once the Vendor receives the benefit files from Wisconsin DHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of

conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither Wisconsin DHS nor any other state agency in Wisconsin ever receives SNAP benefit funds as part of this process.

17. In accordance with this process, Wisconsin DHS transmits many benefit files each month to FIS pursuant to a preset, contractual transmission schedule.

18. For currently enrolled SNAP recipients' ongoing monthly allotments, Wisconsin DHS and its Vendor require significant lead time to process SNAP benefits prior to the month in which the benefits will be issued. For example, for SNAP benefits to be issued in November 2025, Wisconsin DHS would have been required to transmit the November ongoing benefit file to the Vendor by end of day on October 18, 2025. Under normal circumstances, the Vendor would have received this file on October 18 and would have processed it in a way that allows them to stagger issuance of benefits over ten days during a period from the 2nd to the 15th day of November.

19. In addition to the cyclical monthly benefit issuance process outlined above, Wisconsin DHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications and other ancillary benefit types.

20. Furthermore, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, Wisconsin DHS thus issues, in part, benefits

that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

21.    If Wisconsin DHS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

22.    Adjusting Wisconsin DHS's delivery schedule for benefit files related to SNAP will likely require Wisconsin to incur additional costs for the necessary systems work to hold files and stop the issuance of benefits.

23.    On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

24.    On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent Wisconsin DHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits

5

for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

25. On October 24, 2025, USDA Food, Nutrition, and Consumer Services Deputy Under Secretary Patrick Penn sent Wisconsin DHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 24 letter stated that, "State agencies that adopted the optional statutory provision to allow for combined allotments for applicants that applied after the 15th days of the month, which provides for eligible households to receive their October and November allotment combined, must issue benefits only for the prorated October portion of the household's allotment. Households shall receive retroactive benefits once the suspension is lifted upon the availability of federal funding."

26. Wisconsin DHS has a longstanding policy of issuing combined allotments for SNAP applicants, and Wisconsin DHS's eligibility and issuance systems are designed specifically to support this statutory provision. Given USDA's lack of notice and guidance prior to the 15th day of October, Wisconsin DHS did not make a systems or process change to its combined issuance and continued its file submission process to allow for combined allotments for SNAP applicants in October.

27. Due to USDA's October 24 letter, Wisconsin DHS may be required to issue an overpayment for the November benefits that SNAP applicants received in their combined allotment, or expend significant state resources to determine if FIS can create and implement a system enhancement to claw back November benefits that were sent to SNAP applicants then resend retroactive benefits once suspension is lifted, dependent on the availability of federal funding.

28. Issuing an overpayment against or clawing back November benefits from SNAP applicants will create significant confusion and lead to benefit disruption for newly enrolled SNAP recipients, especially after Wisconsin DHS has expended significant resources to communicate to recipients that they will still be able to use benefits on their cards during the shutdown.

29. Due to the Vendor's data submission schedule for Wisconsin, Wisconsin DHS faces the threat of benefit interruption as early as November 1, 2025. Each day in which Wisconsin DHS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of Wisconsin.

30. Failure to issue SNAP benefits to qualified recipients in Wisconsin will potentially lead to immediate food insecurity for SNAP recipients in Wisconsin and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in Wisconsin. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of Wisconsin and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

31. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

32. SNAP is also an economic driver for Wisconsin local business. Approximately 4,500 food retailers in Wisconsin accept SNAP benefits for food purchases. If all SNAP-eligible Wisconsin residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Wisconsin. So far in calendar year 2025, over $1,000,000,000 in SNAP benefits have been administered in Wisconsin, with approximately $114,000,000 benefits issued on average per month. In federal fiscal year 2024 over $1,200,000,000 in SNAP benefits were redeemed at Wisconsin food retailers. Wisconsin DHS anticipates that suspending SNAP benefits will have an immediate economic impact on SNAP food retailers.

