# EXHIBIT 11

## DECLARATION OF RYAN GILLETTE

I, Ryan Gillette, declare as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. The California Department of Social Services (CDSS) is responsible for the administration of public social services, except health care services and medical assistance, throughout California.

3. I am currently employed by CDSS as Chief Data Officer and Deputy Director of the Research, Automation, and Data Division (RADD) and have held this position since November 2021. RADD is responsible for the development, implementation, and evaluation of policies and procedures regarding CDSS' data, research and evaluation efforts, federal and state reporting, program integrity functions, automation projects, and data practices.

4. Prior to my employment with CDSS, I served as a Director of the Public Sector Practice for Social Finance Inc. between January 2019 and November 2021. I was a Program Director of the Harvard Kennedy School of Government Performance Lab from 2014 to 2019 and a Social Impact Bond Government Innovation Fellow from 2012 to 2014. I was a Research Analyst for the National Bureau of Economic Research from 2008 to 2011 and Research Assistant at Harvard University from 2008 to 2009.

5. I have a Masters in Public Policy, with an area of concentration in Social and Urban Policy, from Harvard Kennedy School of Government and a Bachelor of Economics and Russian Language from Middlebury College.

6. As Chief Data Officer and Deputy Director of RADD, I oversee managers and staff ensuring the accurate, timely, and efficient collection and management of CDSS enterprise data assets, and deploying that data through research, analysis, and visualizations to support the efficient, effective, and equitable delivery of government social services. RADD manages major statewide initiatives to streamline and automate eligibility determination and benefit administration for key safety net programs, and leads efforts such as human-centered design, data governance, automation and continuous quality improvement, data visualization, and analysis.

**CalFresh and EBT Background**

7. Among the social services programs administered or overseen by CDSS is the CalFresh Program. CalFresh is California's version of the federal Supplemental Nutrition Assistance Program (SNAP). CalFresh is overseen by CDSS and is administered by the state's 58 counties.

8. The United States Department of Agriculture (USDA) and its sub-agency, Food and Nutrition Service (FNS) oversee California's administration of CalFresh. CDSS has a longstanding relationship with FNS and is committed to working with FNS to ensure that the SNAP program is administered correctly and benefits are properly granted or denied.

9. CalFresh provides monthly nutrition benefits to eligible low-income individuals and families via Electronic Benefits Transfer (EBT) cards, which can be used like a debit card to purchase groceries at authorized SNAP retail vendors.

10. The California Health and Human Services Agency's Office of Technology and Solutions Integration (OTSI) is responsible for the project management of California's statewide EBT system for CalFresh, including procurement, contract management, and other maintenance and operations activities on behalf of CDSS.

11. In order to deliver CalFresh benefits via EBT cards, California, through OTSI, has contracted with Fidelity Information Services, LLC ("Fidelity"), the contractor that maintains EBT data for CalFresh, among other federal and state public benefit programs; manages the accounts

through which benefits are made available to recipients; and processes the financial transactions that transmit payments to retailers that accept payments from those accounts.

12. Fidelity's invoices for its services rendered under its contract with OTSI are paid for by the State of California.

13. CalFresh individual payee and recipient data is contained within the California Statewide Automated Welfare System (CalSAWS), an integrated, automated system that manages eligibility for various public benefits programs across the entire state of California.

14. Client eligibility and benefit amounts are determined by CalSAWS.

15. Fidelity cannot load benefits onto EBT cards without receiving up-to-date benefit issuance files, which CalSAWS transmits to Fidelity on a regular basis. The issuance files contain information related to individuals who have been approved to receive SNAP benefits, including an indication that an individual has been deemed eligible, and the benefit level for that individual, alongside other information.

16. Among the files submitted by CalSAWS to Fidelity include a Monthly Issuance file, which contains benefit amounts for current CalFresh recipients. This file is submitted once a month toward the end of the month. Fidelity uses the Monthly Issuance file to load funds onto EBT cards, staggered over the first 10-days of the applicable benefit month. CalSAWS also submits Daily Issuance files, which includes newly approved benefit cases, benefit adjustments, or replacements. The daily batch issuance process ensures timely benefit delivery outside of the regularly monthly schedule.

17. The Monthly Issuance file enables Fidelity to determine which households should receive benefits and to load the full value of each household's monthly SNAP benefit allotment onto each household's account, which is then accessible through the EBT card. Recipients can use their individual EBT cards to purchase food that meets SNAP requirements at authorized SNAP retailers, starting the day of qualifying benefit availability.

18. FNS manages the process of certifying retailers for participation in the SNAP

3

program. SNAP recipients can only use their EBT card at approved retailers.

19. When CalFresh recipients use their EBT card at a retailer's point of sale machine, an electronic message goes to a computer operated by Fidelity for approval. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. At the end of the business day, transactions are totaled and the funds are moved by Fidelity to the retailer. The debited amount is drawn down against California's associated line of credit. Neither CDSS nor any other state agency in California ever receives SNAP benefit funds as part of this process. Instead, Fidelity transmits funds to the retailer upon the point of sale, after which Fidelity then instantaneously draws down those funds from the Treasury.

20. In September 2023, USDA changed its policy to begin obligating SNAP benefit funds a month before those benefits were scheduled to be issued. So for example, October benefits would be obligated in September so that they could be issued expeditiously upon receipt of issuance files. This policy remains in effect today.

