EXHIBIT 12

## **DECLARATION OF DR. LISA ROY**

I, Lisa Roy, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a resident of the State of Colorado. I am over the age of 18 and understand the obligations of an oath.

### **Professional and Agency Background**

2.      I am the executive director of the Colorado Department of Early Childhood (CDEC), and was appointed to this position by Governor Jared Polis at the Department's inception in 2022. Prior to this position, I served as the director of program development for the Buffett Early Childhood Institute and as the executive director of early childhood education for Denver Public Schools. I hold a doctorate in Leadership for Educational Equity with an emphasis on Executive Leadership from the University of Colorado at Denver.

3.      I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4.      The Colorado Department of Early Childhood's mission is to ensure the delivery of an inclusive, community-driven, data-driven, and high-quality early childhood system that supports the care, education, and well-being of all of Colorado's young children, their caregivers, and early childhood professionals in all settings. The Colorado Department of Early Childhood delivers a broad range of programs and services to Colorado's youngest children, their families, and professionals who serve them. This includes, but is not limited to, the state's Universal Preschool Program, Colorado Child Care Assistance Program (CCAP), Early Intervention, home visiting programs and services, family support programs and services, and workforce programs. CDEC also houses the state's Head Start Collaboration Office (HSCO).

5.      SNAP, one of the programs administered by the Colorado Department of Human Services, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP Benefits and CDEC**

6.      Many of the families who receive CCAP and home visiting and family support services are also reliant on SNAP. Congress established Head Start eligibility criteria in Sec. 645(a)(1)(B)(i) of the Head Start Act to include families with incomes at or below the federal poverty level and families that are eligible for public assistance. Head Start uses a family's enrollment in SNAP for purposes of determining categorical eligibility. During the 2023-2024 program year, Colorado received funding to serve 10,890 children in Head Start and Early Head Start programs, of which 5,416 were recipients of SNAP benefits.

7.      Low-income families may need various supports, which could include child care, housing, transportation assistance – and food. Food is a human necessity. Nearly one in three Colorado parents who recently gave birth were worried about running out of food before they had a chance to restock in the last year, according to the Kids Count in Colorado 2025 Data Book.

8.      Families who qualify for SNAP benefits also qualify for child care and CDEC's other means-tested programming. CDEC is part of an interconnected web of governmental services that supports families.  Lack of access to SNAP for these families would result in:

    a.  Potential inability for children to fully participate in our early learning programs as they could be less able to learn and concentrate due to hunger and food insecurity at home.

b.  Potential inability to participate in CDEC's programming because of the need to prioritize the family's economic self-sufficiency above their child's participation in CDEC programming.

c.  A potential increase in program participation, corresponding pressure on agency resources and limited funding as more families need support.

**Administrative and Operational Burdens from the Unavailability of SNAP Benefits**

9.  CCAP is county-administered. Any pressure on counties and their programs, including a reduction in food assistance, results in fewer available resources for those counties to help administer CCAP as we need and rely on them to do. Families will be forced into other programs that CDEC funds, such as family resource centers that support a family's basic needs, including food and rental assistance.  Termination of SNAP benefits could lead to families needing to rely more heavily on those services. Alternatively, families may lose the ability to participate in CDEC's programming because they'll be required to prioritize meeting their family's basic food needs, driving down participation rates.

**Impacts from the Unavailability of SNAP Benefits**

10.  Children will be affected if they are unable to access healthy foods. Healthy, nutrient-dense foods provide a variety of nutrients children need to grow and do the activities they enjoy. These foods also help children maintain a healthy weight and prevent some diseases. Young children's brains are developing rapidly. As a result, they need foods rich in vitamins and minerals, and with healthy fats, proteins and carbohydrates, to help them learn about the world around them. Without the right nutrients, infants, toddlers, and preschoolers may not develop to their full potential. For example, children may have difficulty concentrating if they don't have enough of the mineral iron, making it challenging for them to learn through exploring and interacting with the world around them.  Nutrition greatly impacts the developing brain,

including how genes express themselves and the growth of synapses: "food insecurity and malnutrition have been linked to nutrient deficiencies leading to learning and developmental deficits amongst the most vulnerable, infants and toddlers."

(https://pmc.ncbi.nlm.nih.gov/articles/PMC2776771/).

11.     Lack of access to quality nutrition in early childhood can have long-term effects as well, influencing school performance in K-12.  If families do not take advantage of CDEC's early learning programs due to food insecurity, children may not be ready for school academically.

12.     For CCAP, families could lose their existing benefits. If parents must choose between food and paying their CCAP parent fee, they could lose access to the CCAP program indefinitely given statewide waitlists and pauses in programming.  As a result, early childhood professionals who work for providers that accept CCAP might also lose their jobs due to a decrease in family participation.

13.     Also, many early childhood professionals rely on public benefits for their families, adding to their economic strain.  According to a recent Link Information Network of Colorado (LINC) analysis through CoLab, 11.6% of all of Colorado's early childhood assistant teachers and 9% of Colorado's lead teachers receive SNAP benefits. In contrast, in the Teacher Salary Grant Increase study, which followed a subset of teachers in programs who serve a high percentage of CCAP-eligible children, the rate of SNAP usage by early education professionals or teachers was much higher at **23%**. CDEC is beginning to hear concerns from early childhood providers about their employees potentially losing access to SNAP and seeing an increase in food insecurity.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Denver, Colorado.

*Lisa R. Roy, Ed.D.*

_____
Dr. Lisa Roy
Executive Director
Colorado Department of Early Childhood