# EXHIBIT 13

## DECLARATION OF ABBY MCCLELLAND

I, Abby McClelland, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Colorado. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the director of the Food and Energy Assistance Division within the Colorado Department of Human Services (CDHS or Agency), which includes the Supplemental Nutrition Assistance Program (SNAP). I have held this position since June 2024. Prior to this role, I was responsible for data analysis on various federal and state benefit programs, including SNAP, for CDHS and for the Boulder County Department of Human Services. I also worked extensively with the SNAP program in my seven years of experience as an administrative benefits attorney for Neighborhood Legal Services in Los Angeles, California.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. CDHS supports people and families by connecting them with assistance, resources, and support at every stage of their lives. The Agency serves Coloradans through bold and innovative health and human services. And together, CDHS empowers Coloradans to thrive. The Office of Economic Security, which includes the Food and Energy Assistance Division, provides benefits assistance, including SNAP, to ensure Coloradans have what they need to live a stable life. These benefits programs help Colorado families consistently put food on the table, heat their homes, find livable-wage work, and afford basic necessities.

5.     SNAP, one of the programs administered by CDHS, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Colorado**

6.     SNAP is a key part of Colorado's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 612,305 people received SNAP benefits in Colorado each month, including approximately 114,000 elderly individuals and 306,152 children. Participating households in Colorado receive on average $363 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024 and September 30, 2025, CDHS issued approximately $120,583,598 per month in SNAP benefits in Colorado.

7.     Colorado's SNAP program is county implemented and state supervised and administered.  CDHS administers the SNAP program in Colorado pursuant to § 26-2-301(1), C.R.S. Pursuant to federal law, CDHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising county departments' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Colorado, though Colorado and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8.     For Federal Fiscal Year 2025, CDHS budgeted approximately $94,587,716 in state funds to pay for SNAP administration. This spending is expected to generate approximately

$94,587,716 in SNAP federal financial participation, to cover half of anticipated administration costs.

9. By the end of October 2025, CDHS will have spent approximately $6,500,000 in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. CDHS did so with the expectation that SNAP would continue to provide benefits to low-income individuals in CDHS.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

10. CDHS has a contract with a financial services vendor, Fidelity Information Services (FIS or Vendor), to provide EBT processing services for SNAP and other state-funded CDHS programs. These services include processing benefit authorizations provided by CDHS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11. The Vendor's invoices for its services rendered under its contract with CDHS are paid by Colorado. Each month, CDHS's Vendor, on behalf of Colorado and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12. As part of the SNAP administration process, CDHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. CDHS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients.

Further, CDHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13. CDHS uses an in-house case management system to generate benefit files, among many other functions.

14. Once the Vendor receives the benefit files from CDHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither CDHS nor any other state agency in Colorado ever receives SNAP benefit funds as part of this process.

17. In accordance with this process, CDHS transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

18. Colorado requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. CDHS staggers the issuance of benefits over the first 10 days of a month. For example, for SNAP benefits to be issued in November 2025, CDHS locks benefit

files for ongoing SNAP households on October 22, 2025. The monthly SNAP files are transferred to Vendor three days prior to the first day of the month (in this case, October 29, 2025). CDHS staggers the benefit available date based on the last number in the recipient's Social Security Number (SSN), with individuals with an SSN ending in "0" having a benefit available date on the 10th of the issuance month.

19. In addition to the cyclical monthly benefit issuance process outlined above, CDHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, CDHS issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

20. If CDHS fails to send benefit files to the Vendor by the agreed upon schedule, delivery of benefits to individual households will be delayed.

21. Other ramifications of the delay include the requirement of working with Deloitte, the administrator of Colorado's benefits case management system, to change programming logic to hold file transmission. Without that computer work, files would automatically be transmitted to FIS for issuance. This work, in turn, required Colorado to incur increased costs and administrative burden.

22. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to

follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

     23.    On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent Colorado a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

24. On October 24, 2025, Colorado received a letter from USDA purporting to formally suspend November SNAP benefits.

25. Due to the Vendor's data submission schedule for Colorado, CDHS faces the threat of benefit interruption as early as November 1, 2025. Each day in which CDHS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of Colorado.

26. Failure to issue SNAP benefits to qualified recipients in Colorado will lead to immediate food insecurity for approximately 600,000 people in Colorado and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in Colorado. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of Colorado and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

27. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

28. SNAP is also an economic driver for Colorado local businesses. About 3,200 merchants in Colorado accept SNAP benefits for food purchases. If millions of Colorado residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Colorado. Colorado estimates that each $1 of SNAP benefits generates at least $1.50 of economic activity for the

state. This is primarily concentrated in the grocery and food production industry, including wages for grocery staff, food transportation, and purchases from local food producers, including farmers and ranchers.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

29. The loss of SNAP benefits funding would have a significant fiscal impact on the state of Colorado.

30. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

31. At present, Colorado's Governor, Jared Polis, is seeking $10 million in funds from the Colorado legislature to support food banks as they fill increased demand due to suspension of SNAP benefits. The funding, which is expected to be approved, should be available starting November 2025, but would only last through mid-December 2025.

32. Colorado does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on CDHS**

33. As previously noted, Colorado is incurring additional administrative burden and cost associated with having to change programming logic to hold benefit issuance files.

34. The actions to suspend the availability of SNAP benefits for November 2025 would, moreover, significantly erode trust between Colorado and its residents built over many years and through the dedication of significant resources.

35. To properly effectuate its safety net programs, CDHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. CDHS is the representative of

the broader SNAP framework to Colorado residents: if households experience delays in receiving crucial benefits, they are likely to feel that CDHS has failed or engaged in wrongdoing. CDHS has fostered trust with Colorado residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

36. Furthermore, loss of trust among Colorado residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of Colorado.

37. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens CDHS's already limited administrative resources.

38. Once the current government shutdown began, USDA on October 1, 2025 sent CDHS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

39. CDHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations in the October 1 letter from USDA.

40. Further, because USDA indicated in the October 10, 2025 letter that CDHS is to hold these benefit files "until further notice" and on October 24, 2025, suspended the November benefit allotment, CDHS must prepare for SNAP benefit interruptions for an indefinite period of

9

time. A disruption of any length would burden CDHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on CDHS, because CDHS has to dedicate additional resources to planning for multiple contingencies.

41. CDHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. Colorado counties, who administer SNAP under CDHS supervision, will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more resources from CDHS and Colorado counties during a crucial period of reorganization in light of H.R. 1 (the "One Big Beautiful Bill Act" enacted in July 2025).

42. CDHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 6 administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R. 1.

43. CDHS also anticipates increased foot traffic and disruptions at Colorado local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. The Colorado SNAP program's client-facing local office staff will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require CDHS and Colorado's counties to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on Colorado's Provision of Other Public Benefits**

44. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on CDHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

45. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

46. CDHS also must prepare for anticipated increases in high-volume demand events on our CDHS website and mobile app, which is where clients go to check their EBT balances among many other features. This publicity and outreach requires administrative, program, and communications staff to process and respond to participant responses and inquiries.

47. All of this will require CDHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause CDHS to deprioritize numerous other pressing and important projects, including preparation for upcoming systemic changes to SNAP administration following the effective date of H.R. 1. Running these changes within CDHS's production system will cause significant strain on CDHS's already overworked infrastructure and interfere with department operations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Denver, Colorado.

*Abby McClelland*
Digitally signed by Abby McClelland
Date: 2025.10.27 19:47:02 -06'00'

_____
Abby McClelland
Director, Food and Energy Assistance Division
Colorado Department of Human Services