# EXHIBIT 14

# DECLARATION OF KERRY KELLEY

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Connecticut. I am over the age of 18 and understand the obligations of an oath.

## Professional and Agency Background

2. I am the Executive Vice President of Operations and Chief Financial Officer for CT State Community College and have been employed by the college since May 2020. Prior to joining CT State Community College I served as the Fiscal Program Policy Section Chief for Education and Workforce Programs at the Office of Policy and Management.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. Connecticut State Colleges and Universities (CSCU) is a higher education system within the State of Connecticut comprised of four (4) universities (Southern Connecticut, Eastern Connecticut, Central Connecticut and Western Connecticut) and two (2) public colleges. The 4 universities provide both undergraduate and graduate programs for students and one of our public colleges CT State Community College (CT State) is the State of Connecticut's community college comprised of twelve (12) campuses offering associate degrees and certification and workforce training programs. Together the institutions within the CSCU system serve over 100,000 learners comprised of full-time, part-time credit seeking students and non-credit learners.

5. SNAP, one of the programs administered by the Connecticut Department of Social Services, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP Benefits and CT State Community College**

6. The enrollment at CT State Community College for the Fall 2025 semester is 37, 863 undergraduate students and 1,541 individuals enrolled in programs that grant certificates upon completion.

7. CT State supports SNAP eligible individuals in Employment and Training programs (E&T) which is a federally funded program. Any individual that qualifies for SNAP food assistance benefits is also eligible for the E&T programs.

8. SNAP eligible individuals are referred to CT State by CT Department of Social Services. The SNAP Coordinator at the campus that the student is referred to works with the SNAP eligible individual to identify a short term workforce program or credit bearing program in which to enroll. The SNAP Coordinator supports the student throughout their academic program, maintains case notes in the DSS Pathways system, and works to remove barriers students may face so they may successfully complete their workforce or academic program.

9. Food insecurity has increasingly become an issue on college and university campuses across the country, with community college students being among those hit worst. CT State serves approximately 70,000 students annually across 12 campuses and satellite locations. A significant portion of this population, particularly low-income, part-time, and working adult learners, rely on Supplemental Nutrition Assistance Program (SNAP) benefits to meet basic needs across our locations statewide.

10. Many CT State students balance work, caregiving, and studies, and may often be living below or near the poverty line. All 12 of CT State's campuses have food pantries which regularly serve students who are SNAP recipients or are eligible. CT State provides convenient, judgment-free locations on each campus where students, faculty and staff may come and "shop" for free. In addition to non-perishable food, many of our pantries offer fresh fruits and vegetables, refrigerated and frozen items, toiletries, menstrual products and more.

**Fiscal Impacts from the Unavailability of SNAP Benefits**

9. Greater reliance on our campus food bank will result in an increase in demand that may not be met by external resources. If CT State is forced to buy products at retail pricing to maintain nutritional benefits to our students, it will place a greater strain on an already lean budget and may result in decreasing funding to other programs that serve our students.

**Administrative and Operational Burdens from the Unavailability of SNAP Benefits**

10. Per communication from CT Department of Social Services on 10/24/2025, the employment and training component of SNAP will remain unaffected during the government shut down. CT State has been instructed by CT Department of Social Services to continue to support SNAP eligible and currently enrolled students. If the government shut down continues past January 15th, CT State may face a reimbursement delay for E&T occurring between October 1 and December 31, 2025.

11. SNAP reimbursement for Employment and Training over the last Federal Fiscal year is as follows:

$732,732 9/30/24 quarter (Q4 FY24 federal fiscal year)

$555,680 12/31/24 quarter (Q1 FY25 federal fiscal year)

$792,563 3/31/25 quarter (Q2 FY25 federal fiscal year)

$565,648 6/30/25 quarter (Q3 FY25 federal fiscal year)

CT State has seen an increased number of SNAP enrolled students in recent quarters so the delay in reimbursement could reach over $800,000 for the quarter ending 9/30/25.

12. To combat the ever-growing issue of food insecurity, CT State has on-campus food pantries at all twelve (12) of its campuses as one tool to fight food insecurity among our students. Our food pantry relies on partnerships with other non-profit entities, including CT Foodshare, United Way, Stop & Shop Grocery Store, and other entities, in addition to other monetary, food and product donations received from donors.

**Impacts from the Unavailability of SNAP Benefits**

13. If SNAP (Supplemental Nutrition Assistance Program) benefits are unavailable, our enrolled SNAP students will face adverse impacts as their SNAP food assistance will not be received beginning November 1, 2025. Our students may need support from campus food pantries. would likely experience several negative impacts. Students will also need to utilize resources in the community, such as Foodshare, community kitchens, local food pantries and mobile food distribution centers. However, these community resources will also be impacted by the government shutdown, which means more food insecurity for families who are already dealing with multiple stressors.

14. Students who are unable to continue their studies due to food insecurity, which may also be compounded by other services that have been impacted by the shutdown, creating greater barriers to the completion of their higher education or workforce training goals of our neediest students.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in New Britain, Connecticut

_____
Kerry A. Kelley
Executive Vice President of Operations
Chief Financial Officer
CT State Community College