# EXHIBIT 15

## **DECLARATION OF JULIE EDSTROM**

I, Julie Edstrom, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Connecticut. I am over the age of 18 and understand the obligations of an oath.

### **Professional and Agency Background**

2. I am the Vice President for Enrollment Management for Southern Connecticut State University and have served in this position since July 2019. In this role I am responsible for overseeing Southern Connecticut's two admissions offices, the Offices of the Registrar and Financial Aid.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. Connecticut State Colleges and Universities (CSCU) is a higher education system within the State of Connecticut comprised of four (4) universities (Southern Connecticut, Eastern Connecticut, Central Connecticut and Western Connecticut) and two (2) public colleges. The 4 universities provide both undergraduate and graduate programs for students and one of our public colleges is the State's community college comprised of twelve (12) campuses offering associate degrees and certification and workforce training programs. Together the institutions within the CSCU system serve over 100,000 learners comprised of full-time, part-time credit seeking students and non-credit learners.

5. SNAP, one of the programs administered by the Connecticut Department of Social Services, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP Benefits and Southern Connecticut State University**

6. The enrollment at Southern Connecticut State University for the Fall 2025 semester is 7,916 undergraduate students and 2,111 graduate students. The 2025-2026 FAFSA for Southern Connecticut State University, which has a question regarding the receipt of SNAP benefits, requiring a yes or no answer, a total of 77 graduate students and 694 undergraduate students enrolled in Fall 2025 indicated that they were receiving SNAP benefits.

7. As of 2024, forty-one (41%) percent of Southern Connecticut's students were Pell Grant recipients, and the Fall 2025 Pell Grant recipients have increased to 44.7% at this time.

8. We estimate that between 800 – 1000 students are facing food insecurity issues - and that number is likely higher. At least 10% of our student population relies on federal, state and local programs to meet their nutritional needs.

9. SNAP is a critical nutritional program which provides financial assistance to low-income families to supplement their grocery budgets. With SNAP benefits lost, we will most certainly see an increase in those numbers, especially among our parenting students. These sudden cuts will affect our most vulnerable by cutting essential life-support programs at a time when Southern Connecticut State University is already utilizing its reserves to fund the operations of the university. For students who are coming from families in need, the pressure to pause pursuing a college education to secure a low-wage job to assist the family will be great. Education is the critical asset for social mobility. To close the doors of higher education to our most vulnerable would be devastating to the prospects climbing the income ladder.

## Fiscal Impacts from the Unavailability of SNAP Benefits

9. A greater reliance on our campus food bank will result in an increase in demand that may not be met by external resources. If Southern Connecticut is forced to buy products at retail pricing to maintain nutritional benefits to our students, it will place a greater strain on an already lean budget and may result in decreasing funding to other programs that serve our students.

## Administrative and Operational Burdens from the Unavailability of SNAP Benefits

10. To combat the ever-growing issue of food insecurity, Southern Connecticut has an on-campus food pantry as one tool to fight food insecurity among our students. Our food pantry relies on partnerships with other non-profit entities, including CT Foodshare, Mid-West Food Bank, and Stop & Shop Grocery Store, in addition to other financial and product donations received from donors.

## Impacts from the Unavailability of SNAP Benefits

11. If SNAP (Supplemental Nutrition Assistance Program) benefits are unavailable, Southern Connecticut State University would likely experience several negative impacts. Many students rely on SNAP to afford nutritious food while balancing academic and financial responsibilities. Without these benefits, food insecurity would increase, leading to higher stress levels and poorer health among students. This could result in decreased academic performance, attendance issues, and greater demand for campus food pantries or emergency assistance programs. Additionally, the university might face increased pressure to expand its student support services, potentially straining budgets and resources meant for other academic initiatives.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in New Haven, Connecticut

_Julie Edstrom_
Julie Edstrom
Vice President for Enrollment Management
Southern Connecticut State University

4