# EXHIBIT 17

## DECLARATION OF BRIAN CAMPBELL

I, Brian Campbell, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the District of Columbia. I am over the age of 18 and understand the obligations of an oath.

2. I currently serve as the Administrator of the Economic Security Administration (ESA) at the District of Columbia Department of Human Services (DHS). I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3. Among the programs administered by DHS ESA is the Supplemental Nutrition Assistance Program (SNAP), which issues benefits, transferred electronically and accessible to customers on their Electronic Benefit Transaction (EBT) cards, which they can then use to purchase food at authorized retail stores.

4. SNAP is a key part of the District of Columbia's efforts to address hunger by supplementing the food budget of low-income families. In fiscal year 2025 (FY25), an average of 141,000 people received SNAP benefits in the District each month, including 47,000 children and 24,000 elderly individuals. More than $320 million in SNAP benefits were issued in FY25.

5. Pursuant to federal law, DHS is responsible for the issuance, control, and accountability of SNAP benefits and EBT cards; ensuring program integrity; and supervising administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2.

6. The District expends approximately $90 million in administrative costs to run its SNAP program each year, approximately $45 million of which is reimbursed by the federal government.

7. By the end of October 2025, DHS will have spent about $3.75 million in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. DHS did so with the expectation that SNAP would continue to provide benefits to low-income individuals in the District.

8. On October 10, 2025, the USDA-FNS Acting Associate Administrator Ronald Ward sent DHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

9. On October 24, USDA sent all state SNAP agencies a letter stating that USDA is "suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise." The letter stated the suspension is effective November 1, 2025, and directed states to "take immediate action to implement this suspension," including "notify[ing] households of the suspension." The letter further directed States to continue adjudicating SNAP applications and encouraged States to "limit administrative expenses only to the activities necessary to support the eligibility and issuance processes, integrity/oversight, and system maintenance."

10. USDA also notified DHS that if the District proceeds with SNAP issuances using local funds, USDA will not reimburse the District.

11. The suspension of SNAP benefits for qualified recipients in the District will lead to immediate food insecurity for approximately 85,000 households, consisting of 141,000 people, in the District. Food banks, which are already experiencing unprecedented demand, are unlikely to be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in the District. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of the District and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

12. The impact of the loss of SNAP during the government shutdown is particularly acute in the District, which is home to thousands of federal employees, along with contract and private sector workers (for example, those who work in food service in government buildings) who have been furloughed during the shutdown. Many of these workers have already sought nutrition assistance. Community resources for nutrition assistance will only be further strained if furloughed employees cannot depend on SNAP to help them pay for food for their families.

13. The suspension of SNAP benefits will have a significant fiscal impact on the District. The District has 420 approved SNAP retailers. Over 320 of those stores are smaller corner markets and "mom and pop" stores, many of which are located in food deserts. Those stores are already running on razor-thin margins, and stripping the SNAP revenue stream could quickly compromise their viability.

14. USDA's suspension of SNAP benefits will also create significant administrative and operational burdens on DHS.

15. For example, the actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between the District and its residents, built over many years and through the dedication of significant resources.

16. To properly effectuate its safety net programs, DHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. DHS is the representative of the broader SNAP framework to District residents: if households experience delays in receiving crucial benefits, they are likely to feel that DHS has failed or engaged in wrongdoing. DHS has fostered trust with District residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

17. Furthermore, loss of trust among District of Columbia residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of the District.

18. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens DHS's already limited administrative resources.

19. DHS anticipates that the suspension will require additional customer support services and communications to recipients. DHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case

4

closed. This disruption, sometimes referred to as "applicant churn," will again require more DHS resources during a crucial period of reorganization in light of H.R. 1 (the "One Big Beautiful Bill Act" enacted in July 2025).

20. DHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines, at DHS's in-person service centers, and in meetings with constituents and other stakeholders.

21. DHS operates five in-person service centers throughout the city. At these service centers, DHS staff help District residents with applying for public assistance programs and answer questions that customers may have about public assistance programs. Over 400 DHS staff work across these service centers. DHS also operates a call center, with over 70 staff who process benefits and answer questions from District residents. DHS will need to spend time and resources ensuring staff are prepared to answer questions from SNAP beneficiaries about the suspension and ensure that beneficiaries understand that, despite the suspension, they should continue to recertify.

22. Preparing for USDA's suspension of November benefits has also required DHS to divert critical resources away from other administrative priorities, including focusing on reducing DHS's error rate in issuing SNAP as required by H.R. 1. Reducing the error rate is a local and federal priority. H.R. 1 has, in fact, defined error rate reduction as such a priority that failure to achieve aggressive accuracy benchmarks will shift costs to the states, and by extension, compromise each state's ability to administer SNAP at all. But instead of addressing these issues, DHS has instead had to divert staff time and resources to developing plans to respond to USDA's suspension of SNAP benefits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Washington, DC.

_____
Brian Campbell
Administrator, Economic Security Administration
District of Columbia Department of Human Services