# EXHIBIT 18

## DECLARATION OF THOMAS S. HALL

I, Thomas S. Hall, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Delaware. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Director of the Delaware Divion of Social Services.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. The Division of Social Services (DSS) within the Delaware Department of Health and Social Services (DHSS), administers many of Delaware's safety net programs ranging from eligibility services for Delaware's Medicaid program, running Delaware's Temporary Assistance for Needy Families program, and providing emergency housing and child care that enables caretakers to hold jobs, obtain training, or meet a child's special needs. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

5. The Supplemental Nutrition Assistance Program (SNAP) is one of the programs administered by DHSS and DSS and involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Delaware**

6. SNAP is a key part of Delaware's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an

average of 119,000 people received SNAP benefits in Delaware each month, including approximately 60,000 families and 46,000 children. Households in Delaware receive on average $355 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024, and September 30, 2025, DHSS issued approximately $21,600,000 per month in SNAP benefits in Delaware.

7. The Department of Health and Social Services (DHSS) through the Division of Social Services (DSS) administers the SNAP program in Delaware pursuant to 31 Del. C. c. 6. Pursuant to federal law, DHSS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Delaware, though Delaware and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. For Federal Fiscal Year 2025, DHSS budgeted approximately $22,000,000 in Delaware funds to pay for SNAP administration. This spending is expected to generate approximately $22,000,000 in SNAP federal financial participation, to cover half of anticipated administration costs.

9. By the end of October 2025, DHSS will have spent approximately $1,830,000 in Delaware funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. DHSS did so with the

expectation that SNAP would continue to provide benefits to low-income individuals in Delaware.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

10.   DHSS has a contract with a financial services vendor, Conduent (Vendor), to provide EBT processing services for SNAP and other Delaware-administered programs. These services include processing benefit authorizations provided by DHSS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11.   The Vendor's invoices for its services rendered under its contract with DHSS are paid by Delaware. Each month, DHSS's Vendor, on behalf of Delaware and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12.   As part of the SNAP administration process, DHSS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. DHSS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, DHSS sends daily benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13.   DHSS uses an in-house case management system called ASSIST to generate benefit files, among many other functions.

3

14. Once the Vendor receives the benefit files from DHSS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited, and the retailer's account gets credited. Neither DHSS nor any other Delaware agency in Delaware ever receives SNAP benefit funds as part of this process.

17. In accordance with this process, DHSS transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

18. DHSS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. Delaware prepares and sends a benefit file for the next month, approximately ten days before the end of the current month. Included in the information sent to the vendor are instructions on how to stagger benefit issuances typically from the third day of the month through the twenty-third day of the month. Benefits are staggered by the household's last name. Staggering is intended to bring SNAP dollars into the state in a spread-out manner to allow retailers the ability to stock consistently throughout the month.

19. In addition to the cyclical monthly benefit issuance process outlined above, DHSS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications and benefits for families determined newly eligible. In addition, when an agency approves a household for SNAP benefits after the 15th of a month, the agency approves not only the prorated benefit amount for the month of eligibility but also benefits for the following month. When processing benefit allotments at the end of a calendar month, DHSS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

20. If DHSS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

21. Furthermore, in a letter received from USDA on November 24, 2025 titled "Impact of the Government Lapse on November Supplemental Nutrition Assistance Program (SNAP) Household Benefits The best way for SNAP to continue is for the shutdown to end." Delaware was informed: "Despite their willingness, States cannot cover the cost of benefits and be reimbursed. Unlike other reimbursable programs, SNAP allotments are fully Federally funded. States are responsible for determining household benefits, and the movement of dollars through to the processors and ultimately to the retailers. There is no provision or allowance under current law for States to cover the cost of benefits and be reimbursed." It is USDA's belief that states are liable for state funds directed to SNAP recipients with the intent to fill the lapse in Federal SNAP benefits created by the shutdown without any guarantee of federal reimbursement.

22. All unplanned and emergency system changes including resending, holding, reformatting, and reallocating benefit files result in significant administrative costs. Shifting resource to this unplanned work also results in other important projects being delayed or

canceled. Additionally significant changes to file creation, storage, and delivery result in the unintentional introduction of errors into the file which can impact both recipient benefits and result in an increase in the state's error rate.

23. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

24. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent DHSS a letter addressed to all SNAP Agency Directors of all state Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further Stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several states would normally begin sending November benefit issuance files to their [EBT] vendors

soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct states to hold their November issuance files and delay transmission to state EBT vendors until further notice." The letter further demanded that the states also hold "on-going SNAP benefits and daily files."

25. On October 12, 2025, Delaware sent an email to Howard Lockstein Acting Regional Administrator, Mid-Atlantic Regional Office, asking for clarification about what files were to be sent to the EBT vendor as a follow up to the October 18 letter. The email from Thomas Hall asked, "is the direction not to send any additional files to the EBT vendor or just files related to benefits to be issued for the month of November?" DHSS has not received a response to that email.

26. Due to the Vendor's data submission schedule for Delaware, DHSS faces the threat of benefit interruption as early as November 3, 2025. Each day in which DHSS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of the Delaware.

