# EXHIBIT 19

## **DECLARATION OF SCOTT MORISHIGE**

I, **Scott Morishige**, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Hawaiʻi. I am over the age of 18 and understand the obligations of an oath.

## **Professional and Agency Background**

2. I am currently the Division Administrator for the Benefit, Employment and Support Services Division (BESSD) of the Hawaiʻi Department of Human Services (HI DHS).

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. The mission of HI DHS is to encourage self-sufficiency and support the well-being of individuals, families, and communities in Hawaiʻi. HI DHS is comprised of four divisions, including BESSD, Med-QUEST Division (MQD), Social Services Division (SSD), and Division of Vocational Rehabilitation (DVR). HI DHS also includes four administratively attached agencies that include the Hawaiʻi Public Housing Authority, Office of Youth Services, Office of Wellness and Resiliency, and Statewide Office on Homelessness and Housing Solutions.

5. SNAP, one of the programs administered by HI DHS, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

## **SNAP in Hawaiʻi**

6. SNAP is a key part of Hawaiʻi's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an

average of 161,400 people received SNAP benefits in Hawaiʻi each month, including approximately 27,910 families and 62,647 children. Households in Hawaiʻi receive on average $735.77 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024 and September 30, 2025, HI DHS issued approximately $57,695,553 per month in SNAP benefits in Hawaiʻi.

7. HI DHS administers the SNAP program in Hawaiʻi pursuant to Hawaiʻi Revised Statutes § 346-14. Pursuant to federal law, HI DHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Hawaiʻi, though Hawaiʻi and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. For Federal Fiscal Year 2025, HI DHS budgeted approximately $32,310,980 in state funds to pay for SNAP administration. This spending is expected to generate approximately $32,310,980 in SNAP federal financial participation, to cover half of anticipated administration costs.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

9. HI DHS has a contract with a financial services vendor, Fidelity National Information Services, Inc. ("FIS" or "Vendor"), to provide EBT processing services for SNAP, Temporary Assistance for Needy Families (TANF) cash benefits, and other state-funded HI DHS programs. These services include processing benefit authorizations provided by HI DHS;

2

managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

10. The Vendor's invoices for its services rendered under its contract with HI DHS are paid by Hawaiʻi. Each month, HI DHS's Vendor, on behalf of Hawaiʻi and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

11. As part of the SNAP administration process, HI DHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. HI DHS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, HI DHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

12. HI DHS uses an in-house case management system called the Hawaiʻi Automated Welfare Information (HAWI) system to generate benefit files, among many other functions.

13. Once the Vendor receives the benefit files from HI DHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

14.     U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

15.     When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited, and the retailer's account gets credited. Neither HI DHS nor any other state agency in Hawai'i ever receives SNAP benefit funds as part of this process.

16.     In accordance with this process, HI DHS transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

17.     HI DHS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. The SNAP benefits file is transmitted to the Vendor four business days prior to the end of the month. For example, for SNAP benefits to be issued in November 2025, HI DHS would be required to start transmission of relevant benefit files to the Vendor on October 28, 2025.

18.     In addition to the cyclical monthly benefit issuance process outlined above, HI DHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the

4

end of a calendar month, HI DHS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

19. If HI DHS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

20. Furthermore, USDA has previously informed Hawaiʻi that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

21. Hawaiʻi anticipates that a delay in the issuance of November monthly benefits will adversely impact timeliness for both applications and for recertifications for SNAP. In addition to the suspension of benefits effective November 1, 2025, Hawaiʻi anticipates that when the federal shutdown ends there may be a delay in issuing November benefits timely due to a backlog in the transmission of SNAP issuance files nationwide.

22. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

23.     On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent HI DHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

24.     HI DHS has received communications from multiple FNS representatives regarding the impact of the federal government shutdown on the issuance of SNAP benefits. On October 15, 2025, USDA Western Region Regional Administrator Muzafar Makhdoomi sent an e-mail to clarify whether HI DHS issues prorated benefits for October and full benefits for November processed on or after October 15th in a single combined allotment or issues them as separate allotments.  HI DHS responded that it issues the pro-rated October benefits and full November benefits in two separate issuances, but that the HAWI eligibility system runs batch issuances of SNAP and other benefits together and there may be an adverse impact on non-SNAP benefits due to this issue.

