# EXHIBIT 20

## DECLARATION OF KASEY REAGAN

I, Kasey Reagan, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Illinois. I am over the age of 18 and understand the obligations of an oath.

### Professional and Agency Background

2. I am the Statewide Program Initiatives Administrator for the Division of Family and Community Services (FCS) for the Illinois Department of Human Services (IDHS or Agency).

3. IDHS was created in 1997 to provide Illinois' residents with streamlined access to integrated services and help them lead healthy, safe and enriched lives.

4. IDHS is one of Illinois' largest state agencies, with more than 14,000 employees administering programs related to early childhood services and education, behavioral health and recovery, family and community services, rehabilitation services and developmental disabilities.

5. In Illinois, IDHS is the state agency tasked by the Illinois Public Aid Code with the administration of the Supplemental Nutrition Assistance Program (SNAP). SNAP involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

6. I have held the position of Statewide Program Initiatives Administrator at IDHS since May 2019. Since 2001, I have served in several capacities within IDHS including but not limited to Electronic Benefit Transfer (EBT) Program Director, EBT Reconciliation manager and Human Services Caseworker.

7. As the Statewide Program Initiatives Administrator, I am responsible for the operations and management of Illinois' SNAP program administration, including both the SNAP Fraud Unit and the EBT system, which is the means by which all food benefits are distributed. Additionally, I serve as subject matter expert for the Illinois eligibility system that determines the eligibility of applicants for medical, cash and food assistance programs.

8. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

**SNAP in Illinois**

9. SNAP is a key part of Illinois's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. It is nearly impossible to overstate the crucial role SNAP plays in the lives of Illinoisans who most need help accessing food. SNAP is a cornerstone public health program with long term success at fighting hunger and helping low-income people and families buy the food they need.

10. Thus far in State Fiscal Year 2025, an average of 1,033,970 households received SNAP benefits in Illinois each month, which included an average of 1,873,090 individuals. Households in Illinois receive on average $350 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024 and September 30, 2025, IDHS issued an average of $378 million per month in SNAP benefits in Illinois. More than $4.9 billion in SNAP benefits were issued in Illinois through State Fiscal Year 2025.

11. For the month of November 2025, there are currently 1,014,438 Illinois households certified for SNAP benefits. These households contain 1,834,396 people. 33% of the households contain one or more minor children. 45% of the households contain a person age 60

or older or permanently disabled. 70% of the households contain at least one person with income. The projected benefit cost for the households currently approved for the SNAP program in November 2025 is $356 million.

12. IDHS administers the SNAP program in Illinois pursuant to the Illinois Public Aid Code. 305 ILCS 5/1-1 *et seq.*. Pursuant to federal law, IDHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and EBT cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Illinois, though Illinois and the federal government split administrative costs. 7 U.S.C. § 2025(a).

13. In federal fiscal year 2025, Illinois has received $177,042,875 in federal funding to assist the state in administering its SNAP program. Illinois is budgeted to pay at least $177,042,875 in match.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

14. IDHS has a contract with a financial services vendor, Fidelity Information Services, LLC ("FIS" or "Vendor"), to provide EBT processing services for SNAP and other state-funded IDHS programs. These services include processing benefit authorizations provided by IDHS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

15. FIS's invoices for its services rendered under its contract with IDHS are paid by Illinois. Each month, FIS, on behalf of Illinois and USDA, loads the full value of each

household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

16. As part of the SNAP administration process, IDHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. IDHS sends multiple benefit files to the Vendor each month, including monthly files for active SNAP recipients. IDHS also sends benefit files each work day that contain benefits that have been authorized due to the processing of new applications, redeterminations, changes and replacements.

17. IDHS contracts with Deloitte, who manages the Integrated Eligibility System (IES) to generate benefit issuance files, among many other functions. The benefit issuance file is then sent to an in-house system called DHS EBT system before being sent to the FIS.

18. Once FIS receives the benefit files from IDHS, FIS uses the information in the files to load the SNAP benefits into the EBT account for the household. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

19. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

20. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to FIS to verify a variety of conditions,

including the availability of funds. If the purchase is approved, the customer's EBT account is debited. The Illinois EBT Vendor manages the process by which EBT accounts are debited and retailers are paid. Neither IDHS nor any other state agency in Illinois ever appropriates or holds SNAP benefit funds as part of this process.

