# EXHIBIT 21

**DECLARATION OF DR. CARLA WHITESIDE-HICKS**

I, DR. CARLA WHITESIDE-HICKS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Kanas. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Director of the Kansas Economic and Employment Services ("EES"), which is contained within the Kansas Department for Children and Families ("KDCF").

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. The Kansas Department for Children and Families' (DCF) mission is to protect children, strengthen families, and promote adult self-sufficiency. DCF's 35 service centers across the state offer a wide range of support services, including food, utility, child care assistance, child support services, and employment education and training. DCF also partners with grantees to provide foster care services to children, including case planning, placement, life skills, and foster parent recruitment and training. DCF partners with organizations, communities, and other agencies to support families, children, and vulnerable adults, connecting them with resources, supports, and networks in their home communities. SNAP, one of the programs administered by KDCF, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Kanas**

5. SNAP is a key part of Kansas's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 187,370 people received SNAP benefits in Kansas each month, including approximately 93,321 families and 85,101 children. Households in Kansas receive on average $356 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024, and September 30, 2025, KDCF issued approximately $33,500,000 per month in SNAP benefits in Kansas.

6. KDCF administers the SNAP program in Kansas pursuant to K.S.A. 39-709, et seq. Pursuant to federal law, KDCF administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Kansas, though Kanas and the federal government split administrative costs. 7 U.S.C. § 2025(a).

7. For Federal Fiscal Year 2025, KDCF budgeted approximately $32,828,029 in state funds to pay for SNAP administration. This spending is expected to generate approximately $31,1226,029 in SNAP federal financial participation, to cover half of anticipated administration costs.

8. By the end of October 2025, KDCF will have spent $2,400,000 in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. KDCF did so with the expectation that SNAP would continue to provide benefits to low-income individuals in Kansas.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

9. KDCF has a contract with a financial services vendor, FIS ("Vendor"), to provide to provide EBT processing services for SNAP and other state-funded KDCF programs. These services include processing benefit authorizations provided by KDCF; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

10. The Vendor's invoices for its services rendered under its contract with KDCF are paid by the Kansas. Each month, KDCF's Vendor, on behalf of Kansas and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

11. As part of the SNAP administration process, KDCF is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. KDCF sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, KCDF sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

12. KCDF uses an in-house case management system called KEES to generate benefit files, among many other functions.

13. Once the Vendor receives the benefit files from KCDF, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then

use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

14.   U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

15.   When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither KDCF nor any other state agency in the Kansas ever receives SNAP benefit funds as part of this process.

16.   In accordance with this process, KCDF transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

17.   KDCF requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. [Include description of state agency file processing schedules. For state agencies that stagger, you can use the following as a framework: KDCF staggers the issuance of benefits over the first 10 days of a month. For example, for SNAP benefits to be issued in November 2025, KDCF is scheduled to start transmission of relevant benefits files to the Vendor on the evening of October 28, 2025, for individuals alphabetically by last name.

18.   In addition to the cyclical monthly benefit issuance process outlined above, KDCF also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition,

when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, KDCF thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

19. If KDCF fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

20. On September 30, 2025, USDA released a "Lapse of Funding Plan," stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

21. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent KDCF a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for

5

approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

22. Due to the Vendor's data submission schedule for Kansas, KDCF faces the threat of benefit interruption as early as November 1, 2025. Each day in which KDCF is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of the Kansas.

23. Failure to issue SNAP benefits to qualified recipients in Kansas will lead to immediate food insecurity for approximately 188,000 people in the Kansas and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in the Kansas. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of the Kansas and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

24. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in

SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

25.     SNAP is also an economic driver for Kansas local businesses. 2,106 merchants in Kansas accept SNAP benefits for food purchases. If millions of Kansas residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Kansas.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

26.     The loss of SNAP benefits funding would have a significant fiscal impact on the Kansas.

27.     The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

28.     KDCF does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits. I am informed and believe that KDCF also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on the KDCF**

29.     The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between the Kansas and its residents built over many years and through the dedication of significant resources.

30.     To properly effectuate its safety net programs, KDCF has devoted years of work to overcome stigma, misinformation, and other barriers to access. KDCF is the representative of the broader SNAP framework to Kansas residents: if households experience delays in receiving

7

crucial benefits, they are likely to feel that KDCF has failed or engaged in wrongdoing. KDCF has fostered trust with Kansas residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

31.     Furthermore, loss of trust among Kansas residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of the Kansas.

32.     The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens KDCF's already limited administrative resources.

33.     Once the current government shutdown began, USDA on October 1, 2025, sent KDCF a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

34.     KDCF continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations received.

35.     Further, because USDA indicated in the October 10, 2025 letter that KDCF is to hold these benefit files "until further notice," KDCF must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden KDCF, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources

required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on KDCF, because KDCF has to dedicate additional resources to planning for multiple contingencies.

36. KDCF also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. KDCF will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more KDCF resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

37. KDCF is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 98 administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1.

38. KDCF also anticipates increased foot traffic and disruptions at Kansas local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. KDCF employs over 480 client-facing local office staff, many of whom will need to

explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require KDCF to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on Kansas's Provision of Other Public Benefits**

39. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on KDCF's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

40. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

41. KDCF also must prepare for anticipated increases in high-volume demand events on our KDCF website and mobile app, which is where clients go to check their EBT balances among many other features.

42. All of this will in turn require KDCF to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause KDCF to deprioritize numerous other pressing and important projects, including ongoing management of other KDCF-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1.

Running these changes within KDCF's production system will cause significant strain on KDCF's already overworked infrastructure and interfere with department operations, introducing interruptions to KDCF's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Topeka, Kansas.

*Carla Whiteside-Hicks, Ph.D.*
Carla Whiteside-Hicks, Ph.D.
Director, Economic and Employment Services
Kansas Department for Children and Families