# EXHIBIT 22

## DECLARATION OF CABINET FOR HEALTH AND FAMILY SERVICES

I, Lesa Dennis, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the Commonwealth of Kentucky. I am over the age of 18 and understand the obligations of an oath.

### Professional and Agency Background

2. I am the Commissioner of the Kentucky Department for Community Based Services within the Cabinet for Health and Family Services, as appointed by Governor Andy Beshear, and have held that position since January 16, 2023. Prior to serving as the Commissioner, I served as Deputy Commissioner of the Kentucky Department for Community Based Services.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. The Kentucky Cabinet for Health and Family Services is the state agency responsible for administering programs that promote the health, safety, and well-being of Kentucky residents. The Cabinet for Health and Family Services oversees public assistance, public health, behavioral health, child welfare, and aging services, ensuring compliance with state and federal regulations.

5. The Supplemental Nutrition Assistance Program (SNAP), one of the programs administered by the Cabinet for Health and Family Services, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**Supplemental Nutrition Assistance Program in Kentucky**

6. SNAP is a key part of Kentucky's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 598,000 people received SNAP benefits in Kentucky each month, including approximately 280,000 families and 230,000 children under 18 years old. Households in Kentucky receive on average $368 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year 2025, the Cabinet for Health and Family Services issued approximately $104 million per month in SNAP benefits in Kentucky.

7. The Cabinet for Health and Family Services administers the SNAP program in the Commonwealth of Kentucky pursuant to 921 KAR Chapter 3. Under federal law, the Cabinet for Health and Family Services administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for: issuing, controlling, and having accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Kentucky, though Kentucky and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. For Federal Fiscal Year 2025, the Cabinet for Health and Family Services budgeted approximately $105,515,836 in state funds to pay for SNAP administration. This spending is expected to generate approximately $105,515,836 in SNAP federal financial participation, to cover half of anticipated administration costs.

9. By the end of October 2025, the Cabinet for Health and Family Services will have

spent approximately $7,700,000 in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. The Cabinet for Health and Family Services did so with the expectation that SNAP would continue to provide benefits to low-income individuals across the Commonwealth.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

10. The Cabinet for Health and Family Services has a contract with a financial services vendor, Fidelity National Information Services, Inc. (FIS, or "Vendor"), to provide EBT processing services for SNAP and other state-funded Cabinet for Health and Family Services programs. These services include: processing benefit authorizations provided by the Cabinet for Health and Family Services; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11. The Vendor's invoices for services rendered under its contract with the Cabinet for Health and Family Services are paid by the Commonwealth of Kentucky. Each month, the Cabinet for Health and Family Services' Vendor, on behalf of the Commonwealth of Kentucky and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12. As part of the SNAP administration process, the Cabinet for Health and Family Services is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. The Cabinet for Health and Family Services sends multiple benefit

files to the Vendor, including monthly files for active SNAP recipients. Further, the Cabinet for Health and Family Services sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13. The Cabinet for Health and Family Services uses an in-house case management system called the Integrated Eligibility and Enrollment Solution (IEES) to generate benefit files, among many other functions.

14. Once the Vendor receives the benefit files from the Cabinet for Health and Family Services, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15. USDA's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions, including the availability of funds and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither the Cabinet for Health and Family Services nor any other Kentucky state agency receives SNAP benefit funds as part of this process.

17. In accordance with this process, the Cabinet for Health and Family Services transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

4

18. The Cabinet for Health and Family Services requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. Kentucky staggers the issuance of benefits over the first 19 days of a month. For example, for SNAP benefits to be issued in November, Kentucky was scheduled to transmit relevant benefit files to the Vendor on the evening of October 23, 2025, the last digit of the individual's social security number determines the day of the month their benefits are issued. Kentucky transmits the following relevant month's benefits on a one-time monthly issuance file to the Vendor on the evening of that "cut off".

19. In addition to the cyclical monthly benefit issuance process outlined above, Kentucky follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. Further, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve the prorated amount of benefits for the month of eligibility and benefits for the following month. When processing benefit allotments at the end of a calendar month, Kentucky therefore issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

20. If the Cabinet for Health and Family Services fails to timely send benefit files to the Vendor by the agreed upon schedule under the contract, delivery of benefits to individual households will be delayed.

