# EXHIBIT 23

# DECLARATION OF WILLIAM BELL

I, William Bell, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18 and understand the obligations of an oath.

## Professional and Agency Background

2. I am currently employed by the Department of Elementary and Secondary Education (DESE) as the Chief Financial Officer. I have been employed by DESE since February 2011 and have held my current title since that time. As DESE's Chief Financial Officer, I am familiar with statewide programs and initiatives managed by DESE.

3. I make this declaration in my official capacity, based on personal knowledge and on my review of information and records gathered by agency staff.

4. DESE, the Massachusetts State Education Agency (SEA), is responsible for overseeing all public elementary and secondary education and adult basic education in the Commonwealth. DESE's goal is to improve educational outcomes and achievement across the Commonwealth in accordance with state and federal mandates and to prepare all students for success after high school.

5. DESE oversees approximately 400 Local Education Agencies (LEAs) in the Commonwealth, which includes school districts and charter schools that serve approximately 920,000 elementary and secondary students in total. DESE also oversees programs that serve approximately 20,000 adult learners each year.

## SNAP Benefits and DESE

6. Supplemental Nutrition Assistance Program (SNAP), one of the programs administered by the Commonwealth's Department of Transitional Assistance (DTA), involves the issuance of monthly electronic benefits that are used to purchase food at authorized retail stores. Nearly a quarter of all students served by LEAs overseen by DESE either directly receive SNAP benefits or are part of families who do: At the end of the 2024-2025 school year, of 929,687 total enrolled students in LEAs overseen by DESE, there were 213,463 children in LEAs in the Commonwealth who received SNAP benefits every month to help their families put food on the table.

7. Based on my supervision of DESE's Office of Food and Nutrition Programs, I am aware that children in families that are food insecure are more likely to have physical health conditions and mental health challenges—including, for example, anxiety, depression, and behavioral issues; and physical health issues such as anemia and vitamin deficiencies—which in turn lead to impaired growth and development and increased hospitalizations. DESE is aware that food insecurity is associated with higher rates of school absenteeism due to family stress and poor health, which in turn leads to increased medical appointments and hospitalizations.

8. It is further DESE's experience that food insecurity negatively impacts the ability of children to learn in school and is associated with poor educational outcomes. Food insecurity in children is associated with poor concentration, decreased cognitive function, fatigue, depression, and behavioral problems in school. Longer term, children who go without consistent access to nutritious food are more likely to be absent and drop out of school entirely.

9. Conversely, DESE, through its close work with and oversight of school districts, knows that providing nutritious food in school improves students' concentration and overall academic performance. DESE has thus long prioritized programs to alleviate children's hunger

and provide nutritious meals to children and their families.[1] Of note, DESE began administering universal free school meals as part of the U.S. Department of Agriculture's (USDA) waiver program during the start of the COVID-19 pandemic in school year 2019-2020, which Massachusetts continued funding through the 2022-2023 school year on a trial basis.[2] In August 2023, the Massachusetts Legislature and Healey-Driscoll Administration enacted as part of the state budget permanent funding for the universal free school meals program, such that, effective school year 2023-2024, every child who wants or needs a school breakfast or lunch will receive those meals at no cost to their family.[3]

10. SNAP is a key part of Massachusetts' efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. By extension, SNAP is critical in addressing the impacts of hunger on the students in our public elementary and secondary schools. DESE has relied on the timely and regular provision of SNAP benefits as a crucial component of DESE's overall mission to keep children learning and thriving in their school communities.

**Operational Burdens on Schools and DESE from the Unavailability of SNAP Benefits**

11. Loss of SNAP benefits on November 1 will create additional operational burdens for school districts that are already stretched attempting to meet the needs of low-income

