# EXHIBIT 25

## DECLARATION OF COMMISSIONER NOE ORTEGA

I, Noe Ortega, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Commissioner of Higher Education for the Massachusetts Department of Higher Education (DHE), a position I have held since 2022. Prior to holding this position, I was Secretary of Education for the Commonwealth of Pennsylvania.

3. As the Commissioner of Higher Education, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by agency staff.

4. The Massachusetts Board of Higher Education (the Board) is the Commonwealth's state higher education authorizing agency and is responsible for, among other things: authorizing public and private higher education institutions to operate in the Commonwealth; assessing the financial condition of private higher education institutions under state law; administering the Commonwealth's nearly $400 million in state financial aid programs; and establishing and enforcing regulations related to helping to ensure that all public and private institutions of higher education offer high quality, safe, and inclusive programing under state law.

5. The Massachusetts DHE is the state executive agency of the Board. I serve as Chief Executive Officer and Commissioner of the DHE. Together, the Board and the Massachusetts DHE have coordinating, governing, and/or regulatory oversight over all 29 public

and 80 private institutions of higher education located in the Commonwealth of Massachusetts and authorized to grant degrees.

6. The public higher education system of Massachusetts is comprised of twenty-nine institutions divided into three segments: fifteen community colleges, nine state universities, and the five University of Massachusetts campuses. Each of the state universities and community colleges has its own board of trustees, as does the University of Massachusetts system, and all fall under the purview of the Board as members of the public higher education system.

**Food Insecurity and SNAP in Massachusetts Higher Education**

7. SNAP is a key part of Massachusetts' efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. By extension, SNAP is critical in addressing the impacts of hunger on the students in our public higher education institutions.

8. Massachusetts public higher education institutions currently enroll approximately 172,000 undergraduate students. Based on survey information, 38% of undergraduate students enrolled in Massachusetts higher education institutions report food insecurity.[1] Accordingly, DHE estimates that over 65,000 of those undergraduate students enrolled in our public higher education institutions experience insufficient access to food. In addition, 20% of food insecure undergraduate students report utilizing SNAP benefits.[2] DHE therefore estimates that over 12,700 students enrolled in Massachusetts public higher education institutions access SNAP benefits and will face suspension of their SNAP benefits on November 1, 2025.

---

[1] The Greater Boston Food Bank, *The Cost of Hunger in Massachusetts, The Greater Boston Food Bank's Fifth Statewide Food Access Report* (2025), at p. 4.
[2] The Hope Center for College, Community, and Justice at Temple University, *2019 #Real College Survey Results*, *Report for Massachusetts Public Higher Education System* (June 2020).

9.     Approximately 200,000 undergraduate students are enrolled in the 80 private higher education institutions located on the Commonwealth.[3] DHE anticipates that students accessing SNAP benefits at those institutions will likely experience the burdens described below as well.

10.     Many of the students experiencing food insecurity who receive SNAP benefits also face multiple competing demands for their other essential needs, including housing, child care, and transportation, as they work to support themselves and their families while also working towards a degree.

11.     Lack of sufficient food and nutrition has a significant impact on students' ability to pursue their education. When students are unable to meet their basic essential needs for food and housing, they are more likely to need to withdraw from their studies. A recent national survey showed that 79% of students who leave higher education do so as a result of an inability to meet their basic needs, including the need for sufficient food.[4]

12.     In 2021, the first known national longitudinal study to look at the impact of food insecurity during college on graduation and degree attainment showed that food insecurity during college was a barrier to graduation and degree attainment.[5] This study demonstrates that a student's inability to access sufficient food in a consistent way has real impacts on their ability to complete their degree. The study showed that this impact was even greater for those students who are in the first generation of their families to attend college.[6] It further showed that students

---

[3] National Center for Education Statistics, Integrated Postsecondary Education Data System (IPEDS) (2024).
[4] *See, e.g.,* The Hope Center for Student Basic Needs at Temple University, *The Hope Center 2023-2024 Student Basic Needs Survey Report* (2024), 7.
[5] Julia A Wolfson, et al., *The Effect of Food Insecurity During College on Graduation and Type of Degree Attained: Evidence from a Nationally Representative Longitudinal Survey,* 25 PUB HEALTH NUTRITION 389 (2022), https://www.cambridge.org/core/journals/public-health-nutrition/article/effect-of-food-insecurity-during-college-on-graduation-and-type-of-degree-attained-evidence-from-a-nationally-representative-longitudinal-survey/4048E0A71FB2CB5B6B7C984AC1AE5F9E.
[6] *Id*. at 390, 393.

