# EXHIBIT 26

## DECLARATION OF IAN YAFFE

I, Ian Yaffe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the state of Maine. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Director of the Office for Family Independence within the Maine Department of Health and Human Services.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. The Office for Family Independence (OFI) determines eligibility for various federally and state funded programs including Supplemental Nutrition Assistance Program (SNAP), Summer EBT, Medicaid, State Supplement and Temporary Assistance for Needy Families (TANF). Nutritional and cash benefits are issued on a single Electronic Benefit Transfer (EBT) card per household. OFI also oversees child support collection and distribution, social security disability determinations, and the investigation of fraud and overpayments for the various programs previously mentioned.

5. SNAP, one of the programs administered by OFI, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retailers.

**SNAP in Maine**

6. SNAP is a key part of Maine's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In the first half of calendar year 2025, 198,780 people received Federal SNAP benefits in Maine including 115,684 families, over 52,000 children and over 40,000 individuals age 60 or older. Households in Maine receive on

average $296 per month in SNAP benefits ($172 per individual) to meet their basic subsistence and nutritional needs. During the same period, Maine DHHS issued approximately $174,741,056 in Federal SNAP benefits in Maine.

7. Maine DHHS administers the SNAP program in Maine pursuant to 22 M.R.S. § 3104. Pursuant to federal law, Maine DHHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Maine, though Maine and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. For Federal Fiscal Year 2025, Maine DHHS budgeted approximately $26,958,684 in state funds to pay for SNAP administration. This spending is expected to generate approximately $13,479,342 in SNAP federal financial participation, to cover half of anticipated administration costs.

9. By the end of October 2025, Maine DHHS will have spent approximately $1,123,279 in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. Maine DHHS did so with the expectation that SNAP would continue to provide benefits to low-income individuals in Maine.

### USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data

10. Maine DHHS has a contract with a financial services vendor, Fidelity Information Servicers (FIS, or "Vendor"), to provide to provide EBT processing services for SNAP and other

2

state-funded Maine DHHS programs. These services include processing benefit authorizations provided by Maine DHHS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11. The Vendor's invoices for its services rendered under its contract with Maine DHHS are paid by Maine. Each month, Maine DHHS's Vendor, on behalf of Maine and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12. As part of the SNAP administration process, Maine DHHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. Maine DHHS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, Maine DHHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13. Maine DHHS uses an in-house case management system called Automated Client Eligibility System (ACES) to generate benefit files, among many other functions.

14. Once the Vendor receives the benefit files from Maine DHHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15. USDA Food and Nutrition Service (FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither Maine DHHS nor any other state agency in Maine ever receives SNAP benefit funds as part of this process.

17. In accordance with this process, Maine DHHS transmits several benefit files per month to its Vendor pursuant to a preset, contractual transmission schedule.

18. Maine DHHS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. Maine DHHS staggers the issuance of benefits over the 10th through 14th of each month based on the card holder's date of birth. Ongoing benefits for each month are transmitted to the vendor on the 2nd day of the month to allow for any necessary corrective action. Furthermore, households who apply for SNAP after the 16th of the month have the next month's benefits loaded the day their application is approved. For example, for SNAP benefits to be issued in November 2025, Maine DHHS was scheduled to start transmission of relevant benefits files to the Vendor on the evening of October 16th, with benefits for both October and November becoming available on October 16th.

19. In addition to the cyclical monthly benefit issuance process outlined above, Maine DHHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for applications, and other ancillary benefit types

4

including TANF funded nutrition benefits. In addition, when an agency approves a household for SNAP benefits after the 15th of a month, the agency not only approves the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, Maine DHHS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

20. If Maine DHHS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households may be delayed.

21. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

22. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent Maine DHHS] a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in

5

appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

23. On October 24, 2025, the U.S. Department of Agriculture, Food and Nutrition Service (FNS) issued a memorandum titled *Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025*, addressed to all Regional SNAP Directors and State Agency Directors. The memorandum, issued under 7 C.F.R. § 271.7(b), formally suspended all November 2025 SNAP benefit allotments effective November 1, 2025, until sufficient federal funding is provided or further direction is issued by FNS. The memorandum instructed State agencies to immediately implement the suspension and to notify affected households consistent with the mass change notice provisions at 7 C.F.R. § 273.12(e)(1).

