# EXHIBIT 27

## **DECLARATION OF SECRETARY RAFAEL LÓPEZ**

I, Rafael López, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I serve as the Secretary of the Maryland Department of Human Services (MDHS), which contains the Family Investment Administration, the state agency responsible for administering the federal Supplemental Nutrition Assistance Program (SNAP).

3. I make this declaration based on personal knowledge and information provided to me in my official capacity.

4. Maryland Governor Wes Moore appointed me the Acting MDHS Secretary on January 18, 2023. I was confirmed by the Maryland Senate and sworn in as the MDHS Secretary on March 2, 2023. Prior to my appointment as MDHS Secretary, I served as a Senior Advisor to the Administration for Children and Families (ACF) in the U.S. Department of Health and Human Services from December 2021 through January 2023. I helped reunite more than 170,000 unaccompanied children with their families or other vetted sponsors at the height of the largest surge of unaccompanied children in U.S. history. Previously, I was nominated by President Obama and confirmed by the U.S. Senate to serve as the Commissioner for the Administration on Children, Youth, and Families for the U.S. Department of Health and Human Services, where I led federal programs for foster care, adoption, runaway and homeless youth, family violence prevention, and adolescent pregnancy prevention. In my career, I have served in several other professional roles concerning economic assistance and child welfare.

5. We are honored to serve more than one million Marylanders to empower them and to unlock opportunities. We serve to ensure all can reach their full potential by helping with preventive and supportive services, economic assistance, and meaningful connections to employment development and career opportunities. Our team consists of our nearly 6,000 employees across the state, who are supported by our many partners in the communities we serve. Our 24 local departments of social services administer 80% of all activities in our $4.2 billion budget. The MDHS budget is 69% federally funded.

6. SNAP, one of the programs administered by MDHS, involves the issuance of monthly benefits using federal funds to customers that can be used to purchase food at over 3,800 authorized retailers statewide.

**SNAP in Maryland**

7. SNAP is a key part of Maryland's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In Maryland, SNAP feeds over 680,000 Marylanders monthly, including nearly 270,000 children, with an average monthly SNAP benefit of $180 per customer. We project issuing over $1.6 billion in benefits in state fiscal year 2026 (July 1, 2025, to June 30, 2026). SNAP is issued monthly through an electronic benefit transfer (EBT) card that can be used to purchase food at over 3,800 authorized retail stores across Maryland, including farmers' markets and small family-owned corner stores in every one of our 24 local jurisdictions.

8. In October 2025, we estimate that we will issue at least $124 million in benefits to at least 614,704 individuals in approximately 343,431 households. This number will rise due to additional new individuals that might be certified in October. We anticipate that in November 2025, we would have issued a projected $124 million beginning on November 4, 2025 through

November 23, 2025 based on a recipient's last name with daily issuances beginning AAA and ending in ZZZ.

      9.      In May 2025, our SNAP customers included:

         a. 262,248 children under age 18;

         b. 121,615 seniors aged 62 and older;

         c. 128,705 people with disabilities; and

         d. 28,843 people experiencing homelessness.

      10.      MDHS administers the SNAP program in Maryland pursuant to Maryland Code Ann., Hum. Servs. §§ 5-501 to 5-506. Pursuant to federal law, MDHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local jurisdictions' offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Maryland, though Maryland and the federal government split administrative costs. 7 U.S.C. § 2025(a).

      11.      Maryland expends approximately $230 million in total administrative costs to run its SNAP program each year, approximately $115 million of which is reimbursed by the federal government.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

      12.      MDHS has a contract with a financial services vendor, Conduent State & Local Solutions, Inc. ("Vendor"), to provide EBT processing services for SNAP and other state-funded MDHS programs. These services include processing benefits authorized by MDHS; managing

the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

13. The Vendor's invoices for its services rendered under its contract with MDHS are paid by Maryland. Each month, MDHS's Vendor, on behalf of Maryland and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food, similar to the way one uses a debit card.

14. As part of the SNAP administration process, MDHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. We typically begin the data analysis and preparation of benefit files on the 20th of the preceding month, in this case, October 20th, and transmit them to the Vendor on October 31st, for implementation on the fourth day of the next month, in this case, November 4th. Benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. MDHS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, MDHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

15. Once the Vendor receives the benefit files from MDHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

16. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

17. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account is credited. Neither MDHS nor any other state agency in Maryland ever receives SNAP benefit funds as part of this process.

18. In accordance with this process, MDHS transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

19. If MDHS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

20. On October 24, 2025, at 6:35 PM, Maryland received a guidance document from USDA with the subject "Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025." USDA specifically noted that "FNS is suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise. This suspension is effective November 1, 2025. Please take immediate action to implement this suspension."

