# EXHIBIT 28

# DECLARATION OF ELIZABETH HERTEL

I, **ELIZABETH HERTEL**, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Michigan. I am over the age of 18 and understand the obligations of an oath.

## Professional and Agency Background

2. I am the Director of Michigan Department of Health and Human Services (MDHHS). MDHHS is responsible for providing services and administering programs to improve the health, safety, and prosperity of the residents of the State of Michigan. In my role as director, I oversee the entire department, including the Economic Stability Administration (ESA), which is the unit within MDHHS that administers the Supplemental Nutrition Assistance Program (SNAP) in Michigan.

3. SNAP, one of the programs administered by MDHHS, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

4. I make this declaration based on personal knowledge and on my review of information, consultation with MDHHS staff, and records gathered by agency staff.

## SNAP in Michigan

5. SNAP is a key part of Michigan's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In 2024, an average of 1,380,000 people received SNAP benefits in Michigan each month, including over 542,000 children and over 84,000 elderly individuals. More than $2.9 billion in SNAP benefits were issued in fiscal year 2024.

6. In federal fiscal year 2025 (October 1, 2024 and September 30, 2025), an average of 1,418,057 people received SNAP benefits in Michigan each month, including approximately 731,078 families and 548,038 children. Households in Michigan receive on average $338.00 per month in SNAP benefits to meet their basic subsistence and nutritional needs. MDHHS issued approximately $255,398,298 per month in SNAP benefits in Michigan.

7. MDHHS administers the SNAP program in Michigan pursuant to Michigan Compiled Law § 400.10. Pursuant to federal law, MDHHS is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction ("EBT") cards; ensuring program integrity; and supervising counties and districts' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Michigan, though Michigan and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. For federal fiscal year 2025, MDHHS spent over $145,000,000 in state funds to pay for SNAP administration. This spending generated over $145,000,000 in SNAP federal financial participation, to cover half of anticipated administration costs.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

9. MDHHS contracts with a financial services vendor, FIS ("FIS" or the "Vendor"), to provide EBT processing services for SNAP and other state-funded MDHHS programs. These services include processing benefit authorizations provided by MDHHS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

2

10. The Vendor's invoices for its services rendered under its contract with MDHHS are paid by Michigan. Each month, MDHHS's Vendor, on behalf of Michigan and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

11. As part of the SNAP administration process, MDHHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. MDHHS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, MDHHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

12. MDHHS uses an in-house case management system called Bridges to generate benefit files, among many other functions.

13. Once the Vendor receives the benefit files from MDHHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

14. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

15. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither MDHHS nor any other state agency in Michigan ever receives SNAP benefit funds as part of this process.

16. In accordance with this process, MDHHS transmits approximately 150 files per month containing millions of individual records to its Vendor pursuant to a preset, contractual transmission schedule.

17. MDHHS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. MDHHS staggers the availability of benefits over the first 21 days of a month. For example, for SNAP benefits to be issued in November 2025, MDHHS is scheduled to start transmission of relevant benefits files to the Vendor on the evening of October 31, 2025, for all individuals eligible for November. Individuals whose MDHHS individual identification number ends in "0" will have a benefit availability date of November 3, 2025. Additional benefit availability will occur every other day through November 21, 2025.

18. In addition to the cyclical monthly benefit issuance process outlined above, MDHHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, newly approved applications, and reinstatements. In addition, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, MDHHS thus issues,

4

in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

19.     If MDHHS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

20.     Additionally, a delay of this nature introduces substantial risk for introduction of potential payment errors resulting from removal of automation of file processing.

21.     On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

22.     On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent MDHHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA

5

"has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

23. On October 24, 2025, MDHHS received a letter directed to all SNAP regional directors and state agency directors from USDA-FNS purporting to formally suspend November SNAP benefits. The letter demands the state agencies take "immediate action to implement th[e] suspension" including "notify[ing] households of the suspension."

24. Due to the Vendor's data submission schedule for Michigan, MDHHS faces the threat of benefit interruption as early as November 3, 2025. Each day in which MDHHS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents in Michigan.

**Adverse Impacts on MDHHS and Michigan Residents from the Unavailability of SNAP Benefits**

25. The loss of SNAP benefits funding would have a significant fiscal and societal impact in Michigan.

*A. The loss of SNAP benefits will increase food insecurity in Michigan.*

26. Failure to issue SNAP benefits to qualified recipients in Michigan will lead to immediate food insecurity for approximately 1.4 million people in Michigan and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant

6

surge in demand. SNAP is the largest anti-hunger program in Michigan. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on public health for Michigan residents and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

27. The uncertainty of whether SNAP benefits will continue during this federal government shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

28. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-supported food banks. Additionally, the state will see increased requests for other non-food related state-funded programs as individuals shift funds from housing costs, utility costs, and other basic needs to cover increased food costs.

