# EXHIBIT 31

# DECLARATION OF SARAH ADELMAN

I, Sarah Adelman, declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746, as follows:

**Professional and Agency Background**

1. I am currently the Commissioner of the New Jersey Department of Human Services ("NJDHS"). I have been employed as Commissioner since January 2021. Prior to becoming the NJDHS Commissioner, I served as the NJDHS's Deputy Commissioner overseeing the Developmental Disabilities, Aging Services, and Medicaid Divisions. Before that, I served in management roles at a statewide health care organization.

2. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with agency staff, or from my review of relevant documents and information.

3. NJDHS is New Jersey's largest agency, serving approximately 2.1 million residents. Amongst these 2.1 million NJ residents includes, but is not limited to: (a) older residents, individuals, and families with low incomes; (b) people with developmental disabilities, or late-onset disabilities; (c) people who are blind, visually impaired, deaf, hard of hearing, or deaf-blind; (d) parents needing child care services, child support and/or healthcare for children; (e) people who are dealing with addiction and mental health issues; and (f) families facing catastrophic medical expenses for their children. Through NJDHS's eight (8) divisions, the agency provides numerous programs and services designed to give eligible individuals and families assistance with economic and health challenges.

4. NJDHS's Division of Family Development ("NJDFD") supervises four (4) programs to support New Jersey families, including New Jersey's Supplemental Nutrition Assistance Program ("NJ SNAP"), which helps provide food assistance to families with low incomes through the issuance of monthly electronic benefits that can be used to purchase food at authorized stores.

5. Pursuant to federal law, NJDHS is responsible for the issuance, control and accountability of SNAP benefits and Electronic Benefit Transaction ("EBT") cards; ensuring program integrity; and supervising New Jersey's 21 counties in their day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households.  7. U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2.

## How SNAP Functions in New Jersey

6. NJ SNAP functions as a key part of New Jersey's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In the 2024 calendar year, approximately $2 billion in NJ SNAP benefits were issued. As of August 2025, there were approximately 812,966 persons receiving NJ SNAP, representing 436,452 households; 340,425 children; and 176,706 elderly individuals. NJ SNAP plays a critical role, through federal funding, to support NJ families in need of food assistance.

7. In addition to the amount of benefits provided directly to eligible New Jersey household, New Jersey also expends approximately $364 million in administrative costs to run NJ SNAP program each year, approximately $182 million of which is reimbursed by the federal government.

8. To administer NJ SNAP, NJDHS contracts with Conduent State & Local Solutions, Inc. ("Conduent"), which is New Jersey's Electronic Benefits Transfer ("EBT") vendor. Conduent

provides federal and government solutions and services that help automate and optimize the delivery of healthcare and social services to serve local residents.

9. As NJDHS's EBT vendor, Conduent administers the system for distributing SNAP benefits to eligible New Jersey households by providing EBT cards to households, ensuring the financial payment to retailers for benefit used by program participants, providing support to roughly 5,500 authorized SNAP retailers, and engaging in daily financial settlement with the federal government for the payment of utilized benefits. .

10. New Jersey residents apply for NJ SNAP through the county social service agencies (CSSAs) or via an online application, and are approved using the NJDHS SNAP eligibility system,. Upon approval for benefits, NJDHS transmits the files for eligible households to Conduent through what are referred to as "issuances."

11. NJDHS transmits two types of issuance files to Conduent: monthly and daily. The monthly issuance file, which NJDHS typically transmits the last weekend before the end of the month, consists of eligible New Jersey residents who have already been approved for SNAP, and thus provides authorization and instructions for Conduent to extend lines of credit to those recipient household accounts for the following month. Through this process, New Jersey residents who receive SNAP are able to utilize their EBT cards at authorized vendors starting on the first of the month.

12. NJDHS also transmits daily issuance files to Conduent. These daily issuances generally reflect benefits for newly-approved New Jersey residents, whose applications are being approved on an ongoing basis by the counties. In many scenarios, these daily issuances reflect the provision of combined allotments for applicants who applied after the 15th day of the month, which include benefits for the month of application along with benefits for the following month.

13. These daily issuances may also include statutorily-permissible reconciliations for New Jersey residents who were already approved for SNAP but for some reason received an underpayment of benefits the previous month or months, or the replacement of benefits to a household when the household reports that food purchased with SNAP benefits was destroyed in a "household misfortune" or disaster, such as a fire or flood under 7 C.F.R. 274.6.

14. Once Conduent receives these issuance files, it extends the appropriate line of credit to each eligible household's EBT card. Conduent then reconciles with the federal government on a daily basis to receive funds as reimbursement.

## United States Department of Agriculture, Food and Nutrition Services's Communications Regarding Government Shutdown

15. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

16. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent NJDHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP

Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

17. Then, on October 24, 2025, USDA-FNS issued another notice directed to all SNAP State Agency Directors notifying states that effective November 1, 2025, "[i]n accordance with 7 CFR 271.7(b), FNS is suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise." The notice required all State agencies to notify households of suspension in accordance with 7 CFR 273.12(e)(1); advised that states would be notified of when the suspension was lifted; and "encourage[d] State agencies to limit administrative expenses only to the activities necessary to support the eligibility and issuance processes, integrity/oversight, and system maintenance."

