# EXHIBIT 32

## DECLARATION OF SECRETARY OF THE NEW MEXICO HEALTH CARE AUTHORITY KARI ARMIJO

I, Secretary Kari Armijo, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Secretary of the Health Care Authority of New Mexico.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. The Health Care Authority (HCA) is the state agency in New Mexico charged with ensuring New Mexicans attain their highest level of health by providing whole-person, cost-effective, accessible, and high-quality health care and safety net services including, but not limited to, Medicaid, behavioral health, child support, Supplemental Nutrition Assistance Program (SNAP), Low Income Home Energy Assistance Program, and the Temporary Assistance for Needy Families (TANF) program.

5. SNAP, one of the programs administered by the HCA, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in New Mexico**

6. SNAP is a key part of New Mexico's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 466,047 people received SNAP benefits in New Mexico each month, including approximately 253,274 families and 171,534 children. Households in New Mexico receive on

average $327 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024 and September 30, 2025, the HCA issued approximately $83,018,183 per month in SNAP benefits in New Mexico.

7.      The HCA administers the SNAP program in New Mexico pursuant to NMSA § 27-2-10. Pursuant to federal law, the HCA administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in New Mexico, though New Mexico and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8.      For Federal Fiscal Year 2025, the HCA budgeted approximately $40 million in state funds to pay for SNAP administration. This spending is expected to generate approximately $37.7 million in SNAP federal financial participation, to cover half of anticipated administration costs.

9.      By the end of October 2025, the HCA will have spent approximately $2.1 million in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. The HCA did so with the expectation that SNAP would continue to provide benefits to low-income individuals in New Mexico

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

10. The HCA has a contract with a financial services vendor, Fidelity Information Services (FIS or "Vendor"), to provide to provide EBT processing services for SNAP and other state-funded New Mexico programs. These services include processing benefit authorizations provided by the HCA; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11. The Vendor's invoices for its services rendered under its contract with the HCA are paid by New Mexico. Each month, the HCA's Vendor, on behalf of New Mexico and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12. As part of the SNAP administration process, the HCA is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. The HCA sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, the HCA sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13. The HCA uses an in-house case management system called ASPEN to generate benefit files, among many other functions.

14. Once the Vendor receives the benefit files from the HCA, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then

use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither the HCA nor any other state agency in New Mexico ever receives SNAP benefit funds as part of this process.

17. In accordance with this process, the HCA transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

18. The HCA staggers the issuance of benefits over the first 20 days of a month. For example, for SNAP benefits to be issued in November 2025, the HCA is scheduled to start transmission of relevant benefits files to the Vendor on the evening of October 31, 2025, for individuals whose Social Security Number (SSN) ends in "0." The HCA sends one monthly issuance file with the issuance date for the vendor to distribute according to the issuance date.

19. In addition to the cyclical monthly benefit issuance process outlined above, the HCA also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the

4

agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, HCA thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

20. If the HCA fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

21. Furthermore, USDA has previously informed New Mexico that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

22. Once Congress appropriates funding for SNAP, the HCA expects our SNAP beneficiaries to experience an additional delay in benefit issuance as the majority of the states ise the same vendor and will all be sending files to the vendor simultaneously. The vendor has indicated to HCA that files will need to be processed through an orderly schedule but cannot estimate how long the delay for New Mexicans will be at this point.

23. The HCA is anticipating additional increased vendor call center costs due to beneficiaries calling FIS to check EBT card balances and seeking updated status for their benefits.

24. HCA is also anticipating higher cost to our own state call center due to increased call volume.

25. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4.

26. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

27. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent the HCA a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

28. The HCA has received guidance and sent policy guidance clarification to FNS on the following dates:

6

29. On October 1, 2025, HCA received the shut down letter entitled SNAP Lapse in Funding. This memo outlined guidance how to treat the October SNAP benefits.

30. On October 7, 2025, the HCA reached out to FNS for any guidance on the November 2025 issuance. FNS did respond on October 8, 2025, stating that all questions regarding the lapse in funding will be sent to policy officials.

31. On October 10, 2025, HCA received the SNAP November 2025 Issuance File Guidance. This memo provided guidance that State Agencies should hold their November files and not send to EBT vendor, until further notice.

32. On October 14, 2025, the HCA reached out to ask about the SNAP Administrative Funding for November. FNS responded same day that all questions will need to be reviewed/cleared by policy officials.

33. On October 24, 2025, the HCA received two memos - the SNAP Benefit and Administrative Expense Update for November 2025 and a document titled "Impact of the Government Lapse on the November SNAP Household Benefits, The best way for SNAP to continue is for the shutdown to end."

34. Due to the Vendor's data submission schedule for New Mexico, the HCA faces the threat of benefit interruption as early as November 1, 2025. Each day in which the HCA is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of New Mexico.

35. Failure to issue SNAP benefits to qualified recipients in New Mexico will lead to immediate food insecurity for approximately 466,047 people in New Mexico and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in New Mexico. As a result, the

sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of New Mexico and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

36. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

37. SNAP is also an economic driver for New Mexico's local businesses. 1693 merchants in New Mexico accept SNAP benefits for food purchases. If millions of New Mexico residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across New Mexico.

