# EXHIBIT 34

## DECLARATION OF WENDY DEMARCO

I, WENDY DEMARCO, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of New York. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Director of the Food and Nutrition Policy Bureau in the Division of Employment and Income Support Programs ("EISP") within the New York State Office of Temporary and Disability Assistance ("OTDA"). OTDA's mission is to help vulnerable New Yorkers meet their essential needs and advance economically by providing opportunities for stable employment, housing, and nutrition.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. OTDA is responsible for supervising the 58 social services districts ("districts") that are responsible for administering the Supplemental Nutrition Assistance Program ("SNAP") in New York State and providing SNAP benefits to eligible low-income households to address hunger by supplementing the food budget of such households. The Food and Nutrition Bureau within OTDA is tasked with developing and overseeing policies and procedures related to providing monthly nutritional assistance benefits, including SNAP, for households as provided by section 95 of the New York Social Services Law.

5. SNAP, one of the programs administered by OTDA, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in New York**

6.	SNAP is a key part of New York's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 2.96 million people received SNAP benefits in New York each month, including approximately 455,000 families and 920,000 children. Households in New York receive on average $370 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024 and September 30, 2025, OTDA issued approximately $650 million per month in SNAP benefits in New York.

7.	OTDA administers the SNAP program in New York pursuant to New York State Social Services Law §95. Pursuant to federal law, OTDA administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in New York, though New York and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8.	For Federal Fiscal Year 2025, OTDA projects that the total State cost of SNAP administration will be roughly $400 million, and the majority of this cost is paid with local funds. This spending is expected to generate approximately $400 million in SNAP federal financial participation, to cover half of anticipated gross administration costs.

9.	By the end of October 2025, New York State will have spent approximately $33 million in state and local funds to pay for SNAP administration during the month of October and

in anticipation of issuing November benefits as per the typical issuance schedule and with the expectation that SNAP would continue to provide benefits to low-income individuals in New York.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

10.     OTDA has a contract with a financial services vendor, Fidelity Information Services ("FIS", or "Vendor"), to provide to provide EBT processing services for SNAP and other state-funded OTDA programs. These services include processing benefit authorizations provided by OTDA; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11.     The Vendor's invoices for its services rendered under its contract with OTDA are paid by the State of New York.  Each month, OTDA's Vendor, on behalf of New York and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12.     As part of the SNAP administration process, OTDA is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. OTDA sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, OTDA sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13. OTDA uses an in-house case management system called Welfare Management System (WMS) to generate benefit files, among many other functions.

14. Once the Vendor receives the benefit files from OTDA, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither OTDA nor any other state agency in the New York ever receives SNAP benefit funds as part of this process.

17. In accordance with this process, OTDA transmits hundreds of benefit files each month to its Vendor pursuant to a preset, contractual transmission schedule.

18. OTDA requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. OTDA staggers the issuance of benefits over the first 10 days of a month. For example, for SNAP benefits to be issued in November 2025, OTDA starts transmission of relevant benefits files to the Vendor on the evening of October 21, 2025, for individuals whose case numbers end in "0" in NYC and October 23, 2025 for the rest of the state and OTDA repeats this process for approximately nine business days, progressively submitting

associated benefit files for recipients whose case numbers end in numbers one through nine, until all the SNAP benefits for November 2025 have been issued.

19. In addition to the cyclical monthly benefit issuance process outlined above, OTDA also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, OTDA thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

20. If OTDA fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

21. Furthermore, USDA has previously informed New York that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

22. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown

at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

23. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent OTDA a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

24. Since the shutdown began, OTDA emailed the FNS Northeast regional office on October 14, 2025 seeking clarification, but did not receive any direct response.

25. Due to the Vendor's data submission schedule for New York, OTDA faces the threat of benefit interruption as early as November 1, 2025. Each day in which OTDA is delayed

from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of the New York.

26. Failure to issue SNAP benefits to qualified recipients in New York will lead to immediate food insecurity for approximately 2.96 million people in the New York and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in the New York. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of the New York and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

27. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

28. SNAP is also an economic driver for New York local businesses. 17,000 merchants in New York accept SNAP benefits for food purchases. If millions of New York residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across New York.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

29. The loss of SNAP benefits funding would have a significant fiscal impact on the New York.

30. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

31. OTDA does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits. I am informed and believe that New York also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on the OTDA**

32. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between the New York and its residents built over many years and through the dedication of significant resources.

33. To properly effectuate its safety net programs, OTDA has devoted years of work to overcome stigma, misinformation, and other barriers to access. OTDA is the representative of the broader SNAP framework to New York residents: if households experience delays in receiving crucial benefits, they are likely to feel that OTDA has failed or engaged in wrongdoing. OTDA has fostered trust with New York residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

34. Furthermore, loss of trust among New York residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of the New York.

35. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens OTDA's already limited administrative resources.

36. Once the current government shutdown began, USDA on October 1, 2025 sent OTDA a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

37. OTDA continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations in USDA's October 1 letter, and the lack of clarity in USDA's October 10 letter.

38. Further, because USDA indicated in the October 10, 2025 letter that OTDA is to hold these benefit files "until further notice[,]" OTDA must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden OTDA, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on OTDA, because OTDA has to dedicate additional resources to planning for multiple contingencies.

39. OTDA also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. OTDA will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP

benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more OTDA resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

40. OTDA is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 31 administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1.

41. OTDA also anticipates increased foot traffic and disruptions at New York local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. Districts employ thousands of client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require OTDA to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on New York's Provision of Other Public Benefits**

42. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on OTDA's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

43. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

44. OTDA also must prepare for anticipated increases in high-volume demand events on our OTDA website and mobile app, which is where clients go to check their EBT balances among many other features.

45. All of this will in turn require OTDA to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause OTDA to deprioritize numerous other pressing and important projects, including ongoing management of other OTDA-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1. Running these changes within OTDA's production system will cause significant strain on OTDA's already overworked infrastructure and interfere with department operations, introducing delays to OTDA's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ____ day of October, 2025, in Albany, New York.

Wendy DeMarco Digitally signed by Wendy DeMarco
Date: 2025.10.28 06:26:17 -04'00'

WENDY DEMARCO
Director of Food and Nutrition Policy
New York State Office of Temporary and Disability Assistance