# EXHIBIT 35

## **DECLARATION OF JESSICA AMAYA HOFFMAN**

I, Jessica Amaya Hoffman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Oregon. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Deputy Director of the Oregon Department of Human Services' (ODHS) Self-Sufficiency Programs, which provide resources like cash and food assistance, employment support, and targeted services to help Oregonians move out of poverty. I have served in this role since 2024, following my time as Interim Deputy Director and Senior Operations Manager. My career spans over 21 years in human services, including leading large teams and building strong community partnerships across Oregon. As Deputy Director of ODHS's Self-Sufficiency Programs, I oversee the administration of Oregon's SNAP program.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. ODHS is Oregon's principal agency for helping Oregonians achieve well-being and independence. It administers a variety of human services programs for the state's residents.

5. The Supplemental Nutrition Assistance Program (SNAP), one of the programs administered by ODHS, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

///

**SNAP in Oregon**

6.      SNAP is a key part of Oregon's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 736,000 people received SNAP benefits in Oregon each month, including approximately 450,000 families and over 214,000 children. Households in Oregon receive on average $310 per month in SNAP benefits to meet their basic subsistence and nutritional needs. Thus far in 2025, ODHS issued approximately $140 million per month in SNAP benefits in Oregon. ODHS administers the SNAP program in Oregon pursuant to Oregon Revised Statute (O.R.S.) 411.806 to 411.845. Pursuant to federal law, ODHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Oregon, though Oregon and the federal government split administrative costs. 7 U.S.C. § 2025(a).

7.      For Federal Fiscal Year 2025, ODHS budgeted approximately $129 million in state funds to pay for SNAP administration. This spending is expected to generate approximately $129 million in SNAP federal financial participation, to cover half of anticipated administration costs.

8.       By the end of October 2025, ODHS will have spent $10,361,023 in state funds to pay for SNAP administration during the month of October and in anticipation of issuing

November benefits per the typical issuance schedule. ODHS did so with the expectation that SNAP would continue to provide benefits to low-income individuals in Oregon.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

9. ODHS has a contract with a financial services vendor, Fidelity Information Services (FIS or "Vendor"), to provide to provide EBT processing services for SNAP and other state-funded ODHS programs. These services include processing benefit authorizations provided by ODHS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

10. The Vendor's invoices for its services rendered under its contract with ODHS are paid by Oregon. Each month, ODHS's Vendor, on behalf of Oregon and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

11. As part of the SNAP administration process, ODHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. ODHS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, ODHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

12. ODHS uses an in-house case management system called ONE Eligibility System to generate benefit files, among many other functions.

13. Once the Vendor receives the benefit files from ODHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

14. U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

15. When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither ODHS nor any other state agency in Oregon ever receives SNAP benefit funds as part of this process.

16. In accordance with this process, ODHS transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

17. ODHS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. ODHS staggers the issuance of benefits over the first 9 days of a month. For example, for SNAP benefits to be issued in November 2025, ODHS is scheduled to start transmission of relevant benefits files to the Vendor on the evening of October 28, 2025, for individuals whose Social Security Number (SSN) ends in "0." ODHS repeats this process for approximately nine business days, progressively submitting associated benefit files for recipients

whose SSN ends in numbers zero or one and then through nine, until all the SNAP benefits for November 2025 have been issued.

18.     In addition to the cyclical monthly benefit issuance process outlined above, ODHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, ODHS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

19.     If ODHS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

20.     Furthermore, on or around October 10, 2025, and October 24, 2025, USDA informed Oregon that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

21.     ODHS is required to coordinate and separate electronic benefit transmission files for other non-SNAP programs that utilize the same EBT accounts for payment issuance. These separate programs include but are not limited to the Temporary Assistance for Needy Families (TANF) program, the Temporary Assistance for Domestic Violence Survivors (TA-DVS) program, and the Youth Experiencing Homelessness Program (YEHP). The present delay in SNAP funding has created additional workload for ODHS's staff to ensure accuracy across programs and continue other vital program issuances.

22. On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

23. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent ODHS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until

further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

24. Due to the Vendor's data submission schedule for Oregon, ODHS faces the threat of benefit interruption as early as November 1, 2025. Each day in which ODHS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of Oregon.

25. Failure to issue SNAP benefits to qualified recipients in Oregon will lead to immediate food insecurity for over 735,000 people in Oregon and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in Oregon. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of Oregon and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

26. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

27. SNAP is also an economic driver for Oregon local businesses. Over 3,450 merchants in Oregon accept SNAP benefits for food purchases. In 2023 in Oregon there were 136 Farmers Markets and 102 market locations that accepted SNAP. The Oregon Farmers Market Association (OFMA) estimates $2,065,046 was distributed in SNAP at Oregon's Farmers

Markets in 2023. These markets are a vital link with farmers and growers in Oregon and provides for many a direct link for their business to the customer.

