EXHIBIT 37

## <u>DECLARATION OF DREW ECHELSON, Ed.D.</u>

I, Drew Echelson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein or have knowledge of the matters based on my review of information and records gathered by my staff. If called as a witness, I could and would testify competently to the matters set forth below.

### <u>Professional and Agency Background</u>

2. I serve as a Deputy Commissioner at the Rhode Island Department of Elementary and Secondary Education (RIDE), a position I have held since 2024. As Deputy Commissioner, I have oversight of the Division of System Transformation. This Division is composed of the Office of School and District Improvement, which includes federal Title programs and the Consolidated Resource Plan (CRP); the Office of Data and Technology Services, which includes federal data collections and reporting; the Office of Finance and Accounting, which includes federal grant management, audit, and monitoring; the Office of College and Career Readiness, which includes Career and Technical Education and support for postsecondary pathways; and the Office of School Health and Wellness, which includes School Nutrition Programs, health, and physical education. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3. As Rhode Island's State Education Agency (SEA), RIDE is responsible for ensuring that every student has access to high-quality teaching and learning opportunities from pre-kindergarten through grade 12. RIDE's mission is to prepare every Rhode Island student for

success in college, careers, and life. The Agency supports this mission by setting statewide educational priorities, guiding policy and program implementation, and partnering with districts and communities to promote equitable, student-centered outcomes.

4.    The Supplemental Nutrition Assistance Program ("SNAP") involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP Benefits and RIDE**

5.    SNAP benefits account for $348,000,000 per year—or $29,000,000 a month—for Rhode Island residents.

6.    According to RIDE's most recent data, 29,376 students in Rhode Island public schools are counted in the SNAP Average Daily Membership.  In Rhode Island, 46,000 residents who are under the age of 18 are SNAP recipients.

7.    Students in households receiving SNAP benefits are directly certified for free or reduced-price school meals. Decreased SNAP participation or a chilling effect on determinations of SNAP eligibility due to a pause in benefits would mean that children in families with low incomes have less access to school meals. Additionally, SNAP participation is linked to direct certification as part of the proxy for poverty in Rhode Island's education funding formula. A chilling effect on SNAP participation could result in less education aid for schools.

**Impacts from the Unavailability of SNAP Benefits**

8.    The unavailability of SNAP benefits due to the federal government shutdown will result in approximately $28 million per month that will not be accessed by participating Rhode Island families. This exacerbates food insecurity issues for students in households that would typically be receiving SNAP benefits and will result in local education agencies and

2

municipalities across the state needing to unexpectedly invest in ways to ensure children and families have access to food beyond their school meals.

9.      Research shows a strong correlation between household food insecurity and multiple adverse outcomes in children and adolescents, including poor school performance (Frongillo, et al., 2006). Programs such as SNAP help counteract the effects of household food insecurity and provide critical access to nutrition that supports the academic success of Rhode Island students. The unavailability of SNAP benefits will result in families' reduced access to food, thus exacerbating issues of food insecurity known to negatively impact student performance and outcomes. For example, food insecurity negatively impacts the social, emotional, and behavioral development of school-age children and adolescents and compounds their risk for behavioral issues that interfere with learning and achieving academic success. Additionally, children experiencing hunger are more likely to be late or absent from school.

10.     In Rhode Island, 37% of the households participating in SNAP include children, and participating in SNAP reduces the probability of children experiencing the most severe level of food security. Participation in SNAP in early childhood is also associated with improvements in short- and long-term health outcomes, improved high school graduation rates, and increases in adult earnings (Rhode Island KIDS COUNT, 2025).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of October, 2025, in Providence, Rhode Island.

Drew Echelson
Deputy Commissioner for System Transformation
Rhode Island Department of Elementary and Secondary Education

3