# EXHIBIT 39

## DECLARATION OF NICOLE TOUSIGNANT

I, Nicole Tousignant, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Vermont. I am over the age of 18 and understand the obligations of an oath.

### Professional and Agency Background

2. I am the Economic Benefits Director for the Economic Services Division of the Department for Children and Families (Vermont DCF/ESD). I have held this position since 2022. As Economic Benefits Director, I oversee, as part of the Food and Nutrition team, the administration of the SNAP program in Vermont, as well as the General Assistance team, and the Reach Up program. Previously, I served as the Senior Policy and Operations Director for ESD for approximately five years and, prior to that, as the Low Income Home Energy Assistance Program Director. I previously worked at the Vermont Agency of Education for 15 years.

3. I hold two bachelor's degrees, one in Elementary Education and one in Psychology, both from Castleton University.

4. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

5. The Vermont Agency of Human Services, Department for Children and Families, Economic Services Division (Vermont DCF/ESD) is the state agency in Vermont that administers the federal SNAP benefits program. The Vermont DCF/ESD administers the benefits programs that help Vermonters meet their basic needs. The mission of Vermont DCF/ESD is to administer programs to improve economic well-being for Vermonters and to provide the opportunities for Vermonters to thrive with a sense of independence and connection to their communities.

6.    SNAP, one of the programs administered by Vermont DCF/ESD, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Vermont**

7.    SNAP is a key part of Vermont's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In State fiscal year 2025, an average of 65,109 people received SNAP benefits in Vermont each month. Individuals in Vermont receive on average $194 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the state fiscal year between July 1, 2024 and June 30, 2025, Vermont DCF/ESD issued approximately $12.6 million per month in SNAP benefits in Vermont, for a total of $151million.

8.    Vermont DCF/ESD administers the SNAP program in Vermont pursuant to 33 V.S.A. § 1701. Pursuant to federal law, Vermont DCF/ESD administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Vermont, though Vermont and the federal government split administrative costs. 7 U.S.C. § 2025(a).

9.    For State Fiscal Year 2025, Vermont DCF/ESD budgeted approximately $13M in state funds to pay for SNAP administration. This spending is expected to generate approximately $14.5M in SNAP federal financial participation, to cover half of anticipated administration costs.

10. On average, for the first three months of the State fiscal year, Vermont DCF has spent $1.1M in State funds to pay for SNAP administration and in anticipation of issuing November benefits as per the typical issuance schedule. Vermont DCF/ESD did so with the expectation that SNAP would continue to provide benefits to low-income individuals in Vermont.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

11. Vermont DCF/ESD has a contract with a financial services vendor, Conduent State and Local Solutions, Inc., ("Conduent", or "Vendor"), to provide to provide EBT processing services for SNAP and other state-funded Vermont DCF/ESD programs. These services include processing benefit authorizations provided by Vermont DCF/ESD; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

12. The Vendor's invoices for its services rendered under its contract with Vermont DCF/ESD are paid by the Vermont. Each month, Vermont DCF/ESD's Vendor, on behalf of Vermont and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

13. As part of the SNAP administration process, Vermont DCF/ESD is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. Vermont DCF/ESD sends multiple benefit files to the Vendor, including monthly files for active

3

SNAP recipients. Further, Vermont DCF/ESD sends daily reports of benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

14.     Vermont DCF/ESD uses an in-house case management system called ACCESS to generate benefit files, among many other functions.

15.     Once the Vendor receives the benefit files from Vermont DCF/ESD, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

16.     U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP food recipients can only use their EBT card at approved retailers.

17.     When SNAP food recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither Vermont DCF nor any other state agency in Vermont ever receives SNAP food benefit funds as part of this process.

18.     In accordance with this process, Vermont DCF/ESD transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

19.     Vermont DCF/ESD requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. For example, for SNAP benefits to be issued in

November 2025, Vermont DCF/ESD is scheduled to transmit relevant benefits files to the Vendor on the evening of October 27, 2025.

20.    In addition to the monthly benefit issuance process outlined above, Vermont DCF/ESD also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, and participant reimbursement -specific funds for participants in the SNAP Employment and Training program. In addition, when an agency approves a household for expedited SNAP benefits after the 15th of a month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, Vermont DCF/ESD thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

21.    If Vermont DCF/ESD fails to send benefit files to the Vendor timely by the agreed-upon schedule, delivery of benefits to individual households will be delayed.

22.    Furthermore, USDA informed Vermont on October 24, 2025 that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

23.    On September 30, 2025, USDA released a "Lapse of Funding Plan[,]" stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, available at https://www.agri-pulse.com/ext/resources/2025/09/30/fy2026-usda-lapse-plan.pdf.[*] The plan stated that "there is a bona fide need to obligate benefits

---

[*] This document was previously available on the USDA's website: https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. However, it is no longer accessible.

for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

24.    On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent Vermont DCF/ESD a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

25.    Due to the Vendor's data submission schedule for Vermont, Vermont DCF/ESD faces the threat of benefit interruption as early as November 1, 2025. Each day in which Vermont DCF/ESD is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable residents of the Vermont.

