# EXHIBIT 40

## DECLARATION OF CARLA REYES

I, Carla Reyes, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a resident of the State of Washington. I am over the age of 18 and understand the obligations of an oath.

## Professional and Agency Background

2.      I am the Assistant Secretary of the Economic Services Administration of the Department of Social and Health Services.

3.      I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4.      The Department of Social and Health Services (DSHS) is an agency of the State of Washington. It is composed of four Administrations and one Division, each with distinct roles within the agency. These are the Behavioral Health and Habilitation Administration, the Home and Community Living Administration, the Finance, Technology, and Analytics Administration, the Economic Services Administration, and the Division of Vocational Rehabilitation. DSHS's mission is: "We partner with people to access support, care, and resources." And its vision is: "People find human services to shape their own lives." This mission and vision are accomplished with a strategic plan, specific to each administration and division, which is available on our website at this URL: https://www.dshs.wa.gov/office-of-the-secretary/dshs-strategic-plan. DSHS has many duties that have been delegated to it by the Washington State Legislature, including cash and cash equivalent benefits programs, medical services, and other social service programs.

5.      Supplemental Nutrition Assistance Program (SNAP), one of the programs administered by DSHS, involves the issuance of monthly electronic benefits that can be used to

purchase food at authorized retail stores by providing monthly benefits to supplement grocery budgets.

**SNAP in Washington**

6.      SNAP is a key part of Washington's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. At any given time, about 11 percent of Washington State's population, or just under 900,000 people, including about 300,000 children, receive SNAP benefits. Households in Washington receive SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024 and September 30, 2025, DSHS issued approximately $167 million per month in SNAP benefits in Washington.

7.      DSHS administers the SNAP program in Washington pursuant to Wash. Rev. Code § 74.04.500. Pursuant to federal law, DSHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Washington, though Washington and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8.      For Federal Fiscal Year 2025, DSHS budgeted approximately $130 million in state funds to pay for SNAP administration. This spending is expected to generate approximately $130 million in SNAP federal financial participation, to cover the federal share of half of total anticipated administration costs.

9.      By the end of October 2025, DSHS will have spent approximately $11 million in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. DSHS did so with the expectation that SNAP would continue to provide benefits to low-income individuals in Washington. This figure is based on a typical month of administrative expenses but, as described below, October will likely see higher than average SNAP administration costs due to USDA's recent directives.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

10.      Washington has a contract with a financial services vendor, Fidelity Information Services (FIS, or "Vendor"), to provide EBT processing services for SNAP and other federal and state-funded DSHS programs. These services include processing benefit authorizations provided by DSHS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11.      The Vendor's invoices for its services rendered under its contract with DSHS are paid by the State of Washington. DSHS is already obligated to pay the Vendor for its services in October 2025. Each month, DSHS's Vendor, on behalf of Washington and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12.      As part of the SNAP administration process, DSHS is required to regularly transmit various types of electronic benefit issuance data files ("benefit files") to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. DSHS sends

multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, DSHS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13.    DSHS uses an in-house case management system called Automated Client Eligibility System (ACES) to determine eligibility and benefit amounts used to generate benefit files, among many other functions.

14.    Once the Vendor receives the benefit files from DSHS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15.    U.S. Department of Agriculture's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can only use their EBT card at approved retailers.

16.    When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. Neither DSHS nor any other state agency in the State of Washington ever receives SNAP benefit funds as part of this process.

17.    In accordance with this process, DSHS transmits hundreds of benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

4

18. DSHS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. In order for benefits to be timely available in November 2025, DSHS would have needed to transmit the benefit files to its vendor no later than October 31, 2025.

19. In addition to the monthly benefit issuance process outlined above, DSHS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition, when a customer applies for benefits on or after the 16th of the month and is eligible for benefits for the month of application and the following month, DSHS approves the issuance of not only the prorated amount of benefits for the first month of eligibility, but also benefits for the following month. When processing benefit allotments at the end of a calendar month, DSHS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

20. If DSHS fails to timely send benefit files to the Vendor by the agreed upon schedule, delivery of benefits to individual households will be delayed.

21. Furthermore, USDA has indicated that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

22. On September 30, 2025, USDA released a "Lapse of Funding Plan," stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate

5

benefits for October . . . thereby guaranteeing that benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

23. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent Washington a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that the USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

24. DSHS followed up with the FNS regional administrator, Muzafar Makhdoomi, of the Western Regional Office on Tuesday, October 14, 2025, to request additional information about how the government shutdown affects SNAP operations. DSHS merely received a message

back indicating that the questions were received, but no substantive response. A true and correct copy of the email chain between Brice Montgomery, Director of the Community Services Division of the Economic Services Administration (who reports directly to me) and Muzafar Makhdoomi is attached to this declaration as **Exhibit A**.

