# Exhibit A

**JACK A. SMALLIGAN**
Senior Policy Fellow, Urban Institute
500 L'Enfant Plaza SW, Washington, DC 20034
202-909-6481
jsmalligan@urban.org
https://www.urban.org/author/jack-smalligan

### EDUCATION

M.P.P., University of Michigan, Institute of Public Policy Studies (renamed the Ford School of Public Policy), Ann Arbor Michigan, 1986
B.A., Calvin College, Grand Rapids Michigan, 1983

### EMPLOYMENT

| | |
|---|---|
| **The Urban Institute**, Tax and Income Support Division, Washington, DC  *Senior Policy Fellow* | 2018-Present |
| **Office of Management and Budget**, Washington, DC  Education, Income Maintenance, and Labor Division, Executive Office of the President  *Deputy Associate Director (A senior executive service position)* | 2013-2018 |
| **Office of Management and Budget**, Washington, DC  Income Maintenance Branch, Executive Office of the President  *Branch Chief (1998-2013), Policy Analyst (1994-1998)* | 1994-2013 |
| **Brookings Institution**, Washington, DC  *Guest Scholar* | 2012 |
| **Office of Management and Budget**, Washington, DC  Treasury Branch, Executive Office of the President  *Policy Analyst* | 1990-1994 |
| **Jack Faucett Associates**, Bethesda, MD  *Senior Analyst* | 1987-1990 |

### CAREER BRIEF

Jack Smalligan is a Senior Policy Fellow in the Tax and Income Support Division at the Urban Institute. In his current position he analyzes disability, retirement and paid leave policy. Smalligan has served as Principal Investigator (PI) and Co-PI on a number of projects examining issues related to Social Security retirement and disability policy and paid family and medical leave.

Prior to joining Urban, Smalligan was Deputy Associate Director at the Office of Management and Budget (OMB) within the Executive Office of the President. As Deputy Associate Director of the Education, Income Maintenance and Labor Division he was the most senior career official with responsibility for oversight, budget execution, and analysis of programs in the Departments of Education and Labor, such as Title I education funding and the unemployment insurance

program; the Social Security Administration, including retirement, survivors and disability benefits; and low income assistance programs in HHS (such as TANF and child care within the Administration on Children and Families), USDA (such as SNAP, WIC, and child nutrition programs within the Food and Nutrition Service) and Treasury (including the Earned Income Tax Credit).  Over 27 years Smalligan served five Administrations.

At OMB, Smalligan developed policies that have been incorporated into many pieces of legislation, including North Atlantic Free Trade Agreement of 1993, the Contract with American Advancement Act of 1996, Taxpayer Relief Act of 1997 and the American Recovery and Reinvestment Act of 2009.   In 2012, he was a Guest Scholar at the Brookings Institution where he researched and analyzed the Social Security disability programs and jointly with Jeff Liebman published recommendations and organized a convening that helped shape the Bipartisan Budget Agreement of 2015.

## AWARDS

Meritorious Executive Presidential Rank Award. 2010.