# Exhibit B

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 118-42 (138 STAT. 93)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---:|---|
| | | **Department of Agriculture** <br> **Bureau: Food and Nutrition Service** <br> **Account: Supplemental Nutrition Assistance Program** <br> **TAFS: 012-2024-2026-3505** | | |
| IterNo | 2 | Last Approved Apportionment: 2025-09-28 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | NO | Adjustment Authority provided | | |
| 1000 | MA | Mandatory Actual - Unob Bal: Brought Forward, October 1 | 3,000,000,000 | |
| 1000 | ME | Mandatory Expected - Unob Bal: Brought Forward, October 1 | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **3,000,000,000** | |
| 6024 | | SNAP Contingency | 750,000,000 | |
| 6025 | | Contingency Fund Unallocated | 2,250,000,000 | |
| **6190** | | **Total budgetary resources available** | **3,000,000,000** | |

FY 2026 Apportionment
OMB Footnotes

**Footnotes for Apportioned Amounts**

**Footnotes for Budgetary Resources**

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**   /s/ signature
  Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**   2025-10-02 01:22 PM

**TAF(s) Included:**   012-2024-2026-3505 (Supplemental Nutrition Assistance Program)