# Exhibit O

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds provided by 7 U.S.C. 612c-6; P.L. 110-246 (Section 14222b)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Agriculture** | | |
| | | **Bureau: Agricultural Marketing Service** | | |
| | | **Account: Funds for Strengthening Markets, Income, and Supply (section 32)** | | |
| | | **TAFS: 012-X-5209** | | |
| IterNo | 1 | Last Approved Apportionment: N\A, First Request of Year | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | ME | Unob Bal: Brought forward, Oct 1 | 387,795,059 | |
| 1201 | | BA: Mand: Appropriation (special or trust) | 25,208,990,966 | B1 |
| 1203 | | BA: Mand: Approp (previously unavail) (spec/trust) | 49,244,044 | B2 |
| 1220 | | BA: Mand: Approps transferred to other accounts | -23,665,990,966 | B3 |
| 1232 | SEQ | BA: Mand: Appropriation Temporarily Reduced | -87,951,000 | B4 |
| 1235 | | BA: Mand: Approp precluded from ob (spec/trust) | -49,244,044 | B2 |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **1,842,844,059** | |
| 6011 | | Commodity Purchase Service | 40,971,108 | A2, A5 |
| 6012 | | Marketing Agreements and Orders | 23,879,303 | A3, A5 |
| 6183 | | Budgetary Resources: Exempt from apportionment | 1,777,993,648 | A4 |
| **6190** | | **Total budgetary resources available** | **1,842,844,059** | **A1** |

FY 2026 Apportionment
OMB Footnotes

## Footnotes for Apportioned Amounts

**A1**   The attached apportionment includes unobligated balances, actual carried over from FY 2025, estimated receipts and anticipated spending authority from offsetting collections.  To the extent authorized by law, these amounts may be increased or decreased for indefinite appropriations, actual unobligated balances, actual recoveries of prior year obligations, actual reimbursements earned, including reimbursements and offsetting collections from non-Federal/Federal sources, contributions from non-Federal/Federal sources, and release of contingency funds without further action by OMB.  Transfer of funds authorized by law to or from any of the accounts listed may be made without further action by OMB. [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A2**   Funds to support the administration of Commodity Purchase activities of non-price supported commodities to help stabilize market conditions and encourage domestic consumption.  Note, all food purchased is used to meet the needs of the National School Lunch Program and other USDA domestic nutrition assistance programs. [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A3**   Funds authorized for the federal oversight of MA&O, which helps establish orderly marketing conditions for milk, fruit, vegetables, and specialty crops. [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A4**   Exempted from apportionment by 31 U.S.C. 1511(b).  [Rationale: Footnote specifies when the funds are available for obligation pursuant to legal authority.]

**A5**   OMB apportions these funds with the understanding that USDA-AMS will provide OMB its economic analysis that determines which commodities will be purchased using 7 U.S.C. 612c, Clause (2) authority for emergency surplus removal, or Bonus Buys, 14 days prior to announcing the emergency surplus removal purchases. [Rationale: Agency economic analysis is necessary to better understand how the agency decides which commodities will be puchased using apportioned funds for administration costs.]

## Footnotes for Budgetary Resources

**B1**   7 U.S.C. 612c - 30 per centum of the gross receipts from duties collected under the customs laws during the period of January 1 to December 31, 2024.

**B2**   This amount was the result of a temporary hold per Full-Year Continuing Appropriations and Extensions Act, 2025 (PL 119-4) and is to be made available in FY 2026 after passage of the annual appropriation.

**B3**   USDA FNS 12-26/27-3539 transfer for the Richard B. Russell National School Lunch Act aka Child Nutrition Programs per PL 110-246 Sec 14222b.  The amount is $23,040,457,133.

15 USC 713c-3 - The Secretary of Agriculture shall transfer to the Secretary of Commerce each fiscal year from moneys made available to carry out the provisions of section 612c of title 7, an amount equal to 30 per centum of the gross receipts from duties collected under the customs laws on fishery products: 13X5139 = $413,513,833. Total 2024 duties collections on fishery products were $1,378,446,110.

USDA FNS 12X3539 transfer for Section 19 of the Richard B. Russell National School Lunch Act aka Fresh Fruit and Vegetable Program per PL 110-246 Sec 14222(c) and 42 USC 1769a(i)(1)(E).  The estimated transfer amount is $212,000,000 based on the delta between the April 2024 Consumer Price Index for all Urban Consumers and the release of April 2025 Consumer Price Index for All Urban Consumers published by the Bureau of Labor Statistics of the Department of Labor, for items other than food.  The transfer is expected on July 1, 2026.

**B4**   Reflects the President's Order which requires budgetary resources in non-exempt nondefense mandatory program be reduced by 5.7% and in accordance with section 251A of the Balanced Budget and Emergency Deficit Control Act, as amended (BBEDCA), 2 U.S.C. 901a.

Formula: Farm Bill Spending Limit for 2026 - FFVP Transfer (not subject to sequester) x Sequester %
[($1,755,000,000 - $212,000,000) x 5.7% = $87,951,000].

FY 2026 Apportionment
OMB Footnotes

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

| | |
|---|---|
| **Mark Affixed By:** | /s/ signature |
| | Program Associate Director for Natural Resources, Energy, and Science Programs |
| **Signed On:** | 2025-09-30 10:42 PM |
| **TAF(s) Included:** | 012-X-5209 (Funds for Strengthening Markets, Income, and Supply (section 32)) |