UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-13165-IT |
| UNITED STATES DEPARTMENT OF AGRICULTURE, BROOKE ROLLINS, United States Secretary of Agriculture, UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, RUSSELL VOUGHT, Director of United States Office of Management and Budget, UNITED STATES OF AMERICA, | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendant(s).

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 28, 2025         By:     */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

617-748-3100
Email: rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 28, 2025          By:     */s/ Rayford A. Farquhar*
                                          RAYFORD A. FARQUHAR
                                          Assistant United States Attorney