AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Commonwealth of Massachusetts, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13165 |
| U.S. Department of Agriculture, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                    .

Date:   10/29/2025

/s/ Tyler J. Becker
*Attorney's signature*

Tyler J. Becker
*Printed name and bar number*
U.S. Department of Justice
Office of the Assistant Attorney General, Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530

*Address*

tyler.becker@usdoj.gov
*E-mail address*

(202) 514-4052
*Telephone number*

*FAX number*