IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF MINNESOTA; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; LAURA KELLY, in her official capacity as Governor of the State of Kansas; OFFICE OF THE GOVERNOR ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN,<br><br>                                   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as U.S. Secretary of Agriculture; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the U.S. Office of Management and Budget; and UNITED STATES OF AMERICA,<br><br>                                   Defendants. | Case No. 1:25-cv-13165 |

## **SECOND DECLARATION OF MICHELLE PASCUCCI**

I, Michelle Pascucci, an attorney admitted to practice before this Court, do hereby state the following under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am State Trial Counsel in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

1

2. I submit this second declaration in further support of Plaintiff States' Motion for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. Attached hereto as Exhibit 41 a true and accurate copy of is the declaration of Robert H. Thompson.

Dated:      October 29, 2025
            Boston, Massachusetts

                                        /s/ Michelle Pascucci
                                        Michelle Pascucci

## **CERTIFICATE OF SERVICE**

      I, Katherine Dirks, hereby certify that on October 29, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and provided to the following attorneys at the U.S. Department of Justice by electronic mail:

Jason Altabet
Trial Attorney
Civil Division
U.S. Department of Justice
Jason.K.Altabet2@usdoj.gov

                                                        */s/ Katherine Dirks*
                                                        Katherine Dirks (BBO #673674)