# EXHIBIT 41

## DECLARATION OF ROBERT H. THOMPSON

I, Robert H. Thompson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Nevada. I am over the age of 18 and understand the obligations of an oath.

### Professional and Agency Background

2. I am the Administrator of the Nevada Division of Social Services ("DSS"), a role I have held for 3 years and 7 months. I have worked in social services since 1996, in positions ranging from an online case manager, all levels of management, and a Deputy Administrator prior to being appointed to the position of Administrator. As Administrator, I am the head of DSS and am responsible for overseeing and administering social services to Nevadans such as Supplemental Nutrition Assistance Program (SNAP), Temporary Assistance to Needy Families (TANF), Child Care, Child Support, Energy Assistance, and Medicaid Eligibility.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. DSS is the Nevada agency charged with administering social services programs as the primary safety net for Nevada. It employs approximately 2,500 people across Nevada in over 20 public-facing offices.

5. SNAP, one of the programs administered by DSS, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

### SNAP in Nevada

6. SNAP is a key part of Nevada's efforts to address hunger by supplementing the food budget of low-income families. Thus far in 2025, an average of 495,00 people received

SNAP benefits in Nevada each month, in approximately 270,000 households. Households in Nevada receive on average $338 per month in SNAP benefits to supplement their grocery budget so they can afford nutritious food. During the federal fiscal year between October 1, 2024 and July 30, 2025, DSS issued approximately $92 million per month in SNAP benefits in Nevada.

7. DSS administers the SNAP program in Nevada pursuant to chapter 422A of the Nevada Revised Statutes. Pursuant to federal law, DSS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; *id.* § 274.2. USDA funds the entirety of SNAP benefits in Nevada, though Nevada and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. For Federal Fiscal Year 2025, Nevada budgeted approximately $50 million in state funds to pay for SNAP administration. This spending is expected to generate approximately $50 million in SNAP federal financial participation, to cover half of anticipated administration costs totaling $100 million.

9. By the end of October 2025, DSS will have spent a projected $3.4 million in state funds to pay for SNAP administration during the month of October and in anticipation of issuing November benefits as per the typical issuance schedule. DSS did so with the expectation that SNAP would continue to provide benefits to low-income individuals in Nevada.

**USDA's Lapse of Appropriation Funding and Demand to Withhold Benefit Data**

10. DSS has a contract with a financial services vendor, Fidelity Information Services, LLC (Vendor), to provide EBT processing services for SNAP and other state-funded DSS programs. These services include processing benefit authorizations provided by DSS; managing the accounts through which those benefits are made available to recipients; and processing the financial transactions that transmit payments to retailers that accept payments from those accounts.

11. The Vendor's invoices for its services rendered under its contract with DSS are paid by Nevada. Each month, DSS's Vendor, on behalf of Nevada and USDA, loads the full value of each household's monthly SNAP benefit allotment into the household's account. The household members access their account by using their EBT card to purchase food in a similar manner to the way one uses a debit card.

12. As part of the SNAP administration process, DSS is required to regularly transmit various types of electronic benefit issuance data files (benefit files) to its Vendor. These benefit files contain information related to individuals who have been determined eligible for SNAP benefits, and the benefit level for that individual, alongside other information. DSS sends multiple benefit files to the Vendor, including monthly files for active SNAP recipients. Further, DSS sends benefit files for SNAP recipients newly approved that month, a subset of which are individuals who have been approved for expedited SNAP benefits.

13. DSS uses an in-house case management system to generate benefit files, among many other functions.

14. Once the Vendor receives the benefit files from DSS, the Vendor uses that information to authorize benefits for SNAP recipients and to subsequently load the approved monthly SNAP benefit allotment on SNAP recipients' individual EBT cards. Recipients can then

use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

15.     USDA's Food and Nutrition Service (USDA-FNS) manages the process of certifying retailers for participation in the SNAP program. SNAP recipients can use their EBT card only at approved retailers.

