AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS, et al., )
*Plaintiff* )
v. ) Case No. 1:25-cv-13165-IT
U.S. DEPARTMENT OF AGRICULTURE, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oregon.

Date: October 30, 2025

/s/ Leanne Hartmann
*Attorney's signature*

Leanne Hartmann, MA BBO 667852, OR TPN T25070201
*Printed name and bar number*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

*Address*

Leanne.Hartmann@doj.oregon.gov
*E-mail address*

(971) 673-1880
*Telephone number*

(971) 673-5000
*FAX number*