AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13165-IT |
| U.S. DEPARTMENT OF AGRICULTURE, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae the State of Kansas                                                                                                                   .

Date:     10/31/2025

Michael C. Gilleran
*Attorney's signature*

Michael C. Gilleran
*Printed name and bar number*

FISHERBROYLES, LLP
470 Atlantic Avenue
Independence Wharf, 4th Floor
Boston, MA 02210
*Address*

michael.gilleran@fisherbroyles.com
*E-mail address*

(781) 489-5680
*Telephone number*

*FAX number*