**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF
MASSACHUSETTS, et al.,

       Plaintiffs,

    v.

U.S. DEPARTMENT OF AGRICULTURE,
et al.,

       Defendants.

Case No: 1:25-cv-13165-IT

**NOTICE OF APPEARANCE**

James C. Luh is admitted to practice in this Court *pro hac vice*, *see* Electronic Order, ECF No. 35, and appears in this action as counsel for plaintiff State of Maryland.

Date: November 1, 2025

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ JAMES C. LUH
JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us

Attorney for Plaintiff State of Maryland