UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*<br><br>*Defendants.* | No. 1:25-cv-13165 |

NOTICE OF APPEARANCE

    Ryan Patrick Kane, Vermont Deputy Solicitor General, hereby enters his appearance in the above-captioned matter on behalf of the State of Vermont.

Dated: November 4, 2025

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By:  */s/ Ryan Patrick Kane*
Ryan Patrick Kane
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Ryan Patrick Kane
Ryan Patrick Kane