## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS, *et al.*

                          *Plaintiffs*,

        v.                                          No. 1:25-cv-13165

UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*

                          *Defendants.*

### MOTION FOR ADMISSION PRO HAC VICE OF STEVEN TRAVIS MAYO, TAYLOR A. PAYNE, LAURA C. TIPTON

Pursuant to Local Rule 83.5.3, I, Jak Kundl, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorneys Steven Travis Mayo, Taylor A. Payne, and Laura C. Tipton, each a member of the bar of Kentucky, to serve as counsel for Plaintiff Office of the Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, in this matter.

As set forth in the accompanying certification, Steven Travis Mayo, Taylor A. Payne, and Laura C. Tipton (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which he isa member of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Steven Travis Mayo, Taylor A. Payne, and Laura C. Tipton *pro hac vice* to the bar of this Court.

November 4, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ Jak Kundl
Jak Kundl (BBO No. 713951)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
jak.kundl@mass.gov

*Counsel for the Commonwealth of
  Massachusetts*