AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13165-IT |
| USDA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Michigan.

Date: 10/31/2025

/s/ Daniel Ping
*Attorney's signature*

Daniel Ping
*Printed name and bar number*
525 W. Ottawa Street
Lansing, MI 48933

*Address*

pingd@michigan.gov
*E-mail address*

517-335-7632
*Telephone number*

517-335-6755
*FAX number*