**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 1:25-cv-13165 |

**DEFENDANTS' NOTICE TO COURT**

i

As Defendants referenced previously, Doc No. 48, the U.S. Department of Agriculture ("USDA") notified the States of the reduction and generated the table required for States to calculate the benefits available for each eligible household in that State; this action completes USDA's direct, immediate steps necessary to deplete the full amount of SNAP contingency fund. 7 C.F.R. § 271.7(d)(1). The documentation demonstrating compliance is included with this notice.

Dated: November 4, 2025                    Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorney for the United States*

2

## CERTIFICATE OF SERVICE

On November 4, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Jason Altabet*
Trial Attorney

2