**USDA Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

Enclosure

# SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM
# REDUCED ALLOTMENTS
# NOVEMBER 2025

## Reduced SNAP Allotments for 48 States and D.C.

| Household Size | 48 States and DC |
|---|---|
| 1 | 149 |
| 2 | 273 |
| 3 | 392 |
| 4 | 497 |
| 5 | 591 |
| 6 | 710 |
| 7 | 785 |
| 8 | 894 |
| Each additional person | 109 |

## Reduced SNAP Allotments for Guam

| Household Size | Guam |
|---|---|
| 1 | 219 |
| 2 | 403 |
| 3 | 578 |
| 4 | 732 |
| 5 | 871 |
| 6 | 1,047 |
| 7 | 1,157 |
| 8 | 1,318 |
| Each additional person | 161 |

### Reduced SNAP Allotments for U.S. Virgin Islands

| Household Size | Virgin Islands |
|---|---|
| 1 | 191 |
| 2 | 351 |
| 3 | 504 |
| 4 | 639 |
| 5 | 760 |
| 6 | 913 |
| 7 | 1,009 |
| 8 | 1,150 |
| Each additional person | 140 |

### Reduced SNAP Allotments for Hawaii

| Household Size | Hawaii |
|---|---|
| 1 | 253 |
| 2 | 464 |
| 3 | 667 |
| 4 | 844 |
| 5 | 1,005 |
| 6 | 1,207 |
| 7 | 1,334 |
| 8 | 1,520 |
| Each additional person | 185 |

### Reduced SNAP Allotments for Alaska

| Household Size | Alaska (Urban) | Alaska (Rural I) | Alaska (Rural II) |
|---|---|---|---|
| 1 | 192 | 245 | 299 |
| 2 | 353 | 450 | 548 |
| 3 | 507 | 647 | 788 |
| 4 | 642 | 819 | 997 |
| 5 | 764 | 975 | 1,187 |
| 6 | 919 | 1,172 | 1,426 |
| 7 | 1,015 | 1,295 | 1,576 |
| 8 | 1,157 | 1,475 | 1,795 |
| Each additional person | 141 | 180 | 219 |

**Reduced Minimum SNAP Allotments**

| Household Size | 48 States and DC | Guam | U.S. Virgin Islands | Hawaii | Alaska (Urban) | Alaska (Rural I) | Alaska (Rural II) |
|---|---|---|---|---|---|---|---|
| 1 or 2 person | 12 | 18 | 15 | 20 | 15 | 20 | 24 |