IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; et al., <br><br> Defendants. | Case No. 1:25-cv-13165 |

**PLAINTIFFS' RESPONSE TO THE NOVEMBER 4, 2025 ORDER**

In response to the Court's November 4, 2025 order, Doc. No. 56, Plaintiff States provide the following report regarding the Defendants' compliance with the Court's memorandum and order, Doc. No. 26.

Plaintiff States confirm that Defendants issued new benefits tables for the issuance of partial benefits using contingency funds, and that Plaintiff States received that information on November 4 and have been assessing how Defendants' proposed benefit reduction would operate.

Plaintiff States further inform the Court that USDA's decision to provide partial benefits and the manner in which they will do so will not remedy the irreparable harm suffered by Plaintiff States. Defendants represent that "[f]or at least some States, . . . the system changes States must implement to provide the reduced benefit amounts will take anywhere from a few weeks to up to several months." *See* Penn Decl., Doc. No. 48-1 ¶¶ 24-29. Indeed, as Plaintiff States determine if they can expeditiously implement these new benefits tables, many have discovered that doing so will be extremely time-intensive, will seriously delay the issuance of benefits to those in need, and will create risks of errors. Plaintiff States also have concerns that

1

USDA did not follow 7 U.S.C. § 2027(c), which imposes a procedure for reductions in benefits "to the extent practicable."

Accordingly, Plaintiff States reserve all rights with respect to their request for injunctive relief and to seeking further judicial intervention in light of potentially significant operational difficulties caused by Defendants' choice to implement only reduced benefits, rather than full benefits, and the manner they have done so.

Dated: November 5, 2025

Respectfully submitted,

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Michelle Pascucci*
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
JAK KUNDL (BBO #713951)
Assistant Attorney General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

ROB BONTA
Attorney General of California
PAUL STEIN*
Supervising Deputy Attorney General

*/s/ Maria F. Buxton*
MARIA F. BUXTON*
CHRISTOPHER KISSEL*
LIAM O'CONNOR*
RYAN EASON*
SEBASTIAN BRADY*
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KEITH ELLISON
Attorney General of Minnesota

*/s/ Joseph R. Richie*
JOSEPH R. RICHIE*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

KRISTIN MAYES
Attorney General of Arizona

*/s/ Luci D. Davis*
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Tanja E. Wheeler<br>TANJA E. WHEELER*<br>Associate Chief Deputy Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>Tanja.wheeler@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Patricia E. McCooey<br>PATRICIA E. MCCOOEY*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Patricia.McCooey@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ Ian R. Liston<br>IAN R. LISTON*<br>Director of Impact Litigation<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>ROSE E. GIBSON*<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>/s/ Nicole S. Hill<br>NICOLE S. HILL*<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>Nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br><br>/s/ Kalikoʻonālani D. Fernandes<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Harpreet K. Khera<br>HARPREET K. KHERA*<br>Bureau Chief, Special Litigation<br>ALICE L. RIECHERS*<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>Harpreet.Khera@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |

<div style="columns:2">

LAURA KELLY, in her official capacity as Governor of the State of Kansas

*/s/ Justin Whitten*
JUSTIN WHITTEN\*
General Counsel
ASHLEY STITES-HUBBARD\*
Deputy Chief Counsel
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov
*Counsel for Governor Laura Kelly*

OFFICE OF THE GOVERNOR *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO\*
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors' Office*

AARON M. FREY
Attorney General of Maine

*/s/ Brendan Kreckel*
BRENDAN KRECKEL\*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.:  207-626-8800
Fax:  207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ James C. Luh*
JAMES C. LUH\*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

</div>

5

<div style="display: flex;">

<div>

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
DANIEL PING*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Attorneys for Plaintiff State of Michigan*


MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Kashif T. Chand*
KASHIF T. CHAND (NJ BAR NO. 016752008)*
Assistant Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*


LETITIA JAMES
Attorney General of New York

*/s/ Molly Thomas-Jensen*
MOLLY THOMAS-JENSEN*
Special Counsel
MARK LADOV*
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

</div>

<div>

AARON D. FORD
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*


RAÚL TORREZ
Attorney General of the State of New Mexico

*/s/ Anjana Samant*
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Attorneys for the State of New Mexico*


JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

*/s/ Adrian Dellinger*
ADRIAN DELLINGER*
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
*Counsel for State of North Carolina*

</div>

</div>

6

DAN RAYFIELD
Attorney General of Oregon

By: /s/ Leanne Hartmann
    LEANNE HARTMANN, Mass. BBO #667852
    Senior Assistant Attorney General
    Oregon Department of Justice
    100 SW Market Street
    Portland, OR 97201
    Tel (971) 673-1880
    Fax (971) 673-5000
    Email: Leanne.Hartmann@doj.oregon.gov
*Attorneys for Plaintiff Oregon*

JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

/s/ Jacob B. Boyer
JACOB B. BOYER
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*


PETER F. NERONHA
Attorney General of Rhode Island

/s/ Madeline R. Becker
MADELINE R. BECKER (RI BAR NO. 10034)*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

NICHOLAS W. BROWN
Attorney General of Washington

/s/ William McGinty
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
william.mcginty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*


JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Faye B. Hipsman
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

*\* pro hac vice forthcoming*

CHARITY R. CLARK
Attorney General for the State of Vermont

/s/ Ryan P. Kane
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                      /s/ Katherine Dirks
                                      Katherine Dirks (BBO #673674)

## **LOCAL RULE 7.1 CERTIFICATE**

      I, Michelle Pascucci, certify that on October 28, 2025, I conferred with counsel for the government by teleconference, during which the parties were unable to resolve the dispute at issue in this motion.

                                        /s/ Michelle Pascucci
                                        Michelle Pascucci (BBO #690889)