# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 1:25-cv-13165 |

**DEFENDANTS' SECOND NOTICE TO COURT**

In parallel litigation, *Rhode Island State Council of Churches et. al. v. Rollins et. al.*, 1:25-cv-00569 (D. R.I.), Defendants have filed a notice and documentation, included with this filing, and now provides this Court notice of the same.

As Defendants notified the Court previously, Doc. No. 55, the U.S. Department of Agriculture ("USDA") notified the States on Tuesday morning, November 4, 2025, of the November SNAP benefits reduction and generated the reduced maximum allotments table required for States to calculate the benefits available for each eligible household in that State. After further calculations, USDA has issued updated guidance and tables to the States. An updated declaration about this change and the updated guidance and tables are included with this notice.

Dated: November 5, 2025                    Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

On November 5, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jason Altabet*
Trial Attorney