IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,<br><br>Defendants. | No. 25-cv-00569-JJM-AEM |

**<u>DEFENDANTS' NOTICE TO COURT</u>**

As Defendants notified the Court previously, ECF No. 24, the U.S. Department of Agriculture ("USDA") notified the States on Tuesday morning, November 4, 2025, of the November SNAP benefits reduction and generated the reduced maximum allotments table required for States to calculate the benefits available for each eligible household in that State. After further calculations, USDA has issued updated guidance and tables to the States. An updated declaration about this change and the updated guidance and tables are included with this notice.

Defendants realized this error and worked to issue new guidance and tables as soon as it was discovered, not in response to Plaintiffs' notice filed earlier this evening, ECF No. 27. Defendants notified this Court that new tables and guidance were forthcoming when they filed their Response to Plaintiffs' Motion for Compliance or an Additional Temporary Restraining Order this afternoon, ECF No. 26, at 7 n.2.

| | |
|---|---|
| Dated: November 5, 2025 | Respectfully submitted, |
| | STANLEY WOODWARD, Jr.<br>Associate Attorney General |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General |
| | /s/ *Tyler J. Becker*<br>TYLER J. BECKER (V.A. Bar No. 97636)<br>Counsel to the Assistant Attorney General<br>U.S. Department of Justice, Civil Division<br>Tel.: (202) 514-4052<br>Email: tyler.becker@usdoj.gov |
| | JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch |

JASON ALTABET
Trial Attorney
Federal Programs Branch

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

On this 5th day of November, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ *Tyler J. Becker*
TYLER J. BECKER
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND STATE COUNCIL OF CHURCHES, *et al.*,

Plaintiffs,

v.

BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, *et al.*,

Defendants.

No. 25-cv-00569-JJM-AEM

## **SECOND SUPPLEMENTARY DECLARATION OF PATRICK A. PENN**

1.  I am the Deputy Under Secretary of the Food, Nutrition, and Consumer Services (FNCS) at the United States Department of Agriculture (USDA). As part of my responsibilities, I oversee the FNCS programs including the Supplemental Nutrition Assistance Program (SNAP), which is administered by the Food and Nutrition Service (FNS) within FNCS. The statements made herein are based on my personal knowledge and information made available to me in the course of carrying out my official duties and responsibilities.

2.  Immediately after this Court's October 31 oral ruling, FNS began drafting a reduction notice to State agencies and calculating the reduced SNAP maximum allotment levels. These

1

efforts resulted in the November 4 memorandum and tables, which directed State agencies to implement a 50% reduction of the SNAP maximum allotments.

3.     Since that time, USDA performed further analysis and determined that the maximum allotments need only be reduced by 35%, instead of 50%, to deplete the SNAP contingency fund,[1] and has issued a revised memorandum and allotment tables to State agencies.

I declare under penalty of perjury that the foregoing is true and correct.

PATRICK PENN
Digitally signed by PATRICK PENN
Date: 2025.11.05 21:49:48 -05'00'

Patrick A. Penn
Deputy Under Secretary
Food Nutrition and Consumer Services
UNITED STATES DEPARTMENT OF AGRICULTURE

---

[1] We estimate that after partial benefits are distributed, there may be a small balance remaining due in part to the need to have whole numbers for administrability purposes.  This remaining amount should be about $40 million, or less than $1 per participant.

2

**USDA Food and Nutrition Service**
**U.S. DEPARTMENT OF AGRICULTURE**

**DATE:** November 5, 2025

**SUBJECT:** REVISED Supplemental Nutrition Assistance Program (SNAP) Benefit and Administrative Expense Update for November 2025

**TO:** Regional SNAP Directors
All Regions

SNAP State Agency Directors
All State Agencies

This memorandum is a follow up to the guidance shared on October 10, 2025, October 24, 2025, and November 4, 2025, regarding Supplemental Nutrition Assistance Program (SNAP) benefits for November 2025.

The Food and Nutrition Service (FNS) is revising its November 4 memorandum. The maximum allotments are being reduced by 35 percent instead of 50 percent, so that the maximum allotments for November 2025 will be 65 percent of the typical maximum allotments. This memorandum only replaces the amount of the reduction and does not replace any of the additional information contained in the memorandum issued on November 4, 2025.

Please see the revised maximum allotment tables attached to this memorandum. This reduction is effective immediately.

We appreciate the partnership with States that administer SNAP and will continue to keep you apprised with updates. Please direct any questions regarding this suspension to your Regional Office.

Sincerely,

PATRICK PENN
Digitally signed by PATRICK PENN
Date: 2025.11.05 20:58:59 -05'00'

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture

Enclosure

Food and Nutrition Service, Braddock Metro Center, 1320 Braddock Place, Alexandria, VA 22314

USDA is an equal opportunity provider, employer, and lender.

Enclosure

# SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM
# REDUCED ALLOTMENTS (65%)
# NOVEMBER 2025—REVISED

### Reduced SNAP Allotments for 48 States and D.C.

| Household Size | 48 States and DC |
|---|---|
| 1 | 193 |
| 2 | 355 |
| 3 | 510 |
| 4 | 646 |
| 5 | 769 |
| 6 | 924 |
| 7 | 1,021 |
| 8 | 1,163 |
| Each additional person | 142 |

### Reduced SNAP Allotments for Guam

| Household Size | Guam |
|---|---|
| 1 | 285 |
| 2 | 523 |
| 3 | 752 |
| 4 | 952 |
| 5 | 1,133 |
| 6 | 1,362 |
| 7 | 1,505 |
| 8 | 1,714 |
| Each additional person | 209 |

### Reduced SNAP Allotments for U.S. Virgin Islands

| Household Size | Virgin Islands |
|---|---|
| 1 | 249 |
| 2 | 456 |
| 3 | 656 |
| 4 | 830 |
| 5 | 988 |
| 6 | 1,188 |
| 7 | 1,312 |
| 8 | 1,495 |
| Each additional person | 182 |

### Reduced SNAP Allotments for Hawaii

| Household Size | Hawaii |
|---|---|
| 1 | 329 |
| 2 | 603 |
| 3 | 867 |
| 4 | 1,097 |
| 5 | 1,306 |
| 6 | 1,570 |
| 7 | 1,734 |
| 8 | 1,976 |
| Each additional person | 241 |

### Reduced SNAP Allotments for Alaska

| Household Size | Alaska (Urban) | Alaska (Rural I) | Alaska (Rural II) |
|---|---|---|---|
| 1 | 250 | 319 | 389 |
| 2 | 459 | 586 | 713 |
| 3 | 660 | 841 | 1,024 |
| 4 | 835 | 1,065 | 1,296 |
| 5 | 994 | 1,268 | 1,543 |
| 6 | 1,195 | 1,523 | 1,854 |
| 7 | 1,320 | 1,683 | 2,049 |
| 8 | 1,504 | 1,918 | 2,334 |
| Each additional person | 183 | 234 | 285 |

### Reduced Minimum SNAP Allotments

| Household Size | 48 States and DC | Guam | U.S. Virgin Islands | Hawaii | Alaska (Urban) | Alaska (Rural I) | Alaska (Rural II) |
|---|---|---|---|---|---|---|---|
| 1 or 2 person | 16 | 23 | 20 | 26 | 20 | 26 | 31 |