IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:25-cv-13165 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

　　The Plaintiffs respectfully request that this Court provide them leave to file a reply brief (attached hereto as Ex. A) in support of their Motion for a Temporary Restraining Order ("TRO"). In support of this motion, the Plaintiffs state as follows:

　　1.　On October 28, 2025, the Plaintiffs filed a Motion for a TRO, Memorandum in Support, and supporting materials. Doc. Nos. 3, 4, 7, 9. Defendants filed their opposition the following day, on October 29, 2025. Doc. No. 18. A hearing was held on October 30, 2025.

　　2.　Following a hearing, this Court entered a Memorandum and Order (Doc. No. 26) stating that the Plaintiffs' Motion for a TRO remains under advisement, finding that Defendants were required to make payments from the Contingency Fund, and ordering the Defendants to advise the Court whether they would authorize reduced or fill SNAP benefits.

　　3.　The Defendants filed their Response to the Court Order this past Monday, November 3, 2025, and provided Plaintiffs guidance and reduction tables on Tuesday, November 4, 2025, and new guidance and reduction tables on the evening of Wednesday 6, 2025. Doc. Nos. 48, 55, 65. Since Plaintiffs received this guidance, there has been additional factual development relevant to the Plaintiffs' Motion for a TRO. In order to address the issues raised since the hearing, Plaintiffs seek leave to file a Reply addressing these new facts and arguments.

1

2

WHEREFORE, the Plaintiffs respectfully request that this Court allows its motion to file a Reply Brief.

Case 1:25-cv-13165-IT     Document 66     Filed 11/06/25     Page 2 of 8

Dated: November 6, 2025

Respectfully submitted,

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Michelle Pascucci*
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

ROB BONTA
Attorney General of California
PAUL STEIN*
Supervising Deputy Attorney General

*/s/ Maria F. Buxton*
MARIA F. BUXTON*
CHRISTOPHER KISSEL*
LIAM O'CONNOR*
RYAN EASON*
SEBASTIAN BRADY*
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KEITH ELLISON
Attorney General of Minnesota

*/s/ Joseph R. Richie*
JOSEPH R. RICHIE*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

KRISTIN MAYES
Attorney General of Arizona

*/s/ Luci D. Davis*
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Tanja E. Wheeler<br>TANJA E. WHEELER*<br>Associate Chief Deputy Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>Tanja.wheeler@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Patricia E. McCooey<br>PATRICIA E. MCCOOEY*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Patricia.McCooey@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ Ian R. Liston<br>IAN R. LISTON*<br>Director of Impact Litigation<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>ROSE E. GIBSON*<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>/s/ Nicole S. Hill<br>NICOLE S. HILL*<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>Nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br><br>/s/ Kalikoʻonālani D. Fernandes<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Harpreet K. Khera<br>HARPREET K. KHERA*<br>Bureau Chief, Special Litigation<br>ALICE L. RIECHERS*<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>Harpreet.Khera@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |

<div style="columns: 2;">

LAURA KELLY, in her official capacity as Governor of the State of Kansas

*/s/ Justin Whitten*
JUSTIN WHITTEN*
General Counsel
ASHLEY STITES-HUBBARD*
Deputy Chief Counsel
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov
*Counsel for Governor Laura Kelly*

OFFICE OF THE GOVERNOR *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO*
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors' Office*

AARON M. FREY
Attorney General of Maine

*/s/ Brendan Kreckel*
BRENDAN KRECKEL*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.:  207-626-8800
Fax:  207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

</div>

<table>
<tr><td>

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
DANIEL PING*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Attorneys for Plaintiff State of Michigan*

</td><td>

AARON D. FORD
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

</td></tr>
<tr><td>

MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ *Kashif T. Chand*
KASHIF T. CHAND (NJ BAR NO. 016752008)*
Assistant Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

</td><td>

RAÚL TORREZ
Attorney General of the State of New Mexico

*/s/ Anjana Samant*
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Attorneys for the State of New Mexico*

</td></tr>
<tr><td>

LETITIA JAMES
Attorney General of New York

*/s/ Molly Thomas-Jensen*
MOLLY THOMAS-JENSEN*
Special Counsel
MARK LADOV*
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

</td><td>

JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

*/s/ Adrian Dellinger*
ADRIAN DELLINGER*
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
*Counsel for State of North Carolina*

</td></tr>
</table>

6

| | |
|---|---|
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>By: /s/ Leanne Hartmann<br>    LEANNE HARTMANN, Mass. BBO #667852<br>    Senior Assistant Attorney General<br>    Oregon Department of Justice<br>    100 SW Market Street<br>    Portland, OR 97201<br>    Tel (971) 673-1880<br>    Fax (971) 673-5000<br>    Email: Leanne.Hartmann@doj.oregon.gov<br>*Attorneys for Plaintiff Oregon* | JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>JENNIFER SELBER<br>General Counsel<br><br>/s/ Jacob B. Boyer<br>JACOB B. BOYER<br>Deputy General Counsel<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br>*Counsel for Governor Josh Shapiro* |
| PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ Madeline R. Becker<br>MADELINE R. BECKER (RI BAR NO. 10034)*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>/s/ William McGinty<br>WILLIAM MCGINTY, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>/s/ Faye B. Hipsman<br>FAYE B. HIPSMAN*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-9487<br>faye.hipsman@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin*<br><br>\* *pro hac vice forthcoming* | CHARITY R. CLARK<br>Attorney General for the State of Vermont<br><br>/s/ Ryan P. Kane<br>RYAN P. KANE<br>Deputy Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* |

## CERTIFICATE OF SERVICE

  I hereby certify that I caused a copy of this document to be filed with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

<div align="right">

/s/ Michelle Pascucci
Michelle Pascucci (BBO #690889)

</div>

## LOCAL RULE 7.1 CERTIFICATE

  I, Michelle Pascucci, certify that on November 5, 2025, I conferred with counsel for the government by email.  Counsel for the Defendants do not oppose the relief sought herein, with Defendants' non-opposition premised on Plaintiffs' non-opposition to a request for leave to file a surreply.  Plaintiffs would, however, object to any disposition of the TRO being held in abeyance until such surreply is filed.

<div align="right">

/s/ Michelle Pascucci
Michelle Pascucci (BBO #690889)

</div>