# EXHIBIT 2



COMMONWEALTH OF PENNSYLVANIA
**DEPARTMENT OF HUMAN SERVICES**

November 4, 2025

Patrick A. Penn, Deputy Under Secretary
Food, Nutrition, and Consumer Services
United States Department of Agriculture

Deputy Under Secretary Penn,

The Commonwealth of Pennsylvania stands ready to issue Supplemental Nutrition Assistance Program (SNAP) benefits for November 2025 as required by federal court decisions in *Commonwealth of Massachusetts, et al. v. USDA, et al.* and *Rhode Island State Council of Churches, et al. v. Rollins, et al.* While Pennsylvania urges USDA to issue full benefits for November, there are ways that we can quickly deliver partial benefits, as required under these court decisions. But the directives and guidance that the USDA have issued are not a remedy for the current emergency and are not designed for states to easily distribute benefits. USDA is directing states to use the most complex and labor-intensive approach possible to issue partial payments when it has better, more efficient options available to drive out benefits during this crisis. **This will only further delay availability of food assistance for nearly 2 million Pennsylvanians who are currently not receiving benefits to which they are entitled, and result in wasted taxpayer dollars and long-term harm to Pennsylvania's SNAP program.**

Rather than follow the process set forth in USDA's directives and guidance, which even Secretary Rollins has called "cumbersome" and unlikely to lead to SNAP benefits being delivered to deserving recipients anytime soon, the USDA should use its authority to waive maximum allotment tables and instead allow states to issue the November 2025 partial SNAP payment as a one-time issuance in the amount of 50% of the current monthly SNAP benefit for which households are eligible. This approach was previously permitted under President Trump in May 2020 to issue Pandemic Electronic Benefits Transfer funding to eligible SNAP households. This is an existing, understood practice that states can employ as necessary. The Pennsylvania Department of Human Services (DHS) estimates that following this process would allow Pennsylvanians to receive benefits in 10 business days and would not require any foundational systems changes.

Deputy Under Secretary Patrick Penn     -2-

Issuing SNAP benefits under the process USDA is currently requiring can happen only by completely restructuring Pennsylvania's core eligibility and case management system. We estimate that completing this system overhaul will require 10,000 hours of work and depending upon the size of the team available, a minimum of 9-12 business days. These projections could grow because the same vendors that would support Pennsylvania's process would likely be called upon by states across the country for the same assistance. It would likely take 10 more days to issue benefits following the system overhaul. When the federal government shutdown ends, the same 10,000 hours of work will be required again to return systems to normal. And if the shutdown ends before Pennsylvania has completed implementing USDA's required process, DHS would have to again do the significant work necessary to revert our systems back to prepare to distribute full benefits once again — perhaps before we were even able to issue November's partial benefit.

The ramifications of what USDA is requiring will extend beyond one payment. Such substantial redesigns raise the risk of technical challenges that could extend the time it will take to generate new payment files both for the November 2025 partial benefit and when we return to normal issuance schedules. This level of change poses a serious threat for quality assurance processes and states' SNAP Payment Error Rates. Given the sensitivity of 2026 SNAP Error Rates for future SNAP benefits funding, the USDA must hold states harmless for any payment errors that result from following this unprecedented directive.

Given these concerns—and that an easier way forward is readily available —we request that the USDA revise the current guidance to allow states to issue the November 2025 partial benefit as a one-time issuance. Failing to do so will only add to the crisis SNAP recipients in Pennsylvania and around the country face. Any continued delay jeopardizes the health and wellbeing of the Pennsylvanians who depend on SNAP's critical support. The USDA should exercise all available resources and authority to expedite issuance of the November 2025 partial benefit so the millions of people hurt by this inaction may receive the remedy required by last week's rulings.

Sincerely,

Valerie A. Arkoosh, MD, MPH
Secretary