# EXHIBIT 3

## SECOND DECLARATION OF CARLA REYES

I, Carla Reyes, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and understand the obligations of an oath.

2. I provided a previous declaration in this matter (ECF No. 7-41). The information in that declaration continues to be true and correct to the best of my knowledge and I restate and reincorporate it.

3. On November 4, 2025, I became aware of the SNAP Benefit and Administrative Expense Update for November 2025 memo and corresponding guidance with reduced allotments tables the USDA provided to comply with an order of the United States District Court for the District of Rhode Island. The memo reduces the SNAP maximum allotments to 50% but sets out the process to calculate the actual benefit reductions in accordance with 7 CFR 271.7 which includes a much more complex calculation, including new benefit rounding levels. Importantly, the guidance does not reduce SNAP benefits by 50 percent because additional calculations are necessary to deduct countable income off of the maximum available benefit. For some beneficiaries, USDA's plan would reduce benefits by well more than 50% and for many households benefits would be reduced to $0. Our preliminary analysis indicates that under USDA's guidance, over 27,000 households in Washington would receive a $0 benefit.

4. I spent much of the day on November 4, 2025, working with the team at the Economic Services Administration of the Washington State Department of Social and Health Services attempting to determine whether and how quickly we could implement USDA's reduced benefit plan. As of today's date, I do not have concrete answers to those questions. First, the methodology presented in USDA's guidance is somewhat unclear, and the calculations that it

requires are complex. Prior to implementation, we are seeking clarification from USDA that we are interpreting the guidance correctly and that our calculation methodology is sound. Brice Montgomery, Director of DSHS' Community Services Division emailed Muzafar Makhdoomi, Regional Administrator with USDA FNS' Western Region Office, on 11/3/2025 requesting a meeting for technical assistance by 11/6/2025. Mr. Makhdoomi responded on 11/3/2025: "…during the shutdown we are operating with a very limited number of staff and technical experts. Our primary goal right now is to make sure we can address your questions as efficiently as possible. To start, it would be helpful if you could please send over your questions or areas where you need clarification, whether it's related to benefits calculations or any other technical matters. We will do our best to provide a response via email first. If it turns out that your questions can't be fully addressed that way, I will do my best to pull in the technical experts and arrange a call so we can discuss further."

5.      It has been our experience that USDA has been slow to respond to requests for technical assistance during the government shutdown.

6.      But second, Washington uses an in-house information technology system called "Automated Client Eligibility System" (ACES) to generate SNAP benefits issuance files that it sends to its EBT vendor to authorize SNAP benefits on EBT cards. Due to the technical limitations of this system, it is not simple to modify the issuance files that have already been generated for November to make such complex calculation logic adjustments. We are exploring how long it would take to make the technical changes to the system to do this work, but as of today do not know.

7.      Due to the nature of ACES, it is relatively simple to make modifications to benefit levels for months where issuance files have not been generated. Since the USDA guidance was

provided after November files were generated, it is now much more difficult. Many of the administrability problems of USDA's guidance could have been avoided if it had been provided in early October.

8. Another option, which is technically possible but presents serious drawbacks, is to modify the issuance files without changing the system that generated them. With USDA's plan to reduce benefits, we expect such a change would take more than a month to implement from the beginning of the project to when benefits would be available on beneficiaries' EBT cards.

9. But modifying the issuance files without modifying ACES is a much less than ideal solution because all of the records concerning the amount of benefits recipients are eligible to receive would not change. For example, beneficiaries have access to a mobile app that indicates the amount of benefits for which they are eligible. The amount generated by ACES creates the figure accessible by the mobile app. So, changing the issuance file without changing ACES would mean that beneficiaries would have incorrect information about how much money is available for them to spend on their EBT card. This also presents a serious audit risk because all of the records about how much beneficiaries were eligible to receive would not match the actual issuance files sent to Washington's EBT vendor. This would create substantial additional workload both in terms of a post-hoc modification of the records (if that is even possible and I do not know that it is) and customer service work to address the incorrect information beneficiaries would have about their benefits.

10. It would be easier to modify the issuance files based on a flat percentage reduction. If USDA directed a reduction plan to reduce all households' benefits by 50 percent across the board, Washington could likely have the issuance files modified, transmitted to our EBT vendor, and have benefits loaded on EBT cards within about a week. However, this still would present all

3

of the problems in modifying the issuance file without modifying ACES itself concerning a mismatch between the records showing what beneficiaries can get and the actual money on the EBT card.

11.    The only way for Washington to avoid these harms would be for full benefits to be issued to Washington SNAP beneficiaries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of November 2025, in Olympia, Washington.

Carla Reyes, Assistant Secretary
Economic Services Administration
Washington State Department of Social and Health
Services

4