IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; et al.,

Defendants.

Case No. 1:25-cv-13165

### THIRD DECLARATION OF MICHELLE PASCUCCI

I, Michelle Pascucci, an attorney admitted to practice before this Court, do hereby state the following under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am State Trial Counsel in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this third declaration in further support of Plaintiff States' Motion for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65.

3.      The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4.      Attached hereto as Exhibit 1 is a true and accurate copy of the report, "USDA's November 4, 2025 Guidance on Partial SNAP Allotments," Center on Budget Priorities (November 5, 2025).

5.      Attached hereto as Exhibit 2 is a true and accurate copy of the November 4, 2025 Letter from Pennsylvania Department of Human Services to Patrick Penn, Deputy Under Secretary of FNS.

1

6.      Attached hereto as Exhibit 3 is a true and accurate copy of the second declaration

of Carla Reyes.

7.      Attached hereto as Exhibit 4 is a true and accurate copy of the second declaration

of Dr. Shaneen Moore.

8.      Attached hereto as Exhibit 5 is a true and accurate copy of the second declaration

of Sarah Adelman.

9.      Attached hereto as Exhibit 6 is a true and accurate copy of the second declaration

of Jessica Amaya Hoffman.

10.     Attached hereto as Exhibit 7 is a true and accurate copy of the second declaration

of Hoa Pham.

Dated:        November 6, 2025
              Boston, Massachusetts

                                        */s/ Michelle Pascucci*
                                        Michelle Pascucci

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michelle Pascucci*
Michelle Pascucci (BBO #690889)