# EXHIBIT 1



**Memo**

1275 First Street NE, Suite 1200
Washington, DC 20002

Tel: 202-408-1080
Fax: 202-408-1056

center@cbpp.org
www.cbpp.org

---

Date: **November 5, 2025**

To: **Interested Parties**

From: **Center on Budget and Policy Priorities**

Re: **USDA's November 4, 2025 Guidance on Partial SNAP Allotments**

Following rulings from two federal judges late last week, the Trump Administration committed to use all of SNAP's multi-year contingency reserves to provide partial allotments to SNAP participants – the bare minimum required by the courts. But in calculating these reductions, the Trump Administration cut benefits far more deeply than necessary based on their own claims about available funding. All SNAP participants will receive even less than they should have based on available funds in SNAP's contingency reserves; many will receive no benefits at all. **We estimate that USDA's allotment reduction scheme will use only about $3 billion in November, about two-thirds of the $4.65 billion the Administration committed to spend in court filings.**

And these partial benefits weren't necessary. The courts affirmed that the Administration had the authority to transfer sufficient funds to provide full benefits; the Administration chose not to do so. Providing partial benefits will be unprecedented and presents operational challenges for states. As a result of the Administration's decision to not provide full benefits, it will likely take states longer to get benefits to the families who need them.

**Key Data:**

**Based on our analysis, this 50 percent reduction in *maximum* and *minimum* allotments will result in a 61 percent cut to *average* benefits.** This far exceeds the roughly 35 percent cut to maximum benefits we estimate to be necessary to accomplish the 43 percent cut in average benefits needed.

Our estimate that a 43 percent cut in average benefits is needed is based on the Administration's claims in court filings that they planned to use $4.65 billion in contingency reserve funds for partial benefits, while full benefits would cost $8.2 billion.

Six percent of SNAP households (nearly 1.2 million households) and 12 percent of participants (about 4.9 million people) will receive zero benefits under the allotment reduction proposed by USDA, because their normal allotment is less than the amount of the reduction.

1

33 percent of households of 1 or 2 members (nearly 5.4 million households) will now receive a minimum benefit of $12.

This appears to violate SNAP's regulations at 7 CFR 271.7(b), which specify that 1- and 2-person households must still receive at least the minimum benefit, which is $24 in fiscal year 2026, except if benefits are cancelled or suspended entirely or reduced more than 90 percent.

There are an additional 2 percent of households of 1 or 2 (337,000 households) who will receive between $13 and $23, but who would have instead received the $24 minimum benefit if USDA had correctly followed the regulations.

For example, consider a parent with one child: if that family had no income, it would usually receive the maximum benefit of $546 per month. With partial benefits in November 2025, it would receive 50 percent of the maximum benefit, or $273. However, if the parent was working and had $600 in net monthly income, it would normally receive the maximum benefit ($546) minus 30 percent of its net income (30 percent of $600 is $180), or $366. But under USDA's allotment reduction scheme in November 2025, it would receive $93 ($273 minus $180), a 75 percent cut in its benefits.

We estimate that USDA's allotment reduction plan will use only about $3 billion in November, about two-thirds of the $4.65 billion the Administration committed to spend in court filings. While these are estimates and actual benefit issuance may differ modestly, the Administration must use the entirety of the available funds from the contingency reserves. Additionally, the option to transfer in additional funds would remain available if actual issuances exceeded estimates.

**Background:**

SNAP benefits are calculated based on the maximum benefit for the household size and the household's net monthly income, using this formula:

- Maximum Benefit for Household Size – 30% of Household's Net Income = Monthly Benefit Amount

The guidance USDA released on November 4 decreases the maximum benefit in this calculation, cutting it in half. The new formula is:

- Reduced Maximum Benefit for Household Size – 30% of Household's Net Income = Reduced Monthly Benefit Amount

If 30% of a household's monthly net income exceeds the reduced maximum benefit, they will receive $12 (for 1- or 2-person households) or $0 (for households of 3 or more).

Based on court filings, SNAP's contingency reserves had $5.25 billion remaining at the end of October after $750 million was allocated for state administrative expenses and nutrition assistance program (NAP) block grants for Puerto Rico and American Samoa in October.

In responding to the judges' rulings, USDA indicated that they would use this $5.25 billion to allocate $450 million for state administrative expenses in November, $150 million to provide 50% of the NAP block grants to Puerto Rico and American Samoa, and the remaining $4.65 billion to provide partial allotments to SNAP households.

The $4.65 billion allocated from the contingency reserve represents about 57% of the $8.2 billion USDA estimated would be needed for full November SNAP benefits. Thus, a 43% reduction in average benefits is needed.

**Methodology:**

CBPP conducted an analysis using the FY 2023 SNAP Quality Control data, which includes detailed information on SNAP households' income, household composition and expenses, and their resulting benefit levels under SNAP rules. Our modelling inflated income and expenses to FY 2026 and recalculated SNAP benefit levels using this data under the reduced maximum and minimum allotments that the Administration provided to states.

3