# EXHIBIT 6

## SUPPLEMENTAL DECLARATION OF JESSICA AMAYA HOFFMAN

I, Jessica Amaya Hoffman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Oregon. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Deputy Director of the Oregon Department of Human Services' (ODHS) Self-Sufficiency Programs, which provide resources like cash and food assistance, employment support, and targeted services to help Oregonians move out of poverty. I have served in this role since 2024, following my time as Interim Deputy Director and Senior Operations Manager. My career spans over 21 years in human services, including leading large teams and building strong community partnerships across Oregon. As Deputy Director of ODHS's Self-Sufficiency Programs, I oversee the administration of Oregon's Supplemental Nutrition Assistance Program (SNAP).

3. I make this supplemental declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. ODHS is Oregon's principal agency for helping Oregonians achieve well-being and independence. It administers a variety of human services programs for the state's residents.

5. SNAP involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP Guidance on Reduced Allotments for November 2025**

6. On November 4, 2025, ODHS received a guidance document from the United States Department of Agriculture (USDA) on the subject of SNAP Benefit and Administrative Expenses for November 2025, as well as a revised SNAP Reduced Allotment table.

7. To implement the guidance and revised table, ODHS will be required to rerun eligibility for every SNAP household for November 2025. ODHS has been working since November 4, 2025, to understand how it can issue benefits according to the new tables.

8. Based on our analysis, ODHS will have to utilize vendor time and resources to modify the state's existing integrated eligibility system by reloading the revised table and recalculating eligibility for more than 400,000 household cases. This will require a mass system update to our software.

9. While ODHS will be able to determine eligibility for the majority of cases using the established eligibility system, we anticipate that a significant number—approximately 4,000 cases—will require manual eligibility checks that must be performed by staff members. That is because our software system cannot fully execute USDA's revised table within the confines of a mass update, so some cases will require manual intervention.

10. These steps will take considerable time and state resources, including reassigning hundreds of staff members to perform eligibility determinations on an expedited timeline. We expect this effort will take more than two days with approximately 570 reassigned staff working solely on this project. This reallocation effort will temporarily impact other application and renewal work and will likely cause delays elsewhere.

11. After these steps are performed, ODHS will transmit eligibility files to Fidelity Informational Services (FIS), our Electronic Benefit Transfer (EBT) vendor, to load individual and household EBT cards with funds.

12. We understand that FIS is waiting to hear from USDA that it has released funds to fulfill November benefit allotments. FIS has informed ODHS that once we have run the new tables and uploaded updated eligibility files (and FIS receives confirmation that USDA has released funds), FIS will take three additional days to load funds onto Oregonians' EBT cards.

13. Based on ODHS's analysis of the revised tables, USDA's guidance will result in the reduction of benefits by at least 50 percent, with some households receiving significantly less and some previously eligible households receiving $0 SNAP benefits for November. This presents serious concerns that there will be a disconnect between the public's expectations regarding their November entitlement—widely reported as 50% of their previous allotment—and the amount they ultimately receive. Such a disconnect will likely lead to increased calls and walk-in inquiries because of public confusion, which further adds to ODHS's workload.

14. If USDA later restores full November benefits, ODHS will need to rerun mass updates and issue adjusted amounts. This could lead to multiple changes for the same household, creating overpayment and reconciliation challenges.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of November, 2025, in Salem, Oregon.

Jessica Amaya Hoffman
Self-Sufficiency Programs Deputy Director
Oregon Department of Human Services