# EXHIBIT 7

# SUPPLEMENTAL DECLARATION OF HOA PHAM

I, Hoa Pham, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the Commonwealth of Pennsylvania. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am Deputy Secretary for the Pennsylvania Department of Human Services ("DHS"). As Deputy Secretary, I oversee DHS's Office of Income Maintenance ("OIM"), which serves low-income Pennsylvanians through numerous beneficial assistance programs. Before becoming Deputy Secretary of DHS's OIM, I served as OIM's Director for the Bureau of Employment Programs, where I oversaw education and job training programs designed to help reduce dependence on DHS' various public assistance programs. Prior to joining the Commonwealth and OIM in 2021, I worked in various social impact-related positions with successive responsibility and leadership throughout the Greater Philadelphia region. These positions have included direct service delivery and management of various programs serving low income individuals; managing philanthropic investment portfolios; conducting local, state and federal advocacy; and providing technical assistance to community-based service providers. I have a Bachelor of Arts from Swarthmore College.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. DHS is Pennsylvania's comprehensive social services agency. Its mission is to assist Pennsylvanians in leading safe, healthy, and productive lives through equitable and

outcome-focused services while being an accountable steward of Commonwealth and federal resources. DHS carries out its mission through collaboration with individuals, families, community and advocacy organizations, and state and federal partners to facilitate the safety and economic security of individuals and families who qualify for DHS benefits and services in the Commonwealth of Pennsylvania.

5. Supplemental Nutrition Assistance Program (SNAP), one of the programs administered by DHS, issues monthly electronic benefits that can be used to purchase food at authorized retail stores. SNAP provides eligible households with funds each month on a debit card that can only be used for produce, meat, dairy, and other food at grocery stores, supermarkets, farmers markets, and other food retailers authorized by the United States Department of Agriculture (USDA). By helping families fight food insecurity and meet one of their fundamental needs, they can focus on overcoming barriers to self-sufficiency.

**USDA's Partial Benefit Direction**

6. I have reviewed the declaration that Deputy Under Secretary Patrick Penn filed in this case on November 3, 2025. In that declaration, Under Secretary Penn stated that, to provide partial benefits using USDA's available contingency funding, "State agencies must recode their eligibility systems to adjust for the reduced maximum allotments." Under Secretary Penn stated that states agencies would need to do so based on issuance tables that USDA would provide on November 3, 2025.

7. Deputy Under Secretary Patrick Penn's declaration acknowledged that system changes USDA was requiring could mean that it takes States "anywhere from a few weeks to up to several months" to provide benefits.

8. The morning of November 4, 2025, DHS received guidance from USDA about how to administer partial benefits as well as the table referenced in Under Secretary Penn's declaration.

9. The same morning, USDA Secretary Brooke Rollins tweeted that USDA had just sent guidance to states regarding the administration of partial November benefits. In her tweet, Secretary Rollins stated "This will be a cumbersome process, including revised eligibility systems, State notification procedures, and ultimately delayed benefits for weeks, but we will help States navigate those challenges."

**Pennsylvania Cannot Readily Deliver Partial Benefits Following USDA's Direction**

10. If DHS must follow the process USDA has described in its November 4, 2025, guidance to administer partial benefits, it will likely take up to four weeks until benefits are available to eligible SNAP recipients in Pennsylvania.

11. To administer benefits following the process USDA has described, DHS must completely restructure its core eligibility and case management system. This work alone will require approximately 10,000 hours of work over the course of 9-12 business days. That projected timeline may grow because DHS will depend on vendors to do this work and those vendors will likely need to supply support to other similarly situated states. This work will also need to be carefully tested and monitored to ensure that there are not downstream negative impacts to other SNAP eligibility processes.

12. Once the systems have been completely overhauled, it will likely take 10 more business days to generate new issuance files and have the proper benefits loaded on each eligible Pennsylvanians' EBT card.

13. Following this newly created process increases the risk of payment errors, for which USDA has not committed to hold states harmless. And following the passage of the reconciliation bill (Public Law No. 119-21) earlier this year, the ramifications of committing such errors is even more pronounced as the amount of SNAP administrative funding States receive from the federal government depends on their error rate.

14. If DHS were to take the steps to overhaul its eligibility and case management system as USDA is requiring, it would also need to spend the same amount of time—about 10,000 hours over 9-12 business days—to return the system to baselines once the federal government re-opens and full benefits are available again.

15. If the federal government were to re-open and make full SNAP benefits available while DHS was in the process of overhauling its system to comply with what USDA is currently requiring to administer partial benefits, it would likely need to stop its work and return to the baseline before having ever even issued any partial benefit.

**Unnecessary Usage of Taxpayer Dollars to Deliver Partial Benefits**

16. To administer benefits in the manner that USDA describes in its November 4, 2025 guidance, DHS and our technical vendor will need to conduct approximately 10,000 work hours to restructure our core eligibility system.

17. DHS would need to subsequently expend an additional 10,000 work hours to revert the core eligibility system back to its previous state when it is able to issue full benefits again.

18. As noted in Under Secretary Penn's November 4, 2025 guidance, DHS "must notify all SNAP households of the reduction." See 7 C.F.R. 271.7(d)(4) and (f). Mailed notices

alone to all 1.1 million SNAP households in Pennsylvania will cost DHS approximately $1,000,000. DHS will expend further resources to communicate changes to SNAP households through other modalities, such as through text messages and call center staff.

**Other Challenges Posed by USDA's Guidance to Issue Partial Benefits**

19. The payment process outlined by Under Secretary Penn's November 4, 2025 guidance does not provide for 50% benefit payment for all populations. In fact, in some cases, some populations receive no payment at all.

20. DHS' preliminary analysis indicates that approximately 5% of Pennsyvlania's eligible households will receive $0 in SNAP benefits utilizing the payment formula outlined by USDA.

**There Are Available Ways to Deliver Partial Benefits**

21. USDA has the authority to design a benefit reduction process that is "practicable" under the circumstances. See 7 U.S.C. § 2027(c).

22. There is an alternative way that DHS could administer a SNAP benefit at 50% of Pennsylvania recipients' expected November allotment without undertaking the cumbersome process USDA is currently requiring.

23. DHS uses a One-Time Issuance (OTI) process, which stands separately from the normal monthly SNAP payment issuance process. The OTI process allows DHS to issue payments to EBT cards more quickly and is typically reserved for specific population segments and targeted, one-time payments or other supplemental benefit adjustments.

24. DHS proposes leveraging the OTI process to issue a faster, more accurate payment to SNAP households without the cumbersome process USDA proposes. DHS' proposed process will calculate a partial issuance payment by multiplying the existing eligible November payment amount by 0.5 (or 50%). Any amount that contains cents would be rounded up or down to the nearest whole dollar. Updated issuance files will then be routed to DHS' EBT vendor, Conduent, to issue payments.

25. Using this process, DHS projects that it could issue payments to all eligible SNAP households within 10 business days.

26. Leveraging the existing OTI process will substantially reduce opportunities for payment errors and downstream impacts to any future benefit issuances once the federal government shutdown ends.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of November, 2025, in Philadelphia, Pennsylvania.

_____
Hoa Pham
Deputy Secretary, Office of Income Maintenance
Pennsylvania Department of Human Services