AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Commonwealth of Massachusetts, et al. ) <br> *Plaintiff* ) <br> v. ) <br> United States Department of Agriculture, et al. ) <br> *Defendant* ) | Case No. 1:25-cv-13165 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Illinois                               .

Date:     11/7/2025

s/ Harpreet K. Khera
*Attorney's signature*

Harpreet K. Khera (IL Bar No. 6283235)
*Printed name and bar number*
Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603

*Address*

harpreet.khera@ilag.gov
*E-mail address*

(312) 814-3000
*Telephone number*

(312) 814-4452
*FAX number*