AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13165-IT |
| United States Department of Agriculture, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia.

Date:  11/07/2025

/s/ Nicole S. Hill
*Attorney's signature*

Nicole S. Hill (D.C. Bar #888324938)
*Printed name and bar number*

Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
*Address*

nicole.hill@dc.gov
*E-mail address*

(202) 727-4171
*Telephone number*

*FAX number*