IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; et al., <br><br> Defendants. | Case No. 1:25-cv-13165 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL FACTS**

Plaintiffs submit this notice to advise the Court of relevant events since Plaintiffs filed their Reply in Support of a Motion for a Temporary Restraining Order (TRO) (Doc. No. 68):

1. In addition to the Plaintiffs in the instant action, a group of municipalities and non-profits have sought relief from the Defendants' unlawful suspension of SNAP benefits in the United States District Court for the District of Rhode Island. On November 6, 2025, the Rhode Island District Court entered an order requiring Defendants to facilitate full payment of November 2025 SNAP benefits no later than November 7, 2025. *Rhode Island Council of Churches, et al. v. Rollins, et al.*, 1:25-cv-00569-JJM-AEM (D.R.I.), Doc. No. 34, at 3, 27.

2. On the evening of November 6, the Defendants filed a notice of appeal of the Rhode Island District Court's order, and, on November 7, sought a stay of that order pending appeal and an administrative stay in the U.S. Court of Appeals for the First Circuit. *See Rhode Island Council of Churches, et al. v. Rollins, et al.*, No. 25-2089 (1st Cir.).

3. On the afternoon of November 7, the U.S. Department of Agriculture (USDA) sent guidance to Plaintiffs stating:

1

> FNS is working towards implementing November 2025 full benefit issuances in compliance with the November 6, 2025, order from the District Court of Rhode Island. Later today, FNS will complete the processes necessary to make funds available to support your subsequent transmittal of full issuance files to your EBT processor.
>
> We will keep you as up to date as possible on any future developments and appreciate your continued partnership to serve program beneficiaries across the country. State agencies with questions should contact their FNS Regional Office representative.

Patrick A. Penn, *Updated Supplemental Nutrition Assistance Program (SNAP) November Benefit Issuance* (Nov. 7, 2025) (attached as Ex. A).

4. Since the Massachusetts and Rhode Island District Courts issued their orders, Plaintiffs have taken a range of steps to facilitate the issuance of benefits. Some Plaintiffs have transmitted partial or full benefit issuance files to their EBT vendor, and, in some of those states, benefits are available for at least some SNAP recipients. For Wisconsin and potentially certain other Plaintiffs, full benefits are loaded onto EBT cards for all SNAP recipients, who have been able to spend down those funds since November 7, 2025.

5. On the evening of November 7, the First Circuit denied the Defendants' request for an administrative stay. Defendants' request for a stay pending appeal before the First Circuit remains pending. *See Rhode Island Council of Churches*, No. 25-2089. The Defendants sought a stay in the U.S. Supreme Court and, on November 7, 2025, the Supreme Court entered an administrative stay as to Rhode Island District Court's order pending the First Circuit's ruling on the Defendants' motion for a stay. *See Rollins, et al. v. Rhode Island State Council of Churches, et al.*, App. No. 25A539 (U.S. Nov. 7, 2025).

6. The proceedings before the Rhode Island District Court do not address Plaintiffs' request for an order prohibiting USDA from penalizing Plaintiffs for any errors made in issuing benefits during the government shutdown. In light of these recent events, Plaintiffs also request

3

that their hold harmless request extend to any issuances of benefits — whether full or partial — in November 2025 or any other months affected by or immediately following the government shutdown.

November 8, 2025

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Michelle Pascucci
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

/s/ Joseph R. Richie
JOSEPH R. RICHIE*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN*
Supervising Deputy Attorney General

/s/ Maria F. Buxton
MARIA F. BUXTON*
CHRISTOPHER KISSEL*
LIAM O'CONNOR*
RYAN EASON*
SEBASTIAN BRADY*
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KRISTIN MAYES
Attorney General of Arizona

/s/ Luci D. Davis
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

4

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Tanja E. Wheeler<br>TANJA E. WHEELER*<br>Associate Chief Deputy Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>Tanja.wheeler@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Patricia E. McCooey<br>PATRICIA E. MCCOOEY*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Patricia.McCooey@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ Ian R. Liston<br>IAN R. LISTON*<br>Director of Impact Litigation<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>ROSE E. GIBSON*<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>/s/ Nicole S. Hill<br>NICOLE S. HILL*<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>Nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br><br>/s/ Kalikoʻonālani D. Fernandes<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Harpreet K. Khera<br>HARPREET K. KHERA*<br>Bureau Chief, Special Litigation<br>ALICE L. RIECHERS*<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>Harpreet.Khera@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |

