# EXHIBIT A

**USDA Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** November 7, 2025

**SUBJECT:** Updated Supplemental Nutrition Assistance Program (SNAP) November Benefit Issuance

**TO:** Regional Directors
SNAP Division
All Regions

SNAP State Agency Directors
All State Agencies

FNS is working towards implementing November 2025 full benefit issuances in compliance with the November 6, 2025, order from the District Court of Rhode Island. Later today, FNS will complete the processes necessary to make funds available to support your subsequent transmittal of full issuance files to your EBT processor.

We will keep you as up to date as possible on any future developments and appreciate your continued partnership to serve program beneficiaries across the country. State agencies with questions should contact their FNS Regional Office representative.

Sincerely,

PATRICK PENN
Digitally signed by PATRICK PENN
Date: 2025.11.07 12:25:13 -05'00'

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture