IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | No. 1:25-cv-13165 |

# DEFENDANTS' UNOPPOSED MOTION TO CONVERT THE NOVEMBER 13 IN-PERSON HEARING TO REMOTE

Defendants respectfully request that this Court convert the November 13 motion hearing current set for in-person to be heard remotely. As detailed below, Undersigned faced substantial travel difficulties for the prior hearing. Given the continuing and reportedly worsening travel disruptions due to the lapse in appropriations, Defendants respectfully request that the Court convert the November 13 hearing to a remote hearing. After being informed of Undersigned's prior travel difficulties, Plaintiffs graciously stated that they were unopposed to conversion of the hearing to a remote hearing.

1. On Thursday, October 30, this Court held an in-person motion hearing on Plaintiffs' pending motion for a temporary restraining order. Minute Entry (Oct. 30, 2025), ECF No. 20. The Court set an additional in-person hearing for November 13, 2025, at 2:30pm. *Id.*

2. Prior to the October 30 hearing, Undersigned flew from Washington D.C. to Boston Logan Airport on the afternoon of October 29. Undersigned stayed overnight in Boston and planned to return on an early afternoon flight on October 30.

3. During or shortly after the in-person hearing, Undersigned's afternoon flight out of Boston Logan Airport was cancelled. Undersigned immediately changed his flight to another scheduled flight leaving Boston Logan Airport for Washington D.C. Over the ensuing hours, from approximately 12:00pm to approximately 11:30pm, Undersigned was forced to change his flight multiple times as scheduled departures to Washington D.C. were cancelled by the airlines. At one point, Undersigned boarded a flight that was scheduled to depart, but because the flight had been delayed for nearly three hours, the scheduled pilots "timed out" and all passengers were forced to deboard. Undersigned was booked on two additional flights before successfully flying out on the last scheduled departure that Undersigned was aware of, leaving at approximately 11:30pm. Undersigned observed that various individuals were unable to get seats on that final flight and were booked on scheduled flights for the following day. Undersigned observed online that, by 11:00pm, there appeared to be no available non-standby seats available on any flights departing for Washington D.C. the following morning.

1

4. Based on news reports, Undersigned understands that travel disruptions are worsening, especially for Boston Logan Airport and Washington D.C.'s airports. *See, e.g.*, USA Today, *Will your flight survive the weekend? More cancellations coming.* (last visited Nov. 8, 2025).[1]

5. Finally, Undersigned represents Defendants in related litigation. Like this matter, those cases are fast-moving and have involved substantial factual investigation, brief writing, and oral advocacy since October 28. If Undersigned is stuck in transit due to travel delays following the November 13 hearing, it would likely impair his ability to work on those matters. Indeed, during the travel delays following the October 30 hearing, Undersigned's ability to work on parallel litigation was hampered.

Based on the substantial travel difficulties currently facing airline passengers, including Undersigned's prior experience, Defendants respectfully request that the November 13 hearing be converted to a remote hearing. Plaintiffs graciously do not oppose this request.

Dated: November 8, 2025              Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice

---

[1] Available at https://www.usatoday.com/story/travel/news/2025/11/07/flights-canceled-as-faa-cuts-airports-updates/87142012007/.

2

Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

3

## CERTIFICATE OF SERVICE

On November 8, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                 */s/ Jason Altabet*
                 Trial Attorney