IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; et al.,<br><br>            Defendants. | Case No. 1:25-cv-13165 |

**PLAINTIFFS' NOTICE OF RELATED FILING**

Plaintiffs submit this notice of a filing by Plaintiffs as amici curiae in *Rhode Island State Council of Churches, et al., v. Brooke Rollins, et al.*, No. 25-2089 (1st Cir.), describing facts relevant to Plaintiffs' Amended Motion for a Temporary Restraining Order (Doc. No. 68). *See* Motion for Leave to File Letter, No. 25-2089 (filed Nov. 8, 2025) (attached hereto at Exhibit A).

1

November 8, 2025

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Michelle Pascucci
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

/s/ Joseph R. Richie
JOSEPH R. RICHIE*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN*
Supervising Deputy Attorney General

/s/ Maria F. Buxton
MARIA F. BUXTON*
CHRISTOPHER KISSEL*
LIAM O'CONNOR*
RYAN EASON*
SEBASTIAN BRADY*
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KRISTIN MAYES
Attorney General of Arizona

/s/ Luci D. Davis
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Tanja E. Wheeler<br>TANJA E. WHEELER*<br>Associate Chief Deputy Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>Tanja.wheeler@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Patricia E. McCooey<br>PATRICIA E. MCCOOEY*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Patricia.McCooey@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ Ian R. Liston<br>IAN R. LISTON*<br>Director of Impact Litigation<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>ROSE E. GIBSON*<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>/s/ Nicole S. Hill<br>NICOLE S. HILL*<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>Nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br><br>/s/ Kalikoʻonālani D. Fernandes<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Harpreet K. Khera<br>HARPREET K. KHERA*<br>Bureau Chief, Special Litigation<br>ALICE L. RIECHERS*<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>Harpreet.Khera@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |

| | |
|---|---|
| LAURA KELLY, in her official capacity as Governor of the State of Kansas | OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky |
| */s/ Justin Whitten*<br>JUSTIN WHITTEN*<br>General Counsel<br>ASHLEY STITES-HUBBARD*<br>Deputy Chief Counsel<br>Office of the Kansas Governor<br>300 SW 10th Ave, Room 541-E<br>Topeka, KS 66612<br>(785) 296-3930<br>Justin.h.whitten@ks.gov<br>Ashley.stiteshubbard@ks.gov<br>*Counsel for Governor Laura Kelly* | */s/ S. Travis Mayo*<br>S. TRAVIS MAYO*<br>General Counsel<br>TAYLOR PAYNE<br>Chief Deputy General Counsel<br>LAURA C. TIPTON<br>Deputy General Counsel<br>Office of the Governor<br>501 High Street<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br>*Attorneys for Plaintiff Kentucky Governors' Office* |
| AARON M. FREY<br>Attorney General of Maine | ANTHONY G. BROWN<br>Attorney General of Maryland |
| */s/ Brendan Kreckel*<br>BRENDAN KRECKEL*<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 0433-0006<br>Tel.: 207-626-8800<br>Fax: 207-287-3145<br>brendan.kreckel@maine.gov<br>*Attorneys for Plaintiff State of Maine* | */s/ James C. Luh*<br>JAMES C. LUH*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* |

DANA NESSEL  
Attorney General of Michigan

/s/ Neil Giovanatti  
NEIL GIOVANATTI*  
DANIEL PING*  
Assistant Attorneys General  
Michigan Department of Attorney General  
525 W. Ottawa  
Lansing, MI 48909  
(517) 335-7603  
GiovanattiN@michigan.gov  
PingD@michigan.gov  
*Attorneys for Plaintiff State of Michigan*

MATTHEW J. PLATKIN  
Attorney General of New Jersey

/s/ Kashif T. Chand  
KASHIF T. CHAND (NJ BAR NO. 016752008)*  
Assistant Attorney General  
New Jersey Office of the Attorney General, Division of Law  
124 Halsey Street, 5th Floor  
Newark, NJ 07101  
Tel: (973) 648-2052  
kashif.chand@law.njoag.gov  
*Attorneys for Plaintiff State of New Jersey*

AARON D. FORD  
Attorney General of Nevada

/s/ K. Brunetti Ireland  
K. BRUNETTI IRELAND*  
Chief of Special Litigation  
Office of the Nevada Attorney General  
1 State of Nevada Way, Ste. 100  
Las Vegas, NV 89119  
kireland@ag.nv.gov  
*Attorneys for Plaintiff State of Nevada*

RAÚL TORREZ  
Attorney General of the State of New Mexico

/s/ Anjana Samant  
ANJANA SAMANT*  
Deputy Counsel  
New Mexico Department of Justice  
408 Galisteo Street  
Santa Fe, New Mexico 87501  
505-270-4332  
asamant@nmdoj.gov  
*Attorneys for the State of New Mexico*

| | |
|---|---|
| LETITIA JAMES<br>Attorney General of New York<br><br>*/s/ Molly Thomas-Jensen*<br>MOLLY THOMAS-JENSEN*<br>Special Counsel<br>MARK LADOV*<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8240<br>molly.thomas-jensen@ag.ny.gov<br>Mark.ladov@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | JEFF JACKSON<br>Attorney General of North Carolina<br><br>LAURA HOWARD<br>Chief Deputy Attorney General<br><br>*/s/ Adrian Dellinger*<br>ADRIAN DELLINGER*<br>Assistant Attorney General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>(919) 716-6813<br>ADellinger@ncdoj.gov<br>*Counsel for State of North Carolina* |
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>By: */s/ Leanne Hartmann*<br>　LEANNE HARTMANN, Mass. BBO #667852<br>　Senior Assistant Attorney General<br>　Oregon Department of Justice<br>　100 SW Market Street<br>　Portland, OR 97201<br>　Tel (971) 673-1880<br>　Fax (971) 673-5000<br>　Email: Leanne.Hartmann@doj.oregon.gov<br>*Attorneys for Plaintiff Oregon* | JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>JENNIFER SELBER<br>General Counsel<br><br>*/s/ Jacob B. Boyer*<br>JACOB B. BOYER<br>Deputy General Counsel<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br>*Counsel for Governor Josh Shapiro* |

| | |
|---|---|
| PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ *Madeline R. Becker*<br>MADELINE R. BECKER (RI BAR NO. 10034)*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>*/s/ William McGinty*<br>WILLIAM MCGINTY, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>*/s/ Faye B. Hipsman*<br>FAYE B. HIPSMAN*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-9487<br>faye.hipsman@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin* | CHARITY R. CLARK<br>Attorney General for the State of Vermont<br><br>*/s/ Ryan P. Kane*<br>RYAN P. KANE<br>Deputy Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* |

*\* pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

  I hereby certify that on this day, November 8, 2025, I caused a copy of this document to be filed with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

                 */s/ Katherine Dirks*
                 Katherine Dirks