IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 1:25-cv-13165 |

**DEFENDANTS' THIRD NOTICE TO COURT**

In parallel litigation, *Rhode Island State Council of Churches et. al. v. Rollins et. al.*, No. 25-2089 (1st Cir.), Defendants have filed a letter notice and documentation, included with this filing, and now provide this Court notice of the same.

Defendants' letter notice in the First Circuit comes in response to the filing referenced in Plaintiffs' most recent notice in this Court—containing a filing they made in the Circuit proceedings. Doc. No. 78. Included in Defendants' First Circuit filing is a U.S. Department of Agriculture memorandum dated November 8, 2025. To facilitate proper bates stamping, Defendants are including a version of the First Circuit filing without the Circuit's bates stamping at the top.

Dated: November 9, 2025

Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

On November 9, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Jason Altabet*

Trial Attorney
