IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS; et al.,

           Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; et al.,

           Defendants.

Case No. 1:25-cv-13165

**EMERGENCY VIRTUAL HEARING REQUESTED**

**PLAINTIFFS' FURTHER MOTION
FOR A TEMPORARY RESTRAINING ORDER**

    Plaintiffs come to the Court yet again—for the third time in thirteen days—to seek emergency relief from yet another unlawful and senseless act by the U.S. Department of Agriculture (USDA) and other Defendants in their funding and oversight of the Supplemental Nutrition Assistance Program (SNAP).[1] Plaintiffs also respectfully request an emergency virtual hearing on this motion on Monday, November 10, 2025. The irreparable harm caused by Defendants' threats of financial peril as Plaintiffs attempt to navigate an unprecedented situation, with multiple contradictory guidance documents issued within days of each other that impact the issuance of life-saving benefits to millions of Americans, requires immediate judicial redress.

    On November 7, 2025, after a district court ordered USDA to make full SNAP benefits available, USDA informed Plaintiffs that it was complying with this order. Indeed, USDA went further: It assured Plaintiffs that "[l]ater today, FNS will complete the processes necessary to make funds available to support your subsequent transmittal of full issuance files to your EBT

---

[1] Plaintiffs submitted a "reply" in further support of the motion for a temporary restraining order, identifying further agency actions and requests for relief (Doc. No. 68), which the Court has treated as an amended motion for a temporary restraining order (Doc. No. 70).

1

processor." Plaintiffs took actions consistent with USDA's lulling assurances. In many cases, Plaintiffs promptly began the process of issuing full benefits to their SNAP recipients. Then, late yesterday evening (November 8), one day after its lulling assurances—and for reasons that Defendants made no attempt to elucidate—USDA abruptly demanded that the Plaintiffs "undo" the efforts taken to administer the full benefits that USDA had assured Plaintiffs were in process just the day before. USDA went even further: It said that failure to "undo" these efforts may result in cancellation of the Federal share of the Plaintiffs' administrative costs and holding Plaintiffs liable for any overissuances that result from processing full benefits.

Yet again, Defendants have issued a final agency action that flouts the most basic of agency constraints under the Administrative Procedure Act (APA). Yet again, USDA has placed unendurable, indeed impossible, burdens on Plaintiffs in their administration of life-saving benefits under SNAP—and threatens ruinous financial sanction on the Plaintiffs if they fail to make these unendurable, impossible burdens.

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, for the reasons set forth in the accompanying memorandum, declarations, and evidence, Plaintiffs respectfully move for a temporary restraining order against this unlawful November 8 directive and all implementation and enforcement of this directive.[2] In so moving, Plaintiffs also incorporate by reference their Motion for a Temporary Restraining Order (Doc. No. 3), accompanying memorandum (Doc. No. 4), and their Reply in Support of Their Motion for a Temporary Restraining Order (Doc. No. 68) (treated as an amended motion (Doc. No. 70)).

---

[2] Plaintiffs further request that the Court exercise its discretion to waive the requirement to post a bond under Rule 65(c). *See* Pls.' Mot. for Temporary Restraining Order (Doc. No. 3) at 3 (n.1).

Dated: November 9, 2025

Respectfully submitted,

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Michelle Pascucci
MICHELLE PASCUCCI (BBO #690889)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

ROB BONTA
Attorney General of California
PAUL STEIN*
Supervising Deputy Attorney General

/s/ Maria F. Buxton
MARIA F. BUXTON*
CHRISTOPHER KISSEL*
LIAM O'CONNOR*
RYAN EASON*
SEBASTIAN BRADY*
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KEITH ELLISON
Attorney General of Minnesota

/s/ Joseph R. Richie
JOSEPH R. RICHIE*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

