IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; et al.,<br><br>                           Defendants. | Case No. 1:25-cv-13165 |

**FOURTH DECLARATION OF MICHELLE PASCUCCI**

      I, Michelle Pascucci, an attorney admitted to practice before this Court, do hereby state the following under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

      1.     I am State Trial Counsel in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

      2.     I submit this fourth declaration in further support of Plaintiff States' Motion for a Temporary Restraining Order (Doc. No. 3), Plaintiff States' Reply in Support of Their Motion for a Temporary Restraining Order (Doc. No. 68) (treated as an amended motion for a temporary restraining order (Doc. No. 70)), and Plaintiff States' Further Motion for a Temporary Restraining Order (Doc. No. 80), pursuant to Federal Rule of Civil Procedure 65.

      3.     The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

      4.     Attached hereto as Exhibit 1 is a true and accurate copy of the declaration of Scott Morishige.

1

5. Attached hereto as Exhibit 2 is a true and accurate copy of the Second Declaration of Michael Cole.

6. Attached hereto as Exhibit 3 is a true and accurate copy of the Declaration of Dr. Shaneen Moore.

7. Attached hereto as Exhibit 4 is a true and accurate copy of the Affidavit of Carla Whiteside-Hicks, Ph.D.

8. Attached hereto as Exhibit 5 is a true and accurate copy the Supplemental Declaration of Jessica Amaya Hoffman.

9. Attached hereto as Exhibit 6 is a true and accurate copy of the Declaration William E. Hanna.

10. Attached hereto as Exhibit 7 is a true and accurate copy of the Declaration of Abby McClelland.

11. Attached hereto as Exhibit 8 is a true and accurate copy of the Declaration of Sarah Adelman.

12. Attached hereto as Exhibit 9 is a true and accurate copy of the Declaration of David Knezek.

Dated:    November 9, 2025
          Boston, Massachusetts

*/s/ Michelle Pascucci*
Michelle Pascucci

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  */s/ Michelle Pascucci*
                                                  Michelle Pascucci