# EXHIBIT 3

**DECLARATION OF DR. SHANEEN MOORE**

I, Dr. Shaneen Moore, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Minnesota. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Assistant Commissioner of the Family Wellbeing Administration of the Minnesota Department of Children, Youth, and Families. My educational background includes a Bachelor of Business degree, Master of Business Administration degree, and a Doctor of Philosophy in Public Service and Management. I have been employed as the Assistant Commissioner of the Family Wellbeing Administration since July 11, 2025. Prior to my role as Assistant commissioner, I served as Deputy Assistant commissioner for the children and Family Services Administration at the Minnesota Department of Human Services, and as Director and Deputy Director of the Child support Division. My professional experience in this and similar capacities expands almost 12 years working for state government.

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. The Minnesota Department of Children, Youth, and Families (DCYF) administers programs that keep children safe and provides families with supports to care for their children. Among the programs administered by DCYF is the Supplemental Nutrition Assistance Program (SNAP), which issues monthly electronic benefits that can be used to purchase food at authorized retail stores.

**USDA Memoranda and Minnesota's Response**

5. On November 7, 2025, the United States Department of Agriculture (USDA) sent a memorandum notifying DCYF and other SNAP state agencies that USDA Food and Nutrition Services (FNS) was working toward implementation of the November 6, 2025 *Rhode Island v. Rollins* and that FNS would complete processes to make funds available to support transmittal of full issuance files to EBT vendors.

6. On November 7, 2025, in reliance on the November 7 USDA memo, DCYF initiated November file issuance to its EBT vendor. As of 9:30 p.m. on November 7, 2025, Minnesota's November issuances were electronically enroute to DCYF's EBT vendor and DCYF no longer had the ability to stop the issuance.

7. On the morning of November 8, 2025, DCYF's EBT vendor confirmed that benefits had successfully loaded onto SNAP recipient EBT cards and were accessible to SNAP recipients.

8. On November 8, 2025, the USDA sent a memorandum notifying DCYF and other SNAP state agencies that the United States Supreme Court (SCOTUS) granted the USDA an administrative stay of the November 6, 2025 order in *Rhode Island State Council of Churches, et al. v. Rollins,* 25-CV-569 (*Rhode Island v. Rollins*), that required USDA to make funds available and pay full benefits for the month of November 2025.

9. The November 8, 2025 USDA memorandum stated, "To the extent States sent full SNAP payment files for November 2025, this was unauthorized." The memorandum directed any states that had made full payments to notify USDA-FNS Regional Offices of steps that the states had taken to correct the "unauthorized" action, and stated that failure to comply with the memorandum may result in USDA action, including cancellation of the

federal share of state administrative costs and holding sates liable for any "overissuances."

**Limited Options for Change of Course**

10. At this time, DCYF has no system options for withdrawing November 2025 issuances from its EBT vendor or SNAP recipient EBT cards. Furthermore, now that SNAP recipients have received their benefits, it is both cruel and wrought with due process issues to impact recipients' ability to access November funds on their EBT cards.

11. At this time, DCYF has not been able to consult with its EBT vendor, Fidelity Information Services (FIS), to determine what additional options are available to comply with the most recent USDA memo. After an issuance has been accepted by FIS and benefits are loaded onto an EBT card, benefits generally are available to recipients at retailer point of sale machines, and retailers are reimbursed for EBT transactions by FIS. A great many parties, including recipients who may be afraid to access their benefits, retailers who may not be reimbursed for sales, and EBT vendors who may not be able to draw down federal funds as expected, are hanging in the balance today due to USDA's failure to notify states that it would not fund November SNAP benefits.

**Further Threatened Harm for Minnesotans**

12. USDA attempts to limit the repercussions of its delayed notification to SNAP state agencies that issued full November benefits based on its November 7th memo. However, that is simply not reality. In addition to the potential financial impact that Minnesota would suffer in having to make up the federal portion of the November SNAP distributions, any USDA sanctions that touch the federal portion of state SNAP administrative costs will necessarily impact SNAP case workers and recipients. Approximately eighty percent of the federal administrative reimbursement received by

Minnesota is passed on to county and Tribal governments to reimburse their costs in Minnesota's county and Tribal-administered SNAP program.

13. Minnesota county and Tribal governments anticipate that significant impacts to federal reimbursement of administrative costs will result in staff layoffs and/or re-direction of staff to non-SNAP duties. In turn, if this comes to bear, SNAP applications will not be processed, SNAP recipient recertifications will not be processed, and SNAP recipients will not have access to staff to address questions or changes to families' SNAP benefits. In short, USDA threats to penalize Minnesota for issuing full November payments will ultimately and swiftly, once again, impact Minnesotans' ability to secure food.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November 2025, in Saint Paul, Minnesota.

*Dr. Shaneen Moore* (signature)

Dr. Shaneen Moore
Assistant Commissioner, Family Wellbeing Administration
Minnesota Department of Children, Youth, and Families