# EXHIBIT 4

## AFFIDAVIT OF CARLA WHITESIDE-HICKS, Ph.D.

I, Carla Whiteside-Hicks, Ph.D., state under penalty of perjury the following to be true:

1. I have personal knowledge of the contents of this Affidavit.

2. I am the Director of the Economic and Employment Services ("EES"), which is housed within the Kansas Department for Children and Families ("KDCF"). As Director, I have direct knowledge of the Supplemental Nutrition Assistance Program ("SNAP") and the steps it would take for KDCF to comply with the November 8, 2025, memo from the USDA with the subject line, "Updated Supplemental Nutrition Assistance Program (SNAP) November Benefit Issuance."

3. The Kansas Integrated Eligibility System (KEES) used to determine eligibility and authorize issuance of SNAP benefits does not have direct interface between benefits and the Food Assistance transactions in EBT so there would have no way to reconcile by case how much in benefits was spent by each cardholder.

4. Thirty-two million dollars ($32,000,000) of Food Assistance benefits were made available to Kansans on Friday, November 7, 2025, around 12:00PM based on current guidance received from FNS at that time.

5. Until the final amount of November benefits is determined, which cannot happen until after the end of November, it is extremely difficult to know what the benefit amount should be for each household.

6. Reverting back full issuance will result in an overpayment of Food Assistance benefits for every household owing benefits back to the state.

7. While a hold could be put on funds remaining on EBT cards, there is no way to reconcile the balance used and balance remaining in the KEES system. For consumers that have already used benefits and have a balance remaining, that balance would be randomly reduced.

8. For consumers that have already spent the funds, overpayments would have to be issued.

9. All of the foregoing would create significant difficulty and confusion amongst those attempting to utilize their SNAP benefits.

10. In addition, significant technical intervention would be necessary to give effect to any of the changes now required by FNS. The exact cost of this intervention is unknown due to the unprecedented nature of FNS's request.

Further affiant sayeth naught,

*Carla Whiteside-Hicks, Ph.D.*

Carla Whiteside-Hicks, Ph.D.

2