# EXHIBIT 5

**SUPPLEMENTAL DECLARATION OF JESSICA AMAYA HOFFMAN**

I, Jessica Amaya Hoffman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Oregon. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Deputy Director of the Oregon Department of Human Services' (ODHS) Self-Sufficiency Programs, which provide resources like cash and food assistance, employment support, and targeted services to help Oregonians move out of poverty. I have served in this role since 2024, following my time as Interim Deputy Director and Senior Operations Manager. My career spans over 21 years in human services, including leading large teams and building strong community partnerships across Oregon. As Deputy Director of ODHS's Self-Sufficiency Programs, I oversee the administration of Oregon's Supplemental Nutrition Assistance Program (SNAP).

3. I make this supplemental declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. ODHS is Oregon's principal agency for helping Oregonians achieve well-being and independence. It administers a variety of human services programs for the state's residents.

5. SNAP involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP Guidance on Reduced Allotments for November 2025**

6. On the morning of Tuesday November 4, 2025, ODHS received a guidance document from the United States Department of Agriculture (USDA) on the subject of SNAP Benefit and Administrative Expenses for November 2025, as well as a revised SNAP Reduced Allotment table, purportedly allowing for 50% allotments. On the evening of Wednesday, November 5, 2025, ODHS received new "revised" SNAP Reduced Allotments tables, reflecting 65% allotments.

7. To implement the guidance and revised tables (either at 50% or 65%), ODHS would have been required to rerun eligibility for every SNAP household for November 2025. ODHS worked tirelessly since November 4, 2025, to understand how it can issue benefits according to the new tables, and was at least several days to a week away from being able to send partial benefit files to FIS for processing.

8. Based on our analysis, ODHS would have had to utilize vendor time and resources to modify the state's existing integrated eligibility system by reloading the revised table(s) and recalculating eligibility for more than 400,000 household cases. This would have required a mass system update to our software. In addition, a significant number of files—approximately 4,000 cases—would have required manual eligibility checks that must be performed by staff members. That is because our software system could not fully execute USDA's revised table(s) within the confines of a mass update, so some cases would have required manual intervention. Only after all of those steps had been performed would ODHS be in a position to transmit eligibility files to Fidelity Informational Services (FIS), our Electronic Benefit Transfer (EBT) vendor, to load individual and household EBT cards with funds.

9. These steps would have taken considerable time and state resources, including reassigning hundreds of staff members to perform eligibility determinations on an expedited timeline. We expected this effort will take at least three days with approximately 570 reassigned staff working solely on this project. This reallocation effort would have impacted other application and renewal work and caused delays elsewhere within the agency.

10. In addition, if USDA later restored full November benefits, ODHS would need to essentially perform the entire exercise again for issuing adjusted amounts, leading to multiple changes for the same household and creating overpayment and reconciliation challenges.

11. ODHS had been tirelessly working on taking these necessary steps for partial payments when, on Thursday, November 6, a United States Judge in the District of Rhode Island ordered full November benefits to be paid.

12. Therefore, that evening, ODHS transmitted files for full November benefits to be issued for eligible Oregon households. Those files were accepted, and benefits were issued by FIS onto Oregon's EBT cards on the morning of Friday, November 7.

13. At approximately 6:30 p.m. PST on November 7, the U.S. Supreme Court issued a stay of the order in the District of Rhode Island case. Because of that stay, ODHS stopped transmitting daily files to FIS, as it would typically do in the ordinary course, such as new applications and other situations that would require it.

14. Around 7:00 p.m. PST on Saturday, November 8, ODHS received further guidance from USDA, claiming that any transmission of files for full benefits was unauthorized and directing states to "immediately undo any steps taken to issue full SNAP benefits for November 2025."

15.     ODHS has no way of undoing the steps taken in transmitting files; the money is now on the EBT cards of SNAP recipients, and the recipients have begun to spend it. Clawing back the funds issued to SNAP recipients would be administratively complex and likely result in appeals and other process requirements, taking additional time and resources. It would also undermine trust in the SNAP program and impair Oregon's mission to support vulnerable families.

16.     On Sunday morning, November 9, 2025, FIS demanded that ODHS guarantee reimbursement for funds expended to issue full benefits and required ODHS to respond the same day.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November, 2025, in Salem, Oregon.

*Jessica Amaya Hoffman*
Jessica Amaya Hoffman
Self-Sufficiency Programs Deputy Director
Oregon Department of Human Services