# EXHIBIT 6

## DECLARATION OF WILLIAM E. HANNA

I, William E. Hanna, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Wisconsin. I am over the age of 18 and understand the obligations of an oath.

**Professional and Agency Background**

2. I am the Wisconsin Medicaid Director for the Wisconsin Department of Health Services (DHS) and the administrator of the Division of Medicaid Services (DMS).

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. Wisconsin DHS exercises multiple roles in the protection and promotion of the health and safety of the people of Wisconsin, in an effort to foster economic prosperity and improve residents' quality of life.

5. The Supplemental Nutrition Assistance Program (SNAP), called FoodShare in Wisconsin, is administered by Wisconsin DHS in the Division of Medicaid Services.

6. Specifically, DMS is responsible for the day-to-day operations of SNAP, which involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

**SNAP in Wisconsin**

7. SNAP is a key part of Wisconsin's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 688,942 people received SNAP benefits in Wisconsin each month, including 270,000

children, and 110,000 individuals over the age of 60. On average SNAP benefits in Wisconsin are $136 per person per month and $304 per household per month. During the federal fiscal year between October 1, 2024, and September 30, 2025, Wisconsin DHS issued approximately $114,000,000 per month in SNAP benefits in Wisconsin.

8. Wisconsin DHS administers the SNAP program in Wisconsin pursuant to Wis. Stat. § 49.79 and Wis. Stat. § 49.797. Pursuant to federal law, Wisconsin DHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Wisconsin, though Wisconsin and the federal government split administrative costs. 7 U.S.C. § 2025(a).

**Wisconsin DHS's Administrative Operations for SNAP Issuance File and Payments**

9. The process of making SNAP benefits available to recipients involves a dual-track process involving a number of state, federal and private actors. One side of the process is aimed at making EBT credit available to beneficiaries, while the other is aimed at permitting payment to retailers accepting EBT credit.

10. On the beneficiary-facing side, Wisconsin DHS is responsible for determining which households are entitled to SNAP benefits and the benefit level for each household, which it does using an in-house integrated eligibility management system called CARES. The state captures this beneficiary information in the form of electronic benefit issuance data files

2

("benefit files"), which it then regularly transfers to Fidelity Information Services ("FIS"), a third party vendor.

11. When FIS receives the benefit files, FIS, on behalf of Wisconsin DHS and USDA, uses the information in the benefit files to authorize benefits for SNAP recipient households and to subsequently load the approved SNAP benefit allotment on the EBT cards for households of eligible SNAP recipients. Generally, SNAP recipients access their funds by using their EBT card to purchase food in a similar manner to the way one uses a debit card. Recipients use their individual EBT cards to purchase food, as of the benefit availability date, at authorized SNAP retailers.

12. On the retailer payment side, FIS also sends benefit issuance information to the Account Management Agent ("AMA") system, which is administered by the USDA, for the AMA system to confirm that the U.S. Treasury has sufficient funds to cover the total amount of the State's benefit files.

13. Once approved, the AMA system increases Wisconsin's Letter of Credit ("LOC") and sends funding direction to the U.S. Treasury's Automated Standard Application for Payment ("ASAP") system. SNAP benefits are paid to food retailers through the ASAP system based on Wisconsin's LOC.

14. Wisconsin DHS's understanding is that when SNAP recipients use their EBT card at a retailer's point of sale machine, an electronic message goes from the retailer's cash register to FIS to verify a variety of conditions including the availability of funds, and if sufficient funds are available. If the purchase is approved, the customer's EBT account is immediately debited and the retailer's account gets credited. FIS processes and logs these transactions.

3

15. On a daily basis, FIS settles with food retailers and third-party processors ("TPPs") that provide groceries to SNAP recipients, paying them an amount equal to the SNAP benefit purchase transactions recorded during the day.

16. Following the settlement process, FIS, on behalf of Wisconsin DHS, initiates a transaction through the ASAP system for the amount of the credit sent to food retailers and TPPs.

17. The ASAP system verifies that Wisconsin's LOC is sufficient to cover the amount of the credit sent to food retailers and TPPs.

