# EXHIBIT 9

**DECLARATION OF DAVID KNEZEK**

I, **DAVID KNEZEK**, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Michigan. I am over the age of 18 and understand the obligations of an oath.

2. I am the Chief Operating Officer at the Michigan Department of Health and Human Services (MDHHS). MDHHS is responsible for providing services and administering programs to improve the health, safety, and prosperity of the residents of the State of Michigan. In my role as Chief Operating Officer, I maintain oversight of all units within MDHHS and directly oversee the Economic Stability Administration (ESA).

3. MDHHS administers Supplemental Nutrition Assistance Program (SNAP) in Michigan. ESA is responsible for SNAP administration.

4. I make this declaration based on personal knowledge and on my review of information, consultation with MDHHS staff, and records gathered by agency staff.

5. This declaration supplements the information provided in the Declaration of Elizabeth Hertel, dated October 27, 2025 (Doc. # 7-29), and provides updated information about issuance of SNAP benefits in Michigan since October 27, 2025.

6. As a result of the United States Department of Agriculture Food and Nutrition Service's (USDA-FNS) suspension of SNAP benefits nationwide on October 24, 2025, MDHHS did not transmit an issuance data file to its SNAP vendor, Fidelity National Information Services (FIS), on October 31, 2025, as scheduled.

7. On November 6, 2025, MDHHS became aware that the U.S. District Court for the District of Rhode Island issued a temporary restraining order, ordering the federal government, in pertinent part, "to make full payments of November SNAP benefits to the states by Friday, November 7, 2025," in the case of *Rhode Island State Council of Churches, et al. v. Rollins, et al.*, C.A. No. 25-cv-569-JJM-AEM.

8. As a result of this temporary restraining order, MDHHS sent its issuance files for full SNAP November benefits to FIS on the evening of November 6, 2025. FIS processed the issuance file through the night of November 6, 2025, into the early morning of November 7, 2025.

9. Michigan issues SNAP benefits in 10 tranches throughout the month, with benefits available to groups of recipients on assigned dates throughout the month based on the last digit of their assigned ID number. For example, a separate group of recipients receive SNAP benefits on the EBT cards on the 3rd, 5th, 7th, 9th, 11th, 13th, 15th, 17, 19th and 21st of each month.

10. Accordingly, when the November issuance file was processed by FIS through the night of November 6, 2025, into the early morning of November 7, 2025, full November benefits were loaded onto Michigan recipients' EBT cards, who were scheduled to receive benefits on November 3rd, 5th, and 7th. Approximately 208,244 households in Michigan received full benefits, totaling $73,756,409.

11. MDHHS took this prompt action to issue full benefits in reliance on the Rhode Island temporary restraining order because of the urgent need for SNAP recipients to access benefits needed to purchase food for their households.

12. On the morning of November 7, 2025, USDA sought a stay of the temporary restraining order from the First Circuit, and later from the U.S. Supreme Court. Despite these

appellate efforts, at 12:41p.m. ET on November 7, 2025, MDHHS received a memo from FNS stating:

> FNS is working towards implementing November 2025 full benefit issuances in compliance with the November 6, 2025, order from the District Court of Rhode Island. Later today, FNS will complete the processes necessary to make funds available to support your subsequent transmittal of full issuance files to your EBT processor.
>
> We will keep you as up to date as possible on any future developments and appreciate your continued partnership to serve program beneficiaries across the country. State agencies with questions should contact their FNS Regional Office representative.

13. Around 9:30p.m., MDHHS became aware that the U.S. Supreme Court had issued an administrative stay of the District of Rhode Island's temporary restraining order directing payment of full benefits. MDHHS did not receive any communication from USDA-FNS on November 7, 2025, following the U.S. Supreme Court's issuance of the administrative stay.

14. Within approximately an hour of the U.S. Supreme Court's decision, MDHHS directed FIS to hold issuance of further SNAP benefits in Michigan. FIS advised that it would comply and not issue further benefits until otherwise directed. Accordingly, recipients who would typically receive benefits today, November 9, 2025, have not had November benefits loaded onto their EBT cards.

