IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; et al., <br><br> Defendants. | Case No. 1:25-cv-13165 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL FACTS**

Plaintiffs write to update the Court of developments related to this Court's rulings on Plaintiffs' November 9 further motion for temporary restraining order (TRO) (Doc. Nos. 80-82); November 6 amended TRO motion (Doc. No. 68); and October 28 TRO motion (Doc. Nos. 3, 4, 7, 9). Plaintiffs' November 9 TRO motion requested a "temporary restraining order enjoining the November 8, 2025, directive, including any actions to implement or enforce that directive or actions to penalize Plaintiffs from not complying with that directive." Doc. No. 81 at 18. The Court at approximately 8am this morning issued an order staying the November 8 directive. Doc. No. 83.

Despite the Court's Order, extended after this afternoon's hearing, several Plaintiffs have now learned from their SNAP/EBT processing vendors that USDA's Food and Nutrition Service (FNS) has refused to extend their state-specific lines of credit upon which their SNAP/EBT processing vendors draw to reimburse retailers for beneficiaries' purchases. In some Plaintiff States, it appears that federal funding has been shut off completely as the result of FNS's refusal to certify or acknowledge issuance files sent by certain Plaintiffs to their SNAP/EBT processing vendors when the issuance files contain full November benefits. Based on information currently

available to these States, USDA is refusing to make credit available—even at the partial benefits levels funded solely by the contingency fund, not by Section 32 funds—to several States that submitted full benefit issuance files. *See* Ex. A (Nov. 10, 2025 email correspondence from counsel). As a result, some Plaintiffs' SNAP/EBT vendors are unable to draw down funds to reimburse retailers for purchases made by SNAP recipients, even when spending on EBT cards in those States has not yet reached the contingency fund amount allocated to them.

These events became known to Plaintiffs today—after the Court's initial order this morning granting Plaintiffs' temporary relief. While Plaintiffs are still gathering the relevant facts, New Jersey, for example, has confirmed that its SNAP/EBT processing vendor was not previously aware that USDA would be shutting off lines of credit. Nor did Plaintiffs or their vendors have any reason to anticipate FNS's abrupt action, given that Defendants' pending stay application before the Supreme Court did not question that USDA would make the full amount of the contingency funds available to the States. Indeed, at today's hearing on Plaintiffs' TRO motion, Defendants made clear that while they are appealing both orders entered by the Rhode Island District Court, they are *not* challenging the portion of those orders requiring them to use the full amount of the contingency funds to facilitate at least partial benefit payments.

Earlier this evening, Plaintiffs contacted the Department of Justice (DOJ) to notify them of these developments. *See* Ex. A. DOJ's response appears to confirm that, to access any funding for November, many States would need to comply with the November 8 USDA guidance that this Court already stayed. *Id.* ("The issue here is that the relevant States with issues have submitted using the Maximum Allotment of 100% rather than using the 65% Maximum Allotment tables per the guidance and the system rejected the 100% since there are insufficient funds apportioned for that purpose. To get the letter of credit to cover the amount of issuance at the 65% Maximum Allotment level, the State should submit files consistent with that guidance."). In other words, in

order to have even partial benefit levels funded solely by the contingency fund, USDA's systems are now effectively forcing the affected Plaintiffs to "undo" steps they took to provide full benefits to SNAP recipients in their States—exactly what this Court has temporarily barred Defendants from doing.

The consequences of USDA's actions are dire. At least for New Jersey, its SNAP/EBT processing vendor has advised that, in the absence of authorization from FNS or other sources of funding or actions by the Plaintiffs to comply with the November 8 guidance—the same guidance this Court has enjoined—the vendor will need to shut off benefit cards entirely because there are simply no funds remaining. That would cause irreparable harm to the effected States and grievously damage the health and safety of millions of their residents, as detailed extensively in prior briefing. Moreover, as indicated in prior submissions, many Plaintiffs cannot feasibly cancel full-benefit issuance files and resubmit partial benefit files—and certainly not in a timeframe that would solve the new crisis the USDA has arbitrarily and unnecessarily created.

Plaintiffs' position remains that USDA must fund full November benefits for SNAP. But there is absolutely no justification for denying some Plaintiffs access to their full share of the contingency funds—which the Defendants assured the Court this afternoon that it was not contesting—or for directing these actions solely at several of the Plaintiffs who are most in need of the relief the Court ordered this morning.

