# EXHIBIT A

| From: | Altabet, Jason K (CIV) |
|---|---|
| To: | Maria Buxton |
| Cc: | Thomson, Cassandra (AGO); Sebastian Brady; Davis, Luci; Pascucci, Michelle (AGO); George, Abraham (USAMA); Farquhar, Rayford (USAMA); Becker, Tyler (CIV) |
| Subject: | RE: Commonwealth of Mass. et al. v. USDA et al. - Request for Information |
| Date: | Monday, November 10, 2025 9:54:39 PM |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good evening,

Thank you very much. As best as we can tell the issue here is that the relevant States with issues have submitted for 100% rather than 65% and the system rejected the 100% since there are insufficient funds apportioned for that purpose. To get the letter of credit to 65% the State needs to submit a 65% to the system. This <u>does not affect the benefits on the card</u>. This affects the letter of credit for the State.

As best as we can tell, for example, Washington resubmitted at 65% in the last few hours and now has the 65% on their letter of credit.

Best,
Jason

Jason Altabet
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Office: (202) 305-0727
Mobile: (202) 598-7395

**From:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Sent:** Monday, November 10, 2025 9:05 PM
**To:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Cc:** Thomson, Cassandra (AGO) <Cassandra.Thomson@mass.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Davis, Luci <luci.davis@azag.gov>; Pascucci, Michelle (AGO) <Michelle.Pascucci@mass.gov>; George, Abraham (USAMA) <Abraham.George@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** [EXTERNAL] RE: Commonwealth of Mass. et al. v. USDA et al. - Request for Information

Thanks, Jason.

As to your first question, I believe communications have been going through the EBT vendors, so I don't have a contact at FNS to provide at the moment. To your second question, by EBT vendors, I mean FIS and Conduent, the vendors that process EBT cards. Lastly, my understanding is that this is affecting at least WA, OR, KS, CT, and NJ.

Maria

**From:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Sent:** Monday, November 10, 2025 5:18 PM
**To:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Cc:** Thomson, Cassandra (AGO) <Cassandra.Thomson@mass.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Davis, Luci <luci.davis@azag.gov>; Pascucci, Michelle (AGO) <Michelle.Pascucci@mass.gov>; George, Abraham (USAMA) <Abraham.George@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** RE: Commonwealth of Mass. et al. v. USDA et al. - Request for Information

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good evening,

I apologize I have been focused on the N.D. Cal. proceedings so I have not been tracking much of this matter today.

Looking into this now. While I do can you please let me know who at "FNS is rejecting reimbursement requests submitted by EBT vendors" or what communications you are referring to if you have that information? And when you say EBT vendors are you referring to processors, retailers, or some other group? Finally, if you know which States this is affecting that would be helpful.

Thank you,
Jason

Jason Altabet
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Office: (202) 305-0727

Mobile: (202) 598-7395

---

**From:** Maria Buxton <Maria.Buxton@doj.ca.gov>
**Sent:** Monday, November 10, 2025 7:48 PM
**To:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Cc:** Thomson, Cassandra (AGO) <Cassandra.Thomson@mass.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>; Davis, Luci <luci.davis@azag.gov>; Pascucci, Michelle (AGO) <Michelle.Pascucci@mass.gov>; George, Abraham (USAMA) <Abraham.George@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>
**Subject:** [EXTERNAL] Commonwealth of Mass. et al. v. USDA et al. - Request for Information
**Importance:** High

Jason,

Several Plaintiff States are facing an urgent block on our SNAP funds from USDA and need information immediately regarding USDA's compliance with the Court's order this morning regarding the November 8 guidance. Please confirm by 10pm this evening that these issues have been resolved.

We have heard from several Plaintiff States that FNS is rejecting reimbursement requests submitted by EBT vendors. This appears to be occurring only in states that transmitted full benefit issuance files for November. In other words, FNS is refusing to fund SNAP benefits even up to the contingency fund amount (roughly 65% of benefits) for some states in which full benefits were issued. Judge Talwani's order issued this morning, however, enjoined USDA's directive to states to "undo" the issuance of full benefits and prohibited USDA from penalizing those states as a result.

We are also aware that facts on the ground, and the orders from the courts, are rapidly changing. So, before we take any further action, please confirm what actions FNS is taking with respect to these benefit files, FNS's authority for taking those actions, and what FNS has done to cease and remedy those actions in light of Judge Talwani's order.

Thanks,
Maria

**Maria F. Buxton**
Deputy Attorney General
California Attorney General's Office | Government Law Section
455 Golden Gate Avenue, Suite 11000 | San Francisco, CA 94102 | Tel: 415-510-3873
maria.buxton@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.