IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 1:25-cv-13165 |

**DEFENDANTS' INTENT TO RESPOND TO PLAINTIFFS' NOTICE**

Defendants respectfully inform the Court that they plan to respond to Plaintiffs' notice as soon as possible and are presently preparing that filing. Defendants' response will fully explain that Defendants are not seeking that Plaintiffs "undo any steps taken to issue full SNAP benefits" and set out in more detail what Defendants' counsel attempted to explain in the late-night email exchange with Plaintiffs' counsel. More information will be forthcoming shortly.

Dated: November 11, 2025	Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

1

## CERTIFICATE OF SERVICE

On November 11, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Jason Altabet*

Trial Attorney