IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 1:25-cv-13165 |

**DEFENDANTS' UPDATE TO RESPONSE TO PLAINTIFFS' NOTICE**

i

Defendants respectfully submit the following update to paragraph 7 of Defendants' prior filing. Defendants have confirmed that, because the Federal Reserve and banking system are closed today, a payment cannot be delivered to a State agency recipient's account during the holiday. Even if the Department of Treasury accepted accounting and payment instructions from USDA today, no payment could be initiated or settled until tomorrow.

While Defendants note the States have been aware of the need to submit partial benefits files since last Monday, USDA has developed a solution for this issue given today's Federal bank holiday. If a State submits today, USDA will work with processors to directly inform them of the amount on a State's letter of credit. USDA has already begun reaching out to processors. If submitted today, payments will be processed tomorrow in the ordinary course. Defendants expect that this will suffice to ameliorate any difficulty caused by certain States not submitting the authorized 65 percent file before the closure for the Federal bank holiday.

Dated: November 11, 2025     Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

2

**CERTIFICATE OF SERVICE**

      On November 11, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                                        */s/ Jason Altabet*

                                        Trial Attorney