IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 1:25-cv-13165 |

**<u>DEFENDANTS' NOVEMBER 13 NOTICE</u>**

Earlier today, USDA issued guidance to all SNAP State Agencies. *Supplemental Nutrition Assistance Program (SNAP) Benefit Issuance and the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026*, https://www.fns.usda.gov/snap/benefit-issuance-nov13 (Nov. 13, 2025). Among other topics, the guidance reported that: "[f]ull fiscal year (FY) 26 federal funding is now available to cover benefit issuance, State administrative expenses, and Nutrition Assistance Program (NAP) grants in Puerto Rico, American Samoa, and the Commonwealth of the Northern Mariana Islands (CNMI), including for November 2025 benefits and expenses." *Id.* at 1.

With respect to November benefits, USDA directed that "State agencies must take immediate steps to ensure households receive their full November allotments promptly." *Id.*

In addition, the guidance stated that "[g]iven November's implementation challenges, FNS will not hold States accountable for application processing or recertification timeliness for November 2025." *Id.* at 2. Further, "FNS shall not pursue any additional penalties against State agencies, pursuant to 7 CFR 271.7(h), due to extraordinary circumstances." *Id.* at 1.

Defendants will confer with Plaintiffs in the coming days about appropriate next steps in this litigation.


Dated: November 13, 2025               Respectfully submitted,

                                       STANLEY WOODWARD, Jr.
                                       Associate Attorney General

                                       BRETT A. SHUMATE
                                       Assistant Attorney General

                                       YAAKOV M. ROTH
                                       Principal Deputy Assistant Attorney General

                                       TYLER BECKER
                                       Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

2

## CERTIFICATE OF SERVICE

On November 13, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Jason Altabet*
Trial Attorney

3