IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; et al., <br><br> Defendants. | Case No. 1:25-cv-13165 |

**JOINT STATUS REPORT**

1. Prior to and during the recent federal government lapse in appropriations, Defendant United States Department of Agriculture (USDA) issued guidance documents suspending the issuance of Supplemental Nutrition Assistance Program (SNAP) benefits for the month of November 2025. In response, Plaintiffs filed the present action and sought emergency relief from USDA's guidance that sought to suspend SNAP. *See* Doc. Nos. 1, 4, 68, 81, 91.

2. On November 12, 2025, the Court issued a temporary restraining order (TRO), staying "any enforcement of [USDA's] October 10, October 24, November 4, November 5, and November 8 Letters against the Plaintiffs as to partial payments made or withheld," Doc. No. 101 at 23, and staying "any enforcement of [USDA's] November 8 Letter against the Plaintiffs for taking steps to issue full benefits" "to the extent such steps were taken between the time the D.R.I. District Court issued its TROs on November 6, 2025, and the USDA issued its November 8, 2025 Letter." *id.* at 21, 24. Because the United States District Court for the District of Rhode Island had ordered Defendants to pay full SNAP benefits and because Defendants' request for a stay of that order was pending before the Supreme Court, the Court denied without prejudice "Plaintiffs' request that the

court order full payment of SNAP benefits." *Id.* at 23 (referring to then-pending stay application before the Supreme Court in *Rollins, et al. v. R.I. State Council of Churches, et al.*, No. 25A539).

3. Later that evening, Congress passed, and the President signed into law, legislation to end the government lapse in appropriations and to fully fund SNAP through the end of the fiscal year. *See* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, H.R. 5371, 119th Cong. div. B, tit. IV (enacted Nov. 12, 2025).

4. On November 13, 2025, the U.S. Solicitor General, on behalf of USDA and the other Defendants in *Rollins, et al. v. R.I. State Council of Churches, et al.*, No. 25A539, withdrew as moot their application for a stay of the district court order that had required them to pay full SNAP benefits.

5. That same day, November 13, 2025, USDA issued guidance to all SNAP State agencies stating that "[f]ull fiscal year (FY) 26 federal funding is now available to cover benefit issuance, . . . including for November 2025 benefits and expenses" and "State agencies must take immediate steps to ensure households receive their full November allotments promptly." Doc. No. 112. The November 13 guidance also states that "FNS shall not pursue any additional penalties against State agencies, pursuant to 7 CFR 271.7(h), due to extraordinary circumstances," and that "[g]iven November's implementation challenges, FNS will not hold States accountable for application processing or recertification timeliness for November 2025." The guidance notes that "FNS will issue subsequent guidance regarding the November quality control sample and case review process in light of the benefit reduction."

6. Also on November 13, 2025, Defendants also filed a Notice to the Court in this case alerting the Court to the November 13 guidance and further stating that "Defendants will confer with Plaintiffs in the coming days about appropriate next steps in this litigation." *Id.* at 1.

7. On November 19, 2025, the Parties met and conferred regarding next steps in this litigation. Plaintiffs raised the following issues: (1) whether USDA would agree not to penalize or otherwise retaliate against Plaintiffs for taking steps to facilitate the issuance of benefits during the federal lapse in appropriations; (2) whether USDA would agree not to enforce any penalties or other consequences for errors made in issuing benefits in November, given the changing guidance, and (3) whether USDA intends to reimburse those Plaintiffs that used state funding to provide SNAP benefits during the lapse under the Continuing Resolution, Pub. L. No. 119-37, Section 118.

8. During that meet and confer, counsel for Defendants reported that USDA intends to issue guidance to states in the next several weeks, but as USDA is presently deliberating, could not provide further details at that time. The Parties acknowledge that USDA will issue forthcoming guidance that could bear on the issues identified by Plaintiffs and Plaintiffs' interest in seeking preliminary injunction briefing or other motion practice.

9. The Parties also agreed to extend the Court's TRO, Doc. 111, until the Court orders otherwise.

10. Given the forthcoming guidance from USDA and the Parties' agreement to extend the Court's TRO until the Court orders otherwise, the Parties request that the Court hold the present deadlines in this matter in abeyance pending that additional guidance, or until January 5, 2026, whichever occurs first.

11. The Parties will meet and confer and update the Court no later than five days after the USDA issues the relevant guidance.

