IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>                          Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; et al.,<br><br>                          Defendants. | Case No. 1:25-cv-13165 |

**JOINT STATUS REPORT**

1. Prior to and during the recent federal government lapse in appropriations, Defendant United States Department of Agriculture (USDA) issued guidance documents suspending the issuance of Supplemental Nutrition Assistance Program (SNAP) benefits for the month of November 2025. In response, Plaintiffs filed the present action and sought emergency relief from USDA's guidance that sought to suspend SNAP. *See* Doc. Nos. 1, 4, 68, 81, 91.

2. On November 12, 2025, the Court issued a temporary restraining order (TRO), staying "any enforcement of [USDA's] October 10, October 24, November 4, November 5, and November 8 Letters against the Plaintiffs as to partial payments made or withheld," Doc. No. 101 at 23, and staying "any enforcement of [USDA's] November 8 Letter against the Plaintiffs for taking steps to issue full benefits" "to the extent such steps were taken between the time the D.R.I. District Court issued its TROs on November 6, 2025, and the USDA issued its November 8, 2025 Letter." *id.* at 21, 24. Because the United States District Court for the District of Rhode Island had ordered Defendants to pay full SNAP benefits and because Defendants' request for a stay of that order was pending before the Supreme Court, the Court denied without prejudice "Plaintiffs' request that the

court order full payment of SNAP benefits." *Id.* at 23 (referring to then-pending stay application before the Supreme Court in *Rollins, et al. v. R.I. State Council of Churches, et al.*, No. 25A539).

3. Later that evening, Congress passed, and the President signed into law, legislation to end the government lapse in appropriations and to fully fund SNAP through the end of the fiscal year. *See* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, H.R. 5371, 119th Cong. div. B, tit. IV (enacted Nov. 12, 2025).

4. That same day, November 13, 2025, USDA issued guidance to all SNAP State agencies stating that "[f]ull fiscal year (FY) 26 federal funding is now available to cover benefit issuance, . . . including for November 2025 benefits and expenses" and "State agencies must take immediate steps to ensure households receive their full November allotments promptly." Doc. No. 112. The November 13 guidance also states that "FNS shall not pursue any additional penalties against State agencies, pursuant to 7 CFR 271.7(h), due to extraordinary circumstances," and that "[g]iven November's implementation challenges, FNS will not hold States accountable for application processing or recertification timeliness for November 2025." The guidance notes that "FNS will issue subsequent guidance regarding the November quality control sample and case review process in light of the benefit reduction."

5. On November 19, 2025, the Parties met and conferred regarding next steps in this litigation. During that meet and confer, counsel for Defendants reported that USDA intended to issue guidance to states that could bear on the issues identified by Plaintiffs and Plaintiffs' interest in seeking preliminary injunction briefing or other motion practice. The Parties also agreed to extend the Court's TRO, Doc. 111, until the Court orders otherwise.

6. As a result, the Court issued an order maintaining the present TRO absent further order of the Court and holding deadlines in abeyance until January 5, 2026, Doc No. 114. The Parties filed a further joint status report on January 22 and sought a continuation of the stay, Doc No. 116.

7. USDA released the anticipated guidance relevant to the Parties' prior conferral on February 27, 2026. Defendants provided the guidance to Plaintiffs on March 2. On March 6, following their evaluation, Plaintiffs asked if Defendants would be available for a call the week of March 9 to discuss the guidance and any anticipated next steps. On March 9, the Court issued an order directing the Parties to confer promptly and file a further status report. Doc No. 119. On March 10, the Parties met and discussed the substance of the guidance.

8. The Parties are presently discussing what, if any, further guidance or agreement might satisfy Plaintiffs such that this case can be dismissed. The Parties request that the Court maintain a stay of this case through March 31, 2026, while the Parties continue to discuss. The Parties further request that the Court order the filing of a joint status report on or before March 31 to update the Court on the Parties' progress.

Dated: March 12, 2026                                    Respectfully submitted,


                                                             BRETT A. SHUMATE
                                                             Assistant Attorney General

                                                              YAAKOV M. ROTH
                                                             Principal Deputy Assistant Attorney General

                                                             TYLER BECKER
                                                             Counsel to the Assistant Attorney General

                                                             JOSEPH E. BORSON
                                                             Assistant Branch Director
                                                             Federal Programs Branch

/s/ Jason Altabet
JASON ALTABET (Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Michelle Pascucci
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

/s/ Liam E. O'Connor
LIAM E. O'CONNOR
MARIA F. BUXTON
CHRISTOPHER KISSEL
RYAN EASON
SEBASTIAN BRADY
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

KEITH ELLISON
Attorney General of Minnesota

/s/ Joseph R. Richie
JOSEPH R. RICHIE
Special Counsel

KRISTIN MAYES
Attorney General of Arizona

/s/ Luci D. Davis
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General

| | |
|---|---|
| 445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* | HAYLEIGH S. CRAWFORD (AZ NO. 032326)*<br>Deputy Solicitor General<br>LUCI D. DAVIS (AZ NO. 035347)*<br>Senior Litigation Counsel<br>2005 N. Central Ave. Phoenix, AZ 85004<br>(602) 542-3333<br>Joshua.Bendor@azag.gov<br>Hayleigh.Crawford@azag.gov<br>Luci.Davis@azag.gov<br>ACL@azag.gov<br>*Attorneys for Plaintiff State of Arizona* |

