IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr><td>COMMONWEALTH OF<br>MASSACHUSETTS; et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE; et al.,<br><br>          Defendants.</td><td>Case No. 1:25-cv-13165</td></tr>
</table>

## JOINT STATUS REPORT

1. Prior to and during the October to November 2025 federal government lapse in appropriations, Defendant United States Department of Agriculture (USDA) issued guidance documents suspending the issuance of Supplemental Nutrition Assistance Program (SNAP) benefits for the month of November 2025.  In response, Plaintiffs filed the present action and sought emergency relief from USDA's guidance that sought to suspend SNAP. *See* Doc. Nos. 1, 4, 68, 81, 91.

2. On November 12, 2025, the Court issued a temporary restraining order (TRO), staying "any enforcement of [USDA's] October 10, October 24, November 4, November 5, and November 8 Letters against the Plaintiffs as to partial payments made or withheld," Doc. No. 101 at 23, and staying "any enforcement of [USDA's] November 8 Letter against the Plaintiffs for taking steps to issue full benefits" "to the extent such steps were taken between the time the D.R.I. District Court issued its TROs on November 6, 2025, and the USDA issued its November 8, 2025 Letter." *id.* at 21, 24.  Because the United States District Court for the District of Rhode Island had ordered Defendants to pay full SNAP benefits and because Defendants' request for a stay of that order was

pending before the Supreme Court, the Court denied without prejudice "Plaintiffs' request that the court order full payment of SNAP benefits." *Id.* at 23 (referring to then-pending stay application before the Supreme Court in *Rollins, et al. v. R.I. State Council of Churches, et al.*, No. 25A539).

3.  Later that evening, Congress passed, and the President signed into law, legislation to end the government lapse in appropriations and to fully fund SNAP through the end of the fiscal year. *See* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, H.R. 5371, 119th Cong. div. B, tit. IV (enacted Nov. 12, 2025).

4.  That same day, November 13, 2025, USDA issued guidance to all SNAP State agencies stating that "[f]ull fiscal year (FY) 26 federal funding is now available to cover benefit issuance, . . . including for November 2025 benefits and expenses" and "State agencies must take immediate steps to ensure households receive their full November allotments promptly." Doc. No. 112.  The November 13 guidance also states that "FNS shall not pursue any additional penalties against State agencies, pursuant to 7 CFR 271.7(h), due to extraordinary circumstances," and that "[g]iven November's implementation challenges, FNS will not hold States accountable for application processing or recertification timeliness for November 2025."  The guidance notes that "FNS will issue subsequent guidance regarding the November quality control sample and case review process in light of the benefit reduction."

5.  On November 19, 2025, the Parties met and conferred regarding next steps in this litigation. During that meet and confer, counsel for Defendants reported that USDA intended to issue guidance to states that could bear on the issues identified by Plaintiffs and Plaintiffs' interest in seeking preliminary injunction briefing or other motion practice.  The Parties also agreed to extend the Court's TRO, Doc. 111, until the Court orders otherwise.

2

6.    As a result, the Court issued an order maintaining the present TRO absent further order of the Court and holding deadlines in abeyance until January 5, 2026, Doc No. 114.  The Parties filed a further joint status report on January 22 and sought a continuation of the stay, Doc No. 116.

7.    USDA released the anticipated guidance relevant to the Parties' prior conferral on February 27, 2026.  Defendants provided the guidance to Plaintiffs on March 2.  On March 10, the Parties met and conferred to discuss the substance of the guidance. In particular, Plaintiffs requested that Defendants consider issuing further guidance or agreement that may allow for dismissal of the case.

8.    On March 26, 2026, the Defendants declined to issue new guidance.  At this time, Plaintiffs are considering whether to amend the complaint to address outstanding issues related to the issuance of benefits during the October to November 2025 federal government lapse in appropriations. Because Plaintiffs continue to conduct fact investigation of the impacts of the latest USDA guidance, the Parties agree that Plaintiffs will have until Wednesday, April 15, 2026, to determine whether to file an amended complaint. Should Plaintiffs decline to file an amended complaint, the Parties plan to enter a stipulation of dismissal and the Parties intend to negotiate the language of that stipulation.

9.    Should Plaintiffs decide to file an amended complaint, they will do so on or before Friday, May 1, 2026, at which point the Parties shall submit a negotiated schedule as to Defendants' response, or production of the Administrative Record and summary judgment briefing.

