IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS; et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; et al.,

Defendants.

Case No. 1:25-cv-13165-IT

## JOINT MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE AND [PROPOSED] ORDER

Defendants Brooke Rollins, in her official capacity as the United States Secretary of

Agriculture, the United States Department of Agriculture ("USDA"), Russell Vought in his official

capacity as Director of the U.S. Office of Management and Budget, the U.S. Office of Management

and Budget, and the United States of America (hereinafter, the "Defendants"), and Plaintiffs the

Commonwealth of Massachusetts, the State of California, the State of Arizona, the State of

Minnesota, the State of Connecticut, the State of Colorado, the State of Delaware, the District of

Columbia, the State of Hawaii, the State of Illinois, Laura Kelly in her Official Capacity as the

Governor of Kansas, the Office of the Governor *ex rel.* Andy Beshar in his Official Capacity as

Governor of the Commonwealth of Kentucky, the State of Maine, the State of Maryland, the State

of Michigan, the State of Nevada, the State of New Jersey, the State of New Mexico, the State of

New York, the State of North Carolina, the State of Oregon, Josh Shapiro in his official capacity

as Governor of the Commonwealth of Pennsylvania, the State of Rhode Island, the State of

Vermont, the State of Washington, and the State of Wisconsin (hereinafter, the "Plaintiffs," and

collectively with Defendants, the "Parties") hereby stipulate as follows:

1

WHEREAS, prior to and during the October to November 2025 federal government lapse in appropriations, USDA issued guidance documents suspending the issuance of November benefits under the Supplemental Nutrition Assistance Program ("SNAP");

WHEREAS, Plaintiffs filed the Complaint and Motion for a Temporary Restraining Order on October 28, 2025, seeking relief from USDA's guidance that sought to suspend the issuance of SNAP benefits (Doc. Nos. 1, 3);

WHEREAS, during the litigation, USDA disseminated guidance regarding the issuance of SNAP benefits on November 4, November 5, and November 8;

WHEREAS, on November 12, 2025, the Court issued a temporary restraining order ("TRO"), staying "any enforcement of [USDA's] October 10, October 24, November 4, November 5, and November 8 Letters against the Plaintiffs as to partial payments made or withheld," Doc. No. 101 at 23, and staying "any enforcement of [USDA's] November 8 Letter against the Plaintiffs for taking steps to issue full benefits" "to the extent such steps were taken between the time the D.R.I. District Court issued its TROs on November 6, 2025, and the USDA issued its November 8, 2025 Letter." *Id.* at 21, 24;

WHEREAS, on November 12, 2025, Congress passed, and the President signed into law, legislation to end the government lapse in appropriations and to fully fund SNAP through the end of the fiscal year. *See* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, H.R. 5371, 119th Cong. div. B, tit. IV (enacted Nov. 12, 2025);

WHEREAS, on November 13, 2025, USDA issued guidance to all SNAP State agencies stating that "[f]ull fiscal year (FY) 26 federal funding is now available to cover benefit issuance, . . . including for November 2025 benefits and expenses" and "State agencies must take

2

immediate steps to ensure households receive their full November allotments promptly." Doc. No. 112. The November 13 guidance also states that "FNS shall not pursue any additional penalties against State agencies, pursuant to 7 CFR 271.7(h), due to extraordinary circumstances," and that "[g]iven November's implementation challenges, FNS will not hold States accountable for application processing or recertification timeliness for November 2025";

WHEREAS, on November 26, 2025, the Court extended the November 12 TRO pending further order of the Court, pursuant to the Parties' agreement, Doc. No. 114;

WHEREAS, the Parties have agreed to dismiss this action without prejudice subject to the Parties' stipulation;

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE, subject to the Court's approval, that:

1.    Brooke Rollins, in her official capacity as the United States Secretary of Agriculture, the United States Department of Agriculture ("USDA"), Russell Vought in his official capacity as Director of the U.S. Office of Management and Budget, the U.S. Office of Management and Budget and their successors will not enforce USDA's directive of November 8, 2025 that Plaintiff States "immediately undo any steps taken to issue full SNAP benefits for November 2025" and "advise the appropriate FNS Regional Office representative of steps taken to correct any actions taken that do not comply with this memorandum"; and

2.    Defendants and their successors will not take action under 7 C.F.R. § 271.7(h) to penalize Plaintiffs for issuing full benefits at any time in November 2025.

Accordingly, under Federal Rule of Civil Procedure 41(a)(2), the Parties respectfully request that the Court dismiss the Complaint without prejudice pursuant to terms of the above stipulation.

Dated: April 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
JASON ALTABET (Md. Bar No.
2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005
*Attorneys for the United States*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Michelle R. Pascucci*
MICHELLE PASCUCCI (BBO #690889)
VANESSA ARSLANIAN (BBO #688099)
State Trial Counsel
LIZA HIRSCH (BBO #683273)
Chief, Children's Justice Unit
CASSANDRA THOMSON (BBO #705942)
RAUVIN JOHL (BBO #698719)
PETER WALKINGSHAW (BBO # 692314)
JAK KUNDL (BBO #713951)
Assistant Attorneys General
KATHERINE DIRKS (BBO #673674)
Chief State Trial Counsel
ANNA LUMELSKY (BBO #677708)
Deputy State Solicitor
Office of the Massachusetts Attorney
General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
michelle.pascucci@mass.gov
cassandra.thomson@mass.gov
*Attorneys for Plaintiff Commonwealth of
Massachusetts*