**Fiscal Impacts on Wisconsin from the Unavailability of SNAP Benefits**

33. The loss of SNAP benefit funding could have a significant fiscal impact on Wisconsin.

34. The loss of SNAP benefits will likely result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

35. From 2021 through 2023, Wisconsin's average rate of food insecurity was 10.7%. Wisconsin DHS anticipates that suspension of SNAP benefits will lead to increased food insecurity in Wisconsin.

36. In 2011 the Center of American Progress and Brandeis University estimated that the annual cost of hunger in Wisconsin is approximately $2.6 billion, including costs associated with diet related illness. Wisconsin DHS believes that suspension of SNAP benefits will increase the cost of hunger in Wisconsin and may contribute to additional diet related illness.

37. Wisconsin DHS has received information that USDA has informed states that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

38. Wisconsin DHS does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on Wisconsin DHS**

39. The lack of timely notice and guidance from the USDA has created administrative and operational burdens on Wisconsin DHS.

40. Wisconsin DHS had to expend its already limited systems and operations resources to suspend the availability of SNAP benefits for November 2025.

41. Wisconsin DHS needs to expend significant staff and system resources to engage in regular communication to SNAP recipients about the availability of SNAP benefits given the uncertainty about the future availability of SNAP benefits.

42. The actions to suspend the availability of SNAP benefits for November 2025 could significantly erode trust between Wisconsin and its residents built over many years and through the dedication of significant resources.

43. To properly effectuate its safety net programs, Wisconsin DHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. Wisconsin DHS is the representative of the broader SNAP framework to Wisconsin residents: if households experience delays in receiving crucial benefits, they are likely to feel that Wisconsin DHS has failed or

9

engaged in wrongdoing. Wisconsin DHS has fostered trust with Wisconsin residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

44. Furthermore, loss of trust among Wisconsin residents may lead to decreased SNAP enrollments, which in turn can cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of Wisconsin.

45. On October 2, 2025, once the current government shutdown began, USDA sent Wisconsin DHS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

46. Wisconsin DHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits through October, in part due to USDA's representations.

47. It was not until the October 10, 2025, letter that USDA indicated that States should hold their November issuance files "until further notice." Wisconsin DHS must now prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden Wisconsin DHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself

exacerbates the burden on Wisconsin DHS, because Wisconsin DHS has to dedicate additional resources to planning for multiple contingencies.

48. Wisconsin DHS also anticipates that disruption to SNAP benefit issuance will result in significant administrative burden as a result of the need for additional customer support services and communications to recipients. Wisconsin DHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more of Wisconsin DHS's resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

49. Wisconsin DHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Administrative staff members have already been required to absorb this burden to handle shutdown-related concerns in addition to other important initiatives such as new requirements under H.R.1.

50. Wisconsin DHS also anticipates increased foot traffic and disruptions at Wisconsin local SNAP offices as hungry individuals and families learn they cannot access their benefits. Wisconsin DHS works with 11 consortia and 9 tribal agencies, which employ over 1,000 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need

11

those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands may require Wisconsin DHS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

51.   Wisconsin DHS anticipates that is will take four to six weeks to make necessary system changes to disaggregate pro-rated October benefit payments based on mid-month eligibility from November.

**Impacts on Wisconsin's Provision of Other Public Benefits**

52.   Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on Wisconsin DHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

53.   Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to FIS (which serves as EBT vendor for multiple states).

54.   Wisconsin DHS also must prepare for anticipated increases in high-volume demand events on our Wisconsin DHS website and mobile app, which is where clients go to check their EBT balances among many other features, as well as an increase in call volume from SNAP recipients.

55.   All of this will in turn require Wisconsin DHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff.

This may cause Wisconsin DHS to deprioritize numerous other pressing and important projects, including ongoing management of other Wisconsin DHS-issued benefits. Furthermore, Wisconsin DHS is at risk of significant financial penalties if it does not timely implement the changes to SNAP administration required under H.R.1 by November 1, 2025. Running these changes within Wisconsin DHS's production system will cause significant strain on Wisconsin DHS's already overworked infrastructure and interfere with department operations, introducing interruptions to Wisconsin DHS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in New Berlin, Wisconsin.

_____
Debra Standridge
Deputy Secretary
Wisconsin Department of Health Services