21. In accordance with this process, and to ensure timely processing of benefits, CalSAWS transmits issuance files to Fidelity pursuant to a preset, contractual transmission schedule. Accordingly, transmission of Monthly Issuance files must occur by a set cutoff date each month in order for CalFresh recipients to receive their benefits at the start of the following month. CalSAWS generally must this issuance file to Fidelity on or around the 23rd of the month. After this date, Fidelity cannot guarantee that benefits will be able to be issued on the regular schedule, with each passing day further increasing the risk that clients' benefits are delayed.

22. In addition to the cyclical monthly benefit process outlined above, CalSAWS also follows a schedule for submitting other benefit files related to SNAP, including expedited applications for benefits as well as transportation-specific funds for participants in the SNAP work program. When processing benefit allotments at the end of a calendar month, CalSAWS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

23. If CalSAWS fails to timely send benefit files to Fidelity by Fidelity's submission deadline, delivery of benefits to individual households will be delayed.

24. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

25. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent CDSS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions, a true and accurate copy of which is attached at **Exhibit A**. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

26. On October 24, 2025, USDA announced that if State's proceed with SNAP

5

issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement indicating "[t]here is no provision or allowance under current law for States to cover the cost of benefits and be reimbursed." A true and correct copy of this announcement is attached as **Exhibit B**.

27. Due to Fidelity's data submission schedule for California, CDSS faces the threat of CalFresh benefit interruption as early as November 1, 2025. Each day in which the transmission of issuance files to Fidelity is delayed results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of California.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on October 27, 2025, at Berkeley, California.

_____
Ryan Gillette

# EXHIBIT A

**USDA Food and Nutrition Service**
**U.S. DEPARTMENT OF AGRICULTURE**

**DATE:** October 10, 2025

**SUBJECT:** Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025

**TO:** Regional SNAP Directors
All Regions

SNAP State Agency Directors
All State Agencies

As stated in our lapse of appropriation correspondence dated October 1, 2025, SNAP has funding available for benefits and operations through the month of October. However, if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation.

FNS appreciates and understands that States have questions regarding operation of the program, and has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented. With that in mind, we understand that several States would normally begin sending November benefit issuance files to their electronic benefit transfer (EBT) vendors soon. Considering the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility, we are forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice. This includes on-going SNAP benefits and daily files.

We appreciate the partnership with States that administer this critical nutrition assistance program and will continue to keep you apprised with information as we exercise due diligence in our prudent oversight of the program.

Please direct any questions regarding the lapse in funding to your Regional Office.

Sincerely,


For Ronald Ward
Acting Associate Administrator
Supplemental Nutrition Assistance Program
Food and Nutrition Service
U.S. Department of Agriculture


Food and Nutrition Service, Braddock Metro Center, 1320 Braddock Place, Alexandria, VA 22314

USDA is an equal opportunity provider, employer, and lender.

# EXHIBIT B


**U.S. DEPARTMENT OF AGRICULTURE**

## Impact of the Government Lapse on November Supplemental Nutrition Assistance Program (SNAP) Household Benefits
The best way for SNAP to continue is for the shutdown to end.

*If not for Congressional Democrats blocking government funding, November SNAP benefits would be paid on-time.*

- **Due to Congressional Democrats' refusal to pass a clean continuing resolution (CR), approximately 42 million individuals will not receive their SNAP benefits come November 1st.**
    - This jeopardizes all SNAP recipients in November, including those that have applied for benefits in the last half of October, and furloughed Federal employees who will not receive their combined October/November benefits.

- **Contingency funds are not legally available to cover regular benefits.**
    - Democrats have refused to pass the CR and fund regular monthly benefits for fiscal year (FY) 2026. SNAP contingency funds are only available to supplement regular monthly benefits when amounts have been appropriated for, but are insufficient to cover, benefits. The contingency fund is not available to support FY 2026 regular benefits, because the appropriation for regular benefits no longer exists.
    - Instead, the contingency fund is a source of funds for contingencies, such as the Disaster SNAP program, which provides food purchasing benefits for individuals in disaster areas, including natural disasters like hurricanes, tornadoes, and floods, that can come on quickly and without notice. For example, Hurricane Melissa is currently swirling in the Caribbean and could reach Florida. Having funds readily available allows the U.S. Department of Agriculture (USDA) to mobilize quickly in the days and weeks following a disaster.

- **Transfers from other sources would pull away funding for school meals and infant formula.**
    - Child Nutrition Programs (CN), which include the National School Lunch Program, School Breakfast Program, and Child and Adult Care Feeding Program, transferred $23 billion from its annual Section 32 tariff funds to carry out these programs during the lapse.
    - These funds are also temporarily supporting the Special Supplemental Nutrition Assistance Program for Women, Infants and Children (WIC). Additional transfers will be needed to support WIC and will be taken from the CN full-year appropriation.
    - This Administration will not allow Democrats to jeopardize funding for school meals and infant formula in order to prolong their shutdown.

- **Despite their willingness, States cannot cover the cost of benefits and be reimbursed.**
    - Unlike other reimbursable programs, SNAP allotments are fully Federally funded. States are responsible for determining household benefits, and the movement of dollars through to the processors and ultimately to the retailers. There is no provision or allowance under current law for States to cover the cost of benefits and be reimbursed.

**Background:**

- **Given the uncertainty, on October 10, USDA notified States that they must hold on sending November benefit files to their Electronic Benefit Transfer (EBT) processors until further notice.**
    - A similar notice was provided in FY 2016 when it was unclear if sufficient appropriations would be provided.
    - Holding the issuance files prevents States and EBT processors from loading November benefits on to households' cards and protects existing balances.
    - This provided USDA additional time to work with States on how the program will operate until further decisions are made.