27. Failure to issue SNAP benefits to qualified recipients in Delaware will lead to immediate food insecurity for approximately 119,000 people in the Delaware and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in the Delaware. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of the Delaware and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

28. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

29. SNAP is also an economic driver for Delaware local businesses. 836 merchants in Delaware accept SNAP benefits for food purchases. If hundreds of thousands of Delaware residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Delaware. For every dollar of SNAP benefits spent, it generates between $1.50 and $1.80 in economic activity. This is because SNAP benefits are spent on food, which supports a chain of businesses, from farmers and food manufacturers to grocery stores and distributors. In addition to the loss of approximately $21,000,000 in SNAP dollars the additional economic impact would be $31,500,000 to $37,800,000.

**Fiscal Impacts on the Delaware from the Unavailability of SNAP Benefits**

30. The loss of SNAP benefits funding would have a significant fiscal impact on Delaware.

31. The loss of SNAP benefits will result in greater need and requests for Delaware-funded assistance programs, including, for example, Delaware-funded Food bank and community pantry programs.

32. Food insecurity in Delaware impacts residents by increasing health risks like chronic diseases and poor mental health, affecting children's development and academic performance, and placing a significant financial burden on individuals and families.

Approximately 1 in 8 Delawareans, including 1 in 6 children, face food insecurity, often leading them to skip meals, reduce food portions, or rely on less nutritious food options. The financial strain is significant, with an estimated $90 million more needed annually to meet food needs across the state. The loss of $21,000,000 monthly will result in greatly increased food insecurity. Food insecurity's impacts are far-reaching, leading to poor health outcomes like malnutrition, obesity, diabetes, and heart disease, along with negative mental health effects such as anxiety, depression, and stress. It also hinders academic and workforce performance due to concentration and energy issues and contributes to social isolation and the cycle of poverty.

33. Feeding America research suggests that the impact of a SNAP benefit lapse for Delaware SNAP recipients would result in a health care costs increase of $148 per person. At the current caseload additional health care costs would increase by an expected amount of $17,612,000.

34. The DHSS does not have the fiscal resources available to fully replace federally funded SNAP benefits with Delaware-funded equivalent benefits. I am informed and believe that Delaware also does not have the fiscal resources available to fully replace federally funded SNAP benefits with Delaware-funded equivalent benefits.

**Administrative and Operational Burdens on the DHSS**

35. The rise in food insecurity that will result from a lapse of SNAP benefits will result in more demand than can be met at the state supported pantries in our State Services Centers, senior centers, and food home delivery services.

36. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between the state of Delaware and its residents built over many years and through the dedication of significant resources.

37. To properly effectuate its safety net programs, DHSS has devoted years of work to overcome stigma, misinformation, and other barriers to access. DHSS is the representative of the broader SNAP framework to Delaware residents: if households experience delays in receiving crucial benefits, they are likely to feel that DHSS has failed or engaged in wrongdoing. DHSS has fostered trust with Delaware residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

38. Furthermore, loss of trust among Delaware residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the Delaware in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of the [Delaware].

39. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens DHSS's already limited administrative resources.

40. Once the current government shutdown began, USDA on October 1, 2025 sent DHSS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for Delaware administrative expenses (SAE) for October." The letter directed Delaware agencies to "continue to administer the program in accordance with Federal statute and regulations."

41. DHSS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations made in the USDA's October 1 letter.

42. Further, because USDA indicated in the October 10, 2025 letter that DHSS is to hold these benefit files "until further notice[,]" DHSS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden DHSS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on DHSS, because DHSS has to dedicate additional resources to planning for multiple contingencies.

43. DHSS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. DHSS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more DHSS resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

44. DHSS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately thirty administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1.

45. DHSS also anticipates increased foot traffic and disruptions at Delaware local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. DHSS employs over 600 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require DHSS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

46. Delaware had to make significant data file and system changes to ensure that November SNAP benefits were removed from the October daily files that were sent to the EBT processor to be in compliance with the USDA October 10 letter. This resulted in diverting system state and contracted hours from normal system development and maintenance to focus on the emergency created by the shutdown. This has put the state behind on meeting other important system projects and has created an environment where system errors may have been introduced into the system.

**Impacts on Delaware's Provision of Other Public Benefits**

47. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on DHSS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

48. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with

the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states). The state will also be forced to incrementally over several months return clients to the previous alpha distribution schedule to ensure clients do not experience a significant day gap between issuances.

49. DHSS also must prepare for anticipated increases in high-volume demand events on our DHSS website, service centers, call center, and online app, which is where clients go to check their EBT balances among many other features. Once benefits are reissued following a lapse, we expect a significant increase in EBT related calls for help resetting pin numbers, clients questioning their balances, and clients confirming their issuance date.

50. All of this will in turn require DHSS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause DHSS to deprioritize numerous other pressing and important projects, including ongoing management of other DHSS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1. Running these changes within DHSS's production system will cause significant strain on DHSS's already overworked infrastructure and interfere with department operations, introducing interruptions to DHSS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                        Executed this 27 day of October, 2025, in Dover Delaware.

*[signature]*

Thomas S. Hall
Director
Delaware Division of Social Services