25.     On October 17, 2025, HI DHS e-mailed Regional Administrator Makhdoomi that media coverage indicated some states were suspending approvals of new and pending SNAP applications or were contemplating denying SNAP applications in November due to insufficient funds being available.  Regional Administrator Makhdoomi replied that guidance from USDA was forthcoming.  HI DHS followed up again by e-mail with Regional Administrator Makhdoomi on October 20, 2025 requesting clarification on whether November SNAP benefits were canceled or suspended, and received a reply again that guidance from USDA was forthcoming.  On October 24, 2025, Deputy Regional Administrator Gunnell e-mailed HI DHS an October 24, 2025 memo from USDA Deputy Under Secretary Patrick A. Penn informing Regional SNAP Directors and SNAP State Agency Directors that FNS is suspending all November 2025 SNAP benefits effective November 1, 2025 until such time as sufficient federal funding is provided or until FNS directs State agencies otherwise.

26.     Due to the Vendor's data submission schedule for Hawaiʻi, HI DHS faces the threat of benefit interruption as early as November 1, 2025. Each day in which HI DHS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of Hawaiʻi.

27.     Failure to issue SNAP benefits to qualified recipients in Hawaiʻi will lead to immediate food insecurity for approximately 166,755 people in Hawaiʻi and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in Hawaiʻi. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of Hawaiʻi and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

28. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

29. SNAP is also an economic driver for Hawaiʻi local businesses. 878 merchants in Hawaiʻi accept SNAP benefits for food purchases. If thousands of Hawaiʻi residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Hawaiʻi. SNAP is estimated to generate increased economic activity, with every $1 in SNAP benefits generating up to $1.80 in economic activity. Based on the estimate of $57,695,553 in SNAP benefits issued per month, Hawaiʻi may lose out on an estimated $103,851,995 in lost economic activity if SNAP benefits are not issued in November 2025.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

30. The loss of SNAP benefits funding would have a significant fiscal impact on Hawaiʻi.

31. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP. Additionally, Hawaiʻi anticipates increased demand on food banks.

32. HI DHS does not have the fiscal resources available to fully replace federally funded SNAP benefits with state-funded equivalent benefits. I am informed and believe that Hawaiʻi also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on HI DHS**

33. HI DHS anticipates that the suspension of November SNAP benefits and administrative burden to respond to the suspension of benefits will adversely impact its ability to effectively respond to corrective action plans to address timeliness and its payment error rate. Additionally, HI DHS anticipates that the diversion of administrative and operational resources to respond to the suspension of SNAP in November 2025 will divert resources away from completing the timely development of its new Benefits Eligibility Solution that is expected to replace the nearly 40-year-old legacy HAWI eligibility system.

34. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between Hawaiʻi and its residents built over many years and through the dedication of significant resources.

35. To properly effectuate its safety net programs, HI DHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. HI DHS is the representative of the broader SNAP framework to Hawaiʻi residents: if households experience delays in receiving crucial benefits, they are likely to feel that HI DHS has failed or engaged in wrongdoing. HI DHS has fostered trust with Hawaiʻi residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

36. Furthermore, loss of trust among Hawaiʻi residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of Hawaiʻi.

37. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens HI DHS's already limited administrative resources.

38. Once the current government shutdown began, USDA on October 1, 2025, sent HI DHS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

39. HI DHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations provided in USDA's October 1, 2025 letter.

40. Further, because USDA indicated in the October 10, 2025 letter that HI DHS is to hold these benefit files "until further notice[,]" HI DHS must prepare for SNAP benefit interruptions for an indefinite period. A disruption of any length would burden HI DHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on HI DHS, because HI DHS has to dedicate additional resources to planning for multiple contingencies.

41. HI DHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden because of the need for additional customer support services and communications to recipients. HI DHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP

benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more HI DHS resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

42. HI DHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 11 administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1.

HI DHS also anticipates increased foot traffic and disruptions at Hawai'i SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. HI DHS employs over 400 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require HI DHS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on Hawai'i's Provision of Other Public Benefits**

43. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on HI DHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

44. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

45. HI DHS also must prepare for anticipated increases in high-volume demand events on our HI DHS website, Public Assistance Information System (PAIS) online portal, and the Vendor's EBT Edge mobile application which is where clients go to check their EBT balances, among many other features. High demand may adversely impact the DHS website and lead to temporary outages for the PAIS online portal, which provides SNAP participants with verification of monthly benefits and provides a mechanism to apply and submit recertifications for SNAP.

46. All of this will in turn require HI DHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause HI DHS to deprioritize numerous other pressing and important projects, including ongoing management of other HI DHS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1. Running these changes within HI DHS's production system will cause significant strain on HI DHS's already overworked infrastructure and interfere with department operations, introducing interruptions to HI DHS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __27th__ day of October, 2025, in Honolulu, Hawai'i.

*[signature]*

Scott Morishige
Division Administrator
Hawai'i Department of Human Services