21.     In accordance with this process, IDHS transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

22.     In order to allow approved households to receive their SNAP benefits on the same day each month, even on holidays and weekends, IDHS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. In Illinois, IDHS creates its relevant benefit files on the night of the first business day on or after the 15th of the month prior to the month SNAP benefits are to be issued. For example, IDHS was scheduled to create its monthly benefit file on October 15, 2025 and transfer the file to FIS on October 16, 2025 for SNAP benefits to be available in November 2025.

23.     In addition to the cyclical monthly benefit issuance process outlined above, IDHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for both expedited and non-expedited applications, redeterminations, changes and replacements. Also, when IDHS approves a household for expedited SNAP benefits after the 15th of a month, the Agency is required by federal regulation to approve not only the prorated amount of benefits for the month of application, but also benefits for the following month. When processing benefit issuances at the end of a calendar month, IDHS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

24. If IDHS fails to timely send benefit files to FIS, delivery of benefits to individual households will possibly be delayed.

25. Furthermore, there is no provision or allowance under current law for states to cover the costs of benefits and be reimbursed by the federal government.

26. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

27. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent IDHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several

States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

28.     On October 24, 2025, IDHS received a letter from USDA purporting to formally suspend November SNAP benefits.

29.     IDHS faces the threat of benefit interruption as early as November 1, 2025. After October 31, each day that IDHS is delayed in submitting benefit files to FIS will result in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of Illinois.

30.     Failure to issue SNAP benefits to qualified recipients in Illinois will lead to immediate food insecurity for approximately 1.8 million people in Illinois and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in Illinois. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of Illinois and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

31.     The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in

SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

32.    SNAP is also an economic driver for Illinois' local businesses. More than 9,400 merchants in Illinois accept SNAP benefits for food purchases. If millions of Illinois residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Illinois. According to the National Grocers' Association, SNAP spending drives economic output of $1.3 billion across grocery and other retailing industries in Illinois and supports approximately 11,584 jobs in grocery stores and 6,670 jobs in supporting industries. Additionally, they report that SNAP sales and administration at the grocery store level were responsible for $110.2 million in State and local tax revenues, and $122.6 million in federal tax receipts.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

33.    The loss of SNAP benefits funding would have a significant fiscal impact on Illinois.

34.    The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

35.    I am informed and believe that Illinois also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on the IDHS**

36.    The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between Illinois and its residents built over many years and through the dedication of significant resources.

37. To properly effectuate its safety net programs, IDHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. IDHS is the representative of the broader SNAP framework to Illinois residents: if households experience delays in receiving crucial benefits, they are likely to feel that IDHS has failed or engaged in wrongdoing. IDHS has fostered trust with Illinois residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

38. Furthermore, loss of trust among Illinois residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of Illinois.

39. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens IDHS's already limited administrative resources.

40. Once the current government shutdown began, USDA on October 1, 2025 sent IDHS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

41. After it received the October 1 letter, IDHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, in part due to the representations in USDA's October 1 letter. Once IDHS received the

October 10 letter, IDHS followed USDA's directive and did not transfer any November issuance files to FIS.

42.     Further, because USDA indicated in the October 10, 2025 letter that IDHS is to hold these benefit files "until further notice[,]" and stated in its October 24, 2025 letter that "FNS is suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise," IDHS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden IDHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on IDHS, because IDHS has to dedicate additional resources to planning for multiple contingencies.

43.     IDHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. IDHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more IDHS resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

44.     IDHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025.

These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. IDHS staff members already have been required to absorb this additional administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1.

45.     IDHS also anticipates increased foot traffic and disruptions at Illinois local Family and Community Service Centers (FCRCs) as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. Illinois employs over 3,000 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require IDHS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on Illinois's Provision of Other Public Benefits**

46.     Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on IDHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

47.     Changes to the benefit file schedule will require alterations in eligibility system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with FIS to send production files—all while numerous other states are trying to simultaneously transmit their own files to FIS (which serves as EBT vendor for multiple states).

48. IDHS also must prepare for anticipated increases in high-volume demand events on our IDHS website and mobile app, which is where clients go to check their EBT balances among many other features.

49. All of this will in turn require IDHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause IDHS to deprioritize numerous other pressing and important projects, including ongoing management of other IDHS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of H.R.1. Running these changes within IDHS's production system will cause significant strain on IDHS's already overworked infrastructure and interfere with department operations, introducing interruptions to IDHS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Springfield, IL.

*Kasey Reagan*
Digitally signed by Kasey Reagan
Date: 2025.10.27 16:57:44 -05'00'

Kasey Reagan
Statewide Program Initiatives Administrator
Illinois Department of Human Services