21. Furthermore, USDA has previously informed Kentucky that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

22. The Cabinet for Health and Family Services may incur late fees/costs from the

5

Vendor resulting from additional or late file submissions as a part of the agency's contract with the Vendor. The Vendor is committed to working with the Cabinet for Health and Family Services, but additional costs cannot be ruled out at this time.

23.     On September 30, 2025, USDA released a "Lapse of Funding Plan," stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." USDA, Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

24.     On October 10, 2025, fewer than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent the Commonwealth of Kentucky a letter. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct

States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

25. The Cabinet for Health and Family Services received communications from the USDA-FNS regarding pre-shutdown and post-shutdown procedures for SNAP. Prior to the federal government shutdown, the Cabinet for Health and Family Services reviewed the USDA's "Lapse of Funding Plan," which was posted on the USDA website, and received an email from FNS requesting aggregate SNAP benefit information. The Cabinet for Health and Family Services also received a letter dated October 1, 2025, titled "Update on Food and Nutrition Services Operations: Supplemental Nutrition Assistance Program (SNAP)," and a letter dated October 10, 2025, titled "Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025." These communications provided federal guidance concerning program operations during the lapse in funding.

The Cabinet for Health and Family Services received a letter on October 24, 2025, from USDA titled, "Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025." This letter guided the Cabinet for Health and Family Service to formally suspend November SNAP benefits; "In accordance with 7 CFR 271.7(b), FNS is suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise. This suspension is effective November 1, 2025. Please take immediate action to implement this suspension."

26. Due to the Vendor's data submission schedule for Kentucky, the Cabinet for Health and Family Services faces the threat of benefit interruption as early as November 1, 2025. Each day in which the Cabinet for Health and Family Services is delayed from submitting

7

benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents across Kentucky.

27. Failure to issue SNAP benefits to qualified recipients in Kentucky will lead to immediate food insecurity for approximately 598,000 people statewide and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in food demand. SNAP is the largest anti-hunger program in Kentucky. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of Kentuckians and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

28. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

29. SNAP is also an economic driver for Kentucky local businesses. Approximately 4,561 merchants in Kentucky accept SNAP benefits for food purchases. If millions of Kentucky residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Kentucky. Each month, approximately $100–$110 million in SNAP benefits are redeemed across the state, equating to an estimated $1.2 billion annually injected into Kentucky's economy. This funding supports thousands of local businesses and contributes substantially to food sales, particularly in rural and low-income areas; a suspension of SNAP benefits would therefore have significant adverse economic effects on retailers and communities statewide.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

30. The loss of SNAP benefits funding will have a significant fiscal impact on the Kentucky.

31. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

32. The absence of federal SNAP funding will require the Cabinet for Health and Family Services to redirect resources and staff to manage the resulting surge in demand for assistance. Individuals who do not receive their November SNAP benefits are expected to seek support through other federal programs, as well as state and locally funded services that already operate with limited budgets. This shift will increase expenditures for programs such as emergency food assistance, Temporary Assistance for Needy Families (TANF), and Low Income Home Energy Assistance Program (LIHEAP), while also placing additional strain on local food banks, food pantries, and community organizations that serve as safety nets for food-insecure residents. Additionally, this reduction in SNAP benefits has impacts on child welfare in the state, including an increased risk of child neglect and substantiated child maltreatment reports, as financial hardships and food insecurity are significant stressors on families. The diversion of state resources to fill this gap would reduce capacity for other essential initiatives and elevate administrative burdens across multiple program areas.

33. The suspension of SNAP funding is expected to significantly increase food insecurity among Kentucky residents, particularly low-income households, children, and older adults. Increased food insecurity is associated with higher rates of chronic health conditions, including diabetes, hypertension, and developmental issues in children, which in turn contribute

to greater healthcare utilization and costs. Reports from state and national sources consistently show that food insecurity correlates with increased demand for medical and social services. As a result, the absence of SNAP benefits will place additional strain on the Commonwealth's healthcare and social support systems, potentially increasing uncompensated care costs and limiting the state's ability to meet residents' basic nutritional and health needs.

34. The Cabinet for Health and Family Services does not have the fiscal resources available to replace federally-funded SNAP benefits with state-funded equivalent benefits.