---

[1] *Food and Nutrition Programs*, MASS. DEP'T of ELEMENTARY & SECONDARY EDUC., https://www.doe.mass.edu/cnp (last accessed Oct. 27, 2025); Robert M. Leshin, *School Year (SY) 2024-2025 Massachusetts Meal Benefit Household Application Packet Now Available*, MASS. DEP'T of ELEMENTARY & SECONDARY EDUC., https://www.doe.mass.edu/news/news.aspx?id=27434 (last accessed Oct. 27, 2025).
[2] U.S.D.A. Econ. Rsch. Serv., *Child Nutrition Programs – National School Lunch Program*. USDA.gov (updated August 5, 2025), https://www.ers.usda.gov/topics/food-nutrition-assistance/child-nutrition-programs/national-school-lunch-program.
[3] Mass. Dep't of Elementary & Secondary Education, *Universal Free School Meals: FY24 Legislative Report*. MASS. DEP'T of ELEMENTARY & SECONDARY EDUC. (July 1, 2024), https://www.doe.mass.edu/cnp/universal-free-school-meals.pdf; Robert M. Leshin, *School Year (SY) 2024-2025 Massachusetts Meal Benefit Household Application Packet Now Available*, MASS. DEP'T of ELEMENTARY & SECONDARY EDUC., https://www.doe.mass.edu/news/news.aspx?id=27434 (last accessed Oct. 27, 2025); Project Bread, *Massachusetts Makes School Meals for All Permanent*, Project Bread (Aug. 9, 2023), https://projectbread.org/news/massachusetts-makes-school-meals-for-all-permanent.

students and other vulnerable populations, ultimately impacting the ability of LEAs statewide to carry out their core responsibility of educating students.

12. The abrupt loss of SNAP benefits will force families to scramble for alternatives, including the possibility of skipping meals entirely. Even if students receive one or two daily meals at school, DESE still anticipates significant impacts on schools if students are not receiving sufficient nutrition at home for an extended period of time, coupled with the psychological harms that stem from the stress of food insecurity.

13. DESE anticipates that teachers, school counselors, social workers, school nurses, and other DESE- and LEA-staff resources statewide will be strained by addressing food access concerns of families and helping to ensure their basic needs are met rather than spending time teaching students.

14. Teachers also may face the additional burden of managing classrooms where more of their students exhibit behavioral dysregulation associated with food insecurity, making it harder to teach.

15. An abrupt loss of SNAP benefits thus unduly burdens DESE's and LEAs' already limited staffing resources (e.g., teachers, school counselors, social workers) by requiring them to spend more time assisting families amid the food access crisis and responding to disruptions to the learning environment. Hungry students whose basic needs are not met will struggle to focus, present with behavioral challenges, or may be absent from school entirely. These cumulative effects will negatively impact these students' educational opportunities and experiences.

16. Because USDA has indicated that SNAP benefits will be suspended as of November 1, 2025, seemingly through the duration of the shutdown, LEAs and DESE must prepare now to address operational burdens stemming from the impact of SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden LEAs and

DESE, with the extent of this burden increasing the longer the disruption extends, because the resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the duration of a disruption itself exacerbates the burden on LEAs and DESE, because LEAs and DESE must dedicate additional resources to planning for multiple contingencies.

**Fiscal Impacts from the Unavailability of SNAP Benefits**

17. The sudden loss of SNAP benefits for our students and their families would have a significant fiscal impact on the Commonwealth, including DESE and schools.

18. DESE has already expended significant state funds to tackle ongoing issues related to chronic absenteeism[4] and student mental health.[5] A suspension in SNAP benefits may result in increased spending by DESE and LEAs to address the impacts of widespread food insecurity on students and therefore schools. This may include hiring of additional staff (e.g., counseling and social work staff), or diversion of funds and other resources from other initiatives (instructional or otherwise) to support programs targeted toward meeting students' basic needs and mental health stemming from the lack of SNAP benefits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of October, 2025, in Everett, Massachusetts.

_____
William Bell
Chief Financial Officer
Department of Elementary and Secondary Education

---

[4] *Reducing chronic absenteeism in our schools*, E2C (March 22, 2024), https://educationtocareer.data.mass.gov/stories/s/Reducing-chronic-absenteeism-in-our-schools/vuut-f46x/.

[5] *Mental and Behavioral Health and Wellness Supports*, MASS. DEP'T of ELEMENTARY & SECONDARY EDUC. (last updated July 9, 2025), https://www.doe.mass.edu/sfs/mental-wellness/default.html.