3

experiencing food insecurity who were able to complete an associate's degree, were nonetheless less likely to complete a four-year degree.[7]

13. According to the study referenced above, only 43.8% of food-insecure students will complete their college degree. Applying this rate to Massachusetts' public higher education institutions, over 36,000 students currently in Massachusetts could be at risk of failing to graduate due to food insecurity.

14. Studies also show that food insecurity is higher among Black, Hispanic or Latine, LGBTQIA+ students, and students with disabilities. Minority Serving Institutions (MSIs) and Rural Serving Institutions (RSIs) report higher numbers of students experiencing basic needs insecurity as well.[8]

15. Further, research also shows that students who attempt to continue to pursue their education while experiencing food insecurity show decreased academic performance and GPA.[9]

**Fiscal and Administrative Harm on DHE and Massachusetts Public Higher Education Institutions**

16. Higher education plays an essential role in ensuring upward social mobility, greater economic stability, positive health outcomes, and the resultant positive economic impacts for broader society in Massachusetts.

17. SNAP plays an important role addressing the barriers student food insecurity poses to successful degree completion.

---

[7] *Id.* at 391, 393.
[8] *See* The Hope Center, *supra* note 4, at 4, 16–17.
[9] *See* Wolfson, et al., supra note 5, at 394; Irene van Woerden, et al*., Food Insecurity Negatively Impacts Academic Performance*, J. OF PUB. AFF. (Nov. 26, 2018).

18. Halting SNAP benefits for eligible students will exacerbate potential impacts on such students' academic performance and completion and will have both short-term and long-term negative impacts on the Commonwealth and on the public higher education system.

19. Many of Massachusetts' public higher education institutions supplement resources for students experiencing food insecurity through operating food pantries on campus. DHE administers state funds aimed at supporting the needs of students on public campuses facing food insecurity. Based on DHE's experience with campus application for and utilization of those funds, DHE knows that campuses already have high student demand for the resources in food pantries and other resources aimed at meeting needs of students experiencing food insecurity. Cessation of benefits for thousands of qualified student SNAP recipients will likely increase the demand on those resources in addition to the broader state food bank resources.

20. The DHE, in partnership with campuses and many community organizations, has devoted years of work to overcome stigma, misinformation, and other barriers to access SNAP. The DHE has fostered trust with Massachusetts students by educating them about the availability of SNAP benefits for those who qualify, and the importance of accessing those resources to support their pursuit of a degree. This funding lapse risks eroding that trust with students if they are unable to access the SNAP benefits for which they are eligible.

21. Given the links between food insecurity and other related challenges that students face in completing their studies, halting SNAP benefits for students could potentially result in added demand on staff and faculty at our public campuses for other student services, such as behavioral and mental health counseling to support students facing increased food insecurity.

22. In the longer term, given what DHE knows about the impact of food insecurity on students' ability to continue and complete their degree, extended lapses in SNAP benefits could

have an impact on student enrollments at our public higher education institutions, and a risk of resultant fiscal impacts of those reduced enrollments could follow.

23. In recent years, Massachusetts has significantly increased its financial support for students to pursue higher education, making Community College tuition- and fee-free for all students and increasing available financial aid for students attending four year institutions. However, if students enrolled in public colleges and universities and supported by the Commonwealth's state financial aid programs fail to complete their education due to food insecurity, the Commonwealth will not realize the larger public benefit of students' education and the resultant return on the Commonwealth's investment.

24. Through programs administered by the DHE, Massachusetts currently funds some costs associated with providing for students experiencing food insecurity through food pantries on Massachusetts public campuses. These resources are far from the level of funding utilized by Massachusetts students via their SNAP benefits.

25. The DHE does not have the fiscal resources available to replace federally funded SNAP benefits for students enrolled in public higher education with state-funded equivalent benefits.

26. Regardless of the length of the shutdown, any delay in SNAP benefits will have cascading effects on DHE and Massachusetts public higher education institutions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Boston, Massachusetts.

_____
Noe Ortega
Commissioner of Higher Education
Massachusetts Department of Higher Education

7