24. Due to the Vendor's data submission schedule for Maine, Maine DHHS experienced benefit interruption starting October 17th with interruptions to ongoing benefits starting as early as November 3, 2025. Each day in which Maine DHHS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of Maine.

25. Failure to issue federal SNAP benefits to qualified recipients in Maine will lead to immediate food insecurity for approximately 168,000 people in Maine and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in Maine. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health in Maine, and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

26. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

27. SNAP is also an economic driver for Maine local businesses. According to FNS data from Federal Fiscal Year 2022, 1,348 merchants in Maine accept SNAP benefits for food purchases. If 168,000 SNAP recipients are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Maine. In conjunction with the Maine Harvest Bucks program, SNAP accounts for 10% to 30% of total sales across farmer's markets in Maine, providing critical support to local growers and access to healthy, fresh produce for SNAP participants.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

28. The loss of SNAP benefits funding would have a significant fiscal impact on Maine.

29. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, General Assistance.

30. Maine DHHS does not have the fiscal resources or legal authority to replace federally funded SNAP benefits with state-funded equivalent benefits.

### Administrative and Operational Burdens on Maine DHHS

31. The suspension of benefits has created immediate administrative strain on the Department. Call volumes and case inquiries will continue to surge, diverting staff from eligibility processing, renewals, and customer assistance for SNAP and other programs such as MaineCare and TANF. This disruption will slow overall program operations, increase backlogs, and delay service delivery for all benefit programs. Additionally, this reallocation of staff will delay program integrity related efforts.

32. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between Maine and its residents built over many years and through the dedication of significant resources.

33. To properly effectuate its safety net programs, Maine DHHS has devoted years of work to address barriers to access. Maine DHHS is the representative of the broader SNAP framework to Maine residents and it has fostered trust with Maine residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

34. Furthermore, loss of trust among Maine residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. Additionally, a loss of trust and mutual respect will result in recipients engaging less with DHHS to report changes in household circumstances. This reduced engagement

will result in decreased program integrity and an increased payment error rate, which may increase the state's share of benefit costs beginning October 1, 2027.

35. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens Maine DHHS's already limited administrative resources.

36. Once the current government shutdown began, USDA on October 1, 2025 sent Maine DHHS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

37. Maine DHHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations in USDA's October 1 letter.

38. Further, because USDA indicated in the October 10, 2025 letter that Maine DHHS is to hold these benefit files "until further notice[,]" Maine DHHS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden Maine DHHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on Maine DHHS, because Maine DHHS has to dedicate additional resources to planning for multiple contingencies.

39. Maine DHHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. Maine DHHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the

shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed.

40. Maine DHHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders.

41. Maine DHHS also anticipates increased foot traffic and disruptions at Maine local SNAP offices as hungry individuals and families learn they cannot access their benefits. Maine DHHS employs over 253 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving.

42. To date, three days of business time for outside contractors has been invested in the effort to separate aggregate allotments for October and November. Additional time and expense is ongoing.

**Impacts on Maine's Provision of Other Public Benefits**

43. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on Maine DHHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

44. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

45. Maine DHHS also must prepare for anticipated increases in high-volume demand events on our website and mobile app, which is where clients go to check their EBT balances among many other features.

46. All of this will in turn require Maine DHHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause Maine DHHS to deprioritize numerous other pressing and important projects, including ongoing management of other Maine DHHS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration. Running these changes within Maine DHHS's production system will cause significant strain on Maine DHHS's already overworked infrastructure and interfere with department operations, introducing interruptions to Maine DHHS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October 2025, in Washington, DC.

_____
Ian Yaffe
Director, Office of Family Independence
Maine Department of Health and Human Services