21. Furthermore, USDA has previously informed Maryland that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

22. MDHS had provided a public notice via news release on October 22, 2025 to Marylanders on the USDA action. (Available at

5

https://news.dhs.maryland.gov/reports/that/trump-administration-shutdown-will-impact-marylanders-benefits/) and Governor Moore provided a press release on October 24, 2025 to Marylanders on the USDA Action (Available at https://governor.maryland.gov/news/press/pages/Governor-Moore-Statement-on-SNAP-Benefit-Impacts-Due-to-the-Federal-Government-Shutdown.aspx).

23. MDHS also sent direct emails to all customers with email addresses on file on October 24, 2025 informing them substantively of the same information as requested in the October 24, 2025 USDA guidance document.

24. Subsequently on October 24, 2025, at 7:47 PM, we received an additional "information document" from USDA "on the impact of the government lapse on November Supplemental Nutrition Assistance Program (SNAP) household benefits." This additional October 24th document stated on page 2: "Unlike other reimbursable programs, SNAP allotments are fully Federally funded. States are responsible for determining household benefits, and the movement of dollars through to the processors and ultimately to the retailers. There is no provision or allowance under current law for States to cover the cost of benefits and be reimbursed."

25. Maryland views the two October 24, 2025 statements from USDA as unequivocal notices that even if Maryland were prepared to cover the cost of November 2025 SNAP benefit issuances using state general funds, USDA would not reimburse Maryland once the lapse in federal appropriations is ended.

26. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of

Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

27.　On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent MDHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

28. Due to the Vendor's data submission schedule for Maryland, MDHS faces the threat of benefit interruption as early as November 1, 2025. Each day during which MDHS is delayed from submitting benefit files results in continued benefit interruption and increasing food insecurity statewide during November, including the Thanksgiving holiday.

29. Failure to issue SNAP benefits to qualified recipients in Maryland will lead to immediate food insecurity for approximately 680,000 people in Maryland, including nearly 270,000 children, and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in Maryland. As a result, the sudden lack of SNAP benefits for otherwise eligible individuals and families will have devastating consequences on the public health of Maryland and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

30. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including skipping meals, and going into arrears on other critical needs like rent, heat, and electricity.

31. SNAP is also an economic driver for Maryland local businesses. More than 3,800 grocery stores and food retailers in Maryland accept SNAP benefits for food purchases. If millions of Maryland residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Maryland. People whose benefits are not issued will have less to spend at the grocery

store and will be more reliant on the state's food banks, community pantries, and other meal sites.

**Fiscal Impacts on Maryland from the Unavailability of SNAP Benefits**

32. The loss of SNAP benefits funding would have a significant fiscal impact on Maryland and there is no amount of state funded programs that would immediately be able to make up for the loss of November 2025 SNAP benefits issuances.

33. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens MDHS's already limited administrative resources.

34. MDHS has continued its normal administrative operations through October including processing new applications and preparing benefit issuance files for November benefits, in part due to USDA's representations. We continue to seek clarification on USDA SNAP administrative expense reimbursement, including the USDA October 24, 2025 documents.

35. Further, because USDA indicated in the October 10, 2025 letter that MDHS is to hold these benefit files "until further notice[,]" MDHS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden MDHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on MDHS, because MDHS has to dedicate additional resources to planning for multiple contingencies, and preparing our information systems, staff, clients, retailers, and food services partners to implement plans for multiple contingents, including delayed payments, reduced payments, and no payments..

36. MDHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. MDHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the shutdown news or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption in eligibility, sometimes referred to as "applicant churn," will again require more MDHS resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

37. MDHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Our administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as implementing new requirements under H.R.1.

38. MDHS also anticipates increased foot traffic and disruptions at Maryland local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. MDHS employs many client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they applied for and are eligible to receive, including recipients who need those funds to feed their children and put food on the table. Many local office staff will face significant burdens on their time. Increased

communication demands will likely require MDHS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on Maryland's Provision of Other Public Benefits**

39.     Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on MDHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

40.     Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

41.     MDHS also must prepare for anticipated increases in high-volume demand events on our MDHS website and mobile app, which is where clients go to check their EBT balances among many other features.

42.     All of this will require MDHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. Planning for and implementing changes will cause MDHS to deprioritize numerous other pressing and important projects, including ongoing management of other MDHS -issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the November 1, 2025 effective date of the H.R.1 provisions. Running all of these H.R. 1 and shutdown related changes within MDHS's production system is causing and will continue to cause further significant strain on MDHS's already overworked infrastructure and interfere with department operations, introducing interruptions to MDHS's ability to determine eligibility for SNAP,

increasing the likelihood of payment errors, and negatively impacting Maryland's system for benefits and economic support infrastructure throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Baltimore, Maryland.

Rafael López
Secretary of Human Services