29. According to Center for Budget and Policy Priorities, "Researchers at the U.S. Department of Agriculture's (USDA) Economic Research Service documented the strong correlation between food insecurity and chronic health conditions among low-income working-age adults. Their work shows that the risk of each of ten chronic conditions — hypertension, coronary heart disease, hepatitis, stroke, cancer, asthma, diabetes, arthritis, chronic obstructive pulmonary disease, and kidney disease — increases substantially as the severity of food insecurity increases. Adults in households with very low food security are at least 40 percent more likely to be diagnosed with at least one of the ten chronic diseases than adults in highly food-secure households." Because the lack of SNAP benefits in Michigan over any stretch of time will increase food insecurity, it is likely more Michigan residents will be subjected to

chronic health conditions and require more state assistance provided by MDHHS to address (e.g., Medicaid, WIC, etc.).

30.	The MDHHS does not have the fiscal resources available to replace federally funded SNAP benefits with any type of state-funded equivalent benefits.  I am informed and believe that the State of Michigan also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

　　B.  *Impacts on Michigan businesses*.

31.	SNAP is also an economic driver for Michigan local businesses—an average of $60 million in SNAP benefits were issued per week in fiscal year 2025 and spent at Michigan businesses.  Over 10,000 merchants in Michigan accept SNAP benefits for food purchases.  If millions of Michigan residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Michigan.  Notably, during economic downturns, every $1 in new SNAP benefits issued can increase gross domestic product by $1.54.

　　C.  *Administrative and Operational Burdens on MDHHS*

32.	The suspension of SNAP benefits have caused, and will continue to cause, significant administrative and operational costs and burdens for MDHHS and its staff.

33.	First, MDHHS anticipates the local MDHHS offices will see an increase in customers visiting, calling, and emailing.  Responding to the influx of customers and customer inquiries will take staff time and will reduce the number of cases and other assigned work that staff members can complete.  The increased foot traffic may lead to disruptions at Michigan local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public

safety. MDHHS employs around 3,700 local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time.

34. There is also likely to be an increase in the number of administrative hearings requested due to the delay in receipt of food assistance benefits, further burdening MDHHS staff.

35. Increased communication demands may require MDHHS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

36. Second, the actions to suspend the availability of SNAP benefits for November 2025 would also significantly erode trust between Michigan and its residents built over many years and through the dedication of significant resources.

37. To properly effectuate its safety net programs, MDHHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. MDHHS is the representative of the broader SNAP framework to Michigan residents: if households experience delays in receiving crucial benefits, they are likely to feel that MDHHS has failed or engaged in wrongdoing. MDHHS has fostered trust with Michigan residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

38. Loss of trust among Michigan residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the

form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of Michigan.

39. Third, the actions to suspend the availability of SNAP benefits for November 2025 has already cause harm to MDHHS in the form of lost staffing time and administrative costs.

40. After the current government shutdown began, USDA on October 10, 2025, sent MDHHS a letter regarding the lapse in regular appropriations, stating that "SNAP has funding available for benefits and operations through the month of October." As a result, MDHHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations that SNAP benefits may be available in November.

41. Because USDA indicated in the October 10, 2025 letter that MDHHS is to hold these benefit files "until further notice[,]" MDHHS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden MDHHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on MDHHS because MDHHS has to dedicate additional resources to planning for multiple contingencies.

42. MDHHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. MDHHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news

around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more MDHHS resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

43. MDHHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 50 MDHHS administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as implementing the new requirements under H.R.1.

44. Fourth, modifying the eligibility system to isolate month specific benefits demands development time, testing, and validation and increases risk for benefit issuance and payments errors.

45. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

46. MDHHS also must prepare for anticipated increases in high-volume demand events on our MDHHS website, public facing resident portal and self-service IVR which is where clients go to check for current benefit information. MDHHS must also coordinate a

response plan with the EBT vendor to ensure preparedness for increased benefit inquiries through the vendor portal and IVR.

47. All of this will in turn require MDHHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This will cause MDHHS to deprioritize numerous other pressing and important projects, including system updates supporting FNS termination of the Able Bodied Adults Without Dependents (ABAWD) waiver, ongoing management of other MDHHS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1, and multifacted changes focused to continuously drive down the SNAP payment error rate and improve timeliness standards. Resource contention will also be at risk for alignment with the FNS required timeline to implement integration with the National Accuracy Clearinghouse (NAC). Running these changes within MDHHS's production system will cause significant strain on MDHHS's already overworked infrastructure and interfere with department operations, introducing interruptions to MDHHS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Lansing, Michigan.

_____
Elizabeth Hertel
Director
Michigan Department of Health and Human Services