18. The same date, NJDHS received follow-up correspondence from the USDA-FNS Regional Office. This correspondence advised that USDA-FNS's SNAP "contingency fund is not available to support FY 2026 regular benefits, because the appropriation for regular benefits no longer exists." It further advised that "the contingency fund is a source of funds for contingencies, such as the Disaster SNAP program, which provides food purchasing benefits for individuals in

5

disaster areas, including natural disasters like hurricanes, tornadoes, and floods, that can come on quickly and without notice. For example, Hurricane Melissa is currently swirling in the Caribbean and could reach Florida. Having funds readily available allows the U.S. Department of Agriculture (USDA) to mobilize quickly in the days and weeks following a disaster." Last, this correspondence advised that even for states that were willing to cover the cost of benefits during the lapse in appropriations, they were not permitted to do so because "[t]here is no provision or allowance under current law for States to cover the cost of benefits and be reimbursed."

### Consequences of the November Issuance Guidance and USDA-FNS's Refusal to Access the Contingency Fund

19. As a result of the November Issuance Guidance, which directs NJDHS to halt the transfer of the monthly issuances for November as well as any daily issuances that include November benefits, and USDA-FNS's unwillingness to utilize the contingency fund, the residents of New Jersey who are eligible for and receive SNAP and the State as a whole will face significant harm.

20. First, halting NJ SNAP funds would be of grave consequence to New Jersey residents, including those who are eligible for ongoing benefits (who are captured in the monthly issuance) as well as those whose applications are being approved on an ongoing basis (and who are captured in the daily issuances).

21. New Jersey residents who are qualified for ongoing benefits, and whose credits would normally be extended as a result of the monthly issuance, will not be able to expend credits they expect and rely upon to feed themselves and their families. This lack of funding is sudden and unexpected and will affect residents all over New Jersey, including the elderly and children whose well-being relies on this food assistance.

22. The direction to cease daily issuances for November will also cause harm. Not only will individuals whose applications are newly-approved be left without assistance for November, but it will also prevent NJ SNAP from reconciling benefit amounts for individuals who may have received insufficient benefits in prior months for some reason, prolonging harm they have already endured. Similarly, for families who suffer hardship and who are statutorily-eligible for increased benefits as a result, the direction to cease daily issuances for November will further exacerbate already dire situations.

23. In addition to the harm incurred by New Jersey residents who rely on NJ SNAP to survive, NJDHS and the State as a whole will incur significant harms. As noted above, NJDHS receives approximately $182,000,000 for administrative costs from USDA-FNS to fund NJ SNAP, separate and apart from benefits provided to eligible residents. It is not clear whether the cessation of funding will also prevent NJDHS from accessing administrative funds. This funding supports approximately 2,000 full-time employees at both the State and county level, who are dedicated to ensuring that NJ SNAP is administered efficiently and in accordance with the law. This administrative funding also supports NJDHS's contract with Conduent for ongoing SNAP EBT operations, which includes IT system and hardware costs. Without administrative funding, NJDHS's ability to continue operating NJ SNAP after the appropriations lapse ends will be jeopardized.

24. NJDHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. NJDHS and New Jersey's 21 counties will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements

amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more NJDHS resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

25. Further, because USDA indicated in the October 10, 2025 letter that NJDHS is to hold these benefit files "until further notice[,]" NJDHS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden NJDHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on NJDHS, because NJDHS has to dedicate additional resources to planning for multiple contingencies.

26. I am not aware of the availability of fiscal resources to fully replace federally funded SNAP benefits with state funds, particularly given the October 24, 2025 correspondence from NJDHS's USDA-FNS Regional Office advising that "[t]here is no provision or allowance under current law for States to cover the cost of benefits and be reimbursed."

27. Cessation of SNAP benefits also risks harm to New Jersey's economy. USDA's own reporting confirms that SNAP serves as an automatic stabilizer for the economy, generating increased "income for those involved in producing, transporting, and marketing the food and other goods purchased by SNAP recipients. The impact of this increased spending by SNAP households "multiplies" throughout the economy as the businesses supplying the food and other goods—and their employees—have additional funds to make purchases of their own. This multiplier effect on the economy may extend well beyond the initial money provided to SNAP participants." *See*

Quantifying the Impact of SNAP Benefits on the U.S. Economy and Jobs, July 18, 2019, *available at* https://www.ers.usda.gov/amber-waves/2019/july/quantifying-the-impact-of-snap-benefits-on-the-u-s-economy-and-jobs.

28. New Jersey has nearly 5,700 authorized SNAP retailers. These retailers rely on NJ SNAP recipients to shop at their stores to provide revenue to sustain their businesses. In addition, with the upcoming Thanksgiving holiday, many retailers will have purchased a greater amount of food and inventory to match the holiday demand. Without NJ SNAP funds, NJ SNAP recipients will not be able to frequent retailers, which will cause a significant loss in revenue, increased food waste and negatively impact New Jersey's economy overall.

29. In short, not only will marginalized New Jersey residents face significant physical harm through disruption in services of this crucial program, NJDHS and the State will also endure significant and irreparable financial injuries resulting from USDA-FNS's direction to cease transmittal of November issuances and refusal to access contingency funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of October, 2025, in Trenton, NJ.

*/s/ Sarah Adelman*

———————————————
Sarah Adelman
Commissioner
New Jersey Department of Human Services