38. Prior to the changes to SNAP in HR1(2025), a 2024 report by the New Mexico Health Care Authority shows that SNAP was projected in 2025 to have an economic impact of $1,827,350,882 in New Mexico. The projected benefit revenues, which amount to $1,115,021,462, primarily support the food and beverage store industry, which includes grocery stores, supermarkets, and farmer's markets. Supporting industries, such as retail trade, transportation, real estate and rentals, were estimated to receive an additional $268,952,566 in business receipts, while New Mexico households were estimated to receive an additional $443,376,854 in earnings.

39. Overall, SNAP benefits were projected to support 17,639 jobs across all impacted industries in 2025.

40. A 2020 survey of SNAP EBT transactions by the New Mexico Health Care Authority showed that 72% of SNAP benefits were spent in superstores, 15% in supermarkets, 8% in grocery stores, 4% in convenience stores, and 1% in farmer's markets and other vendors

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

41. The loss of SNAP benefits funding would have a significant fiscal impact on the New Mexico.

42. Food insecurity increases the risk of adverse health outcomes, complicates the ability to manage illness, and is linked to higher health care costs. On average, after controlling for a range of socioeconomic and demographic characteristics expected to affect food security and health care costs, people in food-insecure households — those lacking consistent access to adequate food at some point during the year due to limited resources — spend roughly 45 percent more on medical care in a year ($6,100) than people in food-secure households ($4,200). And extensive research has shown a strong correlation between food insecurity and chronic health conditions among various age groups: children, young and working-age adults, and older adults.

43. SNAP is linked with better access to preventive health care and reduced health care costs. Infants and children in families participating in SNAP are more likely to see a doctor for periodic check-ups. Low-income adults participating in SNAP incur an average of about $1,400, or nearly 25 percent, less in medical care costs in a year than low-income non-participants. The difference is even greater for those with hypertension (nearly $2,700 less) and coronary heart disease (over $4,100 less).

44. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

45. Any reduction in SNAP benefits, applications, and enrollment will increase our citizens' adverse public health outcomes, especially children, and, therefore, increase the burden on our hospitals and healthcare facilities statewide.

46. New Mexico has a high rate of childhood food insecurity, with 26% of children experiencing it in 2020.

47. Malnutrition can negatively impact a child's development, potentially leading to learning difficulties and developmental delays, which may then require special education services.

48. Availability and use of SNAP benefits is one way in which New Mexico families counteract food insecurity and hunger, making SNAP benefits an important tool in protecting child health and well-being today and mitigating adverse consequences in the future.

49. The HCA does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on the NM Health Care Authority**

50. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between the State of New Mexico and its residents built over many years and through the dedication of significant resources.

51. To properly effectuate its safety net programs, the HCA has devoted years of work to overcome stigma, misinformation, and other barriers to access. The HCA is the representative

10

of the broader SNAP framework to New Mexico residents: if households experience delays in receiving crucial benefits, they are likely to feel that the HCA has failed or engaged in wrongdoing. The HCA has fostered trust with New Mexico residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

52. Furthermore, loss of trust among New Mexico residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of the State of New Mexico.

53. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens the HCA's already limited administrative resources.

54. When the current government shutdown began, USDA on October 1, 2025 sent the HCA a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

55. The HCA continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations in USDA's October 1, 2025 letter.

11

56. Further, because USDA indicated in the October 10, 2025 letter that the HCA is to hold these benefit files "until further notice[,]" the HCA must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden the HCA, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on the HCA because the agency has to dedicate additional resources to planning for multiple contingencies.

57. The HCA also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. The HCA will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more HCA resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

58. The HCA is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 30 administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1.

59. The HCA also anticipates increased foot traffic and disruptions at New Mexico regional and local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. The HCA employs over 674 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require the HCA to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

60. HCA vendor, Deloitte, had to readjust their roadmap to ensure that the HCA is compliant with the guidance that was received from FNS. Normally, the file would be sent hourly but now, the file has to be pulled daily and November issuances removed to ensure that only pro-rated October benefits are issued. This disrupts HCA's daily business including delaying other work that was prioritized to comply with HR1 changes to ASPEN eligibility system.

**Impacts on New Mexico's Provision of Other Public Benefits**

61. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on the HCA's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

62. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with

13

the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

63. The HCA also must prepare for increases in high-volume demand events on our HCA website and YesNM mobile app as well as increased phone calls to the Consolidated Customer Call Center (CCSC) and in person visits to the HCA field offices. This will impact our phone call abandonment rate as well as the time required to complete application processing.

64. The FIS EBT app is where clients go to check their EBT balances but if clients check their balance by phone, HCA will incur increased costs.

65. All of this will in turn require the HCA to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause the HCA to deprioritize numerous other pressing and important projects, including ongoing management of other HCA-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1. Running these changes within HCA's production system will cause significant strain on the HCA's already overworked infrastructure and interfere with department operations, introducing interruptions to the HCA's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

66. These additional administrative burdens not only increase the risk of higher error rates but will interfere with the HCA's compliance with an existing federal consent decree. *See Knowlton, et al. v. Armijo, et al.*, No. 88-0385 (D.N.M.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

>Executed this 27th day of October, 2025, in Santa Fe, New Mexico
>
>_____
>Kari Armijo
>Secretary of the NM Health Care Authority