28. If nearly three quarters of a million Oregon residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Oregon.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

29. The loss of SNAP benefits funding would have a significant fiscal impact on Oregon.

30. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including the Oregon Foodbank and Farmers Markets Fund Double Up Food Bucks program.

31. Multiple studies have shown that the SNAP program is linked to key improvements for people's overall health and nutrition across all age groups, and has the most meaningful impact with children, pregnant mothers, and older adults. Early access to SNAP among pregnant mothers and in early childhood improved birth outcomes and long-term health as adults. SNAP is linked with better access to preventive health care and reduced health care costs. Infants and children in families participating in SNAP are more likely to see a doctor for periodic check-ups. SNAP is proven to support elderly participants being able to continue to prioritize access to nutritious food without missing out on paying for their essential medications. *See, e.g.,* Steven Carlson and Joseph Llobrera, *SNAP is Linked With Improved Health Outcomes and Lower Health Care Costs*, Center on Budget and Policy Priorities (Dec. 14, 2022), https://www.cbpp.org/research/food-assistance/snap-is-linked-with-improved-health-outcomes-and-lower-health-care-costs.

32. ODHS does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits. I am informed and believe that the State of Oregon also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on the Oregon Department of Human Services**

33. ODHS anticipates an increased need to provide guidance and support to SNAP participants and communities accessing our public-facing eligibility offices and call centers. The increased support needs and required coordination efforts will likely extend to community partners, vendors and the Food Bank network. Suspension of benefits will have an adverse financial impact on Oregon businesses. For example, businesses cannot reasonably anticipate the volume of product that they will need to have available for purchase, which can cause financial hardships, particularly for small to medium-sized businesses.

34. The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between Oregon and its residents built over many years and through the dedication of significant resources.

35. To properly effectuate its safety net programs, ODHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. ODHS is the representative of the broader SNAP framework to Oregon residents: if households experience delays in receiving crucial benefits, they are likely to feel that ODHS has failed or engaged in wrongdoing. ODHS has fostered trust with Oregon residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

36. Furthermore, loss of trust among Oregon residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency.

37. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens ODHS's already limited administrative resources.

38. Once the current federal government shutdown began, USDA sent ODHS a letter on October 1, 2025, regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

39. ODHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations provided in federal memorandums dated October 1, 2025, and October 10, 2025 and, more recently, October 24, 2025. In the October 24 memorandum, USDA purported to formally suspend November SNAP benefits and instructed state agencies that, per 7 C.F.R. § 271.7(e), the suspension of benefits shall not affect the determination of the eligibility of applicant households. USDA further encouraged state agencies to limit administrative expenses only to the activities necessary to support the eligibility and issuance processes, integrity and oversight, and system maintenance.

40. ODHS received notice of this suspension via email on Friday, October 24, at 3:37 PM Pacific Standard Time from Terry Gunnell, Deputy Regional Administrator and Acting Grants Management and Administrative Services Director for the Western Regional Office of the

U.S. Dept. of Agriculture Food and Nutrition Service. That email was sent to program administrators in Alaska, American Samoa, California, Mariana Islands, Guam, Hawaii, Idaho, Nevada, Oregon, and Washington, attaching a document entitled "2025-10-24 SNAP November Benefit Guidance." A copy of that email and attachment are attached as Exhibit 1.

41. Further, because USDA indicated in the October 10, 2025 letter that ODHS is to hold benefit issuance files "until further notice[,]" ODHS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden ODHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on ODHS, because ODHS has to dedicate additional resources to planning for multiple contingencies.

42. ODHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. ODHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more ODHS resources during a crucial period of reorganization in light of H.R. 1 (the "One Big Beautiful Bill Act" enacted in July 2025).

43. ODHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025.

These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Approximately 58 administrative staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R. 1.

44. ODHS also anticipates increased foot traffic and disruptions at Oregon local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. ODHS employs over 2,622 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require ODHS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

45. ODHS staff were required to prioritize system programming to support the federal requirements communicated by letter on October 10 to ensure pro-rated October benefits were separated from the November issuances. This required five staff people to dedicate time and resources from other mission-critical work.

**Impacts on Oregon's Provision of Other Public Benefits**

46. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on ODHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

47. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated

benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

48.     ODHS also must prepare for anticipated increases in high-volume demand events on our ODHS website and mobile app and contracted vendor EBT telephone and online services, which is where clients go to check their EBT balances among many other features.

49.     All of this will in turn require ODHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause ODHS to deprioritize numerous other pressing and important projects, including ongoing management of other ODHS-issued benefits as well as preparation for upcoming system changes to SNAP administration following the effective date of the H.R. 1. Running these changes within ODHS's production system will cause significant strain on ODHS's already overworked infrastructure and interfere with department operations, introducing interruptions to ODHS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2025, in Salem, Oregon.