6

26.     Failure to issue SNAP benefits to qualified recipients in Vermont will lead to immediate food insecurity for approximately 65,109 people in Vermont and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in the Vermont. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of Vermont and downstream effects on the safety net programs that currently fill needs that SNAP does not cover.

27.     The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for SNAP beneficiaries by threatening their reliable access to food and forcing them to start rationing what are already subsistence-level benefits. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

28.     SNAP is also an economic driver for Vermont local businesses. Over 600 merchants in Vermont accept SNAP benefits for food purchases. If millions of Vermont residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Vermont. The infusion of over $12 million each month into the food economy is essential to support Vermont's nutritional infrastructure, as well as local farmers and retailers who provide essential services in Vermont's rural economy.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

29.     The loss of SNAP benefits funding would have a significant fiscal impact on Vermont.

30.     The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP.

31.     The State is considering options to support Vermonters during this time and as a result is expending state funds and state agency resources on contingency planning for this unprecedented funding lapse.

32.     The Vermont DCF/ESD does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits without impacting other essential programs. I am informed and believe that Vermont also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits on a long-term basis. Vermont did not pass its FY 2025 budget in anticipation of expending over $12million a month and cannot afford this without draining vital state resources that ensure continuity of government services during the prolonged federal government shutdown.

**Administrative and Operational Burdens on the Vermont DCF/ESD**

33.     The actions to suspend the availability of SNAP benefits for November 2025 would significantly erode trust between Vermont and its residents built over many years and through the dedication of significant resources.

34.     To properly effectuate its safety net programs, Vermont DCF/ESD has devoted years of work to overcome stigma, misinformation, and other barriers to access. Vermont DCF/ESD is the representative of the broader SNAP framework to residents: if households experience delays in receiving crucial benefits, they are likely to feel that Vermont DCF/ESD has failed or engaged in wrongdoing. Vermont DCF/ESD has fostered trust with Vermont residents and stakeholders by representing to them that SNAP eligibility and compliance with

8

programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

35. Furthermore, loss of trust among Vermont residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency. USDA-FNS has acted in disregard of those reliance interests of Vermont.

36. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens Vermont DCF/ESD's already limited administrative resources.

37. Once the current government shutdown began, USDA on October 1, 2025 sent Vermont DCF/ESD a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

38. Vermont DCF/ESD continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations.

39. Further, because USDA indicated in the October 10, 2025 letter that Vermont DCF/ESD is to hold these benefit files "until further notice[,]" Vermont DCF/ESD must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden Vermont DCF/ESD, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates

the burden on Vermont DCF/ESD, because Vermont DCF/ESD has to dedicate additional resources to planning for multiple contingencies.

40.    Vermont DCF/ESD also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. Vermont DCF/ESD will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more Vermont DCF/ESD resources during a crucial period of reorganization in light of H.R.1 (the "One Big Beautiful Bill Act" enacted in July 2025).

41.    Vermont DCF/ESD is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. A significant portion of our Agency of Digital Services staff assigned to Vermont DCF/ESD have already been redirected to this crisis and additional Vermont administration staff members have also been redirected to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R.1.

42.    Vermont DCF/ESD also anticipates increased foot traffic and disruptions at Vermont local district offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. Vermont DCF/ESD employs over 170 client-facing local office staff, many of

10

whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time. Increased communication demands will likely require Vermont DCF/ESD to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on Vermont's Provision of Other Public Benefits**

43.    Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on Vermont DCF/ESD's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

44.    Changes to the benefit file schedule will require alterations in the case management system within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

45.    All of this has in turn required Vermont DCF/ESD to dedicate, and continue to dedicate, numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause Vermont DCF/ESD to deprioritize numerous other pressing and important projects, including ongoing management of other Vermont DCF/ESD-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R.1. Running these changes within Vermont DCF/ESD's production system will cause significant strain on Vermont DCF/ESD's

11

already overworked infrastructure and interfere with department operations, introducing interruptions to Vermont DCF/ESD's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

46.    The lapse in federal funding raises many questions about the impact of other federal requirements, including the applicability of SNAP work requirements for program participants, state agency compliance with timely case processing and issuance of benefits and also the determination of the SNAP Quality Control Payment Error Rate, among other requirements. Impacts on the Payment Error Rate are particularly of concern in light of the new federal law requiring states to contribute to the monthly costs of SNAP benefits if the state's Payment Error Rate is in excess of 6 percent starting in federal fiscal year 2028. Federal fiscal year 2026's SNAP Payment Error Rate is the basis for the benefit cost-sharing determination for federal fiscal year 2029 SNAP benefits per H.R.1, and also could be used as the basis for benefit cost-sharing for federal fiscal year 2028's benefit cost-sharing (per H.R.1 states have the choice to use either the federal fiscal 2025 or 2026 Payment Error Rate for federal fiscal year 2028 benefit cost-sharing determinations).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27 day of October, 2025, in Waterbury, Vermont.

Nicole Tousignant
Economic Benefits Director
Department for Children and Families, Economic Services Division

12