25.    On October 24, 2025, DSHS received a letter from FNS Deputy Under Secretary Patrick A. Penn. The letter advised that "FNS is suspending all November 2025 benefit allotments until such time as sufficient federal funding is provided, or until FNS directs State agencies otherwise." DSHS was instructed to "notify households of the suspension in accordance with the mass change notice provisions at 7 CFR 273.12(e)(1)."

26.    Failure to issue SNAP benefits to qualified recipients in Washington will lead to immediate food insecurity for just under 900,000 people in the State of Washington and unprecedented reliance on already overwhelmed food banks that will simply not be able to meet the significant surge in demand. SNAP is the largest anti-hunger program in the State of Washington. As a result, the sudden lack of benefits for otherwise eligible individuals and families in SNAP will have devastating consequences on the public health of the State of Washington and downstream effects on the safety net programs that currently fill needs that SNAP does not cover. Any disruption in SNAP benefits will force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

27.    SNAP is also an economic driver for Washington local businesses. 4,926 merchants in Washington accept SNAP benefits for food purchases. If hundreds of thousands of Washington residents are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of vendors, farmers, and stores across Washington.

7

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

28.    The loss of SNAP benefits funding would have a significant fiscal impact on the State of Washington. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs including, for example, state-funded nutrition access programs.

29.    DSHS does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits. I am informed and believe that Washington also does not have the fiscal resources available to replace federally funded SNAP benefits with state-funded equivalent benefits.

**Administrative and Operational Burdens on DSHS**

30.    Washington budgets approximately $260 million in administrative costs to run its SNAP program each year, approximately $130 million of which is expected to be reimbursed by the federal government. This federal funding was reduced to $122 million in the state plan approved by FNS for Federal Fiscal Year 2026.

31.    The failure to provide administrative funds will have an immediate detrimental impact on DSHS's workforce. If the federal share of administrative funds is not provided, DSHS will be forced to reduce expenditures equivalent to about 723 staff. Washington does not have the funds available to keep these staff employed without the federal share of SNAP administrative funds. While staffing levels are reduced, the volume of customers to be served will likely increase. Customers will still apply for benefits, attempt to renew existing benefits and report changes. On top of the typical flow, customers and community will be making contact to understand why they do not have benefits, when benefits may be available and where they may turn for assistance in the absence of SNAP assistance. This will place added burden on the remaining staff available to serve. Such stressors often lead to burnout, increased absenteeism and attrition which would further exacerbate the service delivery crisis.

8

32.     DSHS staff have been informed that lay-offs will be needed if the federal share of SNAP administrative funds is not authorized by November 1, 2025. Significant time and resources have already been expended to identify the staff that are required to be laid off, and complying with state labor laws necessary for the employment action.

33.     Further when the government does re-open and SNAP administrative funds are provided once more, DSHS will be required to reverse these employment actions. This will also require significant expenditure of effort to contact the employees affected and, and, if necessary, initiate a hiring process.

34.     The actions to suspend the availability of SNAP benefits for November 2025 has significantly eroded trust between the State of Washington and its residents built over many years and through the dedication of significant resources.

35.     To properly effectuate its safety net programs, DSHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. DSHS is the representative of the broader SNAP framework to Washington residents: if households experience delays in receiving crucial benefits, they are likely to feel that DSHS has failed or engaged in wrongdoing. DSHS has fostered trust with Washington residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to timely benefits issuance. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

36.     Furthermore, loss of trust among Washington residents will likely lead to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust

9

in the public agency. USDA-FNS has acted in disregard of those reliance interests of the State of Washington.

37.    The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens DSHS's already limited administrative resources. The October 24, 2025 letter instructed that DSHS was required to inform hundreds of thousands of people that SNAP benefits would be suspended only seven days later. This is a monstrously complicated administrative task and can only be completed in the required timeframe with a herculean effort.

38.    Once the current government shutdown began on October 1, 2025 the USDA sent DSHS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

39.    DSHS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations.

40.    Further, because USDA indicated in the October 10, 2025 letter that DSHS is to hold November benefit files "until further notice," and because the October 24, 2025 letter indicated that benefit allotments are suspended "until FNS directs State agencies otherwise," DSHS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden SNAP households that rely on benefits and increase fear, food insecurity and uncertainty about how long any interruption of benefits will last. Disruption will also burden DSHS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover,

10

the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on DSHS, because DSHS has to dedicate additional resources to planning for multiple contingencies.

41.    DSHS also anticipates that disruption to SNAP benefit issuance will result in additional administrative burden as a result of the need for additional customer support services and communications to recipients. DSHS will still be required to continue processing applications and recertifications and maintain normal eligibility verification procedures during the shutdown. Whether due to confusion around recertification requirements amid the news around the shutdown or otherwise, many applicants who are otherwise eligible for SNAP benefits may fail to meet their certification procedures and have their application denied or case closed. This disruption, sometimes referred to as "applicant churn," will again require more DSHS resources during a crucial period of reorganization in light of H.R. 1 (the "One Big Beautiful Bill Act" enacted in July 2025).

42.    As noted above, DSHS relies on the federal share of administrative costs for approximately 733 FTEs worth of resources to administer the SNAP program. These administrative tasks will not be able to be accomplished in a timely way with the loss of these resources, i.e., application processing and recertifications will be delayed. Income verification is highly unlikely to be timely. Implementation of the requirements of H.R. 1 will be delayed and hindered. As just one example, H.R. 1 penalizes state programs with higher payment error rates by reducing the federal share of administrative expenses. *See* 7 U.S.C. § 2013(a)(2). But with a reduction of the equivalent of 733 full-time positions, DSHS will not be in a position to meet the error rate goals of H.R. 1.

43.     It is simply not possible for DSHS to administer the SNAP program's status quo daily functions with a reduction of more than 700 staff positions required to do so. It is certainly not possible for DSHS to accomplish additional tasks required by both the USDA's recent directives and H.R. 1 without these resources.

44.     DSHS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders. Numerous staff at all levels have had to shift their focus to preparing for and communicating the impacts of the shutdown on SNAP benefits. At least 22 staff members have already been required to absorb this administrative burden to handle shutdown-related concerns, in lieu of other important initiatives such as new requirements under H.R. 1.

45.     DSHS also anticipates increased foot traffic and disruptions at Washington local SNAP offices as hungry individuals and families learn they cannot access their benefits, potentially necessitating increased security personnel and law enforcement presence for public safety. DSHS employs over 1,846 client-facing Community Service Office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time but, as described above, may not have the resources to meet them, resulting in significant harms to DSHS's reputation in the community. Even if FNS were to provide the federal share of administrative expenses (which it has not communicated), these increased communication demands will likely require DSHS to incur additional administrative burdens in the form of overtime pay to the limited staff available to handle this workload.

**Impacts on Washington's Provision of Other Public Benefits**

46.    Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on DSHS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program.

47.    Changes to the benefit file schedule will require testing of updated benefit files production with the Vendor and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as the EBT vendor for multiple states). It will also require DSHS to process changes in circumstance that may affect eligibility (such as a client obtaining additional or different employment) that occurred while waiting for the benefits to issue.

48.    DSHS must also prepare for anticipated increases in high-volume demand events on DSHS's website and mobile app, which is where clients go to check their EBT balances among many other features.

49.    All of this will in turn require DSHS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. This in turn will cause DSHS to deprioritize numerous other pressing and important projects, including ongoing management of other DSHS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of the H.R. 1. Running these changes within DSHS's production system will cause significant strain on DSHS's already overworked infrastructure and interfere with department operations, introducing interruptions to DSHS's ability to determine eligibility for SNAP and continue operating that system for benefits throughout the rest of fiscal year 2026.

50.     Further, all of this additional workload will be necessary with a work force that will be reduced by the absence of SNAP administrative funds, making it impossible to achieve within remaining resources. This means prioritization among these tasks will be required, and some required functions will, of necessity, be paused, delayed, or ended. The prospect of SNAP benefit funding and administrative funding ceasing entirely and suddenly is truly a crisis for DSHS and Washington's food benefits system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October 2025, in Olympia, Washington.

_____
Carla Reyes, Assistant Secretary
Economic Services Administration
Washington State Department of Social and Health
Services

14

# Exhibit A

 Outlook

---

## RE: SNAP Lapse in Funding Memorandum

---

**From** Makhdoomi, Muzafar - FNS <Muzafar.Makhdoomi@usda.gov>

**Date** Tue 10/14/2025 4:28 PM

**To** Montgomery, Brice (DSHS/ESA/CSD) <brice.montgomery@dshs.wa.gov>; Gunnell, Terry - FNS <terry.gunnell@usda.gov>

**Cc** Reyes, Carla (DSHS/ESA/OAS) <Carla.Reyes1@dshs.wa.gov>; Hartline, Shawn (DSHS/ESA/CSD) <shawn.hartline@dshs.wa.gov>; Marx, Alexis (DSHS/ESA/CSD) <alexis.marx@dshs.wa.gov>; Hill-Laguerre, Sharon (DSHS/ESA/CSD) <sharon.hill-laguerre@dshs.wa.gov>

---

| External Email |
| --- |

Good Afternoon Brice,

I acknowledge the receipt and will be in touch.

Thanks,

Muzafar

Muzafar Makhdoomi DVM, MVSC, PhD, MPVM, DACVPM

Regional Administrator

Western Regional Office

 **U.S. DEPARTMENT OF AGRICULTURE**

Food and Nutrition Service

90 Seventh Street, Suite 10-300

San Francisco, CA 94103

415-705-1337

---

**From:** Montgomery, Brice (DSHS/ESA/CSD)
**Sent:** Tuesday, October 14, 2025 4:23 PM
**To:** Makhdoomi, Muzafar - FNS ; Gunnell, Terry - FNS
**Cc:** Reyes, Carla (DSHS/ESA/OAS) ; Hartline, Shawn (DSHS/ESA/CSD) ; Marx, Alexis (DSHS/ESA/CSD) ; Hill-Laguerre, Sharon (DSHS/ESA/CSD)
**Subject:** RE: SNAP Lapse in Funding Memorandum

Good Afternoon Muzafar and Terry,

As November approaches, we are hoping for guidance on questions below to ensure appropriate and timely actions are taken to administer the SNAP program in accordance with Federal statute and regulations. Any clarification you can provide would be appreciated:

- Can states continue to process applications and hold benefit issuance or do applications have to be denied?
- Can states process periodic reports and recertifications and hold benefit issuance, or must we allow cases to close until the shutdown is over.
- If closed, can cases be reinstated without loss of benefit if periodic reports or recertification applications are received timely?
- Can combined November benefits be issued if eligibility is determined in October as described in 7 CFR §273.2(g)(2)?
- Can benefits be issued in November for previous months?

- For applications received on 10/29, can benefits for 10/29-10/31 be issued in November?
- If eligibility for a supplement for October 2025 is discovered 11/3. Can the supplement be issued?
- In addition to holding files as outlined in the memo, can we suspend establishment and collection of active claims?
- What is the status of financial reporting during the government shutdown?
- Washington has received an approved E&T state plan – will administrative costs be reimbursed effective October 1 once federal funding is resumed?

**Brice Montgomery** (he/him)

Director

360-485-2858 / brice.montgomery@dshs.wa.gov

 Community Services Division
Economic Services Administration
**Washington State Department**
**of Social and Health Services**

---

**From:** Marx, Alexis (DSHS/ESA/CSD) <alexis.marx@dshs.wa.gov>
**Sent:** Wednesday, October 8, 2025 10:54 AM
**To:** Makhdoomi, Muzafar - FNS <Muzafar.Makhdoomi@usda.gov>; Terry.Gunnell@usda.gov
**Cc:** Reyes, Carla (DSHS/ESA/OAS) <Carla.Reyes1@dshs.wa.gov>; Hartline, Shawn (DSHS/ESA/CSD) <shawn.hartline@dshs.wa.gov>; Montgomery, Brice (DSHS/ESA/CSD) <brice.montgomery@dshs.wa.gov>; Hill-Laguerre, Sharon (DSHS/ESA/CSD) <sharon.hill-laguerre@dshs.wa.gov>
**Subject:** RE: SNAP Lapse in Funding Memorandum

Good morning,

Thank you again for your ongoing assistance as Washington navigates this complicated period. We are approaching November and decisions impacting eligibility and benefits beyond October must be made in the next few days to ensure appropriate and timely actions are taken. The State is seeking additional guidance on the questions below to ensure we continue administering the program in accordance with Federal statute and regulations.

- Applications: Can SNAP eligible households receive monthly benefits in November? If the state can't continue to issue benefits in November, can states continue to process applications and hold benefit issuance or do applications have to be denied?
- Ongoing eligibility: Can states process periodic reports and recertifications and hold benefit issuance, or must we allow cases to close and then process after the shutdown is over. If so, are cases reinstated, without loss of benefit, if periodic reports or recertification applications are received timely?
- Washington's current process is to issue the month of application (Oct), and the following month (Nov), for applications received after the 16th of the month. If the state cannot issue November benefits to approved applicants beginning October 16, Washington will need to deny otherwise approved applicants beginning October 16 to prevent the simultaneous November issuance from occurring.
  - Can states issue November benefits to new applicants from 10/16 – 10/31?
- Can benefits be issued in November for previous months?
  - For applications received on 10/29, can benefits for 10/29-10/31 be issued in November?
  - Eligibility for a supplement for October 2025 is discovered 11/3. Can the supplement be issued?
- Can states issue ongoing November benefits to current recipients, prior to November 1?

Thank you,

# Alexis Marx (she/her)

Chief of Programs and Policy

360-819-0675 / Alexis.Marx@dshs.wa.gov



Community Services Division
Economic Services Administration
**Washington State Department
of Social and Health Services**

Follow DSHS online



**From:** Montgomery, Brice (DSHS/ESA/CSD) <brice.montgomery@dshs.wa.gov>
**Sent:** Monday, October 6, 2025 5:10 PM
**To:** Makhdoomi, Muzafar - FNS <Muzafar.Makhdoomi@usda.gov>; Terry.Gunnell@usda.gov
**Cc:** Reyes, Carla (DSHS/ESA/OAS) <Carla.Reyes1@dshs.wa.gov>; Hartline, Shawn (DSHS/ESA/CSD) <shawn.hartline@dshs.wa.gov>; Marx, Alexis (DSHS/ESA/CSD) <alexis.marx@dshs.wa.gov>
**Subject:** RE: SNAP Lapse in Funding Memorandum

Good afternoon,

Thank you for this communication. Washington state has follow up question regarding employment and training. FNS' letter dated October 1, 2025 encourages States to delay further Employment and Training obligations until appropriations legislation is enacted. Can you clarify whether this means States should delay executing additional SNAP E&T contracts or whether you are directing States to terminate existing contracts and ramp down SNAP E&T services pending new appropriation legislation enactment?

Thank you.

**Brice Montgomery** (he/him)
Director
360-485-2858 / brice.montgomery@dshs.wa.gov



Community Services Division
Economic Services Administration
**Washington State Department
of Social and Health Services**

**From:** Makhdoomi, Muzafar - FNS <Muzafar.Makhdoomi@usda.gov>
**Sent:** Wednesday, October 1, 2025 7:05 AM
**To:** Hedberg, Heidi R (DOH) <heidi.hedberg@alaska.gov> <heidi.hedberg@alaska.gov>; Etheridge, Deb J (DOH) <deb.etheridge@alaska.gov>; Yamane, Ryan I <ryamane@dhs.hawaii.gov>; Morishige, Scott S <smorishige@dhs.hawaii.gov>; Francine B. Salas <francine.salas@dphss.guam.gov>; Theresa C. Arriola <theresa.c.arriola@dphss.guam.gov>; f.rabauliman@cnmi.gov; Margaret Aldan <margarita.aldan@cnminap.gov.mp>; Troia, Jennifer@DSS <jennifer.troia@dss.ca.gov>; Fernández Garcia, Alexis@DSS <alexis.garcia@dss.ca.gov>; Becky.Silva@dss.ca.gov; Bernasconi, John - CO 2nd <john.bernasconi@dhw.idaho.gov>; Juliet.Charron@dhw.idaho.gov; rthompson@dss.nv.gov; Richard Whitley <rwhitley@dhhs.nv.gov>; Liesl.M.Wendt@odhs.oregon.gov; Seguin Claire <claire.carpenter-seguin@odhs.oregon.gov>; Ramirez, Angela (DSHS/OOS) <angela.ramirez2@dshs.wa.gov>; Montgomery, Brice (DSHS/ESA/CSD) <brice.montgomery@dshs.wa.gov>; Doyle, Deborah (DSHS/ESA/DPI) <deborah.doyle@dshs.wa.gov>; Reyes, Carla (DSHS/ESA/OAS) <Carla.Reyes1@dshs.wa.gov>; ltuala@dhss.as; pneueli@dhss.as
**Cc:** Makhdoomi, Muzafar - FNS <Muzafar.Makhdoomi@usda.gov>
**Subject:** SNAP Lapse in Funding Memorandum
**Importance:** High

---

External Email

---

Good morning, State Agency Leaders,

Please find attached the SNAP Lapse in Funding Memorandum for your reference. We would appreciate your acknowledgment of the receipt at your earliest convenience.

We will reach out to states later this morning with a point of contact for any appropriations lapse questions.

Thank you for your patience in the interim.

Regards,

Muzafar

Muzafar Makhdoomi DVM, MVSC, PhD, MPVM, DACVPM

Regional Administrator

Western Regional Office

 U.S. DEPARTMENT OF AGRICULTURE

Food and Nutrition Service

90 Seventh Street, Suite 10-300

San Francisco, CA 94103

415-705-1337

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.