16.     When SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to the Vendor to verify a variety of conditions, including the availability and sufficiency of funds. If the purchase is approved, the customer's EBT account is immediately debited, and the retailer's account gets credited. Neither DSS nor any other Nevada agency ever receives SNAP benefit funds as part of this process.

17.     In accordance with this process, DSS transmits multiple benefit files a month to its Vendor pursuant to a preset, contractual transmission schedule.

18.     DSS requires lead time to process SNAP benefits prior to the month in which the benefits will be issued. DSS staggers the issuance of ongoing benefits over the first 10 days of a month. For example, for SNAP benefits to be issued in November 2025, DSS would normally be scheduled to start transmission of relevant benefits files to the Vendor the last week of October 2025, for individuals whose birth year ends with a 1 through a 5.

19.     DSS would then transmit the remaining relevant files the first week of November for individuals whose birth year ends with a 6 through a 0. Benefits are released on the 1st through the 10th of the month, based on the birth year of the head of household (HOH) of the case. If the HOH's birth year ends in a 1, the benefits are available on the 1st of the month; if the HOH's birth year ends in a 2, the benefits are available on the 2nd of the month, and so on. Daily

issuances would then be transmitted throughout the month of November for new approvals for new or renewing applicants.

20. In addition to the cyclical monthly benefit issuance process outlined above, DSS also follows a schedule for submitting other benefit files related to SNAP, including daily benefit files, which contain benefits issued for expedited applications, transportation-specific funds for participants in the SNAP work program, and other ancillary benefit types. In addition, when an agency approves a household for SNAP benefits after the 15th of a month, for applications dated the 15th or later in the month, the agency has discretion to approve not only the prorated amount of benefits for the month of eligibility but also benefits for the following month. When processing benefit allotments at the end of a calendar month, DSS thus issues, in part, benefits that are allotted for both the month in which the benefit files are submitted *and* the subsequent incoming month.

21. If DSS fails to send benefit files to the Vendor timely by the agreed upon schedule, delivery of benefits to individual households will be delayed.

22. Furthermore, USDA has previously informed Nevada that if the state proceeds with SNAP issuances using state funds, it is USDA's belief that states are liable for these funds without any guarantee of federal reimbursement.

23. On September 30, 2025, USDA released a "Lapse of Funding Plan," stating that such a plan was required by the Office of Management and Budget to outline the approach to follow "for agency operations in the absence of appropriations." U.S. Dep't of Agric., Lapse of Funding Plan (2025), at 4, previously available at https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf. The plan stated that "there is a bona fide need to obligate benefits for October . . . thereby guaranteeing that

benefit funds are available for program operations even in the event of a government shutdown at the beginning of a fiscal year." *Id.* at 15. The plan further stated that "Congressional intent is evident that SNAP's operations should continue since the program has been provided with multi-year contingency funds" that are "available to fund participant benefits in the event that a lapse occurs in the middle of the fiscal year." *Id.*

24. On October 10, 2025, less than two weeks after the USDA Lapse of Funding Plan was released, the USDA-FNS Acting Associate Administrator Ronald Ward sent DSS a letter addressed to all SNAP State Agency Directors of all State Agencies as well as Regional SNAP Directors of all regions. The October 10 letter stated that "if the current lapse in appropriations continues, there will be insufficient funds to pay full November SNAP benefits for approximately 42 million individuals across the Nation." The letter further stated that USDA "has begun the process of fact finding and information gathering to be prepared in case a contingency plan must be implemented." USDA also indicated that it "[understood] that several States would normally begin sending November benefit issuance files to their [EBT] vendors soon." Noting "the operational issues and constraints that exist in automated systems, and in the interest of preserving maximum flexibility," the letter indicated that USDA was "forced to direct States to hold their November issuance files and delay transmission to State EBT vendors until further notice." The letter further demanded that the States also hold "on-going SNAP benefits and daily files."

25. Due to the Vendor's data submission schedule for Nevada, DSS faces the threat of benefit interruption as early as November 1, 2025. Each day in which DSS is delayed from submitting benefit files results in continued benefit interruption and statewide food insecurity for some of the most vulnerable Nevada residents.

26. Failure to issue SNAP benefits to qualified recipients will lead to food insecurity for up to 495,000 people in Nevada. SNAP is the largest anti-hunger program in Nevada.

27. The uncertainty of whether SNAP benefits will continue during this shutdown creates food insecurity for some SNAP beneficiaries by threatening their reliable access to food. Any disruption in SNAP benefits could force families to scramble for alternatives, including possibly going into debt or skipping meals entirely.

28. SNAP is also an economic driver for Nevada local businesses. Based on 2022 reports, approximately 2,000 merchants in Nevada accept SNAP benefits for food purchases. If thousands of Nevada residents are forced to cut back on food spending at once, there will be a negative economic impact to vendors and stores across Nevada.

**Fiscal Impacts on the State from the Unavailability of SNAP Benefits**

29. The loss of SNAP benefits funding would have a significant fiscal impact on Nevada.

30. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded food security programs.

31. The loss of SNAP benefits will foreseeably lead to an increase in demand for food from Nevada's food banks. In response, Nevada intends to allocate $30 million in funding to support its food banks, pending legislative approval.

**Administrative and Operational Burdens on DSS**

32. The actions to suspend the availability of SNAP benefits for November 2025 also unduly burdens DSS's already limited administrative resources.

33. Once the current government shutdown began, USDA on October 1, 2025 sent DSS a letter regarding the lapse in regular appropriations, stating that "SNAP eligible households will receive monthly benefits for October" and that "funding is available for State administrative

expenses (SAE) for October." The letter directed state agencies to "continue to administer the program in accordance with Federal statute and regulations."

34. DSS continued its normal operations, including processing new applications and preparing benefit issuance files for November benefits, through October, in part due to the representations in USDA's October 1 letter.

35. Further, because USDA indicated in the October 10, 2025 letter that DSS is to hold these benefit files "until further notice[,]" DSS must prepare for SNAP benefit interruptions for an indefinite period of time. A disruption of any length would burden DSS, with the extent of this burden increasing in relation to the duration of the disruption as the scale of resources required to manage the disruption mount over time. Moreover, the ambiguity of not knowing the ultimate duration of a disruption itself exacerbates the burden on DSS, because DSS has to dedicate additional resources to planning for multiple contingencies.

36. DSS is already spending significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits in November 2025. These communications are occurring, among other things, over call lines and in meetings with constituents and other stakeholders.

37. DSS also anticipates increased foot traffic and disruptions at Nevada local SNAP offices as individuals and families learn they cannot access their benefits. DSS employs over 1,000 client-facing local office staff, many of whom will need to explain to recipients that they will not receive the SNAP benefits they anticipated receiving, including recipients who need those funds in order to feed their children and put food on the table. Many of these local office staff will face significant burdens on their time.

**Impacts on Nevada's Provision of Other Public Benefits**

38. Regardless of the length of the shutdown, any delay in benefit issuance file transmission will have cascading effects on DSS's provision of public benefits (of which SNAP is only one component) and the resources required to administer the SNAP program. These effects will be even worse if USDA's planned suspension of November benefits is permitted to go into effect.

39. Changes to the benefit file schedule will require alterations in the case management system to include new data within established fields, subsequent testing of updated benefit files production with the Vendor, and negotiation of an updated file transfer schedule with the Vendor to send production files—all while numerous other states are trying to simultaneously transmit their own files to the Vendor (which serves as EBT vendor for multiple states).

40. All of this will in turn require DSS to dedicate numerous information technology professionals, communications and operational resources, and administrative staff. Consequently, DSS will need to deprioritize numerous other pressing and important projects, including ongoing management of other DSS-issued benefits as well as preparation for upcoming systemic changes to SNAP administration following the effective date of H.R.1, the "One Big Beautiful Bill Act."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of October, 2025, in Las Vegas, Nevada.

**Robert H. Thompson**  Digitally signed by Robert H. Thompson
Date: 2025.10.29 13:02:32 -07'00'

Robert H. Thompson
Administrator
Nevada Division of Social Services