5

| | |
|---|---|
| LAURA KELLY, in her official capacity as Governor of the State of Kansas | OFFICE OF THE GOVERNOR *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky |
| */s/ Justin Whitten* | */s/ S. Travis Mayo* |
| JUSTIN WHITTEN* | S. TRAVIS MAYO* |
| General Counsel | General Counsel |
| ASHLEY STITES-HUBBARD* | TAYLOR PAYNE |
| Deputy Chief Counsel | Chief Deputy General Counsel |
| Office of the Kansas Governor | LAURA C. TIPTON |
| 300 SW 10th Ave, Room 541-E | Deputy General Counsel |
| Topeka, KS 66612 | Office of the Governor |
| (785) 296-3930 | 501 High Street |
| Justin.h.whitten@ks.gov | Frankfort, KY 40601 |
| Ashley.stiteshubbard@ks.gov | (502) 564-2611 |
| *Counsel for Governor Laura Kelly* | travis.mayo@ky.gov |
| | taylor.payne@ky.gov |
| | laurac.tipton@ky.gov |
| | *Attorneys for Plaintiff Kentucky Governors' Office* |
| AARON M. FREY | ANTHONY G. BROWN |
| Attorney General of Maine | Attorney General of Maryland |
| */s/ Brendan Kreckel* | */s/ James C. Luh* |
| BRENDAN KRECKEL* | JAMES C. LUH* |
| Assistant Attorney General | Senior Assistant Attorney General |
| Office of the Attorney General | Office of the Attorney General |
| 6 State House Station | 200 Saint Paul Place, 20th Floor |
| Augusta, ME 0433-0006 | Baltimore, Maryland 21202 |
| Tel.: 207-626-8800 | 410-576-6411 |
| Fax: 207-287-3145 | jluh@oag.state.md.us |
| brendan.kreckel@maine.gov | *Attorneys for Plaintiff State of Maryland* |
| *Attorneys for Plaintiff State of Maine* | |

| | |
|---|---|
| DANA NESSEL<br>Attorney General of Michigan<br><br>/s/ Neil Giovanatti<br>NEIL GIOVANATTI*<br>DANIEL PING*<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>PingD@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | AARON D. FORD<br>Attorney General of Nevada<br><br>/s/ K. Brunetti Ireland<br>K. BRUNETTI IRELAND*<br>Chief of Special Litigation<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>kireland@ag.nv.gov<br>*Attorneys for Plaintiff State of Nevada* |
| MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>/s/ Kashif T. Chand<br>KASHIF T. CHAND (NJ BAR NO. 016752008)*<br>Assistant Attorney General<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* | RAÚL TORREZ<br>Attorney General of the State of New Mexico<br><br>/s/ Anjana Samant<br>ANJANA SAMANT*<br>Deputy Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>505-270-4332<br>asamant@nmdoj.gov<br>*Attorneys for the State of New Mexico* |

LETITIA JAMES
Attorney General of New York

/s/ Molly Thomas-Jensen
MOLLY THOMAS-JENSEN*
Special Counsel
MARK LADOV*
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

DAN RAYFIELD
Attorney General of Oregon

 By: /s/ Leanne Hartmann
   LEANNE HARTMANN, Mass. BBO
   #667852
   Senior Assistant Attorney General
   Oregon Department of Justice
   100 SW Market Street
   Portland, OR 97201
   Tel (971) 673-1880
   Fax (971) 673-5000
   Email:
   Leanne.Hartmann@doj.oregon.gov
*Attorneys for Plaintiff Oregon*

JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

/s/ Adrian Dellinger
ADRIAN DELLINGER*
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
*Counsel for State of North Carolina*

JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

/s/ Jacob B. Boyer
JACOB B. BOYER
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*

8

| | |
|---|---|
| PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ *Madeline R. Becker*<br>MADELINE R. BECKER (RI BAR NO. 10034)*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>/s/ *William McGinty*<br>WILLIAM MCGINTY, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>/s/ *Faye B. Hipsman*<br>FAYE B. HIPSMAN*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-9487<br>faye.hipsman@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin* | CHARITY R. CLARK<br>Attorney General for the State of Vermont<br><br>/s/ *Ryan P. Kane*<br>RYAN P. KANE<br>Deputy Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* |

*\* pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

 I hereby certify that I caused a copy of this document to be filed with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

/s/ *Katherine Dirks*
Katherine Dirks