KRISTIN MAYES
Attorney General of Arizona

/s/ Luci D. Davis
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>*/s/ Tanja E. Wheeler*<br>TANJA E. WHEELER*<br>Associate Chief Deputy Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>Tanja.wheeler@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>*/s/ Patricia E. McCooey*<br>PATRICIA E. MCCOOEY*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Patricia.McCooey@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Ian R. Liston*<br>IAN R. LISTON*<br>Director of Impact Litigation<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>ROSE E. GIBSON*<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>*/s/ Nicole S. Hill*<br>NICOLE S. HILL*<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>Nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br><br>*/s/ Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* | KWAME RAOUL<br>Attorney General of Illinois<br><br>*/s/ Harpreet K. Khera*<br>HARPREET K. KHERA*<br>Bureau Chief, Special Litigation<br>ALICE L. RIECHERS*<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>Harpreet.Khera@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |

LAURA KELLY, in her official capacity as
Governor of the State of Kansas

*/s/ Justin Whitten*
JUSTIN WHITTEN*
General Counsel
ASHLEY STITES-HUBBARD*
Deputy Chief Counsel
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov
*Counsel for Governor Laura Kelly*

OFFICE OF THE GOVERNOR *ex rel.* Andy
Beshear, in his official capacity as
Governor of the Commonwealth of
Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO*
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors'
Office*

AARON M. FREY
Attorney General of Maine

*/s/ Brendan Kreckel*
BRENDAN KRECKEL*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.:  207-626-8800
Fax:  207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
DANIEL PING*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Attorneys for Plaintiff State of Michigan*

AARON D. FORD
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ *Kashif T. Chand*
KASHIF T. CHAND (NJ BAR NO. 016752008)*
Assistant Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of the State of New Mexico

*/s/ Anjana Samant*
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Attorneys for the State of New Mexico*

LETITIA JAMES
Attorney General of New York

*/s/ Molly Thomas-Jensen*
MOLLY THOMAS-JENSEN*
Special Counsel
MARK LADOV*
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

*/s/ Adrian Dellinger*
ADRIAN DELLINGER*
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
*Counsel for State of North Carolina*

DAN RAYFIELD
Attorney General of Oregon

By: */s/ Leanne Hartmann*
    LEANNE HARTMANN, Mass. BBO #667852
    Senior Assistant Attorney General
    Oregon Department of Justice
    100 SW Market Street
    Portland, OR 97201
    Tel (971) 673-1880
    Fax (971) 673-5000
    Email:
    Leanne.Hartmann@doj.oregon.gov
*Attorneys for Plaintiff Oregon*

JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

*/s/ Jacob B. Boyer*
JACOB B. BOYER
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*

PETER F. NERONHA
Attorney General of Rhode Island

/S/ *Madeline R. Becker*
MADELINE R. BECKER (RI BAR NO. 10034)*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
william.mcginty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

*\* pro hac vice forthcoming*

CHARITY R. CLARK
Attorney General for the State of Vermont

*/s/ Ryan P. Kane*
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Attorneys for Plaintiff State of Vermont*

7

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Michelle Pascucci*
Michelle Pascucci

**LOCAL RULE 7.1 CERTIFICATE**

I, Michelle Pascucci, certify that on November 9, 2025, I conferred with counsel for the government by email, during which the parties were unable to resolve the dispute at issue in this motion.

The position of the Defendants with respect to the Plaintiffs' motion is set forth below:

"Defendants oppose Plaintiffs' motion for an additional temporary restraining order. Defendants also oppose moving the planned hearing from Thursday to tomorrow. The already scheduled hearing date would best facilitate time for Defendants to respond to the latest motion (which they have not yet seen) and the Court's review.

If the Court determines the hearing should be moved sooner, Defendants' request that they have an opportunity to respond to Plaintiffs' newest motion and would request at least until Monday at 11:59pm to do so. Defendants thus request that any change in the hearing date be for Tuesday, rather than Monday. Second, Defendants' lead counsel is presenting argument in a related case where separate plaintiffs are requesting a temporary restraining order in the Northern District of California. That hearing will be over Zoom, at 5pm EST on Monday. *Perrone et. al. v. Rollins et. al.*, 3:25cv9508 (N.D. Cal.), Doc. No. 14. Given the other hearing already scheduled for late on Monday, Defendants request that any hearing on Plaintiffs' new motion be heard remotely, given the flight complications previously referenced and the difficulty of travelling to Boston after or before the 5pm Monday hearing as well as the need to consider a fulsome response to Plaintiffs' motion."

*/s/ Michelle Pascucci*
Michelle Pascucci (BBO #690889)