18. Once Wisconsin's LOC is verified, there is a wire transfer from the LOC to the FIS settlement account in the amount of the credit to retailers and TPPs.

**Litigation Regarding November SNAP Payments**

19. On November 1, 2025, the United States District Court for the District of Rhode Island entered a written Order requiring the federal Government to, within its discretion, either find the additional funds necessary to fully fund November SNAP payments and make the full payment by the end of the day on Monday, November 3, 2025, or "expeditiously resolve the administrative and clerical burdens" to make a partial SNAP benefit payment by Wednesday November 5, 2025 ("November 1st Order").

20. The federal government submitted a compliance report on November 3, 2025, stating that the USDA is complying with the November 1st Order and will fulfill its obligation to expend the SNAP contingency fund by generating the table required for States to calculate partial SNAP benefits.

21. On November 4, 2025, Plaintiffs moved to enforce the November 1st Order, or, in the alternative, move for a temporary restraining order arguing that undertaking a partial payment plan did not meet the November 1st Order or adequately remedy Plaintiff's harm.

22. On November 6, 2025, Judge McConnell of the Rhode Island District Court issued an oral ruling from the bench at around 3:00pm Central Standard Time,[1] granting the Plaintiffs' Motion for Enforcement and issued a second temporary restraining order ("November 6th Order"). Shortly after 5:00pm that same day, Judge McConnell filed his order in writing and ordered USDA "to make full payments of November SNAP benefits to the states by Friday, November 7, 2025."

23. Following the court's oral order, at about 4:18pm, USDA filed a Notice of Appeal with the First Circuit. This Notice of Appeal did not include a request for stay. Shortly following the court's written order, at about 6:05pm, USDA filed another Notice of Appeal with the First Circuit. This Notice of Appeal also did not include a request for stay.

24. It was not until approximately 8:53am on Friday, November 7 that USDA filed an emergency motion for stay pending appeal and immediate administrative stay.

**Compliance with Federal Court Order**

25. In order for benefits to be issued by the end of the day on November 7, 2025 in compliance with the November 6th Order, Wisconsin DHS realized it would have to upload files to FIS by 10:00pm on November 6, 2025.

26. Accordingly, Wisconsin DHS initiated the transmission of November benefit files to FIS for the full payment of November SNAP benefits at about 6:15pm, following the court's order.

27. Because Wisconsin DHS had already run the full benefit file earlier in the month, there was no delay in beginning that process, making Wisconsin likely the first in the country to have its files uploaded.

---

[1] All times referenced hereinafter will be Central Standard Time unless otherwise noted.

28. FIS received the November benefit files on November 6, 2025 at about 7:30pm.

29. FIS authorized benefits for SNAP recipients and successfully loaded the approved SNAP benefit allotment on SNAP recipient households' EBT cards. Following their normal procedure, FIS then sent the November benefit issuance information to AMA to increase Wisconsin's LOC by approximately $104M. FIS received confirmation that the AMA system received this file on November 6, 2025, at approximately 10:50pm, without issue.

30. Wisconsin SNAP recipient EBT cards were activated and funds available for use at 12:01am on November 7, 2025.

31. At 4:30am on November 7, 2025, the AMA system denied the transaction, stating that the November benefit files issuance will cause project funding limit to be exceeded.

32. As a result of the AMA system's denial, Wisconsin's LOC was not increased.

33. Therefore, Wisconsin's LOC is not sufficient to cover the November SNAP benefit allotment that has already been loaded onto SNAP recipients' EBT cards and is available for their use.

34. FIS has confirmed Wisconsin DHS's understanding that there is no way to remove money from EBT cards once it has been transferred onto the card.

**Administrative and Operational Burdens on Wisconsin DHS Since Compliance with Federal Court Order**

35. Wisconsin DHS first realized an issue occurred with the LOC on the morning of November 7, 2025. Throughout the day on November 7, 2025, Wisconsin DHS was in frequent contact with FIS and USDA Food and Nutrition Service ("FNS") to understand and attempt to resolve the issue.

36. At 11:40am, Wisconsin DHS received an email from Jacob Hoots, Acting Regional Administrator for USDA, stating, "FNS is working towards implementing November

6

2025 full benefit issuances in compliance with the November 6, 2025, order from the District Court of Rhode Island." Mr. Hoots attached a memorandum stating the same.

37. FIS shared that they thought USDA could manually transfer the necessary funds to make Wisconsin DHS whole and comply with the Rhode Island court order to issue full benefits by the end of the day. This process would occur through the AMA system with a manual approval by Wisconsin DHS. Wisconsin DHS took steps to ensure we were prepared to accept the manual file, including obtaining from FNS an AMA access form that would be required to complete the funding transfer. Our FNS contact confirmed to our team that she could get access to the person same day, November 7, so that we had no trouble completing the process. Wisconsin completed and submitted the form on November 7, but were later told we had the incorrect state authorized official signature, despite being signed by the state's controller. The Wisconsin state controller was on the call with the FNS contact and shared that she was authorized for similar transactions with similar federal accounts. The FNS contact stated she needed 15 minutes to make some calls. She called us back in a timely manner and indicated that she could not help us at this time.

38. FIS confirmed that they were also in contact with FNS throughout the day on November 7, and that FNS was fully aware of Wisconsin DHS's issue.

39. On November 7, after the First Circuit denied USDA's request for administrative stay, USDA filed an emergency request for administrative stay in the Supreme Court, which was granted at about 8:30pm.

40. On November 8 at about 6:29pm, Wisconsin DHS Secretary-Designee Kirsten Johnson issued a letter to USDA Deputy Under Secretary Patrick Penn requesting that USDA deposit at least 65% of full November SNAP benefits to our AMA account, based on Wisconsin

DHS's understanding that USDA does not dispute their legal obligation to issue at least partial benefits. Wisconsin DHS has not received a response from USDA.

41. On November 8 at about 6:34pm, Wisconsin and other states provided a letter to the First Circuit Court of Appeals outlining the confusion and challenges experienced over the past week and explaining why many states, like Wisconsin, provided full benefits in compliance with the November 6th Order.

42. On Saturday, November 8 at 9:01pm, USDA Deputy Under Secretary Patrick Penn issued a memorandum stating that "[t]o the extent States sent full SNAP payment files for November 2025, this was unauthorized. Accordingly, States must immediately undo any steps taken to issue full SNAP benefits for November 2025."

43. Wisconsin DHS is unsure of the meaning of the instruction for States to "undo any steps taken to issue full SNAP benefits for November 2025." The memorandum provided no technical guidance for Wisconsin DHS to understand that instruction.

44. To the extent USDA's intention is for Wisconsin DHS to attempt to reduce benefits on beneficiaries' EBT cards, Deputy Under Secretary Penn's memorandum contained no citation to justify such a reduction.

45. Despite that, Deputy Under Secretary Penn's memorandum concludes by stating, "Per 7 CFR 271.7(h), failure to comply with this memorandum may result in USDA taking various actions, including cancellation of the Federal share of State administrative costs and holding States liable for any overissuances that result from the noncompliance."

8

**Fiscal Impacts on Wisconsin**

46. USDA has still not completed the transfer to remedy its rejection of Wisconsin's increased LOC. That rejection occurred while the November 6th Order was valid and active, prior to USDA's request for stay and prior to the Supreme Court's administrative stay.

47. Without immediate action, Wisconsin DHS will likely exceed its LOC on Monday, November 10.

48. USDA has threatened cancellation of the Federal share of State administrative costs if Wisconsin DHS is unable to "undo any steps taken to issue full SNAP benefits for November 2025." In the previous federal fiscal year, the annual federal share of State administrative costs for Wisconsin was approximately $89.5 million.

49. USDA has further threatened "holding States liable for any overissuances that result from the noncompliance." For Wisconsin, the difference between partial benefits and full benefits for November SNAP benefits is approximately $50 million.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November, 2025, in Fond du Lac, Wisconsin.

*[signature]*

William E. Hanna
Medicaid Director
Wisconsin Department of Health Services