15. In the late evening of November 8, 2025, FNS sent a memo to MDHHS, which states in relevant part:

> This memorandum is a follow up to the guidance shared on October 10, October 24, November 4, November 5, and November 7, 2025, regarding Supplemental Nutrition Assistance Program (SNAP) benefits for November 2025.
>
> The U.S. Supreme Court granted the U.S. Department of Agriculture an administrative stay of the orders issued by the District Court of Rhode Island in *Rhode Island State Council of Churches, et al. v. Rollins*, 25-cv-569. Pending any explicit direction to the contrary from Food and Nutrition Service (FNS),

3

> States must not transmit full benefit issuance files to EBT processors. Instead, States must continue to process and load the partial issuance files that reflect the 35 percent reduction of maximum allotments detailed in the November 5 guidance.
>
> To the extent States sent full SNAP payment files for November 2025, this was unauthorized. Accordingly, States must immediately undo any steps taken to issue full SNAP benefits for November 2025. Please advise the appropriate FNS Regional Office representative of steps taken to correct any actions taken that do not comply with this memorandum.
>
> Per 7 CFR 271.7(h), failure to comply with this memorandum may result in USDA taking various actions, including cancellation of the Federal share of State administrative costs and holding States liable for any overissuances that result from the noncompliance.

16. MDHHS cannot "undo" the full benefits issued to approximately 200,000 households on November 6th and 7th. Those benefits are on the recipient's EBT card and, in many instances, have already been spent.

17. MDHHS's eligibility system does not have the ability in real-time to correct the issuance amounts once benefits have been authorized and sent to FIS. Rather, the only method to collect issued benefits would be through future overissuance procedures requiring timely and resource intensive administrative oversight. Recipients that have spent the benefits and who would be subject to overissuance would be considerably penalized for multiple future months via a benefit reduction to address the purported overissuance.

18. Attempts to amend the issuance amounts would create considerable risk of introducing payment errors and increasing the payment error rate—a notable risk given the increased penalties to states based on error rates in recent legislation.

19. Moreover, efforts to institute over 200,000 recoupment procedures for purported overissuances would be unduly burdensome to MDHHS and cost untold amounts of administrative funding.

20. Recoupment efforts would also erode the trust between MDHHS and its residents built over many years and through the dedication of significant resources. And pursuing overpayments through repayment plans or reduction of future month benefits will further strain the ability of already low-income households to purchase food for their families, children, people with disabilities, veterans, and the elderly.

21. If the USDA-FNS enforced its threat to withhold state administrative funds, MDHHS could face a loss of up to $145,000,000, the total annual federal funding received for state administration of the SNAP program. Without these federal funds, Michigan would face significant difficulty administering SNAP for Michigan residents, risking the loss of SNAP for Michigan residents and increased food insecurity.

22. Moreover, if USDA-FNS enforces its threat to "hold[] States liable for any overissuances" due to the payment of full benefits in November, MDHHS does not have available funding to cover $73M in SNAP benefits. MDHHS would be forced to layoff staff and coordinate with the Michigan Legislature to transfer funding from other programs designed to assist Michigan residents for which there exist no contingency funds. In doing so, the health and welfare of over ten million Michigan residents who rely on MDHHS for critical services like child welfare supports, lead abatement, behavioral health services, and crime victims services would be jeopardized.

23. Finally, MDHHS is attempting to move towards partial benefits for the remaining households in Michigan that have not yet received SNAP benefits for the month of November. However, transitioning to partial benefits imposes significant administrative burden and will take time to effectuate; especially as, in tandem, MDHHS staff are working to implement Able-Bodied Adults Without Dependent (ABAWD/TLFA) work requirements as FNS prematurely

5

expired this waiver effective November 2, 2025. Moreover, if MDHHS is able to transition to the partial benefits based on the 65% allotment tables provided by USDA-FNS on November 5, 2025, MDHHS anticipates upward of 26,000 Michigan SNAP households will receive zero benefits due USDA-FNS's decision to forgo an across-the-board percentage decrease in benefits. Accordingly, if MDHHS is able to issue partial benefits as directed by USDA-FNS, MDHHS expects eligible households to remain without benefits and therefore food; significant confusion among recipients and therefore a substantial increase in recipient inquiries and administrative costs associated with fielding these inquiries; and a further loss of trust among recipients given continued uncertainty about the availability of benefits.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November, 2025, in Lansing, Michigan.

*/s/ David M. Knezek Jr.*

_____
David Knezek
Chief Operating Officer
Michigan Department of Health and Human Services