Plaintiffs respectfully submit that the Court's written order memorializing its TRO ruling expressly direct Defendants to immediately restore and extend funding lines of credit based on contingency fund levels even as rulings on full benefit funding remain stayed. And should it become necessary, Plaintiffs are also willing to file a formal motion to enforce the TRO if directed by the Court. But given the dire emergency facing the affected Plaintiffs, Plaintiffs are constrained to bring this to the Court's attention as soon as possible. Plaintiffs are available for a conference

at the Court's convenience.

Dated: November 10, 2025

Respectfully submitted,

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Michelle Pascucci*
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

ROB BONTA
Attorney General of California
PAUL STEIN*
Supervising Deputy Attorney General

*/s/ Maria F. Buxton*
MARIA F. BUXTON*
CHRISTOPHER KISSEL*
LIAM O'CONNOR*
RYAN EASON*
SEBASTIAN BRADY*
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KEITH ELLISON
Attorney General of Minnesota

*/s/ Joseph R. Richie*
JOSEPH R. RICHIE*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

KRISTIN MAYES
Attorney General of Arizona

*/s/ Luci D. Davis*
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>*/s/ Tanja E. Wheeler*<br>TANJA E. WHEELER*<br>Associate Chief Deputy Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>Tanja.wheeler@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>*/s/ Patricia E. McCooey*<br>PATRICIA E. MCCOOEY*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Patricia.McCooey@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Ian R. Liston*<br>IAN R. LISTON*<br>Director of Impact Litigation<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>ROSE E. GIBSON*<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>*/s/ Nicole S. Hill*<br>NICOLE S. HILL*<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>Nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* |
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br><br>*/s/ Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* | KWAME RAOUL<br>Attorney General of Illinois<br><br>*/s/ Harpreet K. Khera*<br>HARPREET K. KHERA*<br>Bureau Chief, Special Litigation<br>ALICE L. RIECHERS*<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>Harpreet.Khera@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |

LAURA KELLY, in her official capacity as
Governor of the State of Kansas

*/s/ Justin Whitten*
JUSTIN WHITTEN*
General Counsel
ASHLEY STITES-HUBBARD*
Deputy Chief Counsel
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov
*Counsel for Governor Laura Kelly*

OFFICE OF THE GOVERNOR *ex rel.* Andy
Beshear, in his official capacity as
Governor of the Commonwealth of
Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO*
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for Plaintiff Kentucky Governors'
Office*

AARON M. FREY
Attorney General of Maine

*/s/ Brendan Kreckel*
BRENDAN KRECKEL*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.: 207-626-8800
Fax: 207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
DANIEL PING*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Attorneys for Plaintiff State of Michigan*

MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ *Kashif T. Chand*
KASHIF T. CHAND (NJ BAR NO. 016752008)*
Assistant Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

LETITIA JAMES
Attorney General of New York

*/s/ Molly Thomas-Jensen*
MOLLY THOMAS-JENSEN*
Special Counsel
MARK LADOV*
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

AARON D. FORD
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

RAÚL TORREZ
Attorney General of the State of New Mexico

*/s/ Anjana Samant*
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Attorneys for the State of New Mexico*

JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

*/s/ Adrian Dellinger*
ADRIAN DELLINGER*
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
*Counsel for State of North Carolina*

Case 1:25-cv-13165-IT    Document 91    Filed 11/10/25    Page 8 of 10

DAN RAYFIELD
Attorney General of Oregon

By: */s/ Leanne Hartmann*
LEANNE HARTMANN, Mass. BBO #667852
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Email: Leanne.Hartmann@doj.oregon.gov
*Attorneys for Plaintiff Oregon*

JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

*/s/ Jacob B. Boyer*
JACOB B. BOYER
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Counsel for Governor Josh Shapiro*

PETER F. NERONHA
Attorney General of Rhode Island

/S/ *Madeline R. Becker*
MADELINE R. BECKER (RI BAR NO. 10034)*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
william.mcginty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

\* *pro hac vice forthcoming*

CHARITY R. CLARK
Attorney General for the State of Vermont

*/s/ Ryan P. Kane*
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      /s/ *Michelle Pascucci*
                                                      Michelle Pascucci