Dated: November 25, 2025                    Respectfully submitted,

STANLEY WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005
*Attorneys for the United States*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Michelle R. Pascucci*
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Maria F. Buxton*
MARIA F. BUXTON
CHRISTOPHER KISSEL
LIAM O'CONNOR
RYAN EASON
SEBASTIAN BRADY
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KEITH ELLISON
Attorney General of Minnesota

*/s/ Joseph R. Richie*
JOSEPH R. RICHIE*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

KRISTIN MAYES
Attorney General of Arizona

*/s/ Luci D. Davis*
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Tanja E. Wheeler*
TANJA E. WHEELER*
Associate Chief Deputy Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Tanja.wheeler@coag.gov
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Patricia E. McCooey*
PATRICIA E. MCCOOEY*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Patricia.McCooey@ct.gov
*Attorneys for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
ROSE E. GIBSON*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Nicole S. Hill*
NICOLE S. HILL*
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
Nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br><br>/s/ Kalikoʻonālani D. Fernandes<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Harpreet K. Khera<br>HARPREET K. KHERA*<br>Bureau Chief, Special Litigation<br>ALICE L. RIECHERS*<br>Assistant Attorney General<br>115 S. LaSalle St., 35th Flr.<br>Chicago, Illinois 60603<br>(773) 590-7127<br>Harpreet.Khera@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |
| LAURA KELLY, in her official capacity as Governor of the State of Kansas<br><br>/s/ Justin Whitten<br>JUSTIN WHITTEN*<br>General Counsel<br>ASHLEY STITES-HUBBARD*<br>Deputy Chief Counsel<br>Office of the Kansas Governor<br>300 SW 10th Ave, Room 541-E<br>Topeka, KS 66612<br>(785) 296-3930<br>Justin.h.whitten@ks.gov<br>Ashley.stiteshubbard@ks.gov<br>*Counsel for Governor Laura Kelly* | OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky<br><br>/s/ S. Travis Mayo<br>S. TRAVIS MAYO*<br>General Counsel<br>TAYLOR PAYNE<br>Chief Deputy General Counsel<br>LAURA C. TIPTON<br>Deputy General Counsel<br>Office of the Governor<br>501 High Street<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br>*Attorneys for Plaintiff Kentucky Governors' Office* |
| AARON M. FREY<br>Attorney General of Maine<br><br>/s/ Brendan Kreckel<br>BRENDAN KRECKEL*<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 0433-0006<br>Tel.: 207-626-8800<br>Fax: 207-287-3145<br>brendan.kreckel@maine.gov | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ James C. Luh<br>JAMES C. LUH*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* |

*Attorneys for Plaintiff State of Maine*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
DANIEL PING*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Attorneys for Plaintiff State of Michigan*

MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ *Kashif T. Chand*
KASHIF T. CHAND (NJ BAR NO. 016752008)*
Assistant Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

LETITIA JAMES
Attorney General of New York

*/s/ Molly Thomas-Jensen*
MOLLY THOMAS-JENSEN*
Special Counsel
MARK LADOV*
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
*Attorneys for Plaintiff State of New York*

AARON D. FORD
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

RAÚL TORREZ
Attorney General of the State of New Mexico

*/s/ Anjana Samant*
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Attorneys for the State of New Mexico*

JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

*/s/ Adrian Dellinger*
ADRIAN DELLINGER*
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
*Counsel for State of North Carolina*

| | |
|---|---|
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>By: */s/ Leanne Hartmann*<br>　　LEANNE HARTMANN, Mass. BBO<br>　　#667852<br>　　Senior Assistant Attorney General<br>　　Oregon Department of Justice<br>　　100 SW Market Street<br>　　Portland, OR 97201<br>　　Tel (971) 673-1880<br>　　Fax (971) 673-5000<br>　　Email:<br>　　Leanne.Hartmann@doj.oregon.gov<br>*Attorneys for Plaintiff Oregon* | JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>JENNIFER SELBER<br>General Counsel<br><br>*/s/ Jacob B. Boyer*<br>JACOB B. BOYER<br>Deputy General Counsel<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br>*Counsel for Governor Josh Shapiro* |
| PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/S/ *Madeline R. Becker*<br>MADELINE R. BECKER (RI BAR NO. 10034)*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>*/s/ William McGinty*<br>WILLIAM MCGINTY, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>*/s/ Faye B. Hipsman*<br>FAYE B. HIPSMAN*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-9487<br>faye.hipsman@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin*<br><br>*\* pro hac vice forthcoming* | CHARITY R. CLARK<br>Attorney General for the State of Vermont<br><br>*/s/ Ryan P. Kane*<br>RYAN P. KANE<br>Deputy Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ *Rauvin A. Johl*
                                        Rauvin A. Johl