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Tanja E. Wheeler*
TANJA E. WHEELER
Associate Chief Deputy Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Tanja.wheeler@coag.gov
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Patricia E. McCooey*
PATRICIA E. MCCOOEY
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Patricia.McCooey@ct.gov
*Attorneys for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
ROSE E. GIBSON*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Nicole S. Hill*
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
Nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

ANNE E. LOPEZ

KWAME RAOUL

| | |
|---|---|
| Attorney General of Hawaiʻi | Attorney General of Illinois |
| /s/ *Kalikoʻonālani D. Fernandes* | /s/ *Harpreet K. Khera* |
| DAVID D. DAY* | HARPREET K. KHERA |
| Special Assistant to the Attorney General | Bureau Chief, Special Litigation |
| KALIKOʻONĀLANI D. FERNANDES* | ALICE L. RIECHERS |
| Solicitor General | Assistant Attorney General |
| 425 Queen Street | 115 S. LaSalle St., 35th Flr. |
| Honolulu, HI 96813 | Chicago, Illinois 60603 |
| (808) 586-1360 | (773) 590-7127 |
| kaliko.d.fernandes@hawaii.gov | Harpreet.Khera@ilag.gov |
| *Attorneys for Plaintiff State of Hawaiʻi* | *Attorneys for Plaintiff State of Illinois* |

| | |
|---|---|
| LAURA KELLY, in her official capacity as Governor of the State of Kansas<br><br>/s/ Justin Whitten<br>JUSTIN WHITTEN*<br>General Counsel<br>ASHLEY STITES-HUBBARD*<br>Deputy Chief Counsel<br>Office of the Kansas Governor<br>300 SW 10th Ave, Room 541-E<br>Topeka, KS 66612<br>(785) 296-3930<br>Justin.h.whitten@ks.gov<br>Ashley.stiteshubbard@ks.gov<br>*Counsel for Governor Laura Kelly* | OFFICE OF THE GOVERNOR *ex rel*. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky<br><br>/s/ S. Travis Mayo<br>S. TRAVIS MAYO<br>General Counsel<br>TAYLOR PAYNE<br>Chief Deputy General Counsel<br>LAURA C. TIPTON<br>Deputy General Counsel<br>Office of the Governor<br>501 High Street<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br>*Attorneys for Plaintiff Kentucky Governors' Office* |
| AARON M. FREY<br>Attorney General of Maine<br><br>/s/ Brendan Kreckel<br>BRENDAN KRECKEL<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 0433-0006<br>Tel.:  207-626-8800<br>Fax:  207-287-3145<br>brendan.kreckel@maine.gov<br>*Attorneys for Plaintiff State of Maine* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ James C. Luh<br>JAMES C. LUH<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* |

| | |
|---|---|
| DANA NESSEL<br>Attorney General of Michigan<br><br>/s/ Neil Giovanatti<br>NEIL GIOVANATTI<br>DANIEL PING<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>PingD@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | AARON D. FORD<br>Attorney General of Nevada<br><br>/s/ K. Brunetti Ireland<br>K. BRUNETTI IRELAND*<br>Chief of Special Litigation<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>kireland@ag.nv.gov<br>*Attorneys for Plaintiff State of Nevada* |
| JENNIFER DAVENPORT<br>Attorney General of New Jersey<br><br>/s/ Kashif T. Chand<br>KASHIF T. CHAND (NJ BAR NO. 016752008)<br>Assistant Attorney General<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* | RAÚL TORREZ<br>Attorney General of the State of New Mexico<br><br>/s/ Anjana Samant<br>ANJANA SAMANT*<br>Deputy Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>505-270-4332<br>asamant@nmdoj.gov<br>*Attorneys for the State of New Mexico* |
| LETITIA JAMES<br>Attorney General of New York<br><br>/s/ Molly Thomas-Jensen<br>MOLLY THOMAS-JENSEN<br>Special Counsel<br>MARK LADOV<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8240<br>molly.thomas-jensen@ag.ny.gov<br>Mark.ladov@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | JEFF JACKSON<br>Attorney General of North Carolina<br><br>LAURA HOWARD<br>Chief Deputy Attorney General<br><br>/s/ Adrian Dellinger<br>ADRIAN DELLINGER<br>Assistant Attorney General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>(919) 716-6813<br>ADellinger@ncdoj.gov<br>*Counsel for State of North Carolina* |

| | |
|---|---|
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>By: /s/ Leanne Hartmann<br>    LEANNE HARTMANN, Mass. BBO<br>    #667852<br>    Senior Assistant Attorney General<br>    Oregon Department of Justice<br>    100 SW Market Street<br>    Portland, OR 97201<br>    Tel (971) 673-1880<br>    Fax (971) 673-5000<br>    Email:<br>    Leanne.Hartmann@doj.oregon.gov<br>*Attorneys for Plaintiff Oregon* | JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>JENNIFER SELBER<br>General Counsel<br><br>/s/ Jacob B. Boyer<br>JACOB B. BOYER<br>Deputy General Counsel<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br>*Counsel for Governor Josh Shapiro* |
| PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ Madeline R. Becker<br>MADELINE R. BECKER (RI BAR NO. 10034)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2151<br>mbecker@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>/s/ William McGinty<br>WILLIAM MCGINTY, WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>william.mcginty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>/s/ Faye B. Hipsman<br>FAYE B. HIPSMAN<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-9487<br>faye.hipsman@wisdoj.gov<br>*Attorneys for Plaintiff State of Wisconsin*<br><br>*\* pro hac vice forthcoming* | CHARITY R. CLARK<br>Attorney General for the State of Vermont<br><br>/s/ Ryan P. Kane<br>RYAN P. KANE<br>Deputy Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* |