  Dated: March 31, 2026                                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*

JASON    ALTABET    (Md.    Bar    No.
2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Michelle Pascucci*
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney
General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
*Attorneys for Plaintiff Commonwealth of
Massachusetts*

ROB BONTA
 Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Liam E. O'Connor*
LIAM E. O'CONNOR
MARIA F. BUXTON
CHRISTOPHER KISSEL
RYAN EASON
SEBASTIAN BRADY
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

4

KEITH ELLISON
Attorney General of Minnesota

*/s/ Joseph R. Richie*
JOSEPH R. RICHIE
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

KRISTIN MAYES
Attorney General of Arizona

*/s/ Luci D. Davis*
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Tanja E. Wheeler*
TANJA E. WHEELER
Associate Chief Deputy Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Tanja.wheeler@coag.gov
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Patricia E. McCooey*
PATRICIA E. MCCOOEY
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Patricia.McCooey@ct.gov
*Attorneys for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
ROSE E. GIBSON*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Nicole S. Hill*
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
Nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

ANNE E. LOPEZ
Attorney General of Hawaiʻi

/s/ Kalikoʻonālani D. Fernandes
DAVID D. DAY*
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
Attorneys for Plaintiff State of Hawaiʻi


LAURA KELLY, in her official capacity as
Governor of the State of Kansas

/s/ Justin Whitten
JUSTIN WHITTEN*
General Counsel
ASHLEY STITES-HUBBARD*
Deputy Chief Counsel
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov
Counsel for Governor Laura Kelly

KWAME RAOUL
Attorney General of Illinois

/s/ Harpreet K. Khera
HARPREET K. KHERA
Bureau Chief, Special Litigation
ALICE L. RIECHERS
Assistant Attorney General
115 S. LaSalle St., 35th Flr.
Chicago, Illinois 60603
(773) 590-7127
Harpreet.Khera@ilag.gov
Attorneys for Plaintiff State of Illinois


OFFICE OF THE GOVERNOR ex rel. Andy
Beshear, in his official capacity as
Governor of the Commonwealth of
Kentucky

/s/ S. Travis Mayo
S. TRAVIS MAYO
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
Attorneys for Plaintiff Kentucky Governors'
Office

AARON M. FREY
Attorney General of Maine

*/s/ Brendan Kreckel*
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.:  207-626-8800
Fax:  207-287-3145
brendan.kreckel@maine.gov
*Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ James C. Luh*
JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI
DANIEL PING
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Attorneys for Plaintiff State of Michigan*

AARON D. FORD
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

JENNIFER DAVENPORT
Attorney General of New Jersey

/s/ *Kashif T. Chand*
KASHIF T. CHAND (NJ BAR NO. 016752008)
Assistant Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of the State of New Mexico

*/s/ Anjana Samant*
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Attorneys for the State of New Mexico*

LETITIA JAMES
Attorney General of New York

/s/ Molly Thomas-Jensen
MOLLY THOMAS-JENSEN
Special Counsel
MARK LADOV
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
Attorneys for Plaintiff State of New York


DAN RAYFIELD
Attorney General of Oregon

By: /s/ Leanne Hartmann
　　LEANNE HARTMANN, Mass. BBO
　　#667852
　　Senior Assistant Attorney General
　　Oregon Department of Justice
　　100 SW Market Street
　　Portland, OR 97201
　　Tel (971) 673-1880
　　Fax (971) 673-5000
　　Email:
　　　Leanne.Hartmann@doj.oregon.gov
Attorneys for Plaintiff Oregon


PETER F. NERONHA
Attorney General of Rhode Island

/s/ Madeline R. Becker
MADELINE R. BECKER (RI BAR NO. 10034)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
Attorneys for Plaintiff State of Rhode
Island

JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

/s/ Adrian Dellinger
ADRIAN DELLINGER
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
Counsel for State of North Carolina


JOSH SHAPIRO, in his official capacity as
Governor of the Commonwealth of
Pennsylvania

JENNIFER SELBER
General Counsel

/s/ Jacob B. Boyer
JACOB B. BOYER
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
Counsel for Governor Josh Shapiro


NICHOLAS W. BROWN
Attorney General of Washington

/s/ William McGinty
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
william.mcginty@atg.wa.gov
Attorneys for Plaintiff State of Washington

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

*\* pro hac vice forthcoming*

CHARITY R. CLARK
Attorney General for the State of Vermont

*/s/ Ryan P. Kane*
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Attorneys for Plaintiff State of Vermont*

9

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Michelle Pascucci*