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Liam E. O'Connor*
LIAM E. O'CONNOR
MARIA F. BUXTON
CHRISTOPHER KISSEL
RYAN EASON
SEBASTIAN BRADY
WILLIAM BELLAMY
DEPUTY ATTORNEYS GENERAL
*Attorneys for Plaintiff State of California*

4

KEITH ELLISON
Attorney General of Minnesota

*/s/ Joseph R. Richie*
JOSEPH R. RICHIE
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

KRISTIN MAYES
Attorney General of Arizona

*/s/ Luci D. Davis*
JOSHUA D. BENDOR (AZ NO. 031908)*
Solicitor General
HAYLEIGH S. CRAWFORD (AZ NO. 032326)*
Deputy Solicitor General
LUCI D. DAVIS (AZ NO. 035347)*
Senior Litigation Counsel
2005 N. Central Ave. Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Tanja E. Wheeler*
TANJA E. WHEELER
Associate Chief Deputy Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Tanja.wheeler@coag.gov
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Patricia E. McCooey*
PATRICIA E. MCCOOEY
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Patricia.McCooey@ct.gov
*Attorneys for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
ROSE E. GIBSON*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Nicole S. Hill*
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
Nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

5

ANNE E. LOPEZ
Attorney General of Hawai'i

/s/ Kaliko'onālani D. Fernandes
DAVID D. DAY*
Special Assistant to the Attorney General
KALIKO'ONĀLANI D. FERNANDES*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
Attorneys for Plaintiff State of Hawai'i

KWAME RAOUL
Attorney General of Illinois

/s/ Harpreet K. Khera
HARPREET K. KHERA
Bureau Chief, Special Litigation
ALICE L. RIECHERS
Assistant Attorney General
115 S. LaSalle St., 35th Flr.
Chicago, Illinois 60603
(773) 590-7127
Harpreet.Khera@ilag.gov
Attorneys for Plaintiff State of Illinois

LAURA KELLY, in her official capacity as
Governor of the State of Kansas

/s/ Justin Whitten
JUSTIN WHITTEN*
General Counsel
ASHLEY STITES-HUBBARD*
Deputy Chief Counsel
Office of the Kansas Governor
300 SW 10th Ave, Room 541-E
Topeka, KS 66612
(785) 296-3930
Justin.h.whitten@ks.gov
Ashley.stiteshubbard@ks.gov
Counsel for Governor Laura Kelly

OFFICE OF THE GOVERNOR ex rel. Andy
Beshear, in his official capacity as
Governor of the Commonwealth of
Kentucky

/s/ S. Travis Mayo
S. TRAVIS MAYO
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
Attorneys for Plaintiff Kentucky Governors'
Office

AARON M. FREY
Attorney General of Maine

/s/ Brendan Kreckel
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 0433-0006
Tel.: 207-626-8800
Fax: 207-287-3145
brendan.kreckel@maine.gov
Attorneys for Plaintiff State of Maine

ANTHONY G. BROWN
Attorney General of Maryland

/s/ James C. Luh
JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
Attorneys for Plaintiff State of Maryland

DANA NESSEL
Attorney General of Michigan

/s/ Neil Giovanatti
NEIL GIOVANATTI
DANIEL PING
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
Attorneys for Plaintiff State of Michigan


JENNIFER DAVENPORT
Attorney General of New Jersey

/s/ Kashif T. Chand
KASHIF T. CHAND (NJ BAR NO.
016752008)
Assistant Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
Attorneys for Plaintiff State of New Jersey


LETITIA JAMES
Attorney General of New York

/s/ Molly Thomas-Jensen
MOLLY THOMAS-JENSEN
Special Counsel
MARK LADOV
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8240
molly.thomas-jensen@ag.ny.gov
Mark.ladov@ag.ny.gov
Attorneys for Plaintiff State of New York


AARON D. FORD
Attorney General of Nevada

/s/ K. Brunetti Ireland
K. BRUNETTI IRELAND*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
Attorneys for Plaintiff State of Nevada


RAÚL TORREZ
Attorney General of the State of New
Mexico

/s/ Anjana Samant
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
Attorneys for the State of New Mexico


JEFF JACKSON
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

/s/ Adrian Dellinger
ADRIAN DELLINGER
Assistant Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6813
ADellinger@ncdoj.gov
Counsel for State of North Carolina

7

DAN RAYFIELD
Attorney General of Oregon

By: /s/ Leanne Hartmann
LEANNE HARTMANN, Mass. BBO
#667852
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Email:
Leanne.Hartmann@doj.oregon.gov
Attorneys for Plaintiff Oregon


PETER F. NERONHA
Attorney General of Rhode Island

/S/ Madeline R. Becker
MADELINE R. BECKER (RI BAR NO. 10034)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2151
mbecker@riag.ri.gov
Attorneys for Plaintiff State of Rhode
Island


JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Faye B. Hipsman
FAYE B. HIPSMAN
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
Attorneys for Plaintiff State of Wisconsin

* pro hac vice forthcoming


JOSH SHAPIRO, in his official capacity as
Governor of the Commonwealth of
Pennsylvania

JENNIFER SELBER
General Counsel

/s/ Jacob B. Boyer
JACOB B. BOYER
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
Counsel for Governor Josh Shapiro


NICHOLAS W. BROWN
Attorney General of Washington

/s/ William McGinty
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
william.mcginty@atg.wa.gov
Attorneys for Plaintiff State of Washington


CHARITY R. CLARK
Attorney General for the State of Vermont

/s/ Ryan P. Kane
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
Attorneys for Plaintiff State of Vermont

8

## ORDER

Pursuant to the parties' stipulation and incorporating the terms thereof, the Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 5/1/2026

INDIRA TALWANI
United States District Judge

9