### Administrative and Operational Burdens on the Cabinet for Health and Family Services

35. Suspension of SNAP benefits would create substantial administrative and operational burdens for the Cabinet for Health and Family Services, including added expenses to notify recipients, increased overtime costs to manage inquiries, and the need to reallocate staff and resources from other essential programs. The situation could also require heightened security at local offices, increase the risk of payment errors, and negatively affect the Cabinet for Health and Family Services' public reputation. Additionally, such disruptions may complicate implementation of federal program changes, including adjustments to able-bodied adult without dependents (ABAWD) work requirements under H.R.1, and strain the Cabinet for Health and Family Services' ability to maintain consistent service delivery to vulnerable populations.

36. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between Kentucky and its residents built over many years and through the dedication of significant resources.

37. To properly effectuate its safety net programs, the Cabinet for Health and Family Services has devoted years of work to overcome stigma, misinformation, and other barriers to access. The Cabinet for Health and Family Services is the representative of the broader SNAP framework to Kentucky residents: if households experience delays in receiving crucial benefits,

10

they are likely to feel that the Cabinet for Health and Family Services has failed or engaged in wrongdoing. The Cabinet for Health and Family Services has fostered trust with Kentucky residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

38. Furthermore, loss of trust among Kentucky residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs and the expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of Kentucky.

39. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burden the Cabinet for Health and Family Services' already limited administrative resources.

40. Once the current federal government shutdown began, USDA on October 1, 2025, sent the Kentucky Cabinet for Health and Family Services a letter regarding the lapse in regular appropriations. The letter stated that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The correspondence further directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

41. The Cabinet for Health and Family Services continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations provided in USDA's October 1, 2025

11

letter titled "Update on Food and Nutrition Services Operations: Supplemental Nutrition Assistance Program (SNAP)," which stated that October benefits and administrative funding were available and directed state agencies to continue program administration in accordance with federal statute and regulations.

42. Further, because USDA indicated in the October 10, 2025 letter that the Cabinet for Health and Family Services is to hold these benefit files "until further notice", the Cabinet for Health and Family Services must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden the Cabinet for Health and Family Services, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on the Cabinet for Health and Family Services, because the Cabinet for Health and Family Services has to dedicate additional resources to planning for multiple contingencies.

43. The Cabinet for Health and Family Services also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. The Cabinet for Health and Family Services will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news about the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their applications denied or cases closed. This disruption, sometimes referred to as "applicant churn," will again require more of the Cabinet for Health and Family Services' resources during a crucial period of reorganization in light of H.R.1 (the "One Big

Beautiful Bill Act" enacted in July 2025).

44. The Cabinet for Health and Family Services is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 15-20 administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1. This is expected to increase as families begin to contact our offices for clarification about SNAP issuances through in-person visits and phone calls, which will require increased staffing.

45. The Cabinet for Health and Family Services also anticipates increased foot traffic and disruptions at Kentucky local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. The Cabinet for Health and Family Services employs more than 1,916 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require the Cabinet for Health and Family Services to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

46. The estimate to support the technology required for the October and November issuance for SNAP is roughly 236 hours (approx. $32,340).

**Impacts on Kentucky's Provision of Other Public Benefits**

47. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on the Cabinet for Health and Family Services' provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

48. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

49. The Cabinet for Health and Family Services also must prepare for anticipated increases in high-volume demand events on our Cabinet for Health and Family Services website. The loss of November SNAP benefits for an estimated 598,000 individuals is expected to drive a surge in citizens seeking assistance through other programs such as TANF, LIHEAP, and emergency food services. This heightened activity will strain online systems, call centers, and local Department for Community Based Services offices, as staff work to manage increased inquiries, assist with alternative benefit applications, and address urgent needs—potentially resulting in call backlogs and delays in service delivery statewide.

50. All of this will in turn require the Cabinet for Health and Family Services to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This, in turn, will cause the Cabinet for Health and Family Services to deprioritize numerous other pressing and important projects, including ongoing management of other Cabinet for Health and Family Services-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date

15

of H.R.1. Running these changes within the Cabinet for Health and Family Services' production system will cause significant strain on the Cabinet for Health and Family Services' already overworked infrastructure and interfere with department operations, introducing interruptions to the Cabinet for Health and Family Services' ability to determine eligibility for SNAP and continue operating that system for benefits throughout the remainder of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27 day of October, 2025, in Frankfort, Kentucky.

_____
Lesa Dennis
Commissioner
Department for Community Based Services
Cabinet for Health and Family Services