*Jessica Amaya Hoffman*
Jessica Amaya Hoffman
Self-Sufficiency Programs Deputy Director
Oregon Department of Human Services

# EXHIBIT 1

 Outlook

## SNAP Guidance for November

| | |
|---|---|
| **From** | Gunnell, Terry - FNS <terry.gunnell@usda.gov> |
| **Date** | Fri 10/24/2025 3:37 PM |
| **To** | deb.etheridge@alaska.gov <deb.etheridge@alaska.gov>; heidi.hedberg@alaska.gov <heidi.hedberg@alaska.gov>; ltuala@dhss.as <ltuala@dhss.as>; pneueli@dhss.as <pneueli@dhss.as>; Alexis.Garcia@dss.ca.gov <Alexis.Garcia@dss.ca.gov>; Jennifer.Troia@dss.ca.gov <Jennifer.Troia@dss.ca.gov>; Becky.Silva@dss.ca.gov <Becky.Silva@dss.ca.gov>; margaret.aldan@cnminap.gov.mp <margaret.aldan@cnminap.gov.mp>; f.rabauliman@cnmi.gov <f.rabauliman@cnmi.gov>; francine.salas@dphss.guam.gov <francine.salas@dphss.guam.gov>; theresa.c.arriola@dphss.guam.gov <theresa.c.arriola@dphss.guam.gov>; ryamane@dhs.hawaii.gov <ryamane@dhs.hawaii.gov>; smorishige@dhs.hawaii.gov <smorishige@dhs.hawaii.gov>; John.Bernasconi@dhw.idaho.gov <John.Bernasconi@dhw.idaho.gov>; Juliet.Charron@dhw.idaho.gov <Juliet.Charron@dhw.idaho.gov>; rthompson@dss.nv.gov <rthompson@dss.nv.gov>; rwhitley@dhhs.nv.gov <rwhitley@dhhs.nv.gov>; Wendt Liesl M <liesl.m.wendt@odhs.oregon.gov>; Seguin Claire <Claire.Carpenter-Seguin@odhs.oregon.gov>; Angela.ramirez2@dshs.wa.gov <Angela.ramirez2@dshs.wa.gov> |
| **Cc** | Makhdoomi, Muzafar - FNS <Muzafar.Makhdoomi@usda.gov> |

🔗 1 attachment (109 KB)
2025-10-24 SNAP November Benefit Guidance.pdf;

---

**Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

---

I am sending the attached SNAP Guidance for November on Dr. Makhdoomi's behalf.

Please confirm receipt.

Terry Gunnell
Deputy Regional Administrator
Acting Grants Management and Administrative Services Director
Western Regional Office


Food and Nutrition Service
90 Seventh Street, Suite 10-300
San Francisco, CA 94103
415 705 1329

[Book time to meet with me](#)

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA **Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** October 24, 2025

**SUBJECT:** Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025

**TO:** Regional SNAP Directors
All Regions

SNAP State Agency Directors
All State Agencies

This memorandum provides guidance regarding November 2025 SNAP benefits and administrative expenses as a follow-up to our prior guidance issued on October 10, 2025. In accordance with 7 CFR 271.7(b), FNS is suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise. This suspension is effective November 1, 2025.

Please take immediate action to implement this suspension. Per 7 CFR 271.7(d)(4), State agencies must notify households of the suspension in accordance with the mass change notice provisions at 7 CFR 273.12(e)(1). Upon the availability of federal funding, FNS will notify State agencies of when the suspension is lifted to allow for immediate action to resume issuing November and subsequent monthly benefits to eligible households.

Additionally, per 7 CFR 271.7(e), the suspension of benefits shall not affect the determination of the eligibility of applicant households. FNS encourages State agencies to limit administrative expenses only to the activities necessary to support the eligibility and issuance processes, integrity/oversight, and system maintenance.

The suspension shall have no effect on the certification period assigned to a household. Those participating households whose certification periods expire during the month in which benefits are suspended shall be recertified according to 7 CFR 273.14. Households found eligible to participate during a month in which benefits are suspended shall have certification periods assigned in accordance with 7 CFR 273.10. Further, State agencies shall be allowed to deny fair hearing requests to those households who are merely disputing the fact that a suspension was ordered. Fair hearing requests are permitted provided the conditions in 7 CFR 271.7(f) are met.

State agencies that adopted the optional statutory provision to allow for combined allotments for applicants that applied after the 15th day of the month, which provides for eligible households to receive their October and November allotment combined, must issue benefits only for the prorated October portion of the household's allotment. Households shall receive retroactive benefits once the suspension is lifted upon the availability of federal funding.

Households may continue to redeem benefits issued to their electronic benefit transfer (EBT) card prior to November 1, 2025, at any SNAP authorized retailer. The suspension applies only to November 2025 benefit issuance to households and does not impact any prior benefits, and as such, the authorization or redemption of benefits at eligible retailers is not impacted.

We appreciate the partnership with States that administer this critical nutrition assistance program and will continue to keep you apprised with updates. Please direct any questions regarding this suspension to your Regional Office.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture